| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Liberty Power Holdings LLC** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **71-1009769** | | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2100 W. Cypress Creek Rd.** <br> **Suite 130** <br> **Fort Lauderdale, FL 33309** <br> Number, Street, City, State & ZIP Code <br><br> **Broward** <br> County | | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | | |

Debtor  **Liberty Power Holdings LLC**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

### 7. Describe debtor's business

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Liberty Power Holdings LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Liberty Power Holdings LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Liberty Power Holdings LLC**  Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 20, 2021**
             MM / DD / YYYY

X **/s/ Bob Butler**                                **Bob Butler, Chief Restructuring Officer**
Signature of authorized representative of debtor     Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Paul J. Battista**                          Date **April 20, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-349-2300**   Email address

**884162 FL**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 5

## RESOLUTIONS OF THE BOARD OF MANAGERS
## LIBERTY POWER HOLDINGS LLC,
## A DELAWARE LIMITED LIABILITY COMPANY

At a duly noticed meeting of the Board of Managers of Liberty Power Holdings LLC, a Delaware limited liability company (the "**Company**") held via teleconference at 4:15 p.m. on Tuesday, April 20, 2021, at which a quorum was present, the following discussions were had and the following resolutions were adopted by a majority of the managers present at the meeting of the Board of Managers:

**WHEREAS**, the Board of Managers has considered the report and evaluation of Mr. Bob Butler, the Chief Restructuring Officer of the Company, regarding, among other things, (i) the current financial and operational condition of the Company and the Company's business, (ii) the fact that the Company no longer has access to and the benefit of the management services previously provided to the Company by Liberty Power Corp, L.L.C. pursuant to and as defined in that certain Second Amended and Restated Management Services Agreement, dated July 6, 2020, due to the termination by Liberty Power Corp, L.L.C. of all of its employees as of Sunday evening, April 18, 2021, (iii) the fact that the Company does not have access to the books, records, systems and processes (among other things) of the Company's operations held by Liberty Power Corp, L.L.C., and (iv) the options available to the Company in order to protect and preserve the value of its business, including the merits of the Company entering into a chapter 11 bankruptcy proceeding, or other means of restructuring or resolving the claims of creditors of the Company; and

**WHEREAS**, based on the above, the Board of Managers believes that it is in the best interests of the Company and its stakeholders for the Company to file a chapter 11 bankruptcy proceeding so as to protect the value of the Company, including to enable the Company to gain access to its books, records systems and processes, among other things, in order to reconstitute and continue with the operation of its business for the benefit of all stakeholders.

After discussion, on motion made, seconded, and carried, it was:

**RESOLVED**, that the Board of Managers hereby authorizes and empowers the Company, as directed by and through the Chief Restructuring Officer, to execute and file a voluntary petition for relief (the "**Petition**") under chapter 11 of the Bankruptcy Code (the "**Bankruptcy Case**"), in the appropriate United States Bankruptcy Court as determined by the Chief Restructuring Officer (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER,** that the Board of Managers hereby authorizes and empowers the Chief Restructuring Officer, as such officer determines as necessary or advisable, for and on behalf of the Company and in its name, to do the following: (i) execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court; and (ii) enter into, execute, verify, file, negotiate and deliver all other petitions, affidavits, declarations, settlements, motions, notices, schedules, lists, disclosures, pleadings, applications,

statements and other documents that, in the judgment of the Chief Restructuring Officer, may be appropriate, necessary or desirable in connection with the filing of such Petition and the prosecution of the Bankruptcy Case; and

**RESOLVED FURTHER,** that the Chief Restructuring Officer, acting on behalf of the Company, is authorized and empowered to negotiate and enter into interim "debtor in possession" financing arrangements, as he deems necessary, appropriate or desirable, upon such terms and conditions as he shall approve, subject to any necessary approvals by the Bankruptcy Court, which financing arrangements may include "debtor in possession" financing provided by any secured creditor of the Company, with the terms of any final financing to be presented to the Board of Managers for approval; and

**RESOLVED FURTHER,** that the Chief Restructuring Officer, acting on behalf of the Company, is authorized and empowered to retain (i) the law firm of Genovese Joblove & Battista, P.A., as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Bankruptcy Case and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Bankruptcy Case and all proceedings related thereto; and (ii) such other professionals as deemed necessary, appropriate or desirable, upon such terms and conditions as he shall approve, to render services to the Company in connection with its Bankruptcy Case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and

**RESOLVED FURTHER,** that the Chief Restructuring Officer, acting on behalf of the Company, is authorized and empowered to incur all such fees and expenses deemed to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully prosecute the Bankruptcy Case; and

**RESOLVED FURTHER,** that, other than as specifically provided herein, after the commencement of the Bankruptcy Case, the Chief Restructuring Officer is instructed to keep the Board of Managers fully informed on a regular basis of the events in the Bankruptcy Case, and to seek the advice and approval of the Board of Managers on any material matters involving the Company in the Bankruptcy Case, including pursuing causes of action, pursuing sales of assets, incurring financing (other than interim financing outlined above), and/or settling claims and/or causes of action; and

**RESOLVED FURTHER,** that the Chief Restructuring Officer, acting on behalf of the Company, is authorized and empowered to certify and attest to any documents or materials deemed necessary, desirable, or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of further approvals or consents by the Board of Managers (except as set forth herein), or the affixing of any seal of the Company; and

**RESOLVED FURTHER,** that the Board of Managers hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

There being no further business to come before the meeting, the meeting was adjourned.

_____
Stephen Gray,
as acting Chairperson of the Meeting

Confirmed by the undersigned who constitute
a majority of the managers of the Board of Managers:

_____
Stephen Gray


_____
Louis Martinsen


_____
Jay Goldman


_____
Martin Halpern


_____
David Hernandez

There being no further business to come before the meeting, the meeting was adjourned.

_____
Stephen Gray,
as acting Chairperson of the Meeting

Confirmed by the undersigned who constitute
a majority of the managers of the Board of Managers:

*[signature]*
_____
Stephen Gray

_____
Louis Martinsen

_____
Jay Goldman

_____
Martin Halpern

_____
David Hernandez

There being no further business to come before the meeting, the meeting was adjourned.

_____
Stephen Gray,
as acting Chairperson of the Meeting

Confirmed by the undersigned who constitute
a majority of the managers of the Board of Managers:

_____
Stephen Gray

_____
Louis Martinsen

_____
Jay Goldman

_____
Martin Halpern

_____
David Hernandez

# United States Bankruptcy Court
## Southern District of Florida

In re  **Liberty Power Holdings LLC**                                    Case No.
                                    Debtor(s)                            Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge*.

Date:  **April 20, 2021**                    /s/ Bob Butler
                                             **Bob Butler**/**Chief Restructuring Officer**
                                             Signer/Title

* The Debtor will supplement this list as soon as it gets access to its books and records.

```
Attorney General Office
Main Office - Boston
1 Ashburton Place
20th Floor
Boston, MA 02108


Boston Energy Trading and Marketing LLC
c/o Jordi Guso
1450 Brickell Ave
Suite 1900
Miami, FL 33131


Boston Energy Trading and Marketing LLC
c/o David T. McIndoe
700 Sixth St, NW
Suite 700
Washington, DC 20001


Boston Energy Trading and Marketing LLC
One International Place
Suite 900
Boston, MA 02110


Broward County Revenue Collections
115 S. Andrews Ave
Room A-100
Ft. Lauderdale, FL 33301


Browrd County Tax Collector
1800 NW 66 Avenue
Suite 100
Ft. Lauderdale, FL 33313


Central Hudson Gas & Electric Co
284 South Ave
Poughkeepsie, NY 12601


Chicago Main Office
100 West Randolph Street
Chicago, IL 60601


City of Fort Lauderdale
Business Tax Office
700 NW 19th Avenue
Ft. Lauderdale, FL 33311
```

Comptroller of Maryland
301 W Preston St.
Baltimore, MD 21201


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801


Delaware Division of Revenue
Carvel State Building
820 N. French St.
8th Floor
Wilmington, DE 19801


Dell Financial Services, LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682


Illinois Department of Revenue
Willard Ice Building
101 W Jefferson St
Springfield, IL 62702


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Konica Minolta Premier Finance
PO Box 35701
Billings, MT 59107


Liberty Power District of Columbia LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309

```
Liberty Power Maryland LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309


Liberty Power Super Holdings LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309


Liberty Power Super Holdings LLC
c/o Breton Leone-Quick
One Financial Center
Boston, MA 02111


LPT LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309


Massachusetts Department of Revenue
436 Dwight St
Suite 401
Springfield, MA 01103


Massachusetts Electric Company
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451


Nantucket Electric Company
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451


New Jersey Division of Taxation
3 John Fitch Way
Trenton, NJ 08695


New York State Department of Taxation an
Harriman Campus Road
Albany, NY 12226
```

Niagara Mohawk Power Corp.
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Office of the Attorney General
6 State House Station
Augusta, ME 04333

Office of the Attorney General
150 South Main Street
Providence, RI 02903

Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08611

Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Office of the Attorney General
400 6th Street NW
Washington, D.C. 20001-0000

```
Office of the Ohio Attorney General
30 E. Broad Street
14th Floor
Columbus, OH 43215


Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678


Pennsylvania Department of Revenue
1846 Brookwood St
Harrisburg, PA 17104


Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120


Rhode Island Division of Taxation
1 Captial Hill
Providencde, RI 02908


Shell Energy North America (US), L.P.
Attn:  General Counsel
1000 Main Street
Level 12
Houston, TX 77002


Shell Trading Risk Management, LLC
Attn:  General Counsel
1000 Main Street
Level 12
Houston, TX 77002


Small Business Admin.
409 3rd St, SW
Washington, DC 20416


State of Connecticut
Department of Revenue Services
450 Columbus Blvd
Hartford, CT 06103


State of Florida Department of Revenue
Po Box 6668
Tallahassee, FL 32314
```

```
Texas State Comptrollers Office Sales Ta
111 E 17th St
Austin, TX 78701


United States Trustee
51 SW 1st Ave
Miami, FL 33130


US Attorney's Office
99 NE 4th St
Miami, FL 33128


US Securites and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd. NE
Suite 900
Atlanta, GA 30326-1382
```