# United States Bankruptcy Court
## Southern District of Florida

In re    **Liberty Power Holdings LLC**            Case No. _____
                              Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Liberty Power Super Holdings, LLC**<br>**2110 W. Cypress Creek Rd.**<br>**Suite 130**<br>**Fort Lauderdale, FL 33309** | **Membership Interests** | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2021**                        Signature    **/s/ Bob Butler**
                                                                                   **Bob Butler, Chief Restructuring Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.