# United States Bankruptcy Court
## Southern District of Florida

In re  **Liberty Power Holdings LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Liberty Power Holdings LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Liberty Power Super Holdings, LLC**
**2110 W. Cypress Creek Rd.**
**Suite 130**
**Fort Lauderdale, FL 33309**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 20, 2021** | /s/ Paul J. Battista |
| Date | **Paul J. Battista 884162** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Liberty Power Holdings LLC** |
| | **Genovese Joblove & Battista, P.A.** |
| | **100 SE 2nd St.** |
| | **44th Floor** |
| | **Miami, FL 33131** |
| | **305-349-2300 Fax:305-349-2310** |