**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

                                       CASE: 21-13797-PDR
                                       CHAPTER 11

**Liberty Power Holdings, LLC,**

Debtor(s)

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      Notice is given that the undersigned counsel hereby enters an appearance on behalf of Creditor; Broward County, Florida, c/o the Records, Taxes & Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

**CERTIFICATE OF ADMISSION**

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(C) (3).

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to the Attorney of the Debtor on April 21, 2021.

                                                                                     Respectfully submitted,

                                                                                     Andrew J. Meyers
                                                                                      Broward County Attorney
                                                                                      Governmental Center, Suite 423
                                                                                      115 South Andrews Avenue
                                                                                      Fort Lauderdale, Florida 33301
                                                                                      Telephone:   (954) 357-7600
                                                                                      Telecopier:   (954) 357-7641

                                                     By     /s/ Scott Andron
                                                                    Scott Andron
                                                                    Assistant County Attorney
                                                                    Florida Bar No.112355
                                                                    sandron@broward.org