**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    **Chapter 11**

**LIBERTY POWER HOLDINGS, LLC,**                    **Case No. 21-13797-PDR**

      **Debtor.**

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of *Notice of Hearing* [ECF No. 12] on *Debtor's Emergency Motion to Compel (I) Turnover of all Books, Records, Systems and Processes Related to the Debtor and its Operation in the Possession and Control of Liberty Power Corp. LLC,  (II) Access to Corporate Premises, and (III) For Related Relief* [ECF No. 11] and *Declaration of Bob Butler, Proposed Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Motions* [ECF No. 10] was served via electronic mail and CM/ECF Notification upon all interested parties registered to receive electronic notification on this 21st day of April, 2021 and/or via U.S. Mail or e-mail as indicated on the Service List below on the 22nd day of April, 2021.

                        Respectfully Submitted,

                        **GENOVESE JOBLOVE & BATTISTA, P.A.**
                        *Proposed Attorneys for Debtors-in-Possession*
                        100 Southeast Second Street, Suite 4400
                        Miami, Florida 33131
                        Telephone: (305) 349-2300
                        Facsimile: (305) 349-2310

                        By:  ___/s/___   *Paul J. Battista*
                              Paul J. Battista, Esq.
                              Florida Bar No. 884162
                              pbattista@gjb-law.com

> Mariaelena Gayo-Guitian, Esq.
> Florida Bar No. 813818
> mguitian@gjb-law.com
> Heather L. Harmon
> Florida Bar No. 13192
> hharmon@gjb-law.com

## SERVICE LIST

### *Served Via CM/ECF Notification*

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Paul J. Battista, Esq on behalf of Debtor Liberty Power Holdings, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

### Served via U.S. Mail/E-Mail upon:

Victoria Dusch, Chief Financial Officer vdusch@libertypowercorp.com
David Hernandez, Chief Executive Officer - dhernandez@libertypowercorp.com
Alberto Daire past president adaire@libertypowercorp.com
Derik Viner, President  dviner@libertypowercorp.com
Marty Halpern  - Manager - United TranzActions mhalpern@unitedtranzactions.com
Stephen Gray -  Independent  Director ssg@grayandcompanyllc.com
Stephen Gibelli, General In house counsel  sgibelli@libertypowercorp.com
Breton Leone-Quick, Esq BLeone-Quick@mintz.com
Audrey Louison, Esq  ALouison@mintz.com

### Served Via U.S. Mail
### All parties on the attached mailing matrix.

Label Matrix for local noticing
113C-0
Case 21-13797-PDR
Southern District of Florida
Fort Lauderdale
Wed Apr 21 15:55:00 EDT 2021

Broward County
c/o Records, Taxes & Treasury
Attn: Bankruptcy Section
115 S. Andrews Ave. A-100
Ft. Lauderdale, FL 33301-1888

Liberty Power Holdings, LLC
2100 W. Cypress Creek Rd.
Suite 130
Fort Lauderdale, FL 33309-1823

Attorney General Office
Main Office - Boston
1 Ashburton Place
20th Floor
Boston, MA 02108-1518

Attorney Generals Office
100 W Randolph Street
Chicago, IL 60601-3271

Aytan Y. Bellin, Esq.
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606-1900

Boston Energy Trading and Marketing LLC
One International Place
Suite 900
Boston, MA 02110-2600

Boston Energy Trading and Marketing LLC
c/o David T. McIndoe
700 Sixth St, NW
Suite 700
Washington, DC 20001-3980

Boston Energy Trading and Marketing LLC
c/o Jordi Guso
1450 Brickell Ave
Suite 1900
Miami, FL 33131-3453

Brook S. Lane
Hillary Schwab
Fair Word, PC
192 South Street, Suite 450
Boston, MA 02111-2722

Broward County Revenue Collections
115 S. Andrews Ave
Room A-100
Ft. Lauderdale, FL 33301-1888

Browrd County Tax Collector
1800 NW 66 Avenue
Suite 100
Ft. Lauderdale, FL 33313-4523

Central Hudson Gas & Electric Co
284 South Ave
Poughkeepsie, NY 12601-4838

Chicago Main Office
100 West Randolph Street
Chicago, IL 60601-3218

City of Fort Lauderdale
Business Tax Office
700 NW 19th Avenue
Ft. Lauderdale, FL 33311-7834

Commonwealth of Massachusetts
Superior Court Department
Suffolk County Court: Clerk s Office
3 Pemberton Square, 13th Floor
Boston, MA 02108-1700

(p)COMPTROLLER OF MAYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2396

David C. Parisi, Esq.
Suzanne Havens Beckman, Esq.
Parisi & Havens, LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405-6510

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801-3509

Delaware Division of Revenue
Carvel State Building
820 N. French St.
8th Floor
Wilmington, DE 19801-3509

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

John L. Fink, Esq.
Fink Law Office
18 Lyman St., Suite 208
J&N Professional Building
Westborough, MA 01581-1448

Julian D. Schreibman
Wachtel Masyr & Missry, LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, NY 10017-2229

Konica Minolta Premier Finance
PO Box 35701
Billings, MT 59107-5701

LPT LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309

Liberty Power District of Columbia LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309

Liberty Power Maryland LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309

Liberty Power Super Holdings LLC
2100 W. Cypress Road
Suite 130
Ft. Lauderdale, FL 33309

Liberty Power Super Holdings LLC
c/o Breton Leone-Quick
One Financial Center
Boston, MA 02111-2621

Mary Higgins, Esq.
Mary Anne McLane Detweiler, Esq.
University Office Plaza
260 Chapman Road, Suite 201
Newark, DE 19702-5491

Massachusetts Department of Revenue
436 Dwight St
Suite 401
Springfield, MA 01103-1317

Massachusetts Electric Company
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451-1120

Nantucket Electric Company
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451-1120

(p)STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

New York State Department of Taxation an
Harriman Campus Road
Albany, NY 12226

Niagara Mohawk Power Corp.
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451-1120

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
150 South Main Street
Providence, RI 02903-2994

Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106-1668

Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2029

Office of the Attorney General
400 6th Street NW
Washington, D.C. 20001-0189

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08611-2148

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Office of the Ohio Attorney General
30 E. Broad Street
14th Floor
Columbus, OH 43215-3414

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

Pennsylvania Department of Revenue
1846 Brookwood St
Harrisburg, PA 17104

Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120-0001

Rhode Island Division of Taxation
1 Captial Hill
Providencde, RI 02910-3213

Shell Energy North America (US), L.P.
Attn: General Counsel
1000 Main Street
Level 12
Houston, TX 77002-6336

Shell Trading Risk Management, LLC
Attn: General Counsel
1000 Main Street
Level 12
Houston, TX 77002-6336

Sidney Austin LLP
One South Dearborn
Chicago, IL 60603-2323

Small Business Admin.
409 3rd St, SW
Washington, DC 20416-0005

State of Connecticut
Department of Revenue Services
450 Columbus Blvd
Hartford, CT 06103-1835

State of Florida Department of Revenue
Po Box 6668
Tallahassee, FL 32314-6668

Texas State Comptrollers Office Sales Ta
111 E 17th St
Austin, TX 78701-1403

(p)U S  ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

US Securites and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd. NE
Suite 900
Atlanta, GA 30326-1382

United States Trustee
51 SW 1st Ave
Miami, FL 33130-1669

Yitchak H. Lieberman, Esq.
Grace E. Parasmo, Esq.
Parasmo Lieberman Law
7400 Hollywood Blvd. #505
Los Angeles, CA 90046-2879

Paul J. Battista Esq
100 SE 2 St #4400
Miami, FL 33131-2118

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
301 W Preston St.
Baltimore, MD 21201

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Dell Financial Services, LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

Illinois Department of Revenue
Willard Ice Building
101 W Jefferson St
Springfield, IL 62702

New Jersey Division of Taxation
3 John Fitch Way
Trenton, NJ 08695

US Attorney's Office
99 NE 4th St
Miami, FL 33128

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave. A-100
Ft. Lauderdale, FL 33301-1888

End of Label Matrix
Mailable recipients    65
Bypassed recipients     1
Total                  66