UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LIBERTY POWER HOLDINGS, LLC,   Case No.: 21-13797-PDR
                                Chapter 11
    Debtor.
_____/

**MELAND BUDWICK, P.A.'S AMENDED[1]
NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the law firm of Meland Budwick, P.A. files its appearance as counsel for interested party, Liberty Power Corp., LLC (the ***"LPC"***) in the above-captioned case. Pursuant to § 1109(b) and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, LPC requests that all notices and other papers given are required to be served in this case be given to and served upon the following:

Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Daniel N. Gonzalez, Esquire
Fla. Bar No. 592749
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

Please take further notice that, pursuant to §§ 2002 and 9010 and all other applicable provisions of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices and

---

[1] Amended solely to correct name of interested party, Liberty Power Corp., LLC.

1

other papers as to any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise filed with regard to the above-referenced proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 22, 2021, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1**.

        s/Daniel N. Gonzalez
        Michael S. Budwick, Esquire
        Florida Bar No. 938777
        mbudwick@melandbudwick.com
        Daniel N. Gonzalez, Esq.
        Florida Bar No. 592749
        dgonzalez@melandbudwick.com
        MELAND BUDWICK, P.A.
        3200 Southeast Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 358-6363
        Facsimile: (305) 358-1221

*Attorneys for LPC*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Scott Andron**     sandron@broward.org, swulfekuhle@broward.org
- **Paul J. Battista**     pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- **Heather L Harmon**     HHarmon@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov

EXHIBIT 1