

**ORDERED in the Southern District of Florida on April 22, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

**Liberty Power Holdings, LLC,**                   Case No.:  21-13797 -PDR

                                                   **Chapter 11**

                    **Debtor          /**

**ORDER DIRECTING CLERK TO REASSIGN THIS CASE AND ANY**
**ASSOCIATED ADVERSARY PROCEEDING TO A NEW JUDGE**

**THIS CASE** is before the Court *sua sponte*.  It has come to the Court's

attention that pursuant to 28 U.S.C. § 455, recusal is appropriate in the above-

captioned bankruptcy case and all related adversary proceedings.  Accordingly, it is

ORDERED that:

1.  I hereby recuse myself from the above-captioned bankruptcy case and all

    related adversary proceedings.

2.  Pursuant to Local Rule 1073-1(B), this bankruptcy case and all related

adversary proceedings are hereby referred to the Clerk of the Court for reassignment and transfer to another Judge.

3. The Clerk of the court is further directed to docket a copy of this Order in this case and all related adversary proceedings and provide all interested parties with the Notice of Reassignment and Transfer.

4. Any hearing currently scheduled in the above-captioned bankruptcy case and all related adversary proceedings (including any pretrial conferences), are cancelled will be reset by the Judge reassigned to these matters, with one exception as noted below.

5. The hearing originally set for April 22, 2021 at 2:30 p.m. on the *Debtor's Emergency Motion to Compel Turnover of all Books, Records, Systems and Processes Related to the Debtor and its Operations in the Possession and Control of Liberty Power Corp. LLC* (Doc. 11) **will still be held on April 22, 2021, but delayed one hour to 3:30 p.m. before the new presiding Judge.** The hearing will be held via Zoom at this link: https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

6. The Plaintiff in each related adversary proceeding is directed to serve a copy of this Order on all Defendants in each related adversary proceeding.

### 

Copies Furnished To:

Office of the United States Trustee

All interested parties and creditors by the Clerk of the Court
Plaintiffs in each related adversary proceeding