CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21–13797–SMG

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Liberty Power Holdings, LLC
2100 W. Cypress Creek Rd.
Suite 130
Fort Lauderdale, FL 33309

EIN: 71–1009769

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Recusal entered on 04/22/2021 by Judge Peter D Russin, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Scott M Grossman**.

**Dated: 4/22/21**

**CLERK OF COURT**
By: Tanesha Graster–Thomas
Deputy Clerk

The clerk shall serve this notice on all parties of record.