UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LIBERTY POWER HOLDINGS, LLC,   Case No.: 21-13797-SMG
                                Chapter 11
   Debtor.
_____/

## MOTION TO APPEAR PRO HAC VICE

    I, Daniel N. Gonzalez ("***Movant***"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Abigail O'Brient, Esq., ("***Visiting Attorney***"), attorney admitted to practice and currently in good standing in the United States District Court for the Central, Eastern, Northern and Southern Districts of California and qualified to practice in this court, who proposes to act as counsel for Liberty Power Corp., LLC (***"LPC"*** or the "***Client***") in the case listed above-listed case.

    1.    I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above in which the Visiting Attorney appear on behalf of such Client.

    2.    I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local

counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appear on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and to accept service of all papers served in such case and proceedings.

3. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client in which the Visiting Attorney appear on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

4. The declaration of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

5. A proposed order is attached hereto as **Exhibit B**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court authorizing the Visiting Attorney to appear *pro hac vice* in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

[Remainder of Page Intentionally Left Blank. Next Page Is Signature Page.]

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 22, 2021 via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **<u>Exhibit 1</u>**.

<u>*/s/Daniel N. Gonzalez*</u>
Daniel N. Gonzalez, Esq.
Florida Bar No. 938777
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Counsel for Liberty Power Corp., LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LIBERTY POWER HOLDINGS, LLC,                    Case No.: 21-13797-SMG
                                                Chapter 11
        Debtor.
_____/

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, ABIGAIL O'BRIENT, am a member in good standing of the bar of the State of California. I am a member in good standing of the bars of the United States District Court for Central, Eastern, Northern and Southern Districts of California, but am not admitted to the bar of the United States District Court for the Southern District of Florida.

I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Liberty Power Corp., LLC (the "Client"). I designate Daniel N. Gonzalez, Esq., of Meland Budwick, P.A. ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

[REMIANDER OF PAGE INTENTIONALLY LEFT BLANK]

{02605097.DOC.}                                                              EXHIBIT A

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2021.

>Abigail O'Brient, Esq.
>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
>Century Plaza Towers
>2029 Century Park East, Suite 3100
>Los Angeles, CA 90067
>T: 310-586-3200
>Email:  AOBrient@mintz.com
>California Bar No. 265704
>
>BY: *A V. O'Brient*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LIBERTY POWER HOLDINGS, LLC,   Case No.: 21-13797-SMG
                                Chapter 11
    Debtor.
_____/

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court upon the Motion to Appear *Pro Hac Vice* [ECF No. __]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that

1.    Abigail O'Brient, Esq. (***"Visiting Attorney"***) may appear before this court *pro hac vice* as counsel for Liberty Power Corp., LLC (the ***"Client"***) in this case where Visiting Attorney appear on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

2.    Visiting Attorney may apply to become a registered user of CM/ECF in this

1

EXHIBIT B

district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

3. The following attorney (***"Local Attorney"***) is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Daniel N. Gonzalez, Esquire
> Fla. Bar No. 938777
> dgonzalez@melandbudwick.com
> MELAND BUDWICK, P.A.
> 3200 Southeast Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone: (305) 358-6363
> Facsimile: (305) 358-1221

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appear on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**
Daniel N. Gonzalez, Esquire
Florida Bar No. 938777
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Local Counsel for Liberty Power Corp., LLC*


**Copies furnished to:**
Daniel N. Gonzalez, Esq., is directed to serve copies of the Order on all parties in interest and to file a Certificate of Service.

## Exhibit 1

**Mailing Information for Case 21-13797-SMG**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **Paul J. Battista**   pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- **Daniel N Gonzalez**   dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Heather L Harmon**   HHarmon@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov