**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

**LIBERTY POWER HOLDINGS, LLC,**                     Case No. 21-13797-SMG

    Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of *Notice of Hearing* [ECF No. 27] on *Debtor's Expedited Application for Authority to Employ and Retain on an Interim and Final Basis, Paul J. Battista and the Law Firm of Genovese Joblove & Battista, P.A. as General Bankruptcy Counsel for Debtor –in-Possession Effective as of April 20, 2021* [ECF No. 18] was served via electronic mail and CM/ECF Notification upon all interested parties registered to receive electronic notification and/or via U.S. Mail or e-mail as indicated on the Service List below on this 23rd day of April, 2021.

    Respectfully Submitted,

    **GENOVESE JOBLOVE & BATTISTA, P.A.**
    *Proposed Attorneys for Debtors-in-Possession*
    100 Southeast Second Street, Suite 4400
    Miami, Florida 33131
    Telephone: (305) 349-2300
    Facsimile: (305) 349-2310

    By:   /s/   Paul J. Battista
        Paul J. Battista, Esq.
        Florida Bar No. 884162
        pbattista@gjb-law.com
        Mariaelena Gayo-Guitian, Esq.
        Florida Bar No. 813818
        mguitian@gjb-law.com
        Heather L. Harmon

Florida Bar No. 13192
hharmon@gjb-law.com

## SERVICE LIST

*Served Via CM/ECF Notification*

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Paul J. Battista, Esq on behalf of Debtor Liberty Power Holdings, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Served via U.S. Mail/E-Mail upon:**

Victoria Dusch, Chief Financial Officer vdusch@libertypowercorp.com
David Hernandez, Chief Executive Officer - dhernandez@libertypowercorp.com
Alberto Daire past president adaire@libertypowercorp.com
Derik Viner, President  dviner@libertypowercorp.com
Marty Halpern  - Manager - United TranzActions mhalpern@unitedtranzactions.com
Stephen Gray -  Independent  Director ssg@grayandcompanyllc.com
Stephen Gibelli, General In house counsel  sgibelli@libertypowercorp.com
Breton Leone-Quick, Esq BLeone-Quick@mintz.com
Audrey Louison, Esq  ALouison@mintz.com

**Served Via U.S. Mail**
**All parties on the attached mailing matrix.**

```
Label Matrix for local noticing          Boston Energy Trading and Marketing, LLC   Broward County
113C-0                                   c/o Jordi Guso                             c/o Records, Taxes & Treasury
Case 21-13797-SMG                        Berger Singerman LLP                       Attn: Bankruptcy Section
Southern District of Florida             1450 Brickell Avenue                       115 S. Andrews Ave. A-100
Fort Lauderdale                          Suite 1900                                 Ft. Lauderdale, FL 33301-1888
Fri Apr 23 09:25:47 EDT 2021             Miami, FL 33131-5319

Liberty Power Corp., LLC                 Liberty Power Holdings, LLC                Attorney General Office
c/o Daniel N. Gonzalez, Esq.             2100 W. Cypress Creek Rd.                  Main Office - Boston
Meland Budwick, PA                       Suite 130                                  1 Ashburton Place
200 South Biscayne Blvd.                 Fort Lauderdale, FL 33309-1823             20th Floor
200 South Biscayne Blvd.                                                            Boston, MA 02108-1518
Miami, FL 33131-2310

Attorney Generals Office                 Aytan Y. Bellin, Esq.                      Boston Energy Trading and Marketing LLC
100 W Randolph Street                    Bellin & Associates LLC                    One International Place
Chicago, IL 60601-3271                   50 Main Street, Suite 1000                 Suite 900
                                         White Plains, NY 10606-1900                Boston, MA 02110-2600

Boston Energy Trading and Marketing LLC  Boston Energy Trading and Marketing LLC    Brook S. Lane
c/o David T. McIndoe                     c/o Jordi Guso                             Hillary Schwab
700 Sixth St, NW                         1450 Brickell Ave                          Fair Word, PC
Suite 700                                Suite 1900                                 192 South Street, Suite 450
Washington, DC 20001-3980                Miami, FL 33131-3453                       Boston, MA 02111-2722

Broward County Revenue Collections       Browrd County Tax Collector                Central Hudson Gas & Electric Co
115 S. Andrews Ave                       1800 NW 66 Avenue                          284 South Ave
Room A-100                               Suite 100                                  Poughkeepsie, NY 12601-4838
Ft. Lauderdale, FL 33301-1888            Ft. Lauderdale, FL 33313-4523

Chicago Main Office                      City of Fort Lauderdale                    Commonwealth of Massachusetts
100 West Randolph Street                 Business Tax Office                        Superior Court Department
Chicago, IL 60601-3218                   700 NW 19th Avenue                         Suffolk County Court: Clerk s Office
                                         Ft. Lauderdale, FL 33311-7834              3 Pemberton Square, 13th Floor
                                                                                    Boston, MA 02108-1700

(p)COMPTROLLER OF MAYLAND                David C. Parisi, Esq.                      (p)DE LAGE LANDEN FINANCIAL
BANKRUPTCY UNIT                          Suzanne Havens Beckman, Esq.               ATTN LITIGATION & RECOVERY
301 W PRESTON ST ROOM 409                Parisi & Havens, LLP                       1111 OLD EAGLE SCHOOL ROAD
BALTIMORE MD 21201-2396                  212 Marine Street, Suite 100               WAYNE PA 19087-1453
                                         Santa Monica, CA 90405-6510

Delaware Department of Justice           Delaware Division of Revenue               (p)DELL FINANCIAL SERVICES
Carvel State Building                    Carvel State Building                      P O BOX 81577
820 N. French St.                        820 N. French St.                          AUSTIN TX 78708-1577
Wilmington, DE 19801-3509                8th Floor
                                         Wilmington, DE 19801-3509

(p)ILLINOIS DEPARTMENT OF REVENUE        Internal Revenue Service                   John L. Fink, Esq.
BANKRUPTCY UNIT                          Centralized Insolvency Operation           Fink Law Office
PO BOX 19035                             PO Box 7346                                18 Lyman St., Suite 208
SPRINGFIELD IL 62794-9035                Philadelphia, PA 19101-7346                J&N Professional Building
                                                                                    Westborough, MA 01581-1448

Julian D. Schreibman                     Konica Minolta Premier Finance             LPT LLC
Wachtel Masyr & Missry, LLP              PO Box 35701                               2100 W. Cypress Road
One Dag Hammarskjold Plaza               Billings, MT 59107-5701                    Suite 130
885 Second Avenue, 47th Floor                                                       Ft. Lauderdale, FL 33309
New York, NY 10017-2229
```

| | | |
|---|---|---|
| Liberty Power District of Columbia LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 | Liberty Power Maryland LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 | Liberty Power Super Holdings LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 |
| Liberty Power Super Holdings LLC<br>c/o Breton Leone-Quick<br>One Financial Center<br>Boston, MA 02111-2621 | Mary Higgins, Esq.<br>Mary Anne McLane Detweiler, Esq.<br>University Office Plaza<br>260 Chapman Road, Suite 201<br>Newark, DE 19702-5491 | Massachusetts Department of Revenue<br>436 Dwight St<br>Suite 401<br>Springfield, MA 01103-1317 |
| Massachusetts Electric Company<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 | Nantucket Electric Company<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 | (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 |
| New York State Department of Taxation an<br>Harriman Campus Road<br>Albany, NY 12226 | Niagara Mohawk Power Corp.<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903-2994 | Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106-1668 | Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2029 |
| Office of the Attorney General<br>400 6th Street NW<br>Washington, D.C. 20001-0189 | Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006 | Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611-2148 | Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Office of the Ohio Attorney General<br>30 E. Broad Street<br>14th Floor<br>Columbus, OH 43215-3414 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216-2678 | Pennsylvania Department of Revenue<br>1846 Brookwood St<br>Harrisburg, PA 17104 |
| Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120-0001 | Rhode Island Division of Taxation<br>1 Captial Hill<br>Providencde, RI 02910-3213 | Shell Energy North America (US), L.P.<br>Attn:  General Counsel<br>1000 Main Street<br>Level 12<br>Houston, TX 77002-6336 |
| Shell Trading Risk Management, LLC<br>Attn:  General Counsel<br>1000 Main Street<br>Level 12<br>Houston, TX 77002-6336 | Sidney Austin LLP<br>One South Dearborn<br>Chicago, IL 60603-2323 | Small Business Admin.<br>409 3rd St, SW<br>Washington, DC 20416-0005 |

```
State of Connecticut              State of Florida Department of Revenue   Texas State Comptrollers Office Sales Ta
Department of Revenue Services    Po Box 6668                              111 E 17th St
450 Columbus Blvd                 Tallahassee, FL 32314-6668               Austin, TX 78701-1403
Hartford, CT 06103-1835


(p)U S  ATTORNEY'S OFFICE         US Securites and Exchange Commission     United States Trustee
99 NE 4TH STREET SUITE 300        Office of Reorganization                 51 SW 1st Ave
MIAMI FL 33132-2131               950 E. Paces Ferry Rd. NE                Miami, FL 33130-1669
                                  Suite 900
                                  Atlanta, GA 30326-1382


Yitchak H. Lieberman, Esq.        Heather L Harmon Esq                     Mariaelena Gayo-Guitian
Grace E. Parasmo, Esq.            100 S.E 2 St #4400                       200 E. Broward Blvd # 1110
Parasmo Lieberman Law             Miami, FL 33131-2118                     Ft Lauderdale, FL 33301-3535
7400 Hollywood Blvd. #505
Los Angeles, CA 90046-2879


Paul J. Battista Esq
100 SE 2 St #4400
Miami, FL 33131-2118
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of Maryland           De Lage Landen Financial Services, Inc.  Dell Financial Services, LLC
301 W Preston St.                 1111 Old Eagle School Road               Mail Stop-PS2DF-23
Baltimore, MD 21201               Wayne, PA 19087                          One Dell Way
                                                                           Round Rock, TX 78682


Illinois Department of Revenue    New Jersey Division of Taxation          US Attorney's Office
Willard Ice Building              3 John Fitch Way                         99 NE 4th St
101 W Jefferson St                Trenton, NJ 08695                        Miami, FL 33128
Springfield, IL 62702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Liberty Power Corporation      (d)Broward County                        End of Label Matrix
c/o Daniel N. Gonzalez, Esq.      c/o Records, Taxes & Treasury            Mailable recipients    69
Meland Budwick, PA                Attn:  Bankruptcy Section                Bypassed recipients     2
200 South Biscayne Blvd.          115 S. Andrews Ave. A-100                Total                  71
200 South Biscayne Blvd.          Ft. Lauderdale, FL 33301-1888
Miami, FL 33131-2310
```