

**ORDERED in the Southern District of Florida on April 23, 2021.**

Scott M. Grossman, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                             **Chapter 11**

**LIBERTY POWER HOLDINGS, LLC**                                  Case No. 21-13797-SMG

        **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO COMPEL (I) TURNOVER OF ALL BOOKS, RECORDS, SYSTEMS AND PROCESSES RELATED TO THE DEBTOR AND ITS OPERATIONS IN THE POSSESSION AND CONTROL OF LIBERTY POWER CORP, LLC, (II) ACCESS TO CORPORATE PREMISES AND (III) FOR RELATED RELIEF [ECF NO. 11]**

      **THIS CASE** came before the Court on **April 22, 2021 at 3:30 p.m.** (the "Hearing") upon the *Emergency Motion of Liberty Power Holdings, LLC to Compel (I) Turnover of All Books, Records, Systems and Processes Related to the Debtor and Its Operations in the Possession and Control of Liberty Power Corp, LLC, (II) Access to Corporate Premises and (III) for Related Relief* [ECF No. 11] (the "Motion").[1]  The Court, having considered the Motion, having considered the

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

*Declaration of Bob Butler, Chief Restructuring Officer, in Support of the Chapter 11 Petition and First Day Motions* [ECF Nos. 10, 14] in support of the Motion (which was admitted into evidence without objection at the Hearing), having considered *Liberty Power Corp. LLC's Response to Debtor's Emergency Motion Compel (I) Turnover of All Books, Records, Systems and Processes Related to the Debtor and Its Operations in the Possession and Control of Liberty Power Corp, LLC, (II) Access to Corporate Premises and (III) for Related Relief* [ECF No. 23] (the "Response"), having heard arguments of counsel at the Hearing and having reviewed the record in this case, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) the relief requested in the Motion and granted herein is in the best interests of the Debtor's estate, its creditors, its equity holders, and other parties-in-interest; (d) proper and adequate notice of the Motion and the Hearing has been given and no other further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested pursuant herein.  Based on the above, the Court:

    **ORDERS** as follows:

    1.    The Motion is **GRANTED** in its entirety, including as set forth herein and for the reasons stated in open court.

    2.    Liberty Power Corp, LLC ("ParentCo"), its principals and persons in control of ParentCo, are directed to provide immediate access and turnover to the Debtor, through the CRO and BRG, of all books, records, systems and processes of and related to the operation of the Debtor's business (the "Books and Records").

    3.    ParentCo shall provide the Debtor with full access to and use of ParentCo's systems and processes so as to enable the Debtor to operate its business pending further order of the Court.

4.      ParentCo shall provide the Debtor, through the CRO and BRG, immediate access to the corporate premises, under the control of ParentCo at which the Debtor's records are maintained and its operations are conducted so as to enable the Debtor to continue to operate its business.

5.      ParentCo shall cooperate and comply with any and all other requests of the Debtor (through the CRO) for documents and information necessary for the Debtor to continue its operations and comply with its obligations under the Bankruptcy Code.

6.      ParentCo, its principals, persons in control, agents, and representatives, shall comply with the automatic stay under section 362(a) of the Bankruptcy Code.

7.      ParentCo, its principals, persons in control, agents, and representative, are enjoined from taking any action against or in respect of property of the Debtor's estate.

8.      The Court shall retain jurisdiction over this matter to interpret and enforce the terms of this Order.

# # #

**SUBMITTED BY:**
Paul J. Battista, Esq
Genovese Joblove & Battista, P.A.
*Proposed Counsel to Debtor-in-Possession*
100 S.E. Second Street, 44th Floor
Miami, FL 33131
(305) 349-2300 (p)
(305) 349- 2310 (f)
pbattista@gjb-law.com

**Copies Furnished to:**
Paul J. Battista, Esq.
[Attorney Battista is directed to serve a conformed copy of this Order on all parties in interest]