UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIBERTY POWER HOLDINGS, LLC, | § | CASE NO. 21-13797-SMG |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE OF THE STATE OF TEXAS AND REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that the attorney set forth below hereby appears as counsel for the State of Texas, by and through the Office of the Attorney General of Texas, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2090-1(C)(3).  The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court) be mailed to and served on the following:

Abigail R. Ryan
Rachel R. Obaldo
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: (512) 463-2173
Fax: (512) 936-1409

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use, or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 23, 2021

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

NANETTE DINUNZIO
Associate Deputy Attorney General for Civil Litigation

PAUL SINGER
Senior Counsel for Public Protection

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Abigail R. Ryan*
ABIGAIL R. RYAN
Texas State Bar No. 24035956
RACHEL R. OBALDO
Texas State Bar No. 24041617
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
abigail.ryan@oag.texas.gov
Rachel.obaldo@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 23, 2021.

                                              */s/ Abigail R. Ryan*
                                              ABIGAIL R. RYAN
                                              Assistant Attorney General