# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| Debtor. | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Order Granting Emergency Motion of Liberty Power Holdings, LLC to Compel (I) Turnover of All Books, Records, Systems and Processes Related to the Debtor and Its Operations in the Possession and Control of Liberty Power Corp, LLC, (II) Access to Corporate Premises and (III) for Related Relief [D.E. 29]* was served via electronic mail and CM/ECF Notification upon all interested parties registered to receive electronic notification and/or via U.S. Mail or e-mail as indicated on the Service List below on this 23rd day of April, 2021.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Proposed Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/     *Paul J. Battista*
Paul J. Battista, Esq.
Florida Bar No. 884162
pbattista@gjb-law.com
Mariaelena Gayo-Guitian, Esq.
Florida Bar No. 813818
mguitian@gjb-law.com
Heather L. Harmon

Florida Bar No. 13192<br>
hharmon@gjb-law.com

## SERVICE LIST

*Served Via CM/ECF Notification*

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Paul J. Battista, Esq on behalf of Debtor Liberty Power Holdings, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Debtor Liberty Power Holdings, LLC
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com;gjbecf@ecf.courtdrive.com

Daniel N Gonzalez, Esq on behalf of Interested Party Liberty Power Corp., LLC
dgonzalez@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Daniel N Gonzalez, Esq on behalf of Interested Party Liberty Power Corporation
dgonzalez@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Jordi Guso, Esq. on behalf of Creditor Boston Energy Trading and Marketing, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Heather L Harmon, Esq on behalf of Debtor Liberty Power Holdings, LLC
HHarmon@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Abigail R Ryan on behalf of Interested Party State of Texas
abigail.ryan@oag.texas.gov

**Served via E-Mail upon:**

Victoria Dusch, Chief Financial Officer vdusch@libertypowercorp.com

David Hernandez, Chief Executive Officer - dhernandez@libertypowercorp.com
Alberto Daire past president adaire@libertypowercorp.com
Derik Viner, President  dviner@libertypowercorp.com
Marty Halpern  - Manager - United TranzActions mhalpern@unitedtranzactions.com
Stephen Gray -  Independent  Director ssg@grayandcompanyllc.com
Stephen Gibelli, General In house counsel  sgibelli@libertypowercorp.com
Breton Leone-Quick, Esq BLeone-Quick@mintz.com
Audrey Louison, Esq  ALouison@mintz.com

**Served Via U.S. Mail**
**All parties on the attached mailing matrix.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 21-13797-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Apr 23 14:22:02 EDT 2021 | Boston Energy Trading and Marketing, LLC<br>c/o Jordi Guso<br>Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-5319 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 |
| Liberty Power Corp., LLC<br>c/o Daniel N. Gonzalez, Esq.<br>Meland Budwick, PA<br>200 South Biscayne Blvd.<br>200 South Biscayne Blvd.<br>Miami, FL 33131-2310 | Liberty Power Holdings, LLC<br>2100 W. Cypress Creek Rd.<br>Suite 130<br>Fort Lauderdale, FL 33309-1823 | State of Texas<br>Office of the Attorney General<br>P.O. Box 12548<br>MC-008<br>Austin, TX 78711-2548 |
| Attorney General Office<br>Main Office - Boston<br>1 Ashburton Place<br>20th Floor<br>Boston, MA 02108-1518 | Attorney Generals Office<br>100 W Randolph Street<br>Chicago, IL 60601-3271 | Aytan Y. Bellin, Esq.<br>Bellin & Associates LLC<br>50 Main Street, Suite 1000<br>White Plains, NY 10606-1900 |
| Boston Energy Trading and Marketing LLC<br>One International Place<br>Suite 900<br>Boston, MA 02110-2600 | Boston Energy Trading and Marketing LLC<br>c/o David T. McIndoe<br>700 Sixth St, NW<br>Suite 700<br>Washington, DC 20001-3980 | Boston Energy Trading and Marketing LLC<br>c/o Jordi Guso<br>1450 Brickell Ave<br>Suite 1900<br>Miami, FL 33131-3453 |
| Brook S. Lane<br>Hillary Schwab<br>Fair Word, PC<br>192 South Street, Suite 450<br>Boston, MA 02111-2722 | Broward County Revenue Collections<br>115 S. Andrews Ave<br>Room A-100<br>Ft. Lauderdale, FL 33301-1888 | Browrd County Tax Collector<br>1800 NW 66 Avenue<br>Suite 100<br>Ft. Lauderdale, FL 33313-4523 |
| Central Hudson Gas & Electric Co<br>284 South Ave<br>Poughkeepsie, NY 12601-4838 | Chicago Main Office<br>100 West Randolph Street<br>Chicago, IL 60601-3218 | City of Fort Lauderdale<br>Business Tax Office<br>700 NW 19th Avenue<br>Ft. Lauderdale, FL 33311-7834 |
| Commonwealth of Massachusetts<br>Superior Court Department<br>Suffolk County Court: Clerk s Office<br>3 Pemberton Square, 13th Floor<br>Boston, MA 02108-1700 | (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 | David C. Parisi, Esq.<br>Suzanne Havens Beckman, Esq.<br>Parisi & Havens, LLP<br>212 Marine Street, Suite 100<br>Santa Monica, CA 90405-6510 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801-3509 | Delaware Division of Revenue<br>Carvel State Building<br>820 N. French St.<br>8th Floor<br>Wilmington, DE 19801-3509 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| John L. Fink, Esq.<br>Fink Law Office<br>18 Lyman St., Suite 208<br>J&N Professional Building<br>Westborough, MA 01581-1448 | Julian D. Schreibman<br>Wachtel Masyr & Missry, LLP<br>One Dag Hammarskjold Plaza<br>885 Second Avenue, 47th Floor<br>New York, NY 10017-2229 | Konica Minolta Premier Finance<br>PO Box 35701<br>Billings, MT 59107-5701 |

| | | |
|---|---|---|
| LPT LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 | Liberty Power District of Columbia LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 | Liberty Power Maryland LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 |
| Liberty Power Super Holdings LLC<br>2100 W. Cypress Road<br>Suite 130<br>Ft. Lauderdale, FL 33309 | Liberty Power Super Holdings LLC<br>c/o Breton Leone-Quick<br>One Financial Center<br>Boston, MA 02111-2621 | Mary Higgins, Esq.<br>Mary Anne McLane Detweiler, Esq.<br>University Office Plaza<br>260 Chapman Road, Suite 201<br>Newark, DE 19702-5491 |
| Massachusetts Department of Revenue<br>436 Dwight St<br>Suite 401<br>Springfield, MA 01103-1317 | Massachusetts Electric Company<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 | Nantucket Electric Company<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 |
| (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | New York State Department of Taxation an<br>Harriman Campus Road<br>Albany, NY 12226 | Niagara Mohawk Power Corp.<br>d/b/a National Grid<br>40 Sylvan Road<br>Waltham, MA 02451-1120 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903-2994 | Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106-1668 |
| Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2029 | Office of the Attorney General<br>400 6th Street NW<br>Washington, D.C. 20001-0189 | Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006 |
| Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611-2148 | Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| Office of the Ohio Attorney General<br>30 E. Broad Street<br>14th Floor<br>Columbus, OH 43215-3414 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216-2678 |
| Pennsylvania Department of Revenue<br>1846 Brookwood St<br>Harrisburg, PA 17104 | Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120-0001 | Rhode Island Division of Taxation<br>1 Captial Hill<br>Providencde, RI 02910-3213 |
| Shell Energy North America (US), L.P.<br>Attn:  General Counsel<br>1000 Main Street<br>Level 12<br>Houston, TX 77002-6336 | Shell Trading Risk Management, LLC<br>Attn:  General Counsel<br>1000 Main Street<br>Level 12<br>Houston, TX 77002-6336 | Sidney Austin LLP<br>One South Dearborn<br>Chicago, IL 60603-2323 |

| | | |
|---|---|---|
| Small Business Admin.<br>409 3rd St, SW<br>Washington, DC 20416-0005 | State of Connecticut<br>Department of Revenue Services<br>450 Columbus Blvd<br>Hartford, CT 06103-1835 | State of Florida Department of Revenue<br>Po Box 6668<br>Tallahassee, FL 32314-6668 |
| Texas State Comptrollers Office Sales Ta<br>111 E 17th St<br>Austin, TX 78701-1403 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | US Securites and Exchange Commission<br>Office of Reorganization<br>950 E. Paces Ferry Rd. NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| United States Trustee<br>51 SW 1st Ave<br>Miami, FL 33130-1669 | Yitchak H. Lieberman, Esq.<br>Grace E. Parasmo, Esq.<br>Parasmo Lieberman Law<br>7400 Hollywood Blvd. #505<br>Los Angeles, CA 90046-2879 | Heather L Harmon Esq<br>100 S.E 2 St #4400<br>Miami, FL 33131-2118 |
| Mariaelena Gayo-Guitian<br>200 E. Broward Blvd # 1110<br>Ft Lauderdale, FL 33301-3535 | Paul J. Battista Esq<br>100 SE 2 St #4400<br>Miami, FL 33131-2118 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>301 W Preston St.<br>Baltimore, MD 21201 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Dell Financial Services, LLC<br>Mail Stop-PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 |
| Illinois Department of Revenue<br>Willard Ice Building<br>101 W Jefferson St<br>Springfield, IL 62702 | New Jersey Division of Taxation<br>3 John Fitch Way<br>Trenton, NJ 08695 | US Attorney's Office<br>99 NE 4th St<br>Miami, FL 33128 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Liberty Power Corporation<br>c/o Daniel N. Gonzalez, Esq.<br>Meland Budwick, PA<br>200 South Biscayne Blvd.<br>200 South Biscayne Blvd.<br>Miami, FL 33131-2310 | (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                   72 |