IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| LIBERTY POWER HOLDINGS, LLC, | § | CASE NO. 21-13797-SMG |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of the Electric Reliability Council of Texas, Inc. ("ERCOT") in the bankruptcy case (the "Bankruptcy Case") of the above-captioned debtor and, pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned counsel at the following address:

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications,

notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as ERCOT's:  (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which ERCOT has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments ERCOT hereby expressly reserves.

Dated: April 23, 2021  **MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: klippman@munsch.com

By: */s/ Kevin M. Lippman*
Kevin M. Lippman
Texas Bar No. 00784479

ATTORNEYS FOR THE ELECTRIC RELIABILITY
COUNCIL OF TEXAS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of April, 2021, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically through the Court's ECF system upon all parties listed below.

*/s/ Kevin M. Lippman*
Kevin M. Lippman

## CM/ECF Service List

Paul J. Battista          pbattista@gjb-law.com
Heather L. Harmon     hharmon@gjb-law.com
Jordi Guso       jguso@bergersingerman.com
Daniel N. Gonzalez     dgonzalez@melandbudwick.com
Scott Andron    sandron@boward.org
Office of the US Trustee       USTPRegion21.MM.ECF@usdoj.gov