# UNITED STATES BANKRUPTY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Case No.: 21-13797-SMG |
| LIBERTY POWER HOLDINGS, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPERANCE AND
## REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

The Office of the Attorney General of the Commonwealth of Massachusetts, representing Creditor the Commonwealth of Massachusetts, hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* ("Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code"), and Rules 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). Such party in interest hereby respectfully requests, pursuant to the applicable provisions of section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or requested to be served in this case can be served upon the undersigned attorneys at the following addresses:

>Timothy J. Reppucci
>Assistant Attorney General
>Massachusetts Attorney General's Office
>One Ashburton Place, 18th Floor
>Boston, MA 02108
>Tel: (617) 727-2200
>timothy.reppucci@mass.gov

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any right of the Creditor (i) to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

**CERTIFICATE OF ADMISSION**

I hereby certify that I am in compliance with Local Rule 2090-1(C)(3), as I am an attorney employed by the Commonwealth of Massachusetts appearing on behalf of the Commonwealth of Massachusetts in my official capacity.

Dated: April 23, 2021            Respectfully submitted,

                                          COMMONWEALTH OF MASSACHUSETTS

                                          MAURA HEALEY
                                          ATTORNEY GENERAL

                          By:     /s/ Timothy J. Reppucci
                                          Timothy J. Reppucci (MA BBO# 678629)
                                          Assistant Attorney General
                                          Massachusetts Attorney General's Office
                                          One Ashburton Place, 18th Floor
                                          Boston, MA 02108
                                          (617) 727-2200
                                          timothy.reppucci@mass.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served on this 23rd day of April, 2021, by electronic transmission through the Court's CM/ECF system upon counsel of record for the parties appearing in this proceeding as follows:

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave
Suite 1900
Miami, Florida 33131
(305) 755-9500
jguso@bergersingerman.com

*Counsel for Boston Energy Trading and Marketing, LLC (Creditor)*

Daniel N. Gonzalez, Esq.
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6363
dgonzales@melandbudwick.com

*Counsel for Liberty Power Corp., LLC and Liberty Power Corporation (Interested Parties)*

Mariaelena Gayo-Guitian, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
200 E. Broward Boulevard
Suite 1110
Fort Lauderdale, Florida 33301
(954) 453-8000
mguitian@gjb-law.com

*Counsel for Liberty Power Holdings, LLC (Debtor)*

Scott Andron, Esq.
BROWARD COUNTY ATTORNEY
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 357-7600
sandron@broward.org

*Counsel for Broward County (Creditor)*

Paul J. Battista, Esq.
Heather L. Harmon, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street
44th Floor
Miami, Florida 33131
(305) 349-2300
pbattista@gjb-law.com
hharmon@gjb-law.com

*Counsel for Liberty Power Holdings, LLC (Debtor)*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1st Avenue
Suite 1204
Miami, Florida 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov

Kevin M. Lippman
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
(214) 855-7500
klippman@munsch.com

*Counsel for the Electric Reliability Council of Texas, Inc. (Interested Party)*

Abigail R. Ryan
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Bankruptcy & Collections Division
P.O. Bo 12548- MC 008
Austin, Texas 78711-2548
(512) 463-2173
abigail.ryan@oag.texas.gov

*Counsel for the State of Texas (Interested Party)*

I hereby certify that a true copy of the foregoing was served on this 23rd day of April, 2021, by electronic mail on counsel of record for parties appearing in this proceeding but not yet listed in the Attorney List or Party List available through CM/ECF and PACER, as follows:

Michael S. Budwick, Esq.
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6363
mbudwick@melandbudwick.com

*Counsel for Liberty Power Corp., LLC and Liberty Power Corporation (Interested Parties)*

Rachel R. Obaldo
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Bankruptcy & Collections Division
P.O. Bo 12548- MC 008
Austin, Texas 78711-2548
(512) 463-2173
rachel.obaldo@oag.texas.gov

*Counsel for the State of Texas (Interested Party)*

By: /s/ Timothy J. Reppucci
Timothy J. Reppucci (MA BBO# 678629)
Assistant Attorney General
Massachusetts Attorney General's Office
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
timothy.reppucci@mass.gov