**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| LIBERTY POWER HOLDINGS, LLC, | |
| | Case No. 21-13797 (SMG) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for ISO New England Inc., creditor and party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Eric S. Goldstein, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile: (860) 251-5218
> egoldstein@goodwin.com
> bankruptcy@goodwin.com
> bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

2

Dated at West Hartford, Connecticut, this 23rd day of April 2021.

> By: /s/ Eric S. Goldstein
> Eric S. Goldstein (ct 27195)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> (860) 251-5000
>
> *Counsel for ISO New England Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, a copy of foregoing Notice of Appearance was filed electronically via the Court's Notice of Electronic Filing upon the Registered Users listed below and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**U.S. First Class Mail**

> **The Debtor**
> Liberty Power Holdings, LLC
> 2100 W. Cypress Creek Road
> Suite 130
> Fort Lauderdale, FL 33309

**Electronic Mail Notice List**

- **Scott Andron**, sandron@broward.org
  swulfekuhle@broward.org
- **Paul J. Battista**, pbattista@gjb-law.com
  gjbecf@gjb-law.com
  chopkins@gjblaw.com
  jzamora@gjb-law.com
  gjbecf@ecf.courtdrive.com
  vlambdin@gjb-law.com
- **Heather L Harmon,** HHarmon@gjb-law.com
  gjbecf@gjblaw.com
  ecastellanos@gjb-law.com
  gjbecf@ecf.courtdrive.com
  jzamora@gjb-law.com
- **Mariaelena Gayo-Guitian**, mguitian@gjb-law.com
- **Daniel N Gonzalez,** dgonzalez@melandbudwick.com
  ltannenbaum@melandbudwick.com;
  mrbnefs@yahoo.com
  gonzalez@ecf.courtdrive.com

-                                    ltannenbaum@ecf.courtdrive.com
                                     phornia@ecf.courtdrive.com
- **Jordi Guso,**         jguso@bergersingerman.com
                                     fsellers@bergersingerman.com
                                     efile@bergersingerman.com
                                     efile@ecf.inforuptcy.com
- **Office of the US Trustee**, USTPRegion21.MM.ECF@usdoj.gov

                                                               /s/ Eric S. Goldstein
                                                               Eric S. Goldstein