United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-13797-PDR |
| Liberty Power Holdings, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: graster-t | Page 1 of 3 |
| Date Rcvd: Apr 21, 2021 | Form ID: 309F1 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liberty Power Holdings, LLC, 2100 W. Cypress Creek Rd., Suite 130, Fort Lauderdale, FL 33309-1823 |
| aty | + | Scott Andron, 115 S. Andrews Ave., #423, Fort Lauderdale, FL 33301-1826 |
| 96158746 | + | Attorney General Office, Main Office - Boston, 1 Ashburton Place, 20th Floor, Boston, MA 02108-1518 |
| 96158747 | + | Attorney Generals Office, 100 W Randolph Street, Chicago, IL 60601-3271 |
| 96158748 | + | Aytan Y. Bellin, Esq., Bellin & Associates LLC, 50 Main Street, Suite 1000, White Plains, NY 10606-1900 |
| 96158749 | + | Boston Energy Trading and Marketing LLC, c/o Jordi Guso, 1450 Brickell Ave, Suite 1900, Miami, FL 33131-3453 |
| 96158750 | + | Boston Energy Trading and Marketing LLC, c/o David T. McIndoe, 700 Sixth St, NW, Suite 700, Washington, DC 20001-3980 |
| 96158751 | + | Boston Energy Trading and Marketing LLC, One International Place, Suite 900, Boston, MA 02110-2600 |
| 96158752 | + | Brook S. Lane, Hillary Schwab, Fair Word, PC, 192 South Street, Suite 450, Boston, MA 02111-2722 |
| 96158754 | + | Browrd County Tax Collector, 1800 NW 66 Avenue, Suite 100, Ft. Lauderdale, FL 33313-4523 |
| 96158755 | + | Central Hudson Gas & Electric Co, 284 South Ave, Poughkeepsie, NY 12601-4838 |
| 96158756 | + | Chicago Main Office, 100 West Randolph Street, Chicago, IL 60601-3218 |
| 96158757 | + | City of Fort Lauderdale, Business Tax Office, 700 NW 19th Avenue, Ft. Lauderdale, FL 33311-7834 |
| 96158758 | + | Commonwealth of Massachusetts, Superior Court Department, Suffolk County Court: Clerk s Office, 3 Pemberton Square, 13th Floor, Boston, MA 02108-1700 |
| 96158760 | + | David C. Parisi, Esq., Suzanne Havens Beckman, Esq., Parisi & Havens, LLP, 212 Marine Street, Suite 100, Santa Monica, CA 90405-6510 |
| 96158762 | + | Delaware Department of Justice, Carvel State Building, 820 N. French St., Wilmington, DE 19801-3509 |
| 96158768 | + | Julian D. Schreibman, Wachtel Masyr & Missry, LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 96158769 | + | Konica Minolta Premier Finance, PO Box 35701, Billings, MT 59107-5701 |
| 96158774 | | LPT LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158770 | | Liberty Power District of Columbia LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158771 | | Liberty Power Maryland LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158772 | | Liberty Power Super Holdings LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158773 | + | Liberty Power Super Holdings LLC, c/o Breton Leone-Quick, One Financial Center, Boston, MA 02111-2621 |
| 96158775 | + | Mary Higgins, Esq., Mary Anne McLane Detweiler, Esq., University Office Plaza, 260 Chapman Road, Suite 201, Newark, DE 19702-5491 |
| 96158776 | + | Massachusetts Department of Revenue, 436 Dwight St, Suite 401, Springfield, MA 01103-1317 |
| 96158777 | + | Massachusetts Electric Company, d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158778 | + | Nantucket Electric Company, d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158780 | | New York State Department of Taxation an, Harriman Campus Road, Albany, NY 12226 |
| 96158781 | + | Niagara Mohawk Power Corp., d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158782 | | Office of Attorney General, State of Florida, The Capitol PL-01, Tallahassee, FL 32399-1050 |
| 96158788 | + | Office of the Attorney General, Richard J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08611-2148 |
| 96158784 | | Office of the Attorney General, The Capitol, Albany, NY 12224-0341 |
| 96158783 | | Office of the Attorney General, PO Box 12548, Austin, TX 78711-2548 |
| 96158790 | + | Office of the Attorney General, 400 6th Street NW, Washington, D.C. 20001-0189 |
| 96158787 | + | Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 96158785 | + | Office of the Attorney General, 6 State House Station, Augusta, ME 04333-0006 |
| 96158786 | + | Office of the Attorney General, 150 South Main Street, Providence, RI 02903-2994 |
| 96158789 | + | Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202-2029 |
| 96158791 | + | Office of the Ohio Attorney General, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 96158792 | | Ohio Department of Taxation, PO Box 2678, Columbus, OH 43216-2678 |

| District/off: 113C-0 | User: graster-t | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 309F1 | Total Noticed: 67 |

| | | |
|---|---|---|
| 96158793 | | Pennsylvania Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 96158794 | + | Pennsylvania Office of Attorney General, Strawberry Square, Harrisburg, PA 17120-0001 |
| 96158795 | + | Rhode Island Division of Taxation, 1 Captial Hill, Providencde, RI 02910-3213 |
| 96158779 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, 3 John Fitch Way, Trenton, NJ 08695 |
| 96158798 | + | Sidney Austin LLP, One South Dearborn, Chicago, IL 60603-2323 |
| 96158802 | + | Texas State Comptrollers Office Sales Ta, 111 E 17th St, Austin, TX 78701-1403 |
| 96158805 | | US Securites and Exchange Commission, Office of Reorganization, 950 E. Paces Ferry Rd. NE, Suite 900, Atlanta, GA 30326-1382 |
| 96158806 | + | Yitchak H. Lieberman, Esq., Grace E. Parasmo, Esq., Parasmo Lieberman Law, 7400 Hollywood Blvd. #505, Los Angeles, CA 90046-2879 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: pbattista@gjb-law.com | Apr 21 2021 23:30:00 | Paul J. Battista, Esq, 100 SE 2 St #4400, Miami, FL 33131 |
| smg | + Email/Text: swulfekuhle@broward.org | Apr 21 2021 23:30:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | EDI: FLDEPREV.COM | Apr 22 2021 02:13:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| smg | EDI: IRS.COM | Apr 22 2021 02:18:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 21 2021 23:31:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + Email/Text: swulfekuhle@broward.org | Apr 21 2021 23:30:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| 96158753 | + Email/Text: swulfekuhle@broward.org | Apr 21 2021 23:30:00 | Broward County Revenue Collections, 115 S. Andrews Ave, Room A-100, Ft. Lauderdale, FL 33301-1888 |
| 96158759 | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 21 2021 23:30:00 | Comptroller of Maryland, 301 W Preston St., Baltimore, MD 21201 |
| 96158761 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Apr 21 2021 23:30:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087 |
| 96158764 | Email/PDF: DellBKNotifications@resurgent.com | Apr 21 2021 23:34:52 | Dell Financial Services, LLC, Mail Stop-PS2DF-23, One Dell Way, Round Rock, TX 78682 |
| 96158763 | + Email/Text: REV_Bankruptcy_General@state.de.us | Apr 21 2021 23:31:00 | Delaware Division of Revenue, Carvel State Building, 820 N. French St., 8th Floor, Wilmington, DE 19801-3509 |
| 96158765 | Email/Text: rev.bankruptcy@illinois.gov | Apr 21 2021 23:31:00 | Illinois Department of Revenue, Willard Ice Building, 101 W Jefferson St, Springfield, IL 62702 |
| 96158796 | + Email/Text: lindsey.springer@shell.com | Apr 21 2021 23:32:00 | Shell Energy North America (US), L.P., Attn: General Counsel, 1000 Main Street, Level 12, Houston, TX 77002-6336 |
| 96158797 | + Email/Text: Lindsey.Springer@shell.com | Apr 21 2021 23:32:00 | Shell Trading Risk Management, LLC, Attn: General Counsel, 1000 Main Street, Level 12, Houston, TX 77002-6336 |
| 96158799 | + Email/Text: bankruptcynotices@sba.gov | Apr 21 2021 23:31:00 | Small Business Admin., 409 3rd St, SW, Washington, DC 20416-0005 |
| 96158800 | + Email/Text: DRS.Bankruptcy@po.state.ct.us | Apr 21 2021 23:31:00 | State of Connecticut, Department of Revenue Services, 450 Columbus Blvd, Hartford, CT 06103-1835 |
| 96158801 | + EDI: FLDEPREV.COM | Apr 22 2021 02:13:00 | State of Florida Department of Revenue, Po Box |

District/off: 113C-0  User: graster-t  Page 3 of 3
Date Rcvd: Apr 21, 2021  Form ID: 309F1  Total Noticed: 67

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 96158804 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Apr 21 2021 23:31:00 | US Attorney's Office, 99 NE 4th St, Miami, FL 33128 |
| 96158803 | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 21 2021 23:31:00 | United States Trustee, 51 SW 1st Ave, Miami, FL 33130-1669 |

(continued) 6668, Tallahassee, FL 32314-6668

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96158766 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96158767 | ##+ | John L. Fink, Esq., Fink Law Office, 18 Lyman St., Suite 208, J&N Professional Building, Westborough, MA 01581-1448 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paul J. Battista, Esq | on behalf of Debtor Liberty Power Holdings  LLC pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Liberty Power Holdings, LLC**<br>Name | EIN | 71–1009769 |
| United States Bankruptcy Court   **Southern District of Florida**<br>Case number:  **21–13797–PDR** | | Date case filed for chapter  **11   4/20/21** | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Liberty Power Holdings, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 2100 W. Cypress Creek Rd.<br>Suite 130<br>Fort Lauderdale, FL 33309 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Paul J. Battista Esq<br>100 SE 2 St #4400<br>Miami, FL 33131 | Contact phone (305) 349–2300 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (954) 769–5700 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings.<br><br>Clerk of Court:  <u>**Joseph Falzone**</u><br>Dated: <u>**4/21/21**</u> |
| 6. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 24, 2021 at 02:30 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number:  866–774–1822<br>Participant Code:  4573853 |

Local Form 309F1 USBC SDFL (Corporations or Partnerships)  (03/30/2020)   **Notice of Chapter 11 Bankruptcy Case**                                    page 1

Debtor  **Liberty Power Holdings, LLC**                                                     Case number **21–13797–PDR**

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 6/29/21 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 10/18/21 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's officei or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**<br>  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**     07/23/2021 | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |