United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                  Case No. 21-13797-SMG
Liberty Power Holdings, LLC                                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                  User: graster-t                  Page 1 of 2
Date Rcvd: Apr 22, 2021           Form ID: CGFI9            Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liberty Power Holdings, LLC, 2100 W. Cypress Creek Rd., Suite 130, Fort Lauderdale, FL 33309-1823 |
| cr | + | Boston Energy Trading and Marketing, LLC, c/o Jordi Guso, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900 Miami, FL 33131-5319 |
| intp | + | Liberty Power Corp., LLC, Meland Budwick, PA, 200 South Biscayne Blvd., 200 South Biscayne Blvd., Miami, FL 33131 UNITED STATES 33131-2310 |
| intp | + | Liberty Power Corporation, c/o Daniel N. Gonzalez, Esq., Meland Budwick, PA, 200 South Biscayne Blvd., 200 South Biscayne Blvd. Miami, FL 33131-2310 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: swulfekuhle@broward.org | Apr 23 2021 00:25:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel N Gonzalez, Esq | on behalf of Interested Party Liberty Power Corporation dgonzalez@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phorn |

| | | |
|---|---|---|
| District/off: 113C-0 | User: graster-t | Page 2 of 2 |
| Date Rcvd: Apr 22, 2021 | Form ID: CGFI9 | Total Noticed: 5 |

ia@ecf.courtdrive.com

Daniel N Gonzalez, Esq

on behalf of Interested Party Liberty Power Corp. LLC dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Heather L Harmon, Esq

on behalf of Debtor Liberty Power Holdings LLC HHarmon@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Jordi Guso, Esq.

on behalf of Creditor Boston Energy Trading and Marketing LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Paul J. Battista, Esq

on behalf of Debtor Liberty Power Holdings LLC pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com

Scott Andron

on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org

TOTAL: 7

CGFI9 (7/28/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21–13797–SMG**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Liberty Power Holdings, LLC
2100 W. Cypress Creek Rd.
Suite 130
Fort Lauderdale, FL 33309

EIN: 71–1009769

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Recusal entered on 04/22/2021 by Judge Peter D Russin, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Scott M Grossman**.

**Dated: 4/22/21**

**CLERK OF COURT**
By: Tanesha Graster–Thomas
Deputy Clerk

The clerk shall serve this notice on all parties of record.