United States Bankruptcy Court
Southern District of Florida

In re:                                                                                    Case No. 21-13797-SMG

Liberty Power Holdings, LLC                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: graster-t | Page 1 of 3 |
| Date Rcvd: Apr 22, 2021 | Form ID: pdf004 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liberty Power Holdings, LLC, 2100 W. Cypress Creek Rd., Suite 130, Fort Lauderdale, FL 33309-1823 |
| cr | + | Boston Energy Trading and Marketing, LLC, c/o Jordi Guso, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900 Miami, FL 33131-5319 |
| intp | + | Liberty Power Corp., LLC, Meland Budwick, PA, 200 South Biscayne Blvd., 200 South Biscayne Blvd., Miami, FL 33131 UNITED STATES 33131-2310 |
| intp | + | Liberty Power Corporation, c/o Daniel N. Gonzalez, Esq., Meland Budwick, PA, 200 South Biscayne Blvd., 200 South Biscayne Blvd. Miami, FL 33131-2310 |
| 96158746 | + | Attorney General Office, Main Office - Boston, 1 Ashburton Place, 20th Floor, Boston, MA 02108-1518 |
| 96158747 | + | Attorney Generals Office, 100 W Randolph Street, Chicago, IL 60601-3271 |
| 96158748 | + | Aytan Y. Bellin, Esq., Bellin & Associates LLC, 50 Main Street, Suite 1000, White Plains, NY 10606-1900 |
| 96158749 | + | Boston Energy Trading and Marketing LLC, c/o Jordi Guso, 1450 Brickell Ave, Suite 1900, Miami, FL 33131-3453 |
| 96158750 | + | Boston Energy Trading and Marketing LLC, c/o David T. McIndoe, 700 Sixth St, NW, Suite 700, Washington, DC 20001-3980 |
| 96158751 | + | Boston Energy Trading and Marketing LLC, One International Place, Suite 900, Boston, MA 02110-2600 |
| 96158752 | + | Brook S. Lane, Hillary Schwab, Fair Word, PC, 192 South Street, Suite 450, Boston, MA 02111-2722 |
| 96158754 | + | Broward County Tax Collector, 1800 NW 66 Avenue, Suite 100, Ft. Lauderdale, FL 33313-4523 |
| 96158755 | + | Central Hudson Gas & Electric Co, 284 South Ave, Poughkeepsie, NY 12601-4838 |
| 96158756 | + | Chicago Main Office, 100 West Randolph Street, Chicago, IL 60601-3218 |
| 96158757 | + | City of Fort Lauderdale, Business Tax Office, 700 NW 19th Avenue, Ft. Lauderdale, FL 33311-7834 |
| 96158758 | + | Commonwealth of Massachusetts, Superior Court Department, Suffolk County Court: Clerk s Office, 3 Pemberton Square, 13th Floor, Boston, MA 02108-1700 |
| 96158760 | + | David C. Parisi, Esq., Suzanne Havens Beckman, Esq., Parisi & Havens, LLP, 212 Marine Street, Suite 100, Santa Monica, CA 90405-6510 |
| 96158762 | + | Delaware Department of Justice, Carvel State Building, 820 N. French St., Wilmington, DE 19801-3509 |
| 96158768 | + | Julian D. Schreibman, Wachtel Masyr & Missry, LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, 47th Floor, New York, NY 10017-2229 |
| 96158769 | + | Konica Minolta Premier Finance, PO Box 35701, Billings, MT 59107-5701 |
| 96158774 | | LPT LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158770 | | Liberty Power District of Columbia LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158771 | | Liberty Power Maryland LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158772 | | Liberty Power Super Holdings LLC, 2100 W. Cypress Road, Suite 130, Ft. Lauderdale, FL 33309 |
| 96158773 | + | Liberty Power Super Holdings LLC, c/o Breton Leone-Quick, One Financial Center, Boston, MA 02111-2621 |
| 96158775 | + | Mary Higgins, Esq., Mary Anne McLane Detweiler, Esq., University Office Plaza, 260 Chapman Road, Suite 201, Newark, DE 19702-5491 |
| 96158776 | + | Massachusetts Department of Revenue, 436 Dwight St, Suite 401, Springfield, MA 01103-1317 |
| 96158777 | + | Massachusetts Electric Company, d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158778 | + | Nantucket Electric Company, d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158780 | | New York State Department of Taxation an, Harriman Campus Road, Albany, NY 12226 |
| 96158781 | + | Niagara Mohawk Power Corp., d/b/a National Grid, 40 Sylvan Road, Waltham, MA 02451-1120 |
| 96158782 | | Office of Attorney General, State of Florida, The Capitol PL-01, Tallahassee, FL 32399-1050 |
| 96158790 | + | Office of the Attorney General, 400 6th Street NW, Washington, D.C. 20001-0189 |
| 96158783 | | Office of the Attorney General, PO Box 12548, Austin, TX 78711-2548 |
| 96158784 | | Office of the Attorney General, The Capitol, Albany, NY 12224-0341 |
| 96158788 | + | Office of the Attorney General, Richard J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08611-2148 |
| 96158787 | + | Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106-1668 |
| 96158785 | + | Office of the Attorney General, 6 State House Station, Augusta, ME 04333-0006 |

| District/off: 113C-0 | User: graster-t | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf004 | Total Noticed: 65 |

| | | |
|---|---|---|
| 96158786 | + | Office of the Attorney General, 150 South Main Street, Providence, RI 02903-2994 |
| 96158789 | + | Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202-2029 |
| 96158791 | + | Office of the Ohio Attorney General, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 96158792 | | Ohio Department of Taxation, PO Box 2678, Columbus, OH 43216-2678 |
| 96158793 | | Pennsylvania Department of Revenue, 1846 Brookwood St, Harrisburg, PA 17104 |
| 96158794 | + | Pennsylvania Office of Attorney General, Strawberry Square, Harrisburg, PA 17120-0001 |
| 96158795 | + | Rhode Island Division of Taxation, 1 Captial Hill, Providencde, RI 02910-3213 |
| 96158779 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, 3 John Fitch Way, Trenton, NJ 08695 |
| 96158798 | + | Sidney Austin LLP, One South Dearborn, Chicago, IL 60603-2323 |
| 96158802 | + | Texas State Comptrollers Office Sales Ta, 111 E 17th St, Austin, TX 78701-1403 |
| 96158805 | | US Securites and Exchange Commission, Office of Reorganization, 950 E. Paces Ferry Rd. NE, Suite 900, Atlanta, GA 30326-1382 |
| 96158806 | + | Yitchak H. Lieberman, Esq., Grace E. Parasmo, Esq., Parasmo Lieberman Law, 7400 Hollywood Blvd. #505, Los Angeles, CA 90046-2879 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 96159581 | + | Email/Text: swulfekuhle@broward.org | Apr 23 2021 00:25:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| 96158753 | + | Email/Text: swulfekuhle@broward.org | Apr 23 2021 00:25:00 | Broward County Revenue Collections, 115 S. Andrews Ave, Room A-100, Ft. Lauderdale, FL 33301-1888 |
| 96158759 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 23 2021 00:26:00 | Comptroller of Maryland, 301 W Preston St., Baltimore, MD 21201 |
| 96158761 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Apr 23 2021 00:25:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087 |
| 96158764 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 23 2021 02:12:21 | Dell Financial Services, LLC, Mail Stop-PS2DF-23, One Dell Way, Round Rock, TX 78682 |
| 96158763 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 23 2021 00:27:00 | Delaware Division of Revenue, Carvel State Building, 820 N. French St., 8th Floor, Wilmington, DE 19801-3509 |
| 96158765 | | Email/Text: rev.bankruptcy@illinois.gov | Apr 23 2021 00:27:00 | Illinois Department of Revenue, Willard Ice Building, 101 W Jefferson St, Springfield, IL 62702 |
| 96158766 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96158796 | + | Email/Text: lindsey.springer@shell.com | Apr 23 2021 01:51:00 | Shell Energy North America (US), L.P., Attn: General Counsel, 1000 Main Street, Level 12, Houston, TX 77002-6336 |
| 96158797 | + | Email/Text: Lindsey.Springer@shell.com | Apr 23 2021 01:51:00 | Shell Trading Risk Management, LLC, Attn: General Counsel, 1000 Main Street, Level 12, Houston, TX 77002-6336 |
| 96158799 | + | Email/Text: bankruptcynotices@sba.gov | Apr 23 2021 00:26:00 | Small Business Admin., 409 3rd St, SW, Washington, DC 20416-0005 |
| 96158800 | + | Email/Text: DRS.Bankruptcy@po.state.ct.us | Apr 23 2021 00:26:00 | State of Connecticut, Department of Revenue Services, 450 Columbus Blvd, Hartford, CT 06103-1835 |
| 96158801 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Apr 23 2021 00:25:00 | State of Florida Department of Revenue, Po Box 6668, Tallahassee, FL 32314-6668 |
| 96158804 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Apr 23 2021 00:26:00 | US Attorney's Office, 99 NE 4th St, Miami, FL 33128 |
| 96158803 | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 23 2021 00:27:00 | United States Trustee, 51 SW 1st Ave, Miami, FL |

33130-1669

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| 96158767 | ##+ | John L. Fink, Esq., Fink Law Office, 18 Lyman St., Suite 208, J&N Professional Building, Westborough, MA 01581-1448 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel N Gonzalez, Esq | on behalf of Interested Party Liberty Power Corporation dgonzalez@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| Daniel N Gonzalez, Esq | on behalf of Interested Party Liberty Power Corp. LLC dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| Heather L Harmon, Esq | on behalf of Debtor Liberty Power Holdings LLC HHarmon@gjb-law.com, gjbecf@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com |
| Jordi Guso, Esq. | on behalf of Creditor Boston Energy Trading and Marketing LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paul J. Battista, Esq | on behalf of Debtor Liberty Power Holdings LLC pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |

TOTAL: 7



**ORDERED in the Southern District of Florida on April 22, 2021.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

Liberty Power Holdings, LLC,                Case No.:  21-13797 -PDR

                                                     Chapter 11

_____Debtor_____/

### ORDER DIRECTING CLERK TO REASSIGN THIS CASE AND ANY ASSOCIATED ADVERSARY PROCEEDING TO A NEW JUDGE

**THIS CASE** is before the Court *sua sponte*.  It has come to the Court's attention that pursuant to 28 U.S.C. § 455, recusal is appropriate in the above-captioned bankruptcy case and all related adversary proceedings.  Accordingly, it is ORDERED that:

1.  I hereby recuse myself from the above-captioned bankruptcy case and all related adversary proceedings.

2.  Pursuant to Local Rule 1073-1(B), this bankruptcy case and all related

adversary proceedings are hereby referred to the Clerk of the Court for reassignment and transfer to another Judge.

3.  The Clerk of the court is further directed to docket a copy of this Order in this case and all related adversary proceedings and provide all interested parties with the Notice of Reassignment and Transfer.

4.  Any hearing currently scheduled in the above-captioned bankruptcy case and all related adversary proceedings (including any pretrial conferences), are cancelled will be reset by the Judge reassigned to these matters, with one exception as noted below.

5.  The hearing originally set for April 22, 2021 at 2:30 p.m. on the *Debtor's Emergency Motion to Compel Turnover of all Books, Records, Systems and Processes Related to the Debtor and its Operations in the Possession and Control of Liberty Power Corp. LLC* (Doc. 11) **will still be held on April 22, 2021, but delayed one hour to 3:30 p.m. before the new presiding Judge.** The hearing will be held via Zoom at this link: https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

6.  The Plaintiff in each related adversary proceeding is directed to serve a copy of this Order on all Defendants in each related adversary proceeding.

###

Copies Furnished To:

Office of the United States Trustee

All interested parties and creditors by the Clerk of the Court
Plaintiffs in each related adversary proceeding