IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
LAUDERDALE DIVISION

| | |
|---|---|
| In re LIBERTY POWER HOLDINGS, LLC,<br><br>_____Debtor._____/ | No. 21-13797-SMG<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorney set forth below hereby appears as counsel for Samuel Katz and Lynne Rhodes ("TCPA Plaintiffs") under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 2090-1(C)(1). All parties are requested to take notice of this appearance and serve copies of any and all pleadings, notices, papers, or other document or communication that concerns this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case on this counsel, under section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010. This request extends to any document or paper requested by and provided to any other party under their notice of appearance. (*Cf.* ECF No. 16, 20, 32 to 34.)

> Ethan Preston
> ep@eplaw.us
> PRESTON LAW OFFICES
> 4054 McKinney Avenue, Suite 310
> Dallas, Texas 75204
> Telephone: (972) 564-8340
> Facsimile: (866) 509-1197

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any of Rhodes's rights (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in

any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

Dated: April 26, 2021    By: _____s/Ethan Preston_____
Ethan Preston
Texas State Bar No. 24091084
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the date below, by electronic transmission through the Court's CM/ECF system upon all parties listed below on the CM/ECF Service List and who receives a Notice of Electronic Filing for this document.

Dated: April 26, 2021                By:      s/Ethan Preston
                                                Ethan Preston
                                                Texas State Bar No. 24091084
                                                ep@eplaw.us
                                                PRESTON LAW OFFICES
                                                4054 McKinney Avenue, Suite 310
                                                Dallas, Texas 75204
                                                Telephone: (972) 564-8340
                                                Facsimile: (866) 509-1197

                                                *Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*