UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 21-13797-BKC-SMG

LIBERTY POWER HOLDINGS, LLC,  Chapter 11

    Debtor.
_____/

**ASSIGNEE'S LIMITED OBJECTION TO DEBTOR'S SALE PROCEDURES**

Now comes Philip J. Von Kahle, as Assignee (the "Assignee") in the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC ("LPC"),[1] and files his Limited Objection to *Debtor's Expedited Motion for the Entry of an Order (1) Approving Competitive Bidding Procedures for the Sale of Substantially All of the Debtor's Assets; (2) Scheduling Dates to Conduct Auction and Sale Hearing; (3) Approving the Form and Manner of Notices; (4) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (5) Approving Assumption and Assignment Procedures for Executory Contracts; and (6) Granting Related Relief* (ECF No. 98) (the "Sale Procedures Motion"), and in support states as follows:

    1.    LPC files this limited objection on the basis that it is not clear what assets are being sold, and has concerns that the posture of this case, in which LPC has been ordered to allow the Debtor access and use of LPC's property and assets, could give the impression that LPC's assets are to be included in the sale.

    2.    On April 20, 2021 (the "Petition Date"), Liberty Power Holdings, LLC (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the U.S. Code.

---

[1] On May 19, 2021, the Assignee commenced the case styled *In re the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC*, Case No. CACE-21-010056, pending in the Seventeenth Judicial Circuit, in and for Broward County, Florida (the "Assignment Case").

3. Since filing its petition, the Debtor has filed two requests for extension of the deadline to file its schedules. *See*, ECF Nos. 65, 94. Under the second request, which has not yet been granted, the Debtor proposes to extend the deadline to file its schedules until June 22, 2021, 7 days prior to the rescheduled 341 meeting.

4. The Sale Procedures Motion provides little information on what assets the Debtor is purporting to sell, defining the "Assets" as: "including without limitation, retail customer contracts and associated receivables," and further noting that certain of the assets belong to one or more of its wholly owned subsidiaries. Sale Procedures Motion, ¶ 8, and FN 1.

5. Despite the description of the "Assets" to be intangible in nature, the Sale Procedures Motion contemplates the Debtor providing interested parties with an "on-site inspection of the Assets and such other matters which a Potential Bidder may request and as to which the CRO, in his sole discretion may agree." Sale Procedures Motion, Exhibit 1, page 2.

6. While the Assignee has no objection to the Debtor providing interested buyers with an onsite inspection of its own assets for purposes of due diligence and sale, the Assignee objects to any inspections, due diligence, or sale involving LPC's assets and property absent express agreement from the Assignee.

7. The Debtor's operations occur on-site at LPC's premises, using property and equipment belonging to LPC, and on platforms and systems developed and owned by LPC. As such, the Assignee is concerned about buyer confusion with regard to what assets are, and are not, for sale.

8. The Assignee objects to the Sale Procedures Motion to the extent the Debtor purports or intends to include any LPC assets in the sale. To that end, the Assignee requests clarification of what assets will be, and will not be, included in the proposed sale.

9. Since his recent appointment, the Assignee has opened a dialogue with the Debtor and hopes to come to an agreement as to the matters set forth herein, but files this Limited Objection to reserve his rights with respect to the scope of the proposed sale.

10. The Assignee reserves the right to amend or supplement this Limited Objection as additional information becomes available.

WHEREFORE, Philip J. Von Kahle, as Assignee in the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC, respectfully requests this Court enter an order: (i) sustaining this limited objection; (ii) directing the Debtor to identify the assets to be included in, and excluded from, the sale; (iii) clarifying that LPC's assets will not be included in the sale or the sale process absent the express agreement of the Assignee; and (iv) granting any other and further relief the Court deems just and proper.

Respectfully submitted,

BAST AMRON LLP
*Counsel for Philip J. von Kahle as Assignee for Liberty Power Corp., LLC*
SunTrust International Center
One Southeast Third Ave., Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

By: */s/ Dana R. Quick*
    Jeffrey P. Bast (FBN 996343)
    Dana R. Quick (FBN 074402)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF to all parties registered to receive such service in this case and via U.S. Mail to the parties listed below on May 21, 2021.

By: */s/ Dana R. Quick*
Dana R. Quick, Esq.

**VIA CM/ECF**
- Scott Andron   sandron@broward.org, swulfekuhle@broward.org
- Stephen J Bagge   sbagge@baggelaw.com
- Paul J. Battista   pbattista@gjb-law.com, gjbecf@gjb-law.com; chopkins@gjb-law.com; jzamora@gjb-law.com; gjbecf@ecf.courtdrive.com; vlambdin@gjb-law.com
- Jason B Binford   jason.binford@oag.texas.gov
- Albert A Ciardi   aciardi@ciardilaw.com, sfrizlen@ciardilaw.com; dtorres@ciardilaw.com
- Jonathan F Dinerstein   jonathan.dinerstein@mass.gov
- Alexandra A Fahringer   afahringer@schnader.com
- Robert C Folland   rob.folland@btlaw.com, courtney.dunham@btlaw.com
- Mariaelena Gayo-Guitian   mguitian@gjb-law.com, gjbecf@gjb-law.com; vlambdin@gjb-law.com; cesser@gjb-law.com; chopkins@gjb-law.com; gjbecf@ecf.courtdrive.com
- Eric Goldstein   egoldstein@goodwin.com, bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com
- Daniel N Gonzalez   dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- Jordi Guso jguso@bergersingerman.com, fsellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com
- Heather L Harmon   HHarmon@gjb-law.com, gjbecf@gjb-law.com; ecastellanos@gjb-law.com; gjbecf@ecf.courtdrive.com; jzamora@gjb-law.com
- Kevin M Lippmanklippman@munsch.com
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- Deborah M Perry   dperry@munsch.com
- Ethan M Preston   ep@eplaw.us
- Timothy J Reppucci   timothy.reppucci@mass.gov
- Abigail R Ryan   abigail.ryan@oag.texas.gov
- J. Steven Wilkes   steven.wilkes@usdoj.gov

**VIA U.S. MAIL**
Bob Butler
810 Seventh Avenue, Suite 4100
New York, NY 10019

Breton Leone-Quick
One Financial Center
Boston, MA 02111

Abigail OBrient
Century Plaza Towers
2029 Century Park East, Suite 3100
Los Angeles, CA 90067