**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $57,625,276.36 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $57,625,276.36 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $201,629,677.04

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $1,205,752.88 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $8,802,401.45 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**

Lines 2 + 3a + 3b — $211,637,831.37

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JP Morgan Chase | Controlled Account | 9780 | $15,634,544.02 |
| 3.2 JP Morgan Chase | Deposit Account - Customer deposits | 9207 | $93,240.49 |
| 3.3 JP Morgan Chase | Lockbox | 2233 | $0.00 |
| 3.4 JP Morgan Chase | Money Market Account | 3760 | $229,710.89 |
| 3.5 JP Morgan Chase | Operating Account | 9199 | $24,481.14 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 Restricted Cash - Cash Collateral for Commercial and Standby Letters of Credit (JPMorgan Chase Bank Account ending -3760) | | | $4,145,725.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,127,701.54 |
| --- |

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
| --- | --- | --- |

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Collateral Deposit - Midcontinent Independent System Operator (MISO) | $51,646.87 |
| --- | --- | --- |
| 7.2 | Collateral Deposit - Orange and Rockland (O&R) | $16,800.00 |
| 7.3 | Collateral Deposit - Public Service Electric & Gas Company (PSEG) | $1,432,531.34 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Annual Assessment (DC Office of the People's Counsel) | $19,789.58 |
| --- | --- | --- |
| 8.2 | Annual Assessment (DC Public Service Commission) | $32,383.33 |
| 8.3 | Annual Fees (ZE PowerGroup Inc./ZEMA Settlement Services) | $9,653.58 |
| 8.4 | Annual Membership Fee (PJM Interconnection, LLC) | $3,472.22 |
| 8.5 | Contract to Access Credit Database (D&B) | $32,251.72 |
| 8.6 | Licenses (Correlate) | $96,000.00 |
| 8.7 | Sales Channel Commissions | $6,468,706.82 |
| 8.8 | Surety Bond Premiums (Brunswick Companies) | $128,856.53 |
| 8.9 | Taxes (Commonwealth of Pennsylvania) | $16,330.56 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $8,308,422.55 |
| --- |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. Accounts receivable** | | | | |
| 11a. | 90 days old or less: | $32,202,826.90 face amount | − | $3,013,674.63 doubtful or uncollectible accounts | = ........ ➜ | $29,189,152.27 |
| 11b. | Over 90 days old: | $16,760,215.49 face amount | − | $16,760,215.49 doubtful or uncollectible accounts | = ........ ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $29,189,152.27 |
|---|

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 14.1 | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 Liberty Power Maryland, LLC | 100.0% | None | Undetermined |
| 15.2 Liberty Power District of Columbia, LLC | 100.0% | None | Undetermined |
| 15.3 LPT, LLC | 100.0% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes        Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____ _____ _____ $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____ _____ _____ $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____ _____ _____ $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____ _____ _____ $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                          $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 _____ | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 _____ | | | $0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____    _____    _____    _____    $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____    _____    _____    _____    $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                      $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                      $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and extent of<br>debtor's interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| | | | | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | |
| | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer List | Undetermined | None | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

_____    _____    _____              $0.00

**65. Goodwill**

65.1

_____    _____    _____              $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

_____    _____         _____    =  →         $0.00
                 total face amount    doubtful or uncollectible
                                      amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

_____    Tax year _____              $0.00

**73. Interests in insurance policies or annuities**

73.1

_____                                        $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Causes of Action against Liberty Power Corp. & Liberty Power Corp., LLC and their current      Undetermined
and former directors, officers, managers and members

Nature of Claim        _____

Amount requested       _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

_____                    $0.00

Nature of Claim        _____

Amount requested       _____

**76. Trusts, equitable or future interests in property**

76.1

_____                    $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1    Retail customer contracts                                           Undetermined
        _____           _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                         $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $20,127,701.54 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $8,308,422.55 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $29,189,152.27 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property.** Copy line 56, Part 9. | ➔ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $57,625,276.36 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $57,625,276.36

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

Boston Energy Trading and Marketing LLC
One International Place
Suite 900
Boston, MA 02110
BETMContractAdmin@betm.com

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1. Boston Energy Trading and Marketing;
2. David Hernandez and Martin Halpern;
3. Shell Energy North America (US), L.P.

**Describe debtor's property that is subject to the lien:**
Substantially all of the Debtor's assets

**Describe the lien**
Supply and Services Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$121,031,960.56                    Undetermined

**2.2**

Central Hudson Gas & Electric
284 South Ave.
Poughkeepsie, NY 12601

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Debtor's accounts related to certain customers billed by Central Hudson Gas & Electric

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined          Undetermined

**2.3**

David Hernandez
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309
dhernandez@libertypowercorp.com

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
1. Boston Energy Trading and Marketing;
2. David Hernandez and Martin Halpern;
3. Shell Energy North America (US), L.P.

**Describe debtor's property that is subject to the lien:**
Substantially all of the Debtor's assets

**Describe the lien**
Mezzanine Loan

**Is the creditor an insider or related party?**
☐ No

☑ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

$5,164,583.33          Undetermined

2.4

JP Morgan Chase
Attn: SBLC Group
21591 Network Place
Chicago, IL 60673-1215

**Date debt was incurred?**
Various

**Last 4 digits of account number**
Various

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Cash Collateral held in JPMorgan Chase Account - 3760

**Describe the lien**
Letters of Credit

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

$4,145,725.00        $4,145,725.00

2.5

Konica Minolta Premier Finance
PO Box 35701
Billings, MT 59107

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Konica Minolta Premier Finance; TIAA Commercial Finance, Inc.

**Describe debtor's property that is subject to the lien:**
Debtor's equipment under Premier Advantage Agreement No. 8080350-002

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined        Undetermined

2.6

Martin Halpern
1711 N. Fort Lauderdale Beach
Blvd.
Fort Lauderdale, FL 33305
mhalpern@unitedtranzactions.com

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
1. Boston Energy Trading and
Marketing;
2. David Hernandez and Martin
Halpern;
3. Shell Energy North America (US),
L.P.

**Describe debtor's property that is subject to
the lien:**
Substantially all of the Debtor's assets

**Describe the lien**
Mezzanine Loan

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$5,164,583.33    Undetermined

2.7

Massachusetts Electric
Company
d/b/a National Grid
40 Sylvan Rd.
Waltham, MA 02451

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
Debtor's accounts under Competitive Electric
Supplier Service Agreement

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined    Undetermined

2.8

Niagara Mohawk Power Corp.
d/b/a National Grid
40 Sylvan Road
Waltham, MA 02451

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**

Debtor's accounts under Competitive Electric
Supplier Service Agreement

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined

Undetermined

2.9

Shell Energy North America (US),
L.P.
Attn: General Counsel
1000 Main St.
Level 12
Houston, TX 77002

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
1. Boston Energy Trading and
Marketing;
2. David Hernandez and Martin
Halpern;
3. Shell Energy North America (US),
L.P.

**Describe debtor's property that is subject to
the lien:**

Substantially all of the Debtor's assets

**Describe the lien**

Third Tier Note

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$66,122,824.82

Undetermined

2.10

Shell Trading Risk Management, LLC
Attn: General Counsel
1000 Main Street
Level 12
Houston, TX 77002

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Substantially all of the Debtor's assets

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Undetermined          Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $201,629,677.04

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Atlantic City Electric<br>Attn: Supplier Relations, 79NC82<br>PO Box 9239<br>Newark, DE 19714-9239 | | Various |
| 3.2 Boston Energy Trading and Marketing<br>c/o Berger Singerman PA<br>Attn: Jordi Guso, Esq.<br>1450 Brickell Ave<br>Suite 1900<br>Miami, FL 33131 | | |
| 3.3 Boston Energy Trading and Marketing<br>c/o Eversheds Sutherland (US) LLP<br>Attn: David T. McIndoe, Esq.<br>700 6th St NW<br>Suite 700<br>Washington, DC 20001 | | |

3.4

California Independent System Operator Corporation
Attn: Treasury
250 Outcropping Way
Folsom, CA 95630

Line 2.4                                            Various

3.5

Duke Energy Ohio, Inc
Attn: Chief Risk Officer
550 South Tryon Street Mail Code DEC40C
Cahrlotte , NC 28202

Line 2.4                                            Various

3.6

Elavon Information Systems, Inc
Attn: Underwriting c/o Isaac Brooks
7300 Chapman Highway
Knoxville, TN 37920

Line 2.4                                            Various

3.7

First Energy Corp, as Agent for The First Energy Companies
76 South Main Street
Ankron, OH 44308

Line 2.4                                            Various

3.8

Hanover Insurance Company and Massachussetts Bay Insurance
Company and Citizens
Attn: Bond Department
440 Lincoln Avenue N-47
Worcester , MA 01653

Line 2.4                                            Various

3.9

Jersey Central Power & Light Company
Attn: Credit Risk Management
341 White Pond Drove
Akron , OH 44320

Line 2.4                                            Various

3.10

Mane Public Utilities Commission
Attn: Harry Lanphear
18 State House Station
Augusta , ME 04333-0018

Line 2.4                                            Various

3.11

Ohio Power Company
Attn: Credit Risk Management
155 W Nationwide Boulevard
Columbus , OH 43215

Line 2.4                                            Various

3.12

Pennsylvania Power Company
Attn: Credit Risk Management
341 White Pond Drive
Akron, OH 44320

Line 2.4                    Various

3.13

Public Utility Commission of Texas
Attn: Standby LC Department
1701 Congress Avenue PO Box 13326
Austin , TX 78711-3326

Line 2.4                    Various

3.14

The Potomac Edison Company
Attn: Credit Risk Management
341 White Pond Drive
Akron, OH 44320

Line 2.4                    Various

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

Commonwealth of Massachusetts
One South Station, 5th Floor
Boston, MA 02110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined

Priority amount: Undetermined

2.2

Commonwealth of Pennsylvania
Department of Revenue
PO Box 280904
Harrisburg, PA 17128-0904

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $104,725.12

Priority amount: $104,725.12

2.3

Delaware Division of Revenue
PO Box 2340
Wilmington, DE 19899-2340

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,226.15          $3,226.15

2.4

District of Columbia Treasurer
1325 G Street NW
Washington, DC 20005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,760.42          $4,760.42

2.5

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined       Undetermined

**2.6**

Maine Revenue Services
51 Commerce Drive
Augusta, ME 04330

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,554.99          $9,554.99

**2.7**

Maryland State Treasurer
80 Calvert St
Annapolis, MD 21401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,180.34          $86,180.34

**2.8**

Massachusetts Department of Revenue
436 Dwight St STE 401
Springfield, MA 01103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,283.99          $54,283.99

**2.9**

Ohio Treasurer of State
PO Box 182101
Columbus, OH 43218-2101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,790.00          $5,790.00

**2.10**

Rhode Island Division of Taxation
State of Rhode Island
Providence, RI 02908-5802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,945.47          $12,945.47

**2.11**

State of Connecticut
Public Utilities Regulatory Authority
New Britain, CT 06051-2655

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.12

State of Delaware
Carvel State Office Building
820 N. French Street 12th Floor
Wilmington, DE 19801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined | Undetermined

2.13

State of New Jersey Division of Revenue
33 W State St #5th
Trenton, NJ 08608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$44,023.89 | $44,023.89

2.14

State of Rhode Island
State of Rhode Island
Providence, RI 02908-5814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined | Undetermined

2.15

Texas Comptroller
PO Box 13528
Capitol Station
Austin, TX 78711

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$563,995.22        $563,995.22

2.16

The New York Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$215,094.38        $215,094.38

2.17

Treasurer State of Connecticut
55 Elm Street
Hartford, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$101,172.91        $101,172.91

2.18

Treasurer, State of New Jersey
State House, 125 West State Street
Trenton, NJ 08625

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

3.1

See Schedule F Attachment.

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,802,401.45

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1

Andrew R. Perrong
c/o Aytan Y. Bellin, Esq.
50 Main St., Suite 1000
White Plains, NY 10606

Line
3.016

☐ Not listed. Explain

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** | 5a. $1,205,752.88 |
| 5b. **Total claims from Part 2** | 5b. $8,802,401.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $10,008,154.33 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | 123 Competitive Energy Solutiobns LLC (123CES) | Attn: Mark Marzocchi | 20 Washington Street | | | Cresskill | NJ | 07626 | | | | Trade Claim | X | | | No | $6,672.50 |
| 3.002 | Acclaim Energy (AEA) | | 1885 St. James Place Sutie 1220 | | | Houston | TX | 77056 | | | | Trade Claim | X | | | No | $652.51 |
| 3.003 | Achieve Energy Solutions, LLC (ACH) | | 4550 Lena Dr Ste 102 | | | Mechanicsburg | PA | 17055 | | | | Trade Claim | X | | | No | $33.94 |
| 3.004 | Advisors Energy Group LLC (ADV) | | PO Box 3108 | | | Linden | NJ | 07036 | | | | Trade Claim | X | | | No | $237.65 |
| 3.005 | AEP TX Central | | 12 E Greenway Plaza | #250 | | Houston | TX | 77046 | | | | Trade Claim | X | | | No | $171,195.84 |
| 3.006 | AEP TX North | | 12 E Greenway Plaza | #250 | | Houston | TX | 77046 | | | | Trade Claim | X | | | No | $67,179.73 |
| 3.007 | Affiliated Power Purchase International, LLC (APP) | | 2013 Northwood Drive, Ste. 1 | | | Salisbury | MD | 21801 | | | | Trade Claim | X | | | No | $11,117.43 |
| 3.008 | Affinity Energy Management, LLC (AEM) | | 220 Cherry Blossom Place | | | Hockessin | DE | 19707 | | | | Trade Claim | X | | | No | $135.12 |
| 3.009 | Akerman, LLP | | PO Box 4906 | | | Orlando | FL | 32802 | | | | Trade Claim | | | | No | $7,743.00 |
| 3.010 | All American Marketing, LLC | | 2100 West Cypress Creek Road, | | | Fort Lauderdale | FL | 33309-1863 | | | | Trade Claim | X | | | No | $29,925.00 |
| 3.011 | Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | | Lake Geneva | WI | 53147 | | | | Trade Claim | X | | | No | $1,864.46 |
| 3.012 | Altoros Systems | Attn: Ryan Meharg | 4900 Hopyard Rd. Suite 100 | | | Pleasanton | CA | 94588 | | | | Trade Claim | | | | No | $2,300.00 |
| 3.013 | Amerex | | PO Box 201694 | | | Dallas | TX | 75320-1697 | | | | Trade Claim | X | | | No | $1,447.72 |
| 3.014 | Amerex Brokers LLC (ARS) | | PO Box 201694 | | | Dallas | TX | 75320-1697 | | | | Trade Claim | | | | No | $2,500.00 |
| 3.015 | Amerigy Energy LLC (AMY) | | 1511 S Chestnut St | | | Lufkin | TX | 75901 | | | | Trade Claim | | | | No | $1,048.02 |
| 3.016 | Andrew R. Perrong | c/o Mary Higgins, Esq. | 260 Chapman Rd. | Suite 201 | | Newark | DE | 19702 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.017 | Apollo Edison LLC | | 310 Nottingham Drive | | | Spring City | PA | 19475 | | | | Trade Claim | X | | | No | $9.75 |
| 3.018 | Aramark Refreshment Services | | PO Box 21971 | | | New York | NY | 10087-1971 | | | | Trade Claim | | | | No | $89.88 |
| 3.019 | Arda Hovsepian dba ARA Consulting Group, LLC (ARA) | | 151 West Passaic Street | | | Rochelle Park, | NJ | 07662 | | | | Trade Claim | X | | | No | $60.23 |
| 3.020 | Aspen Energy Corporation (ASP) | | 4789 Rings Road Suite 100 | | | Dublin | OH | 43017 | | | | Trade Claim | X | | | No | $3,237.08 |
| 3.021 | Atlas Commodities, LLC (ACL) | | 24 E. Greenway Plaza | | | Houston | TX | 77006 | | | | Trade Claim | X | | | No | $2,379.36 |
| 3.022 | Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | | Lawrenceville | GA | 30043 | | | | Trade Claim | X | | | No | $11,641.64 |
| 3.023 | Axsess Group | | PO Box 535 | | | Northborough | MA | 01532 | | | | Trade Claim | X | | | No | $344.70 |
| 3.024 | Baker & Hostetler | | 1050 Connecticut Avenue, NW | Suite 1100 | | Washington | DC | 20036 | | | | Trade Claim | | | | No | $4,737.43 |
| 3.025 | Bekins South Florida | | 5300 North Powerline Road, Unit 100 | | | Fort Lauderdale | FL | 33309 | | | | Trade Claim | | | | No | $1,832.29 |
| 3.026 | Best Practice Energy LLC (BP1) | | 24 Salt Pond Road | | | Wakefield | RI | 02879 | | | | Trade Claim | X | | | No | $1,455.70 |
| 3.027 | Bevan Mosca Giuditta P.C. | | 222 Mount Airy Rd Suite 200 | | | Basking Ridge | NJ | 07920 | | | | Trade Claim | | | | No | $1,234.70 |
| 3.028 | BidUREnergy, Inc. (BUE) | | 4455 Genesee Street | | | Buffalo | NY | 14225 | | | | Trade Claim | X | | | No | $10,337.80 |
| 3.029 | BLT Fish LLC | c/o Albert A. Ciardi, Esq. | 1905 Spruce St. | | | Philadelphia | PA | 19103 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.030 | BLT Steak LLC | c/o Albert A. Ciardi, Esq. | 1905 Spruce St. | | | Philadelphia | PA | 19103 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.031 | BPO2B | Attn: George Papadogiannis | 107 Codsell Ave | | | Toronto | ON | M3B 2R2 | | | | Trade Claim | | | | No | $398,967.90 |
| 3.032 | Bridgeway Direct, LLC (BWD) | | 4906 E Lauderdale Drive | | | Houston | TX | 77041 | | | | Trade Claim | X | | | No | $22.51 |
| 3.033 | Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | | Montebello | NJ | 07645 | | | | Trade Claim | X | | | No | $2,969.69 |
| 3.034 | Brouse Mc Dowell, A Legal Professional Association | | PO Box 75579 | | | Cleveland | OH | 44101-4755 | | | | Trade Claim | | | | No | $1,646.00 |
| 3.035 | Brown Rudninck | | One Financial Center | | | Boston | MA | 02111 | | | | Trade Claim | | | | No | $44,120.10 |
| 3.036 | Business Service Club LLC | | 117 Five Fields Rd | | | Madison | CT | 06443 | | | | Trade Claim | X | | | No | $7.57 |
| 3.037 | Calibrus Call Center Services, LLC | | 2005 W 14th Street | | | Tempe | AZ | 85281 | | | | Trade Claim | | | | No | $42,500.00 |
| 3.038 | Career Track | | PO Box 219468 | | | Kansas City | MO | 64121-9468 | | | | Trade Claim | | | | No | $199.00 |
| 3.039 | Centerpoint | | PO Box 61482 | | | Houston | TX | 77208-1482 | | | | Trade Claim | X | | | No | $449,547.18 |
| 3.040 | CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | | Toronto | ON | M2J 1R4 | | | | Trade Claim | X | | | No | $15,750.00 |
| 3.041 | Choice Energy Services (CHE) | | 5151 San Felipe, Ste. 2200 | | | Houston | TX | 77056 | | | | Trade Claim | X | | | No | $2,450.99 |
| 3.042 | ChrisLynn Energy | | 3416 Babcock Blvd | | | Pittsburgh | PA | 15237 | | | | Trade Claim | X | | | No | $15.17 |
| 3.043 | Cinch Home Services, Inc. | | 4700 Exchange Court | | | Boca Raton | FL | 33431 | | | | Trade Claim | | | | No | $1,055.83 |
| 3.044 | CNP Houston Electric, LLC | | PO Box 61482 | | | Houston | TX | 77208-1482 | | | | Trade Claim | | | | No | $21,930.80 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.045 | Commonwealth of Massachusetts | c/o Timothy J. Reppucci, Esq. | One Ashburton Place | 18th Floor | | Boston | MA | 02108 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.046 | Competitive Energy Services, LLC (CPE) | | 148 Middle St Ste 506 | | | Portland | ME | 04101 | | | | Trade Claim | X | | | No | $3,621.15 |
| 3.047 | Compuquip Technologies | | PO Box 30561 | | | Tampa | FL | 33630-3561 | | | | Trade Claim | | | | No | $1,633.33 |
| 3.048 | Constangy, Brooks &Smith | | 230 Peachtree Street, NW | Suite 2400 | | Atlanta | GA | 30303-1557 | | | | Trade Claim | | | | No | $7,656.88 |
| 3.049 | Consumer Energy Solutions (CES-NEW) | | 48 Clydesdale Drive | | | Burlington | NJ | 08016 | | | | Trade Claim | X | | | No | $292.88 |
| 3.050 | Converge IoT, Inc. | | 7551 Wiles Road | | | Coral Springs | FL | 33067 | | | | Trade Claim | | | | No | $8,827.50 |
| 3.051 | Corporate Creations | | 801 US Highway 1 | | | North Palm Beach | FL | 33408 | | | | Trade Claim | | | | No | $1,529.81 |
| 3.052 | Cortina, Tagle, Isoard Y Cia | | Bosque de los Ciruelos 180 Planta Principal | | | Ciudad de Mexico | | 11700 | Mexico | | | Trade Claim | | | | No | $3,016.00 |
| 3.053 | Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | | Lake Worth | FL | 33463 | | | | Trade Claim | X | | | No | $8,125.00 |
| 3.054 | CSQuared Energy Solutions (SQ2) | | 300 Brooks Lane | | | Coppell | TX | 75019 | | | | Trade Claim | X | | | No | $41,020.00 |
| 3.055 | Curtis & Clark Energy Services, LLC (CUR) | | 3524 NE Stallings Dr., Ste. 100 | | | Nacogdoches | TX | 75965 | | | | Trade Claim | X | | | No | $1,352.84 |
| 3.056 | Customized Energy Solutions Ltd. | | 1528 Walnut Street, 22nd Floor | | | Philadelphia | PA | 19102 | | | | Trade Claim | | | | No | $1,018.33 |
| 3.057 | Davis Malm & D'Agostine | | One Boston Place, 37th Floor | | | Boston | MA | 02108 | | | | Trade Claim | | | | No | $1,104.00 |
| 3.058 | De Lage Landen Financial Services | | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | | | | Trade Claim | | | | No | $1,956.33 |
| 3.059 | Delaware Public Service Commission | | 861 Silver Lake Blvd. Suite 100 | | | Dover | DE | 19904 | | | | Trade Claim | | | | No | $25.00 |
| 3.060 | Delmarva Power | | 5 Collins Dr | | | Carneys Point | NJ | 08069-3600 | | | | Trade Claim | | | | No | $5,548.40 |
| 3.061 | Department of Public Utilities | 1 South Station | 5th Floor | | | Boston | MA | 02110 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.062 | Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | | Dallas | TX | 75207 | | | | Trade Claim | X | | | No | $5,975.26 |
| 3.063 | Duke Energy Ohio, Inc. | | PO Box 603083 | | | Charlotte | NC | 28260-3083 | | | | Trade Claim | | | | No | $637.93 |
| 3.064 | Eckert Seamans Cherin & Mellott, LLC | | PO Box 643187 | | | Pittsburgh | PA | 15264-3187 | | | | Trade Claim | | | | No | $201,616.06 |
| 3.065 | eFax Corporate | | PO Box 51873 | | | Los Angeles | CA | 90051-6173 | | | | Trade Claim | | | | No | $592.68 |
| 3.066 | Eisenbach Consulting, Inc. | | 921 Shiloh Rd. B300 | | | Tyler | TX | 75703 | | | | Trade Claim | X | | | No | $7,444.81 |
| 3.067 | El Mundo es Tuyo (ELM) | Attn: Froylan Martinez Jr | 1712 Tiffany Ave | | | Mission | TX | 78574 | | | | Trade Claim | X | | | No | $1,170.00 |
| 3.068 | Elavon Settlement/Recovery | | Attn: Collections Department | | | Minneapolis | MN | 55486-0086 | | | | Trade Claim | | | | No | $22,866.67 |
| 3.069 | Element Holdings LLC DBA Xchange Energy | | 962 Pineville Road | | | New Hope | PA | 18938 | | | | Trade Claim | X | | | No | $393.46 |
| 3.070 | Elite Energy Group Inc dba Enerworld (EEGE) | | 199 Jericho Turnpike | | | Floral Park | NY | 11001 | | | | Trade Claim | X | | | No | $4,988.66 |
| 3.071 | Ellison, Schneider Harris & Donlan LLP | | 2600 Capitol Ave Ste 400 | | | Sacramento | CA | 95816 | | | | Trade Claim | | | | No | $8,946.00 |
| 3.072 | Enel X | | One Marina Park Drive Suite 400 | | | Boston | MA | 02210 | | | | Trade Claim | X | | | No | $3,141.89 |
| 3.073 | Energy Advisory Service, LLC (ENAS) | | 9300 John Hickman Parkway | | | Frisco | TX | 75035 | | | | Trade Claim | X | | | No | $2,629.41 |
| 3.074 | ENergy Auction House Inc.(EAH) | | 44 Rte. 6A | | | Sandwich | MA | 02563 | | | | Trade Claim | X | | | No | $1,286.44 |
| 3.075 | Energy For Less Inc. | | 140 Park Ln | | | Monsey | NY | 10952 | | | | Trade Claim | X | | | No | $425.67 |
| 3.076 | Energy GPS LLC | Attn: Nadine Knight | 2512 SE 25th | | | Portland | OR | 97202 | | | | Trade Claim | | | | No | $11,000.00 |
| 3.077 | Energy Services Group, Inc. | | 141 Longwater Dr | | | Norwell | MA | 02061 | | | | Trade Claim | | | | No | $369,012.98 |
| 3.078 | ENGIE Impact | | 1313 N. Atlantic, #5000 | | | Spokane | WA | 99201 | | | | Trade Claim | X | | | No | $7,108.68 |
| 3.079 | Equifax Information Svcs LLC | | PO Box 71221 | | | Charlotte | NC | 28272-1221 | | | | Trade Claim | | | | No | $115,809.53 |
| 3.080 | Euler Hermes | | 800 Red Brook Blvd | | | Owings Mills | MD | 21117-1008 | | | | Trade Claim | | | | No | $3,811.94 |
| 3.081 | Eversource | | PO Box 56007 | | | Boston | MA | 02205-6007 | | | | Trade Claim | | | | No | $28,711.91 |
| 3.082 | Evolution Energy Partners LLC (EEP) | | 1 E Uwchlan Avenue, | | | Exton | PA | 19341 | | | | Trade Claim | X | | | No | $128.80 |
| 3.083 | Evolution Markets | | 10 Bank Street Sutie 410 | | | White Plains | NY | 10606 | | | | Trade Claim | | | | No | $1,032.00 |
| 3.084 | Experian | | PO Box 881971 | | | Los Angeles | CA | 90088-1971 | | | | Trade Claim | | | | No | $9.04 |
| 3.085 | Federal Express | | PO Box 94515 | | | Palatine | IL | 60094-4515 | | | | Trade Claim | | | | No | $1,495.65 |
| 3.086 | Flexential South Florida Corp. | | PO Box 530619 | | | Atlanta | GA | 30353-0619 | | | | Trade Claim | | | | No | $32,325.00 |
| 3.087 | Freedom Logistics, LLC dba Freedom Energy Logistics, LLC (FLL) | | 5 Dartmouth Drive | | | Auburn | NH | 03032 | | | | Trade Claim | X | | | No | $18,691.78 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.088 | Genesys Telecommunications Laboratories, Inc. | | PO Box 201005 | | | Dallas | TX | 75320-1005 | | | | Trade Claim | | | | No | $37,159.26 |
| 3.089 | Global Energy, LLC (GEC) | | 214 Saint Paul St., | | | Westfield | NJ | 07090 | | | | Trade Claim | X | | | No | $1,194.65 |
| 3.090 | Globele Energy, LLC (GBE) | | 240 Sargent Drive | | | New Haven | CT | 06511 | | | | Trade Claim | X | | | No | $1,333.85 |
| 3.091 | Goldstar Energy Group, Inc. (GEG) | | 5429 Harding Highway Bldg. 500 | | | Mays Landing | NJ | 08330 | | | | Trade Claim | X | | | No | $2,486.71 |
| 3.092 | Greenberg Traurig | | 18565 Jamboree Road | Suite 500 | | Irvine | CA | 92612 | | | | Trade Claim | | | | No | $53,087.20 |
| 3.093 | GridPoint Inc | | 11911 Freedom Drive | | | Reston | VA | 20190 | | | | Trade Claim | | | | No | $9,915.43 |
| 3.094 | H. P. Technologies, Inc. (HPT) | | 33648 Saint Francis Dr. | | | Avon | OH | 44011 | | | | Trade Claim | X | | | No | $1,169.67 |
| 3.095 | Hogan Lovells | | 3 Embarcadero Center Suite 1500 | | | San Francisco | CA | 94111 | | | | Trade Claim | | | | No | $258,431.65 |
| 3.096 | HOMEADE, LLC (ZTY) Zentility | | 434 N. Front Street | | | Wormleysburg | PA | 17043 | | | | Trade Claim | X | | | No | $690.50 |
| 3.097 | Hudson Group Corp dba Interactive Energy Group, LLC | | 6860 Dallas Parkway | | | Plano | TX | 75024 | | | | Trade Claim | X | | | No | $2,404.88 |
| 3.098 | Husch Blackwell | | PO Box 790379 | | | St. Louis | MO | 63179-0379 | | | | Trade Claim | | | | No | $22,824.00 |
| 3.099 | I.C. Systems, Inc. | | PO Box 64808 | | | Saint Paul | MN | 55164-0808 | | | | Trade Claim | | | | No | $3,902.42 |
| 3.100 | I2C World (I2C) | | 250 West 40th Street 8th Floor | | | New York | NY | 10018 | | | | Trade Claim | X | | | No | $293.66 |
| 3.101 | ICE Data, L.P. | | PO Box 935278 | | | Atlanta | GA | 31193-5278 | | | | Trade Claim | | | | No | $3,550.00 |
| 3.102 | iCheckGateway.com, LLC | | 13098 S Cleveland Ave, | | | Fort Myres | FL | 33907 | | | | Trade Claim | | | | No | $4,654.10 |
| 3.103 | Illinois Attorney General | | 100 W. Randolph St. | | | Chicago | IL | 60601 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.104 | Infinit-O Global, Limited | Attn: Irwin Torres | 2207 China Insurance Group | | | Hong Kong | | | Hong Kong | | | Trade Claim | | | | No | $46,284.87 |
| 3.105 | Insight Sourcing Group (ISG) | | 5555 Triangle Parkway | | | Norcross | GA | 30092 | | | | Trade Claim | X | | | No | $2,392.62 |
| 3.106 | Integrity Energy, LTD (ICS) | | 5711 Grant Ave. | | | Cleveland | OH | 44105 | | | | Trade Claim | X | | | No | $738.13 |
| 3.107 | Interactive Energy Group, LLC | | 6860 Dallas Parkway | | | Plano | TX | 75024 | | | | Trade Claim | X | | | No | $658.36 |
| 3.108 | International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | | Naperville | IL | 60540 | | | | Trade Claim | X | | | No | $17,262.60 |
| 3.109 | Iron Mountain | | PO Box 27128 | | | New York | NY | 10087-7128 | | | | Trade Claim | | | | No | $1,621.13 |
| 3.110 | Jackson Walker | | 1401 McKinney Suite 1900 | | | Houston | TX | 77010 | | | | Trade Claim | | | | No | $13,747.50 |
| 3.111 | Janeshia Washington-Hughes | c/o Brook S. Lane, Esq. | 192 South St. | Suite 450 | | Boston | MA | 02111 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.112 | Jmi Consultants, LLC (Jmi) | | 5684 Main Street | | | Williamsville | NY | 14221 | | | | Trade Claim | X | | | No | $686.58 |
| 3.113 | JP Morgan Chase | Attn: SBLC Group | 21591 Network Place | | | Chicago | IL | 60673-1215 | | | | Trade Claim | | | | No | $6,076.60 |
| 3.114 | Kaufman Rossin & Company | | 2699 S Bayshore Drive | | | Miami | FL | 33133 | | | | Trade Claim | | | | No | $13,125.00 |
| 3.115 | Key Power Solutions LLC (KLA) | | 2804 Butterfly Dr. | | | Temple | TX | 76502 | | | | Trade Claim | | | | No | $930.05 |
| 3.116 | Kforce Inc | | PO Box 277997 | | | Atlanta | GA | 30384-7997 | | | | Trade Claim | X | | | No | $29,440.00 |
| 3.117 | Kyle Downs DBA Commerical Technology Power & Gas (CTL) | | 3217 Leonidas St. | | | Houston | TX | 77019 | | | | Trade Claim | X | | | No | $1,208.89 |
| 3.118 | Law Offices of Gerard T Fox | | 1345 6th Avenue, 33rd Floor | | | New York | NY | 10105 | | | | Trade Claim | | | | No | $1,260.00 |
| 3.119 | Leilani Inc (Lei) | | 740 W Littleyork Rd | | | Houston | TX | 77091 | | | | Trade Claim | X | | | No | $1,600.00 |
| 3.120 | Levco Tech Inc. (LEVCO) | | 72 West Hill Circle | | | Stamford | CT | 06902 | | | | Trade Claim | X | | | No | $22,462.47 |
| 3.121 | Levine Kellog Lehman Schneider + Grossman | Citigroup Center | 201 South Biscayne Boulevard | 22nd Floor | | Miami | FL | 33131 | | | | Trade Claim | | | | No | $8,390.94 |
| 3.122 | LexisNexis, a division of Reed Elsevier Inc. | | PO Box 733106 | | | Dallas | TX | 75373-3106 | | | | Trade Claim | | | | No | $1,577.02 |
| 3.123 | Liberty Power Corp, LLC | | 2100 W. Cypress Rd. | | | Ft.Lauderdale | FL | 33309 | | | | Intercompany Claim | | | | No | $3,408,432.25 |
| 3.124 | Lightstar Energy Group LLC (LSEG) | | 6529 Pebble Brooke Rd | | | Baltimore | MD | 21209 | | | | Trade Claim | X | | | No | $163.97 |
| 3.125 | Lower Electric, LLC (LOW) | | 1307 Shermer Road | | | Northbrook | IL | 60062 | | | | Trade Claim | X | | | No | $2,381.63 |
| 3.126 | Loyalty Solutions, LLC | | 2 Trap Falls Road | | | Shelton | CT | 06484 | | | | Trade Claim | | | | No | $27,500.00 |
| 3.127 | Marketwise Consulting Services, LLC | | 1186 Lakemont Drive | | | Pittsburgh | PA | 15243 | | | | Trade Claim | | | | No | $5,050.00 |
| 3.128 | Megalink Energy Supply, Inc. (MGL) | | 88 Cove Road | | | Auburn | ME | 04210 | | | | Trade Claim | X | | | No | $1,573.18 |
| 3.129 | Metropolitan Edison | | PO Box 3612 | | | Akron | OH | 44309-3612 | | | | Trade Claim | | | | No | $1,801.18 |
| 3.130 | Midwest Renewable Energy Tracking System, Inc. dba M-RETS, inc. | | PO Box 856556 | | | Minneapolis | MN | 55485-6556 | | | | Trade Claim | | | | No | $118.47 |
| 3.131 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | | 701 Pennsylvania Avenue | | | Washington | DC | 20004 | | | | Trade Claim | | | | No | $23,704.65 |
| 3.132 | MSI Utilities, Inc. (MSI) | | 2727 Tuller Parkway, Ste. 250 | | | Dublin | OH | 43017 | | | | Trade Claim | X | | | No | $2,783.37 |
| 3.133 | National Auditing Services & Consulting LLC | | 500 Purdy Hill Road | | | Monroe | CT | 06468 | | | | Trade Claim | X | | | No | $2,104.24 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.134 | National Energy Cost Services Inc.(NECS) | | 1274-49th Street | | | Brooklyn | NY | 11219 | | | | Trade Claim | X | | | No | $1,844.35 |
| 3.135 | National Grid | | Post Office - Brooklyn | | | New York | NY | 10087-9793 | | | | Trade Claim | | | | No | $1,526.35 |
| 3.136 | National Refund & Utility Services, Inc. dba Metropolitan Refund | | 505 Chestnut Street | | | Cedarhurst Street | NY | 11516 | | | | Trade Claim | X | | | No | $822.05 |
| 3.137 | National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | | Fogelsville | PA | 18051 | | | | Trade Claim | X | | | No | $5,228.61 |
| 3.138 | National Utility Service, Inc. dba NUS Consulting Group (NSC) | | One Maynard Drive | | | Park Ridge | NJ | 07656 | | | | Trade Claim | X | | | No | $4,397.18 |
| 3.139 | Navigate Power LLC (NVX) | | 2211 N Elston Avenue | | | Chicago | IL | 60614 | | | | Trade Claim | X | | | No | $1,678.04 |
| 3.140 | Nebuware Solutions Inc. | | 9239 Chambers St | | | Tamarac | FL | 33321 | | | | Trade Claim | | | | No | $11,593.20 |
| 3.141 | Nelson Premier Energy, LLC | Attn: Melissa Nelson | 2500 N Business 45 | | | Corsicana | TX | 75110 | | | | Trade Claim | X | | | No | $446.08 |
| 3.142 | New England Preferred Energy, LLC. (NEPE) | Attn: Emilia Capaccio | 24 Halon Terrace | | | East Longmeadow | MA | 01028 | | | | Trade Claim | X | | | No | $422.17 |
| 3.143 | New Wave Power LLC | Attn: Scott Cofran | 10497 Town & Country Way | | | Houston | TX | 77024 | | | | Trade Claim | X | | | No | $1,870.00 |
| 3.144 | Noble Hill Brokerage (NHB) | | 96 Linwood Plaza | | | Fort Lee | NJ | 07024 | | | | Trade Claim | X | | | No | $1,439.90 |
| 3.145 | Noresco LLC | | One Research Dr. | | | Westborough | MA | 01568 | | | | Trade Claim | X | | | No | $33.08 |
| 3.146 | North American Venture Capital LLC | | 12225 Greenville Ave | | | Dallas | TX | 75243 | | | | Trade Claim | X | | | No | $268,939.31 |
| 3.147 | Ntirety, Inc. | | PO Box 208381 | | | Dallas | TX | 75320-8381 | | | | Trade Claim | | | | No | $6,235.80 |
| 3.148 | NYC Department of Finance | Correspondence Unit | One Centre St. | 22nd Floor | | New York | NY | 10007 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.149 | Ocenture | | 6440 Southpoint Pkwy. Suite 300 | | | Jacksonville | FL | 32216 | | | | Trade Claim | | | | No | $263.06 |
| 3.150 | Office Depot | | PO Box 633211 | | | Cincinnati | OH | 45263-3211 | | | | Trade Claim | | | | No | $116.82 |
| 3.151 | Ohio Edison Company | | PO Box 3612 | | | Akron | OH | 44309-3612 | | | | Trade Claim | | | | No | $1,098.50 |
| 3.152 | ONCOR | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | | Dallas | TX | 75202 | | | | Trade Claim | X | | | No | $1,409,284.48 |
| 3.153 | On-Demand Energy, LP (ODE) | | 300 Corporate Center Drive, Ste. 50 | | | Moon Township | PA | 15108 | | | | Trade Claim | X | | | No | $961.28 |
| 3.154 | Palisade Company | | 130 East Seneca Street | Suite 505 | | Ithaca | NY | 14850 | | | | Trade Claim | | | | No | $2,076.00 |
| 3.155 | Paradise Plants Inc. | | 1569 Passion Vine Circle | | | Weston | FL | 33326 | | | | Trade Claim | | | | No | $395.90 |
| 3.156 | Pennsylvania Electric Company | | 5404 Evans Road | | | Erie | PA | 16509 | | | | Trade Claim | | | | No | $950.57 |
| 3.157 | Pennsylvania Power Company | | 76 South Main Street | | | Akron | OH | 44308 | | | | Trade Claim | | | | No | $642.75 |
| 3.158 | Pepco | | Special Billing EP7032 | | | Washington | DC | 20090-6288 | | | | Trade Claim | | | | No | $5,899.00 |
| 3.159 | Peregrine Solutions LLC | | 7938 Sterling Bridge Blvd S | | | Delray Beach | FL | 33446 | | | | Trade Claim | | | | No | $13,111.36 |
| 3.160 | PES Brokers, Inc. (PEB) | | 2822 Garcitas Creek | | | Richmond | TX | 77469 | | | | Trade Claim | X | | | No | $5,337.82 |
| 3.161 | Podium | | 1650 W Digital Drive | | | Lehi | UT | 84043 | | | | Trade Claim | | | | No | $1,141.70 |
| 3.162 | Postal Center International, Inc. (PCI) | | PO Box 31792 | | | Tampa | FL | 33631-3792 | | | | Trade Claim | | | | No | $43,122.90 |
| 3.163 | Power Brokers, LLC | | 11551 Forest Central Drive, Ste. 226 | | | Dallas | TX | 75243 | | | | Trade Claim | X | | | No | $1,157.09 |
| 3.164 | PowerPlay, Incorporated (PPI) | | 5659 W. 120th Street | | | Alsip | IL | 60803 | | | | Trade Claim | X | | | No | $20.90 |
| 3.165 | Priority Power Management, LLC (PPM) | | 5012 Portico Way | | | Midland | TX | 79707 | | | | Trade Claim | X | | | No | $3,737.67 |
| 3.166 | Progressive Energy Group (PE1) | | 2112 W. Galena Blvd, Ste. 8210 | | | Aurora | IL | 60506 | | | | Trade Claim | X | | | No | $574.29 |
| 3.167 | Public Utility Commission of Texas | William B. Travis Building | Congress Ave. | | | Austin | TX | 78701 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.168 | Pullman & Comley | | 850 Main Street | | | Bridgeport | CT | 06601-7006 | | | | Trade Claim | | | | No | $620.00 |
| 3.169 | Quarles & Brady | | 300 N. LaSalle Street Suite 4000 | | | Chicago | IL | 60654 | | | | Trade Claim | | | | No | $125,953.50 |
| 3.170 | Quest Energy Solutions (QES) | | 122 South Ludlow Street | | | Worcester | MA | 01603 | | | | Trade Claim | X | | | No | $5,014.33 |
| 3.171 | Quest Software | | Four Polaris Way | | | Aliso Viejo | CA | 92656 | | | | Trade Claim | | | | No | $1,365.00 |
| 3.172 | Qwest Broadband Services dba CenturyLink | | PO Box 52187 | | | Phoenix | AZ | 52187 | | | | Trade Claim | | | | No | $64,308.48 |
| 3.173 | R J Consulting LLC (RJC) | | 12431 24th St E | | | Parrish | FL | 34219 | | | | Trade Claim | X | | | No | $2,335.16 |
| 3.174 | R2 Unified Technologies LLC | Attn: Mike Haarlander | 980 N. Federal Highway | | | Boca Raton | FL | 33432 | | | | Trade Claim | | | | No | $25,470.00 |
| 3.175 | Red Collar Bandit, Inc ( Rcb) | | 377 Larchmont Way | | | Mountaintop | PA | 18707 | | | | Trade Claim | X | | | No | $2,361.54 |
| 3.176 | Reflective Energy Solutions (REE) | | One University Plaza | | | Hackensack | NJ | 07601 | | | | Trade Claim | X | | | No | $43.04 |
| 3.177 | Retail Energy Supply Association | | PO Box 6089 | | | Harrisburg | PA | 17112 | | | | Trade Claim | | | | No | $2,533.34 |
| 3.178 | Retail Power Partners of North America, LLC | c/o Harvard Business Services | 16192 Coastal Hwy | | | Lewis | DE | 19958 | | | | Trade Claim | X | | | No | $2,020.30 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.179 | Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | | Nazareth | PA | 18064 | | | | Trade Claim | X | | | No | $20,340.09 |
| 3.180 | Richards Energy Group, Inc. | Attn: Peter Richards | 781 South Chiques Road | | | Manheim | PA | 17545 | | | | Trade Claim | X | | | No | $5,722.07 |
| 3.181 | Robinson & Cole LLP | | 280 Trumbull St | | | Hartford | CT | 06103-3597 | | | | Trade Claim | | | | No | $92,721.79 |
| 3.182 | Rochester Gas & Electric | c/o Pete Foster, Supplier Relations | 89 East Avenue | | | Rochester | NY | 14649 | | | | Trade Claim | | | | No | $216.27 |
| 3.183 | Sable Power & Gas, LLC (SAB) | | 10801 Hammerly Blvd. | | | Houston | TX | 77043 | | | | Trade Claim | X | | | No | $107.58 |
| 3.184 | Samuel Katz | c/o Ethan Preston, Esq. | 4054 McKinney Ave. | Suite 310 | | Dallas | TX | 75204 | | | | Litigation Claim | X | X | X | No | Undetermined |
| 3.185 | Satori Enterprises, LLC dba Satori Energy (SAT) | | 300 S. Wacker Dr. Suite 800 | | | Chicago | IL | 60606 | | | | Trade Claim | X | | | No | $36.80 |
| 3.186 | Savon Energy LLC (API) | | 2203 Pine Drive | | | Tarpon Springs | FL | 34689 | | | | Trade Claim | X | | | No | $1,348.57 |
| 3.187 | Scorebuddy (Sentient Soutions Limited) | Attn: Rebecca Clarke | Guiness Enterprise Centre | | | Dublin | | | Ireland | | | Trade Claim | | | | No | $4,673.58 |
| 3.188 | Search Energy LLC (SCH) | | 2325 Chettingham | | | Sylvan Lake | MI | 48320 | | | | Trade Claim | X | | | No | $632.63 |
| 3.189 | Select Energy Partners, LLC (SPL) | | 550 W. Jackson Blvd. Ste. 777 | | | Chicago | IL | 60661 | | | | Trade Claim | X | | | No | $306.45 |
| 3.190 | Sidley Austin LLP | | One S. Dearborn St. | | | Chicago | IL | 60603 | | | | Trade Claim | | | | No | $47,398.95 |
| 3.191 | Simply Competitive Energy LLC (SCN) | | 1803 Thomas Lee | | | Bonham | TX | 75418 | | | | Trade Claim | X | | | No | $228.27 |
| 3.192 | Single Source Energy Solutions, Inc. (SSE) | | 77 Accord Park Drive Ste. D7 | | | Norwell | MA | 02061 | | | | Trade Claim | X | | | No | $3,842.12 |
| 3.193 | SoftwareONE, Inc. | | Dept Ch 10768 | | | Palatine | IL | 60055-0768 | | | | Trade Claim | | | | No | $6,977.96 |
| 3.194 | Specops Software USA Inc | | 1500 Walnut Street | | | Philadelphia | PA | 19102 | | | | Trade Claim | | | | No | $1,963.08 |
| 3.195 | Sprague Energy Solutions Inc (Gmg/Mte/Sbe) | | 185 International Dr | | | Portsmouth | NH | 03801 | | | | Trade Claim | X | | | No | $25,563.63 |
| 3.196 | Stanwich Energy Advisors LLC | | 2 Greenwich Office Park, Suite 275 | | | Greenwich | CT | 06831 | | | | Trade Claim | X | | | No | $7,472.95 |
| 3.197 | Startek, Inc. | | PO Box 71688 | | | Chicago | IL | 60694-1688 | | | | Trade Claim | | | | No | $34,267.50 |
| 3.198 | Stroz Friedberg, LLC | | PO Box 975348 | | | Dallas | TX | 75397-5348 | | | | Trade Claim | | | | No | $2,143.80 |
| 3.199 | Summit Energy Services, Inc. (STE) | | 10350 Ormsby Park Place, Ste. 400 | | | Louisville | KY | 40223 | | | | Trade Claim | X | | | No | $391.55 |
| 3.200 | Suncoast Marketing | | 4001 SW 47th Avenue, Suite 216 | | | Davie | FL | 33314 | | | | Trade Claim | | | | No | $949.42 |
| 3.201 | Sunlight Energy Group LLC | Attn: Tetsu Higuchi - Director of Operations | 135 East 57th Street | | | New York | NY | 10022 | | | | Trade Claim | X | | | No | $869.26 |
| 3.202 | Sutton Power LLC (SEG) | | 1500 Bay Road #1524 | | | Miami Beach | FL | 33139 | | | | Trade Claim | X | | | No | $667.81 |
| 3.203 | SW Consulting and IT Services Corp | Attn: Patricia Paranhos | 6732 N Amenia Ave | | | Tampa | FL | 33604 | | | | Trade Claim | | | | No | $5,332.00 |
| 3.204 | Talent Wise dba Sterling Talent Solutions | | PO Box 102255 | | | Passadena | CA | 91189-2255 | | | | Trade Claim | | | | No | $1.93 |
| 3.205 | Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | | Bogota D.C. | | | | | | Trade Claim | X | | | No | $1,116.00 |
| 3.206 | The Cleveland Electric Illuminating Company | | PO Box 3612 | | | Akron | OH | 44309-3612 | | | | Trade Claim | | | | No | $1,256.25 |
| 3.207 | The Dayton Power and Light Company | | 1900 Dryden Road | | | Dayton | OH | 45439 | | | | Trade Claim | | | | No | $2,116.43 |
| 3.208 | The Energy Alliance, LLC (ALL) | | 5 Colgate Street | | | Closter | NJ | 07624 | | | | Trade Claim | X | | | No | $323.47 |
| 3.209 | The Energy Professionals Association (TEPA membership 2021) | | 1701 Nueces St | | | Austin | TX | 78701 | | | | Trade Claim | | | | No | $7,500.00 |
| 3.210 | The Eric Ryan Corp. (ERC) | | 1 Early Street, Ste. A | | | Ellwood City | PA | 16117 | | | | Trade Claim | X | | | No | $4,913.14 |
| 3.211 | Titan Energy New England Inc. (TEN) | | 2317 Silas Deane Highway | | | Rocky Hill | CT | 06067 | | | | Trade Claim | X | | | No | $59,046.86 |
| 3.212 | TNMP | | 577 N Garden Ridge Blvd. | | | Lewisville | TX | 75067 | | | | Trade Claim | X | | | No | $52,188.69 |
| 3.213 | Toledo Edison Company | | PO Box 3612 | | | Akron | OH | 44309-3612 | | | | Trade Claim | | | | No | $1,807.44 |
| 3.214 | Transparent Electricity Quotes LLC (TPK) | | 2310 Pebblebrook Ct. | | | Grand Praire | TX | 75050 | | | | Trade Claim | X | | | No | $5,145.13 |
| 3.215 | UGI Energy Services, Inc.(UGI) | | One Meridian Boulevard, Ste. 2C01 | | | Wyomissing | PA | 19610 | | | | Trade Claim | X | | | No | $454.33 |
| 3.216 | UKG Inc. | | PO Box 930953 | | | Atlanta | GA | 31193-0953 | | | | Trade Claim | | | | No | $16,560.00 |
| 3.217 | Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | | Orrtanna | PA | 17353 | | | | Trade Claim | X | | | No | $4,993.38 |
| 3.218 | Unified Energy Services, LLC (UFE) | | 2625 Greenbriar Dr. | | | Houston | TX | 77098 | | | | Trade Claim | X | | | No | $2,115.70 |
| 3.219 | Uptrending Growth Services Inc | | 1255 Cleveland Street | | | Clearwater | FL | 33755 | | | | Trade Claim | | | | No | $306.00 |
| 3.220 | URA, Inc (URA) | | 3602 Rosemont Ave. | | | Camp Hill | PA | 17011 | | | | Trade Claim | X | | | No | $1,779.61 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.221 | US Energy Consultants, LLC  (USE) | | 77 Sugar Creek Blvd., Ste. 501 | | | Sugar Land | TX | 77478 | | | | Trade Claim | X | | | No | $129.97 |
| 3.222 | US Energy Links | Attn: Lori Vehmas-Falkin | 90 Washington Valley Road | | | Bedminster | NJ | 07921 | | | | Trade Claim | X | | | No | $12.10 |
| 3.223 | US Post Office | | 3324 NE 34th ST | | | Ft.Lauderdale | FL | 33308 | | | | Trade Claim | | | | No | $180.73 |
| 3.224 | Usource LLC (Uso) | | Attn: Shannon Dawson | | | Hampton | NH | 03842 | | | | Trade Claim | X | | | No | $10,631.72 |
| 3.225 | Vantage Etc, Ltd (VETC) | | 65 Pondfield Rd Rear | | | Bronxville | NY | 10708 | | | | Trade Claim | X | | | No | $2,153.31 |
| 3.226 | Verizon Wireless | | PO Box 660108 | | | Dallas | TX | 75266-0108 | | | | Trade Claim | | | | No | $6,794.59 |
| 3.227 | Versant Power Customer Service Center | | PO Box 11008 | | | Lewiston | ME | 04243-9459 | | | | Trade Claim | | | | No | $2.43 |
| 3.228 | Vervantis Inc (VER) | | 1334 E. Chandler Blvd. | | | Phoenix | AZ | 85048-6268 | | | | Trade Claim | X | | | No | $32.58 |
| 3.229 | VoiceLog LLC | | 7411 John Smith Dr. #510 | | | San Antonio | TX | 78229 | | | | Trade Claim | | | | No | $4.33 |
| 3.230 | Vorys, Sater, Seymour and Pease LLP | | PO Box 73487 | | | Cleveland | OH | 44193 | | | | Trade Claim | | | | No | $1,640.00 |
| 3.231 | Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | | W Long Beach | NJ | 07764 | | | | Trade Claim | X | | | No | $2,680.24 |
| 3.232 | Whyte Millionaire Marketing, LLC | | 157 Church Street | 19th Floor | | New Haven | CT | 06510 | | | | Trade Claim | X | | | No | $940.00 |
| 3.233 | Workware LLC | | 411 Cleveland St. Suite 268 | | | Clearwater | FL | 33755 | | | | Trade Claim | | | | No | $10,565.00 |
| 3.234 | Yolon Energy LLC (YOLO) | | 1 Hartfield Blvd. | | | East Windsor | CT | 06088 | | | | Trade Claim | X | | | No | $3,579.35 |
| 3.235 | Zoho Corporation | | 4141 Hacienda Drive | | | Pleasanton | CA | 94588-8549 | | | | Trade Claim | | | | No | $114.11 |
| | | | | | | | | | | | | | | | | | $8,802,401.45 |

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**   Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment. | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Effective Date | Remainder of Term (Days) | Contract ID | Notice Party's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Provider Wholesale | | Unknown | | ABB Enterprise Software Inc. | | 25499 Network Place | | Chicago | IL | 60673-1254 | |
| 2.002 | Renewable Energy Credits | | Unknown | | ACT Commodities Inc. | | 44 Montgomery Street | | San Francisco | CA | 94104 | |
| 2.003 | Provider IT | | Unknown | | Altoros Systems | Attn: Ryan Meharg | 4900 Hopyard Rd. Suite 100 | | Pleasanton | CA | 94588 | |
| 2.004 | Renewable Energy Credits | | Unknown | | Altre, LLC | | 1 Chatsworth Ave | | Larchmont | NY | 10538 | |
| 2.005 | Provider Wholesale | | Unknown | | Amerex Brokers | | PO Box 201694 | | Dallas | TX | 75320-1694 | |
| 2.006 | Utility | | Unknown | | American Electric Power | Attn: Ohio Choice Operations | 155 W Nationwide Boulevard | Suite 500 | Columbus | OH | 43215 | |
| 2.007 | Provider IT | | Unknown | | Applied Engineering Management Corporation dba Vizuri | | PO Box 1263 | | Camarillo | CA | 93010 | |
| 2.008 | Provider IT | | Unknown | | AssureSign, LLC | | PO Box 162312 | | Altamonte Springs | FL | 32716-2312 | |
| 2.009 | Provider Employee Benefits | | Unknown | | Automatic Data Processing, Inc. | | 3350 SW 148th Ave. | | Miramar | FL | 33027 | |
| 2.010 | Utility | | Unknown | | Baltimore Gas & Electric Company | | PO Box 13070 | | Philadelphia | PA | 19101-3070 | |
| 2.011 | Provider Wholesale | | Unknown | | Bloomberg LP | | PO Box 416604 | | Boston | MA | 02241-6604 | |
| 2.012 | Provider Customer Care | | Unknown | | BPO2B | Attn: George Papadogiannis | 107 Codsell Ave | | Toronto | ON | M3B 2R2 | |
| 2.013 | Renewable Energy Credits | | Unknown | | Brookfield Energy Marketing LP | | 480, boul. de la Cite | | Gatineau | QC | J8T 8R3 | Canada |
| 2.014 | Provider Surety Bonds | | Unknown | | Brunswick Companies | | 5309 Transportation Blvd | | Cleveland | OH | 44125 | |
| 2.015 | Provider TPVs | | Unknown | | BSG TPV, LLC (same as VoiceLog) | | 7411 John Smith Dr Ste 1500 | | San Antonio | TX | 78229-6034 | |
| 2.016 | Provider QA | | Unknown | | Calibrus Call Center Services, LLC | | 2005 W 14th Street | | Tempe | AZ | 85281 | |
| 2.017 | Renewable Energy Credits | | Unknown | | Carbon Solutions Group, LLC | | 1130 W. Monroe St. | | Chicago | IL | 60607 | |
| 2.018 | Utility | | Unknown | | Central Maine Power Company | | 83 Edison Dr | | Boston | MA | 02284-7811 | |
| 2.019 | Provider Insurance | | Unknown | | Chubb & Son, Inc. | | PO Box 382001 | | Pittsburgh | PA | 15250-8001 | |
| 2.020 | Provider Customer Bundle | | Unknown | | Cinch Home Services, Inc. | | 4700 Exchange Court | | Boca Raton | FL | 33431 | |
| 2.021 | Provider IT | | Unknown | | Compuquip Technologies | | PO BOX 30561 | | Tampa | FL | 33630-3561 | |
| 2.022 | Provider A/P System | | Unknown | | Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 | |
| 2.023 | Public Utilities Commission | | Unknown | | Connecticut Department of Energy and Environmental Protection | | Accounts Receivable | | Hartford | CT | 06106 | |
| 2.024 | Provider Training | | Unknown | | Cornerstone OnDemand, Inc. | | 1601 Cloverfield Blvd. | | Santa Monica | CA | 90404 | |
| 2.025 | Provider Credit | | Unknown | | CreditRiskMonitor.com, Inc. | | 704 Executive Blvd. Ste. A | | Valley Cottage | NY | 10989 | |
| 2.026 | Provider Wholesale | | Unknown | | Customized Energy Solutions Ltd. | | 1528 Walnut Street, 22nd Floor | | Philadelphia | PA | 19102 | |
| 2.027 | Provider Credit | | Unknown | | D&B | | PO Box 75434 | | Chicago | IL | 60675-5434 | |
| 2.028 | Provider Equipment Leases | | Unknown | | De Lage Landen Financial Services | | 1111 Old Eagle School Road | | Wayne | PA | 19087 | |
| 2.029 | Public Utilities Commission | | Unknown | | Delaware Public Service Commission | | 861 Silver Lake Blvd. Suite 100 | | Dover | DE | 19904 | |
| 2.030 | Utility | | Unknown | | Delmarva Power | | 5 Collins Dr | | Carneys Point | NJ | 08069-3600 | |
| 2.031 | Utility | | Unknown | | Duke Energy Ohio, Inc. | Attn: Chief Risk Officer | 550 South Tryon Street Mail Code DEC40C | | Cahrlotte | NC | 28202 | |
| 2.032 | Renewable Energy Credits | | Unknown | | Eagle Creek Renewable Energy, LLC | | 65 Madison Avenue | | Morristown | NJ | 07960 | |
| 2.033 | Renewable Energy Credits | | Unknown | | Ecogy Pennsylvania Systems LLC | | 9 Binney Lane | | Old Greenwich | CT | 06870 | |
| 2.034 | Provider IT | | Unknown | | eFax Corporate | | PO Box 51873 | | Los Angeles | CA | 90051-6173 | |
| 2.035 | Provider Merchant Services | | Unknown | | Elavon Settlement/Recovery | Attn: Collections Department | PO Box 86 SDS 12-2253 | | Minneapolis | MN | 55486-0086 | |
| 2.036 | Provider Wholesale | | Unknown | | Energy GPS LLC | Attn: Nadine Knight | 2512 SE 25th | | Portland | OR | 97202 | |
| 2.037 | Provider Billing Svcs | | Unknown | | Energy Services Group, Inc. | | 141 Longwater Dr | | Norwell | MA | 02061 | |
| 2.038 | Provider Credit | | Unknown | | Equifax Information Svcs LLC | | PO Box 71221 | | Charlotte | NC | 28272-1221 | |
| 2.039 | Provider Credit Insurance | | Unknown | | Euler Hermes | | 800 Red Brook Blvd | | Owings Mills | MD | 21117-1008 | |
| 2.040 | Utility | | Unknown | | Eversource | | PO Box 56007 | | Boston | MA | 02205-6007 | |
| 2.041 | Renewable Energy Credits | | Unknown | | Evolution Markets | | 10 Bank Street Sutie 410 | | White Plains | NY | 10606 | |
| 2.042 | Provider Credit | | Unknown | | Experian | | PO Box 881971 | | Los Angeles | CA | 90088-1971 | |
| 2.043 | Provider Wholesale | | Unknown | | FIS Energy Systems, Inc | | PO Box 4535 | | Carol Stream | IL | 60197-4535 | |
| 2.044 | Provider Collections | | Unknown | | Flexential South Florida Corp. | | PO Box 530619 | | ATLANTA | GA | 30353-0619 | |
| 2.045 | Provider Miscellaneous | | Unknown | | Francotyp Postalia, Inc. DBA FP Mailing Solutions | | 140 N. MItchell Ct. | | Addison | IL | 60101 | |
| 2.046 | Provider Telecom platform | | Unknown | | Genesys Telecommunications Laboratories, Inc. | | PO Box 201005 | | Dallas | TX | 75320-1005 | |
| 2.047 | Provider Wholesale | | Unknown | | Genscape Inc | | PO Box 417749 | | Boston | MA | 02241-7749 | |
| 2.048 | Independent Manager | | Unknown | | Gray & Company | | 207 Union Wharf | | Boston | MA | 02109 | |
| 2.049 | Provider Customer Care | | Unknown | | GreatAmerica Leasing Corporation | | PO Box 660831 | | Dallas | TX | 75266-0831 | |
| 2.050 | Provider IT | | Unknown | | HCL Technologies Limited (HCL) | | Plot No 3A | | New Delhi | Sector 1 | 201303 | |
| 2.051 | Provider IT | | Unknown | | Hotwire Communications, Ltd. | | PO Box 57330 | | Philadelphia | PA | 19111-7330 | |
| 2.052 | Renewable Energy Credits | | Unknown | | ICAP United, Inc. | | 9931 Corporate Campus Dr., Suite 3000 | | Louisville | KY | 40223 | |
| 2.053 | Provider Wholesale | | Unknown | | ICE Data, L.P. | | PO Box 935278 | | Atlanta | GA | 31193-5278 | |
| 2.054 | Provider Payment Processing | | Unknown | | iCheckGateway.com, LLC | | 13099 S Cleveland Ave, | | Fort Myres | FL | 33907 | |
| 2.055 | Renewable Energy Credits | | Unknown | | I-Mark Commodity Solutions | | 5457 Spruce Ave | | Burlington | ON | L7L 7C5 | Canada |
| 2.056 | Provider Customer Care | | Unknown | | Infinit-O Global, Limited | Attn: Irwin Torres | 2207 China Insurance Group | | Hong Kong | | | Hong Kong |
| 2.057 | Provider IT | | Unknown | | Interfacing Technologies Corporation | Attn: Isabelle Viieneuve | 1255 Robert-Bourassa Boulevard | | Montreal | Quebec | H3B 3B6 | |
| 2.058 | Provider Miscellaneous | | Unknown | | Iron Mountain | | PO Box 27128 | | New York | NY | 10087-7128 | |
| 2.059 | ISO | | Unknown | | ISO New England Inc. | | One Sullivan Road | | Holyoke | MA | 01040-2841 | |
| 2.060 | Provider Insurance Finance | | Unknown | | Johnson & Johnson Preferred Finance, Inc | | PO Box 162667 | | ATLANTA | GA | 30321 | |
| 2.061 | Banking Services | | Unknown | | JP Morgan Chase | Attn: SBLC Group | 21591 Network Place | | Chicago | IL | 60673-1215 | |
| 2.062 | Renewable Energy Credits | | Unknown | | Knollwood Energy, LLC | | 9 Knollwood Terrace | | Chester | NJ | 07930 | |
| 2.063 | Provider IT | | Unknown | | Level 3 Communications LLC (same as Qwest Broadband) | | 1025 Eldorado Blvd | | Broomfield | CO | 80021 | |
| 2.064 | Provider IT | | Unknown | | LogMeIn USA, Inc | | PO Box 50264 | | Los Angeles | CA | 90074-0264 | |
| 2.065 | Provider Customer Rewards | | Unknown | | Loyalty Solutions LLC | | 2 Trap Falls Road | | Shelton | CT | 06484 | |
| 2.066 | Provider Miscellaneous | | Unknown | | Manning Brothers Pest Control Inc. | | 944 W Prospect Rd | | Oakland Park | FL | 33309 | |
| 2.067 | Provider EDI Consulting | | Unknown | | Marketwise Consulting Services, LLC | | 1186 Lakemont Drive | | Pittsburgh | PA | 15243 | |
| 2.068 | Provider Wholesale | | Unknown | | Markit Valuations Ltd | | 4th Floor Ropemaker Pl | | London | | EC2Y 9LY | |
| 2.069 | Utility | | Unknown | | Metropolitan Edison | | PO BOX 3612 | | Akron | OH | 44309-3612 | |
| 2.070 | Provider Office Rent | | 435 | | Michael Allen Karp dba University City Housing Company | | 2100 W Cypress Creek Road | | Fort Lauderdale | FL | 33309 | |
| 2.071 | Provider IT | | Unknown | | Microsoft Corporation | | 1950 N Stemmons Fwy | | Dallas | TX | 75207 | |

In re: Liberty Power Holdings, LLC
Case No. 20-12097

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Effective Date | Remainder of Term (Days) | Contract ID | Notice Party's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.072 | Renewable Energy Credits | | Unknown | | Midwest Renewable Energy Tracking System, Inc. dba M-RETS, inc. | | PO Box 856556 | | Minneapolis | MN | 55485-6556 | |
| 2.073 | Provider IT | | Unknown | | Multi Security Services LLC | Attn: Edgart Herrera | 14629 SW 104 St | | Miami | FL | 33196 | |
| 2.074 | Provider Customer Rewards | | Unknown | | National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | |
| 2.075 | Utility | | Unknown | | National Grid | | Post Office - Brooklyn | | New York | NY | 10087-9793 | |
| 2.076 | Utility | | Unknown | | New York State Electric & Gas | Attn: Diane Neira, Supplier Relations | 18 Link Dr | Kirkwood Industrial | Binghamton | NY | 13902-5224 | |
| 2.077 | Renewable Energy Credits | | Unknown | | New York State Energy Research and Development | | 17 Columbia Circle | | Albany | NY | 12203 | |
| 2.078 | Provider IT | | Unknown | | Ntirety, Inc. | | PO Box 208381 | | Dallas | TX | 75320-8381 | |
| 2.079 | Utility | | Unknown | | Ohio Edison Company | | PO Box 3612 | | Akron | OH | 44309-3612 | |
| 2.080 | Renewable Energy Credits | | Unknown | | OPG Eagle Creek Holdings, LLC dba Cube Yadkin Generation LLC | | 65 Madison Avenue | | Morristown | NJ | 07960 | |
| 2.081 | Provider IT | | Unknown | | Palisade Company | | 130 East Seneca Street | Suite 505 | Ithaca | NY | 14850 | |
| 2.082 | Utility | | Unknown | | Pennsylvania Electric Company | | 5404 Evans Road | | Erie | PA | 16509 | |
| 2.083 | Utility | | Unknown | | Pennsylvania Power Company | Attn: Credit Risk Management | 341 White Pond Drive | | Akron | OH | 44320 | |
| 2.084 | Utility | | Unknown | | Pepco | | Special Billing EP7032 | | Washington | DC | 20090-6288 | |
| 2.085 | ISO | | Unknown | | PJM Interconnection, LLC | | 2750 Monroe Blvd. | | Audubon | PA | 19403 | |
| 2.086 | Provider Marketing lists | | Unknown | | Possible Now, Inc. | Attn: Ricki Tobin | 4400 River Green Parkway | | Duluth | GA | 30096 | |
| 2.087 | Provider Billing Svcs | | Unknown | | Postal Center International, Inc. (PCI) | | PO BOX 31792 | | Tampa | FL | 33631-3792 | |
| 2.088 | Provider Postage | | Unknown | | Postalogic LLC | | 2077 N. Powerline Road, Suite 2 | | Pompano Beach | FL | 33069 | |
| 2.089 | Provider IT | | Unknown | | Quest Software | | Four Polaris Way | | Aliso Viejo | CA | 92656 | |
| 2.090 | Provider IPVPN | | Unknown | | Qwest Broadband Services dba CenturyLink | | PO Box 52187 | | Phoenix | AZ | 52187 | |
| 2.091 | Provider IT | | Unknown | | R2 Unified Technologies LLC | Attn: Mike Haarlander | 980 N. Federal Highway | | Boca Raton | FL | 33432 | |
| 2.092 | Provider Office Rent | | Unknown | | Regus Corporation | | PO Box 842456 | | Dallas | TX | 75284-2456 | |
| 2.093 | Customer Refunds | | Unknown | | Retail Choice Operations | c/o Con Edison Retail Choice Operations | Attn: Salvatore Flagiello, Section Manager | 4 Irving Place, 9th Floor SE | New York | NY | 10003 | |
| 2.094 | Provider Association | | Unknown | | Retail Energy Supply Association | | PO Box 6089 | | Harrisburg | PA | 17112 | |
| 2.095 | Utility | | Unknown | | Rochester Gas & Electric | Attn: Pete Foster, Supplier Relations | 89 East Avenue | | Rochester | NY | 14649 | |
| 2.096 | Provider Wholesale | | Unknown | | S&P GLobal Market Intelligence, Inc. (fka. SNL Financial LC) | | 55 Water Street | | New York | NY | 10041 | |
| 2.097 | Provider QA | | Unknown | | Sales Verfication Company LLC | | 8550 Ulmerton Rd | | Largo | FL | 33771 | |
| 2.098 | Provider TPVs | | Unknown | | Sales Verification | | 13100 56th Court, Suite 707 | | Clearwater | FL | 33760 | |
| 2.099 | Provider QA | | Unknown | | Scorebuddy (Sentient Soutions Limited) | Attn: Rebecca Clarke | Guiness Enterprise Centre | | Dublin | Ireland | | |
| 2.100 | Provider IT | | Unknown | | Service Express, Inc | Attn: Kyle Vogley, Senior Account Executive | 3854 Broadmoor Ave SE | | Grand Rapids | MI | 49512 | |
| 2.101 | Renewable Energy Credits | | Unknown | | Skyview Ventures | | 114 S Pearl St Ste 2C | | Port Chester | NY | 10573 | |
| 2.102 | Provider IT | | Unknown | | SoftwareONE, Inc. | | DEPT CH 10768 | | Palatine | IL | 60055-0768 | |
| 2.103 | Renewable Energy Credits | | Unknown | | Sol Systems LLC | | 1380 Monroe Street NW #120 | | Washington | DC | 20010 | |
| 2.104 | Provider Customer Care | | Unknown | | Solutions By Text, LLC | | 5001 Spring Valley Road | | Dallas | TX | 75244 | |
| 2.105 | Provider IT | | Unknown | | Specops Software USA Inc | | 1500 Walnut Street | | Philadelphia | PA | 19102 | |
| 2.106 | Provider QA | | Unknown | | Startek, Inc. | | PO Box 71688 | | Chicago | IL | 60694-1688 | |
| 2.107 | Renewable Energy Credits | | Unknown | | STX Services B.V. | | Vijzelstraat 79 | | Amsterdam | | 1017HG | Netherlands |
| 2.108 | Provider Wholesale | | Unknown | | Telvent DTN | | 26385 Network Place | | Chicago | IL | 60673-1263 | |
| 2.109 | Renewable Energy Credits | | Unknown | | Tesla Energy Operations, Inc. | | 6800 Dumbarton Circle | | Freemont | CA | 94555 | |
| 2.110 | Renewable Energy Credits | | Unknown | | TFS Energy, LLC - RECS | | 32 Old Slip 34th Floor | | New York | NY | 10005 | |
| 2.111 | Utility | | Unknown | | The Cleveland Electric Illuminating Company | | PO Box 3612 | | Akron | OH | 44309-3612 | |
| 2.112 | Utility | | Unknown | | The Dayton Power and Light Company | | 1900 Dryden Road | | Dayton | OH | 45439 | |
| 2.113 | Utility | | Unknown | | The United Illuminating Company | c/o Tax Section 1-15F | 157 Church Street | | New Haven | CT | 06506-0901 | |
| 2.114 | Provider Copiers Financing | | Unknown | | TIAA Commercial Finance, Inc. | | PO Box 911608 | | Denver | CO | 80291-1608 | |
| 2.115 | Provider Cell Phone | | Unknown | | T-Mobile USA Inc. | | PO Box 742596 | | Cincinnati | OH | 45274-2596 | |
| 2.116 | Utility | | Unknown | | Toledo Edison Company | | PO Box 3612 | | Akron | OH | 44309-3612 | |
| 2.117 | Provider Tax Compliance | | Unknown | | Topping Kessler & Company | | 4020 Sheridan St., Suite C | | Hollywood | FL | 33021 | |
| 2.118 | Utility | | Unknown | | Unitil Energy Systems, Inc. | | 5 Mcguire St. | | Concord | NH | 03301-4622 | |
| 2.119 | Retail Customer Contracts | | Unknown | | Various Customers | | Redacted | | Redacted | | | |
| 2.120 | Provider Cell Phone | | Unknown | | Verizon Wireless | | PO Box 660108 | | Dallas | TX | 75266-0108 | |
| 2.121 | Utility | | Unknown | | Versant Power Customer Service Center | | PO Box 11008 | | Lewiston | ME | 04243-9459 | |
| 2.122 | Provider TPVs | | Unknown | | VoiceLog LLC | | 7411 John Smith Dr. #510 | | San Antonio | TX | 78229 | |
| 2.123 | Provider Agents Rewards | | Unknown | | WHAPPS LLC (dba Online Rewards) | | 3102 Maple Ave. | | Dallas | TX | 75201 | |
| 2.124 | Provider EDI/Regulatory Consulting | | Unknown | | Workware LLC | | 411 Cleveland St. Suite 268 | | Clearwater | FL | 33755 | |
| 2.125 | Provider Wholesale | | Unknown | | ZE PowerGroup Inc. | | 130 - 5920 No. Two Road | | Richmond | BC | V7C 4R9 | Canada |
| 2.126 | Provider IT | | Unknown | | Zoho Corporation | | 4141 Hacienda Drive | | Pleasanton | CA | 94588-8549 | |

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 LPT, LLC | LPT, LLC 2100 W. Cypress Creek Rd Suite 130 Fort Lauderdale, FL 33309 | Boston Energy Trading and Marketing LLC | ☑ D ☐ E/F ☐ G |
| 2.2 LPT, LLC | LPT, LLC 2100 W. Cypress Creek Rd Suite 130 Fort Lauderdale, FL 33309 | David Hernandez | ☑ D ☐ E/F ☐ G |
| 2.3 LPT, LLC | LPT, LLC 2100 W. Cypress Creek Rd Suite 130 Fort Lauderdale, FL 33309 | Martin Halpern | ☑ D ☐ E/F ☐ G |
| 2.4 LPT, LLC | LPT, LLC 2100 W. Cypress Creek Rd Suite 130 Fort Lauderdale, FL 33309 | Shell Energy North America (US), L.P. | ☑ D ☐ E/F ☐ G |

2.5
LPT, LLC

LPT, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Shell Trading Risk Management, LLC

[x] D
[ ] E/F
[ ] G

---

2.6
Liberty Power Maryland, LLC

Liberty Power Maryland, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Boston Energy Trading and Marketing LLC

[x] D
[ ] E/F
[ ] G

---

2.7
Liberty Power Maryland, LLC

Liberty Power Maryland, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

David Hernandez

[x] D
[ ] E/F
[ ] G

---

2.8
Liberty Power Maryland, LLC

Liberty Power Maryland, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Martin Halpern

[x] D
[ ] E/F
[ ] G

---

2.9
Liberty Power Maryland, LLC

Liberty Power Maryland, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Shell Energy North America (US), L.P.

[x] D
[ ] E/F
[ ] G

---

2.10
Liberty Power Maryland, LLC

Liberty Power Maryland, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Shell Trading Risk Management, LLC

[x] D
[ ] E/F
[ ] G

---

2.11
Liberty Power District of Columbia, LLC

Liberty Power District of Columbia, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Boston Energy Trading and Marketing LLC

[x] D
[ ] E/F
[ ] G

---

2.12
Liberty Power District of Columbia, LLC

Liberty Power District of Columbia, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

David Hernandez

[x] D
[ ] E/F
[ ] G

2.13
Liberty Power District of
Columbia, LLC

Liberty Power District of Columbia, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Martin Halpern

☑ D
☐ E/F
☐ G

2.14
Liberty Power District of
Columbia, LLC

Liberty Power District of Columbia, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Shell Energy North America (US), L.P.

☑ D
☐ E/F
☐ G

2.15
Liberty Power District of
Columbia, LLC

Liberty Power District of Columbia, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309

Shell Trading Risk Management, LLC

☑ D
☐ E/F
☐ G

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 06/22/2021 | /s/ Victoria M. Dusch |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Victoria M. Dusch |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/1/2021 to Filing Date | ☑ Operating a business ☐ Other | $58,085,945.00 |
| **For prior year:** From 1/1/2020 to 12/31/2020 | ☑ Operating a business ☐ Other | $215,474,969.00 |
| **For the year before that:** From 1/1/2019 to 12/31/2019 | ☑ Operating a business ☐ Other | $202,925,899.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/1/2021 to Filing Date | Other income | $2,863.00 |
| **For prior year:** From 1/1/2020 to 12/31/2020 | None | $0.00 |
| **For the year before that:** From 1/1/2019 to 12/31/2019 | Dispute settlement for business interruption | $148,827.07 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment. | | $13,219,807.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Attachment.<br><br>Relationship to debtor | | $31,541,935.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Andrew Perrong v. Liberty Power Corp, LLC<br>**Case number** 1:18-cv-00712-MN | Civil | **Name** U.S. District Court, District of Del.<br>**Street** 844 North King St Unit 18<br>**City** Wilmington **State** DE **Zip** 19801-3570 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.2** **Name** Illinois AG lawsuit involving Liberty<br>**Case number** 2020CH01954 | Civil | **Name** Circuit Court, Cook County, Illinois<br>**Street** 50 W Washington St #1303<br>**City** Chicago **State** IL **Zip** 60602 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.3** **Name** BLT Steak, LLC v. Liberty Power Corp, LLC<br>**Case number** 151293/2013 | Civil | **Name** Supreme Court of New York<br>**Street** 60 Centre Street<br>**City** New York **State** NY **Zip** 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.4** **Name** Jeneshia Washington-Hughes v. Liberty Power Corp<br>**Case number** 1884-cv-01898 | Civil | **Name** Superior Court Department, Commonwealth of Mass.<br>**Street** 3 Pemberton Square<br>**City** Boston **State** MA **Zip** 02108 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.5** **Name** Massachusetts Department of Public Utilities<br>**Case number** CS-057 | Civil | **Name** Massachusetts Department of Public Utilities<br>**Street** One South Station<br>**City** Boston **State** MA **Zip** 02110 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.6** **Name** Massachusetts AG investigation involving Liberty<br>**Case number** 2015-ETD-23 205-ETD-40 | Civil Investigation | **Name** Office of Massachusetts Attorney General<br>**Street** 1 Ashburton Pl<br>**City** Boston **State** MA **Zip** 02108 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

7.7

| | | | |
|---|---|---|---|
| **Name** | Civil | Name | ☑ Pending |
| New York City Department of Finance | | New York City Department of Finance | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | Street | |
| | | 66 John Street, Room 104 | |
| | | City    State    Zip | |
| | | New York    NY    10038 | |

7.8

| | | | |
|---|---|---|---|
| **Name** | Civil Investigation | Name | ☑ Pending |
| Public Utility Commission of Texas | | Public Utility Commission of Texas | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | Street | |
| Investigation no. 201904003 | | William B. Travis Building, Congress Ave | |
| | | City    State    Zip | |
| | | Austin    TX    78701 | |

7.9

| | | | |
|---|---|---|---|
| **Name** | Civil | Name | ☑ Pending |
| Samuel Katz v. Liberty Power Corp, LLC | | U.S. District Court, District of Mass. | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** | | Street | |
| 1:18-cv-10506-ADB | | 1 Courthouse Way | |
| | | City    State    Zip | |
| | | Boston    MA    02210 | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | | |
| Custodian's name and address | Case title | Court name and address |
| | | Name |
| Street | Case number | |
| | | Street |
| City    State    Zip | Date of order or assignment | City    State    Zip |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | |
| Recipient's name | | | |
| Street | | | |
| City    State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:   Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1   Berkeley Research Group, LLC<br>3350 Riverwood Parkway<br>Suite 1900<br>Atlanta, GA 30339<br><br>**Email or website address**<br>https://www.thinkbrg.com/<br>**Who made the payment, if not debtor?** | | 4/19/2021 | $300,000.00 |
| 11.2   Genovese Joblove & Battista, P.A-I<br>100 SE 2 St<br>Suite 4400<br>Miami, FL 33131<br><br>**Email or website address**<br>https://www.gjb-law.com/<br>**Who made the payment, if not debtor?** | | 04/19/2021 | $140,000.00 |
| 11.3   Gray & Company<br>207 Union Wharf<br>Boston, MA 02109<br><br>**Email or website address**<br>ssg@grayandcompanyllc.com<br>**Who made the payment, if not debtor?** | | 4/16/2021 | $60,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

---

**Part 7:**   **Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1 | | | |
| Street | | From         to | |
| City        State        Zip | | | |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |

15.1

Street _____

City _____ State ___ Zip ____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider
_____

**How are records kept?**
Check all that apply:

☐ Electronically

☐ Paper

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    First Name, Last Name, Address, Date of Birth, and Email Address

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1

Name _____

Street _____

City _____ State ___ Zip ___

_____

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other
_____

_____ | _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

19.1

Name _____

Street _____

City _____ State ___ Zip ___

_____

Address _____

_____

☐ No
☐ Yes

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20.1

Name _____

Street _____

City _____ State ___ Zip ___

_____

Address _____

_____

☐ No
☐ Yes

**Part 11:**  **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

**Part 12:**  **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 | | | ☐ Pending |
| Case Number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    Zip | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    Zip | City    State    Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name | Name | | |
| Street | Street | | |
| City State Zip | City State Zip | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|
| 25.1 Liberty Power District of Columbia, LLC<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | Retail Electric Provider | EIN   61-1634218 | |
| | | **Dates business existed**<br>From<br>10/25/2005 | to<br>Present |
| 25.2 Liberty Power Maryland, LLC<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | Retail Electric Provider | EIN   51-0593514 | |
| | | **Dates business existed**<br>From<br>11/14/2005 | to<br>Present |
| 25.3 LPT, LLC<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | Retail Electric Provider | EIN   20-5310276 | |
| | | **Dates business existed**<br>From<br>08/01/2006 | to<br>Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| 26a.1 Victoria Medina Dusch<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | From<br>12/10/2007 | to<br>4/18/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| **26b.1** Morrison Brown Argiz & Farra<br>301 East Las Olas Boulevard<br>4th Floor<br>Fort Lauderdale, FL 33301 | From<br>1/1/2019 | to<br>01/31/2019 |
| **26b.2** BDO<br>225 NE Mizner Boulevard<br>Suite 685<br>Boca Raton, FL 33432 | From<br>01/1/2020 | to<br>12/31/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** Liberty Power Corp, LLC<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1** Boston Energy Trading and Marketing LLC<br>One International Place<br>Suite 900<br>Boston, MA 02110<br>BETMContractAdmin@betm.com |
| **26d.2** Shell Energy North America (US), L.P.<br>Attn: General Counsel<br>1000 Main St.<br>Level 12<br>Houston, TX 77002 |
| **26d.3** Shell Trading Risk Management, LLC<br>Attn: General Counsel<br>1000 Main Street<br>Level 12<br>Houston, TX 77002 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| **28.1** Liberty Power Super Holdings, LLC<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | Parent Company | 100% |
| **28.2** Bob Butler<br>c/o Berkeley Research Group<br>3350 Riverwood Parkway<br>Suite 1900<br>Atlanta, GA 30339 | Chief Restructuring Officer | 0% |
| **28.3** David Hernandez<br>2100 W. Cypress Creek Rd<br>Suite 130<br>Fort Lauderdale, FL 33309 | Board of Managers | 0% |
| **28.4** Jay Goldman<br>c/o Boston Energy Trading and Marketing LLC<br>One International Place<br>Suite 900<br>Boston, MA 02110 | Board of Managers | 0% |
| **28.5** Louis Martinsen<br>c/o Boston Energy Trading and Marketing<br>1 International Place<br>Boston, MA 02110 | Board of Managers | 0% |
| **28.6** Martin Halpern<br>1711 N. Fort Lauderdale Beach Blvd.<br>Fort Lauderdale, FL 33305<br>mhalpern@unitedtranzactions.com | Board of Managers | 0% |
| **28.7** Stephen Gray<br>c/o Gray & Company<br>207 Union Wharf<br>Boston, MA 02109 | Board of Managers | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 David Hernandez 2100 W. Cypress Creek Rd Suite 130 Fort Lauderdale, FL 33309 | CEO & Director | From 03/06/2006  to 04/15/2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA 4 Attachment. | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 Liberty Power Corp, LLC | EIN  81-0545785 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 1/22/2021 | $6,230.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 1/29/2021 | $3,765.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 2/5/2021 | $2,180.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 2/12/2021 | $2,275.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 2/19/2021 | $2,245.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 2/26/2021 | $1,255.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 3/5/2021 | $330.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 3/12/2021 | $1,315.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 3/19/2021 | $550.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 3/26/2021 | $345.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 4/1/2021 | $690.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 4/9/2021 | $250.00 | Sales Commission |
| 7 Figure Enterprises (7FE) | | 40 Wall Street | | New York | NY | 10005 | | 4/16/2021 | $1,020.00 | Sales Commission |
| ACT Commodities Inc. | | 44 Montgomery Street | | San Francisco | CA | 94104 | | 2/5/2021 | $222,022.35 | Provider Renewable Energy Credits |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 1/22/2021 | $20,241.96 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 1/29/2021 | $22,714.27 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/5/2021 | $26,183.18 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/12/2021 | $33,429.91 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/19/2021 | $32,602.55 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/19/2021 | $23,387.16 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/26/2021 | $30,606.38 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/31/2021 | $28,689.81 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 4/9/2021 | $36,712.05 | Transmission and Distribution Service Provider |
| AEP Central / CPL | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 4/16/2021 | $34,481.75 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 1/22/2021 | $4,345.37 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 1/29/2021 | $10,302.76 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/5/2021 | $16,148.92 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/12/2021 | $13,513.30 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 2/19/2021 | $13,315.75 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/19/2021 | $15,337.98 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/26/2021 | $7,607.72 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 3/31/2021 | $19,957.78 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 4/9/2021 | $15,260.95 | Transmission and Distribution Service Provider |
| AEP North / WTU | | 12 E Greenway Plaza | #250 | Houston | TX | 77046 | | 4/16/2021 | $15,437.85 | Transmission and Distribution Service Provider |
| Affiliated Power Purchase International, LLC (APP) | | 2013 Northwood Drive, Ste. 1 | | Salisbury | MD | 21801 | | 2/19/2021 | $11,155.88 | Sales Commission |
| Affiliated Power Purchase International, LLC (APP) | | 2013 Northwood Drive, Ste. 1 | | Salisbury | MD | 21801 | | 3/19/2021 | $9,987.33 | Sales Commission |
| Affiliated Power Purchase International, LLC (APP) | | 2013 Northwood Drive, Ste. 1 | | Salisbury | MD | 21801 | | 4/16/2021 | $10,826.30 | Sales Commission |
| All American Marketing LLC (AAM) | | 2100 West Cypress Creek Road, | | Fort Lauderdale | FL | 33309-1863 | | 2/5/2021 | $36,099.00 | Sales Commission |
| All American Marketing LLC (AAM) | | 2100 West Cypress Creek Road, | | Fort Lauderdale | FL | 33309-1863 | | 3/5/2021 | $37,359.00 | Sales Commission |
| All American Marketing LLC (AAM) | | 2100 West Cypress Creek Road, | | Fort Lauderdale | FL | 33309-1863 | | 4/1/2021 | $29,736.00 | Sales Commission |
| Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | Lake Geneva | WI | 53147 | | 2/19/2021 | $1,066.81 | Sales Commission |
| Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | Lake Geneva | WI | 53147 | | 3/19/2021 | $3,234.59 | Sales Commission |
| Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | Lake Geneva | WI | 53147 | | 3/26/2021 | $2,364.55 | Sales Commission |
| Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | Lake Geneva | WI | 53147 | | 4/1/2021 | $489.80 | Sales Commission |
| Alternative Utility Services, Inc. (AUS) | | PO Box 250 | | Lake Geneva | WI | 53147 | | 4/16/2021 | $1,628.81 | Sales Commission |
| Altre, LLC | | 1 Chatsworth Ave | | Larchmont | NY | 10538 | | 3/19/2021 | $22,496.00 | Provider Renewable Energy Credits |
| Aspen Energy Corporation (ASP) | | 4789 Rings Road Suite 100 | | Dublin | OH | 43017 | | 2/19/2021 | $2,498.24 | Sales Commission |
| Aspen Energy Corporation (ASP) | | 4789 Rings Road Suite 100 | | Dublin | OH | 43017 | | 3/19/2021 | $2,861.17 | Sales Commission |
| Aspen Energy Corporation (ASP) | | 4789 Rings Road Suite 100 | | Dublin | OH | 43017 | | 4/16/2021 | $3,029.69 | Sales Commission |
| Atlas Commodities, LLC (ACL) | | 24 E. Greenway Plaza | | Houston | TX | 77006 | | 2/19/2021 | $3,947.77 | Sales Commission |
| Atlas Commodities, LLC (ACL) | | 24 E. Greenway Plaza | | Houston | TX | 77006 | | 3/19/2021 | $4,471.75 | Sales Commission |
| Atlas Commodities, LLC (ACL) | | 24 E. Greenway Plaza | | Houston | TX | 77006 | | 4/16/2021 | $4,877.24 | Sales Commission |
| Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | Lawrenceville | GA | 30043 | | 2/12/2021 | $614.69 | Sales Commission |
| Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | Lawrenceville | GA | 30043 | | 2/19/2021 | $3,737.03 | Sales Commission |
| Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | Lawrenceville | GA | 30043 | | 3/12/2021 | $1,357.90 | Sales Commission |
| Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | Lawrenceville | GA | 30043 | | 3/19/2021 | $3,607.21 | Sales Commission |
| Avion Energy Group, LLC (AVI) | | 1475 Buford Drive, Ste. 403-186 | | Lawrenceville | GA | 30043 | | 4/16/2021 | $3,347.45 | Sales Commission |
| Berkeley Research Group, LLC | | 3350 Riverwood Parkway | Suite 1900 | Atlanta | GA | 30339 | | 4/19/2021 | $300,000.00 | Professinal Servcies |
| Best Practice Energy LLC (BP1) | | 24 Salt Pond Road | | Wakefield | RI | 02879 | | 2/19/2021 | $10,319.18 | Sales Commission |
| Best Practice Energy LLC (BP1) | | 24 Salt Pond Road | | Wakefield | RI | 02879 | | 3/19/2021 | $9,784.21 | Sales Commission |
| Best Practice Energy LLC (BP1) | | 24 Salt Pond Road | | Wakefield | RI | 02879 | | 4/1/2021 | $308.46 | Sales Commission |
| Best Practice Energy LLC (BP1) | | 24 Salt Pond Road | | Wakefield | RI | 02879 | | 4/16/2021 | $10,282.23 | Sales Commission |
| BidUREnergy, Inc. (BUE) | | 4455 Genesee Street | | Buffalo | NY | 14225 | | 2/19/2021 | $10,106.20 | Sales Commission |
| BidUREnergy, Inc. (BUE) | | 4455 Genesee Street | | Buffalo | NY | 14225 | | 3/19/2021 | $10,581.00 | Sales Commission |
| BidUREnergy, Inc. (BUE) | | 4455 Genesee Street | | Buffalo | NY | 14225 | | 3/26/2021 | $14,121.64 | Sales Commission |
| BidUREnergy, Inc. (BUE) | | 4455 Genesee Street | | Buffalo | NY | 14225 | | 4/16/2021 | $7,091.14 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 1/22/2021 | $221.59 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 1/29/2021 | $1,739.81 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 2/12/2021 | $354.35 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 3/12/2021 | $1,599.07 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 3/19/2021 | $932.36 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 3/26/2021 | $2,020.16 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 4/1/2021 | $167.63 | Sales Commission |
| Broadway Energy Group (BEG) | | 100A TEC Street | | Hicksville | NY | 11801 | | 4/9/2021 | $554.00 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 1/22/2021 | $7,817.52 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 1/29/2021 | $5,816.28 | Sales Commission |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 2/5/2021 | $6,556.27 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 2/12/2021 | $6,615.23 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 2/19/2021 | $8,754.62 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 3/19/2021 | $17,083.15 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 3/26/2021 | $25,334.50 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 4/1/2021 | $22,286.08 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 4/9/2021 | $17,880.29 | Sales Commission |
| Broker Online Exchange, LLC (BOX) | | 1 Paragon Drive | | Montebello | NJ | 07645 | | 4/16/2021 | $21,258.99 | Sales Commission |
| Brookfield Energy Marketing LP | | 480, boul. de la Cite | | Gatineau | QC | J8T 8R3 | Canada | 3/19/2021 | $135,000.00 | Provider Renewable Energy Credits |
| Brunswick Companies | | 5309 Transportation Boulevard | | Cleveland | OH | 44125 | | 2/26/2021 | $93,627.50 | Surety Bond Premiums and other insurance |
| Brunswick Companies | | 5309 Transportation Boulevard | | Cleveland | OH | 44125 | | 3/5/2021 | $9,500.00 | Surety Bond Premiums and other insurance |
| Brunswick Companies | | 5309 Transportation Boulevard | | Cleveland | OH | 44125 | | 3/26/2021 | $4,809.75 | Surety Bond Premiums and other insurance |
| Calibrus Call Center Services, LLC | | 2005 W 14th Street | | Tempe | AZ | 85281 | | 1/29/2021 | $29,647.41 | Service Provider |
| Calibrus Call Center Services, LLC | | 2005 W 14th Street | | Tempe | AZ | 85281 | | 3/26/2021 | $24,916.78 | Service Provider |
| Carbon Solutions Group, LLC | | 1130 W. Monroe St. | | Chicago | IL | 60607 | | 3/31/2021 | $346,504.96 | Provider Renewable Energy Credits |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 1/22/2021 | $58,774.43 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 1/29/2021 | $76,645.07 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 2/5/2021 | $84,287.05 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 2/12/2021 | $110,975.82 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 2/19/2021 | $80,276.04 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 3/19/2021 | $97,818.20 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 3/26/2021 | $96,009.35 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 3/31/2021 | $111,197.32 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 4/9/2021 | $101,382.39 | Transmission and Distribution Service Provider |
| Centerpoint Energy | | PO Box 61482 | | Houston | TX | 77208-1482 | | 4/16/2021 | $105,612.79 | Transmission and Distribution Service Provider |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 1/22/2021 | $3,780.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 1/29/2021 | $1,680.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 2/5/2021 | $2,310.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 2/12/2021 | $1,890.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 2/19/2021 | $3,150.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 2/26/2021 | $2,100.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 3/5/2021 | $3,150.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 3/12/2021 | $5,040.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 3/19/2021 | $3,150.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 3/26/2021 | $3,570.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 4/1/2021 | $1,050.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 4/9/2021 | $2,940.00 | Sales Commission |
| CGC Collection Group of Canada Inc. (SPT) | | 255 Consumers Rd. | | Toronto | ON | M2J 1R4 | Canada | 4/16/2021 | $6,090.00 | Sales Commission |
| Commonwealth of Pennsylvania | Department of Revenue | PO Box 280904 | | Harrisburg | PA | 17128-0904 | | 2/19/2021 | $184,586.79 | Tax Authority |
| Competitive Energy Services, LLC (CPE) | | 148 Middle St Ste 506 | | Portland | ME | 04101 | | 2/19/2021 | $4,137.43 | Sales Commission |
| Competitive Energy Services, LLC (CPE) | | 148 Middle St Ste 506 | | Portland | ME | 04101 | | 3/19/2021 | $3,935.46 | Sales Commission |
| Competitive Energy Services, LLC (CPE) | | 148 Middle St Ste 506 | | Portland | ME | 04101 | | 4/16/2021 | $3,981.00 | Sales Commission |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 | | 1/28/2021 | $3,489.59 | Service Provider |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 | | 2/5/2021 | $3,489.59 | Service Provider |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 | | 3/12/2021 | $3,490.59 | Service Provider |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 | | 4/9/2021 | $3,489.59 | Service Provider |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 1/22/2021 | $11,375.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 1/29/2021 | $11,500.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 2/5/2021 | $10,250.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 2/12/2021 | $10,750.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 2/19/2021 | $9,750.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 2/26/2021 | $7,375.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 3/5/2021 | $5,625.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 3/12/2021 | $8,375.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 3/19/2021 | $7,625.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 3/26/2021 | $6,625.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 4/1/2021 | $8,125.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 4/9/2021 | $9,375.00 | Sales Commission |
| Craig Johnson dba Hound Energy LLC (HEL) | | 6272 Old Medinah Circle | | Lake Worth | FL | 33463 | | 4/16/2021 | $4,000.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 1/22/2021 | $20,970.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 1/29/2021 | $19,325.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 2/5/2021 | $31,535.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 2/12/2021 | $36,004.99 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 2/19/2021 | $32,140.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 3/19/2021 | $33,495.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 3/26/2021 | $42,405.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 4/1/2021 | $29,540.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 4/9/2021 | $23,350.00 | Sales Commission |
| CSquared Energy Solutions (SQ2) | | 300 Brooks Lane | | Coppell | TX | 75019 | | 4/16/2021 | $31,205.00 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 1/22/2021 | $5,813.41 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 1/29/2021 | $7,523.20 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 2/5/2021 | $6,911.16 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 2/12/2021 | $3,389.82 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 2/19/2021 | $18,572.20 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 3/19/2021 | $14,053.85 | Sales Commission |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 3/26/2021 | $11,476.77 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 4/1/2021 | $3,922.18 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 4/9/2021 | $12,101.05 | Sales Commission |
| Customer Acquisition Specialists of America, Inc. (CASA) | | 1255 Cleveland Street, Ste. 400 | | Clearwater | FL | 33756 | | 4/16/2021 | $8,358.40 | Sales Commission |
| Delaware Division of Revenue | | PO Box 2340 | | Wilmington | DE | 19899-2340 | | 2/19/2021 | $7,022.00 | Tax Authority |
| District of Columbia Treasurer | | 1325 G Street NW | | Washington | DC | 20005 | | 2/19/2021 | $8,250.02 | Tax Authority |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 1/22/2021 | $1,281.52 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 1/29/2021 | $2,785.72 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 2/5/2021 | $190.27 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 2/12/2021 | $135.16 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 2/19/2021 | $4,487.11 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 3/19/2021 | $4,475.41 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 3/26/2021 | $2,475.05 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 4/1/2021 | $710.60 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 4/9/2021 | $1,548.73 | Sales Commission |
| Diversegy, LLC (DVY) | | 2720 N. Stemmons Freeway | | Dallas | TX | 75207 | | 4/16/2021 | $6,264.33 | Sales Commission |
| Duke Energy Ohio, Inc. | | PO Box 603083 | | Charlotte | NC | 28260-3083 | | 2/5/2021 | $5,208.00 | Utility |
| Duke Energy Ohio, Inc. | | PO Box 603083 | | Charlotte | NC | 28260-3083 | | 2/19/2021 | $2,136.74 | Utility |
| Eagle Creek Renewable Energy, LLC | | 65 Madison Avenue | | Morristown | NJ | 07960 | | 3/5/2021 | $84,000.00 | Provider Renewable Energy Credits |
| Ecova, Inc. | | 1313 N. Atlantic, Ste. 5000 | | Spokane | WA | 99201 | | 2/19/2021 | $9,339.41 | Sales Commission |
| Ecova, Inc. | | 1313 N. Atlantic, Ste. 5000 | | Spokane | WA | 99201 | | 3/19/2021 | $7,035.57 | Sales Commission |
| Ecova, Inc. | | 1313 N. Atlantic, Ste. 5000 | | Spokane | WA | 99201 | | 4/16/2021 | $8,070.95 | Sales Commission |
| Eisenbach Consulting, Inc. | | 921 Shiloh Rd. B300 | | Tyler | TX | 75703 | | 2/19/2021 | $7,298.34 | Sales Commission |
| Eisenbach Consulting, Inc. | | 921 Shiloh Rd. B300 | | Tyler | TX | 75703 | | 3/19/2021 | $7,465.98 | Sales Commission |
| Eisenbach Consulting, Inc. | | 921 Shiloh Rd. B300 | | Tyler | TX | 75703 | | 4/16/2021 | $7,803.45 | Sales Commission |
| Elavon | | 7300 Chapman Hwy | | Knoxville | TN | 37920 | | 2/2/2021 | $26,830.65 | Merchant Services |
| Elavon Settlement/Recovery | Attn: Collections Department | PO Box 86 SDS 12-2253 | | Minneapolis | MN | 55486-0086 | | 3/26/2021 | $28,729.43 | Merchant Services |
| Elavon Settlement/Recovery | Attn: Collections Department | PO Box 86 SDS 12-2253 | | Minneapolis | MN | 55486-0086 | | 4/7/2021 | $34,278.32 | Merchant Services |
| Elite Energy Group Inc dba  Enerworld (EEGE) | | 199 Jericho Turnpike | | Floral Park | NY | 11001 | | 2/19/2021 | $3,926.90 | Sales Commission |
| Elite Energy Group Inc dba  Enerworld (EEGE) | | 199 Jericho Turnpike | | Floral Park | NY | 11001 | | 3/19/2021 | $5,075.51 | Sales Commission |
| Elite Energy Group Inc dba  Enerworld (EEGE) | | 199 Jericho Turnpike | | Floral Park | NY | 11001 | | 4/16/2021 | $4,398.99 | Sales Commission |
| Energy Advisory Service, LLC (ENAS) | | 9300 John Hickman Parkway | | Frisco | TX | 75035 | | 2/19/2021 | $2,624.92 | Sales Commission |
| Energy Advisory Service, LLC (ENAS) | | 9300 John Hickman Parkway | | Frisco | TX | 75035 | | 3/19/2021 | $2,631.25 | Sales Commission |
| Energy Advisory Service, LLC (ENAS) | | 9300 John Hickman Parkway | | Frisco | TX | 75035 | | 4/16/2021 | $2,507.26 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 1/22/2021 | $701.33 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 2/5/2021 | $1,245.25 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 2/19/2021 | $4,001.51 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 3/19/2021 | $672.87 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 3/26/2021 | $991.90 | Sales Commission |
| Energy Market Exchange (EME) | | 9894 Bissonnet, Suite 210 | | Houston | TX | 77036 | | 4/16/2021 | $127.21 | Sales Commission |
| Energy Services Group, Inc. | | 141 Longwater Dr | | Norwell | MA | 02061 | | 1/29/2021 | $17,490.42 | Service Provider |
| Energy Services Group, Inc. | | 141 Longwater Dr | | Norwell | MA | 02061 | | 3/19/2021 | $76,485.14 | Service Provider |
| Energy Services Group, Inc. | | 141 Longwater Dr | | Norwell | MA | 02061 | | 3/26/2021 | $17,490.42 | Service Provider |
| Energy Services Group, Inc. | | 141 Longwater Dr | | Norwell | MA | 02061 | | 4/16/2021 | $77,549.20 | Service Provider |
| Enernoc, Inc (Enc) | | One Marina Park Drive | | Boston | MA | 02210 | | 2/19/2021 | $4,062.82 | Sales Commission |
| Enernoc, Inc (Enc) | | One Marina Park Drive | | Boston | MA | 02210 | | 3/19/2021 | $3,444.49 | Sales Commission |
| Enernoc, Inc (Enc) | | One Marina Park Drive | | Boston | MA | 02210 | | 4/16/2021 | $4,922.21 | Sales Commission |
| Euler Hermes | | 800 Red Brook Blvd | | Owings Mills | MD | 21117-1008 | | 2/12/2021 | $32,092.74 | Service Provider - Credit Insurance |
| Euler Hermes | | 800 Red Brook Blvd | | Owings Mills | MD | 21117-1008 | | 2/19/2021 | $175.00 | Service Provider - Credit Insurance |
| Freedom Logistics, LLC dba Freedom Energy Logistics, LLC (FLL) | | 5 Dartmouth Drive | | Auburn | NH | 03032 | | 2/19/2021 | $18,118.72 | Sales Commission |
| Freedom Logistics, LLC dba Freedom Energy Logistics, LLC (FLL) | | 5 Dartmouth Drive | | Auburn | NH | 03032 | | 3/19/2021 | $18,991.59 | Sales Commission |
| Freedom Logistics, LLC dba Freedom Energy Logistics, LLC (FLL) | | 5 Dartmouth Drive | | Auburn | NH | 03032 | | 4/16/2021 | $18,359.42 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 1/22/2021 | $1,770.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 1/29/2021 | $2,190.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 2/5/2021 | $5,050.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 2/12/2021 | $9,650.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 2/19/2021 | $8,980.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 3/19/2021 | $14,530.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 3/26/2021 | $22,060.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 4/1/2021 | $22,860.00 | Sales Commission |
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 4/9/2021 | $43,690.00 | Sales Commission |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Froylan Martinez Jr dba El Mundo Es Tuyo, LLC | | 1712 Tiffany Ave | | Mission | TX | 78574 | | 4/16/2021 | $26,070.00 | Sales Commission |
| Genesys Telecommunications Laboratories, Inc | | 7601 Interactive Way | | Indianapolis | IN | 46278-2727 | | 2/12/2021 | $49,096.65 | Service Provider |
| Genovese Joblove & Battista, P.A. | | 100 SE 2 St | Suite 4400 | Miami | FL | 33131 | | 4/19/2021 | $140,000.00 | Professional Services |
| GlobalView Software, Inc.dba Enverus | | 1 S Wacker Drive Suite 2100 | | Chicago | IL | 60606 | | 2/5/2021 | $11,000.00 | Provider Renewable Energy Credits |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 1/22/2021 | $5,477.71 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 1/29/2021 | $17,485.75 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 2/5/2021 | $2,122.98 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 2/12/2021 | $36,490.69 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 2/19/2021 | $17,316.54 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 2/26/2021 | $1,003.18 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 3/5/2021 | $24,143.20 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 3/12/2021 | $15,903.92 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 3/19/2021 | $5,716.57 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 3/26/2021 | $4,957.31 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 4/1/2021 | $3,283.82 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 4/9/2021 | $25,545.11 | Sales Commission |
| GOEnergyMarketing (GOE) | | 10 Jay Street | | Brooklyn | NY | 11201 | | 4/16/2021 | $5,155.66 | Sales Commission |
| Goldstar Energy Group, Inc. (GEG) | | 5429 Harding Highway Bldg. 500 | | Mays Landing | NJ | 08330 | | 2/19/2021 | $2,234.66 | Sales Commission |
| Goldstar Energy Group, Inc. (GEG) | | 5429 Harding Highway Bldg. 500 | | Mays Landing | NJ | 08330 | | 3/19/2021 | $2,605.49 | Sales Commission |
| Goldstar Energy Group, Inc. (GEG) | | 5429 Harding Highway Bldg. 500 | | Mays Landing | NJ | 08330 | | 4/16/2021 | $2,945.91 | Sales Commission |
| Gray & Company | | 207 Union Wharf | | Boston | MA | 02109 | | 4/16/2021 | $60,000.00 | Professional Services |
| Hudson Group Corp dba Interactive Energy Group, LLC | | 6860 Dallas Parkway | | Plano | TX | 75024 | | 2/19/2021 | $2,927.39 | Sales Commission |
| Hudson Group Corp dba Interactive Energy Group, LLC | | 6860 Dallas Parkway | | Plano | TX | 75024 | | 3/19/2021 | $2,451.39 | Sales Commission |
| Hudson Group Corp dba Interactive Energy Group, LLC | | 6860 Dallas Parkway | | Plano | TX | 75024 | | 4/16/2021 | $3,003.09 | Sales Commission |
| ICAP United, Inc. | | 9931 Corporate Campus Dr., Suite 3000 | | Louisville | KY | 40223 | | 1/29/2021 | $18,221.79 | Provider Renewable Energy Credits |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 2/2/2021 | $2,517.72 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 2/2/2021 | $2,050.55 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 3/4/2021 | $4,782.19 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 3/12/2021 | $482.39 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 3/26/2021 | $6,216.57 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 4/7/2021 | $11,575.54 | Merchant Services |
| iCheckGateway.com, LLC | | 13099 S Cleveland Ave | | Fort Myres | FL | 33907 | | 4/14/2021 | $170.00 | Merchant Services |
| Insight Sourcing Group (ISG) | | 5555 Triangle Parkway | | Norcross | GA | 30092 | | 2/19/2021 | $9,045.95 | Sales Commission |
| Insight Sourcing Group (ISG) | | 5555 Triangle Parkway | | Norcross | GA | 30092 | | 3/19/2021 | $8,338.47 | Sales Commission |
| Insight Sourcing Group (ISG) | | 5555 Triangle Parkway | | Norcross | GA | 30092 | | 4/16/2021 | $9,230.76 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 1/22/2021 | $2,560.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 1/29/2021 | $2,925.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 2/5/2021 | $5,733.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 2/12/2021 | $4,563.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 2/19/2021 | $23,486.25 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 2/26/2021 | $7,722.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 3/5/2021 | $9,243.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 3/12/2021 | $9,243.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 3/19/2021 | $20,279.46 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 3/26/2021 | $6,552.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 4/1/2021 | $4,680.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 4/9/2021 | $4,212.00 | Sales Commission |
| International Marketing Concepts Inc. (IMC) | | 716 Blossom Court | | Naperville | IL | 60540 | | 4/16/2021 | $13,980.77 | Sales Commission |
| Intersoft BPO Solutions (IBP) | | 1112 Pleasanton Drive | | Plano | TX | 75094 | | 1/22/2021 | $25,910.00 | Sales Commission |
| Intersoft BPO Solutions (IBP) | | 1112 Pleasanton Drive | | Plano | TX | 75094 | | 1/29/2021 | $36,145.00 | Sales Commission |
| Intersoft BPO Solutions (IBP) | | 1112 Pleasanton Drive | | Plano | TX | 75094 | | 2/5/2021 | $36,115.00 | Sales Commission |
| Intersoft BPO Solutions (IBP) | | 1112 Pleasanton Drive | | Plano | TX | 75094 | | 2/12/2021 | $25,735.00 | Sales Commission |
| Intersoft BPO Solutions (IBP) | | 1112 Pleasanton Drive | | Plano | TX | 75094 | | 2/19/2021 | $23,460.00 | Sales Commission |
| Knollwood Energy, LLC | | 9 Knollwood Terrace | | Chester | NJ | 07930 | | 3/19/2021 | $7,140.00 | Provider Renewable Energy Credits |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 1/22/2021 | $600.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 1/29/2021 | $300.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 2/5/2021 | $1,200.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 2/12/2021 | $2,800.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 2/19/2021 | $1,600.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 3/19/2021 | $700.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 3/26/2021 | $3,600.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 4/1/2021 | $2,300.00 | Sales Commission |
| Leilani Inc (LEI) | | 740 W Littleyork Rd | | Houston | TX | 77091 | | 4/16/2021 | $1,800.00 | Sales Commission |
| Levco Tech Inc. (LEVCO) | | 72 West Hill Circle | | Stamford | CT | 06902 | | 2/19/2021 | $8,434.21 | Sales Commission |
| Levco Tech Inc. (LEVCO) | | 72 West Hill Circle | | Stamford | CT | 06902 | | 3/19/2021 | $13,688.64 | Sales Commission |
| Levco Tech Inc. (LEVCO) | | 72 West Hill Circle | | Stamford | CT | 06902 | | 4/16/2021 | $18,301.60 | Sales Commission |
| Limitless Marketing & Consulting (LCM) | | 207 South Gerald Drive | | Newark | DE | 19713 | | 1/22/2021 | $25,925.00 | Sales Commission |
| Limitless Marketing & Consulting (LCM) | | 207 South Gerald Drive | | Newark | DE | 19713 | | 1/29/2021 | $25,970.00 | Sales Commission |
| Lower Electric, LLC (LOW) | | 1307 Shermer Road | | Northbrook | IL | 60062 | | 2/19/2021 | $2,349.67 | Sales Commission |
| Lower Electric, LLC (LOW) | | 1307 Shermer Road | | Northbrook | IL | 60062 | | 3/19/2021 | $2,318.39 | Sales Commission |
| Lower Electric, LLC (LOW) | | 1307 Shermer Road | | Northbrook | IL | 60062 | | 4/16/2021 | $2,551.92 | Sales Commission |
| Loyalty Solutions, LLC | | 2 Trap Falls Road | | Shelton | CT | 06484 | | 3/31/2021 | $49,500.00 | Service Provider |
| Maine Revenue Services | | 51 Commerce Drive | | Augusta | ME | 04330 | | 2/12/2021 | $16,952.65 | Tax Authority |
| Massachusetts Department of Revenue | | 436 Dwight St STE 401 | | Springfield | MA | 01103 | | 2/19/2021 | $94,693.54 | Tax Authority |
| Merck Sharp & Dohme Corporation | | 2000 Galloping Hill Road | | Kenilworth | NJ | 07033 | | 2/12/2021 | $222,432.31 | Customer Refund |
| MillerCoors LLC | | 250 S Wacker Dr | | Chicago | IL | 60606 | | 2/12/2021 | $182,255.14 | Customer Refund |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| MSI Utilities, Inc. (MSI) | | 2727 Tuller Parkway, Ste. 250 | | Dublin | OH | 43017 | | 2/19/2021 | $2,939.13 | Sales Commission |
| MSI Utilities, Inc. (MSI) | | 2727 Tuller Parkway, Ste. 250 | | Dublin | OH | 43017 | | 3/19/2021 | $2,756.83 | Sales Commission |
| MSI Utilities, Inc. (MSI) | | 2727 Tuller Parkway, Ste. 250 | | Dublin | OH | 43017 | | 4/16/2021 | $2,727.95 | Sales Commission |
| National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | | 1/22/2021 | $14,000.00 | Service Provider |
| National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | | 1/29/2021 | $14,000.00 | Service Provider |
| National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | | 2/12/2021 | $28,000.00 | Service Provider |
| National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | | 3/5/2021 | $28,000.00 | Service Provider |
| National Gift Card Corp | | 300 Millennium Drive | | Crystal Lake | IL | 60012 | | 4/9/2021 | $28,000.00 | Service Provider |
| National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | Fogelsville | PA | 18051 | | 2/12/2021 | $4,762.84 | Sales Commission |
| National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | Fogelsville | PA | 18051 | | 2/19/2021 | $3,605.30 | Sales Commission |
| National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | Fogelsville | PA | 18051 | | 3/19/2021 | $3,710.84 | Sales Commission |
| National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | Fogelsville | PA | 18051 | | 3/26/2021 | $1,463.00 | Sales Commission |
| National Utilities Refund dba National Energy (NUR) | | PO Box 332 | | Fogelsville | PA | 18051 | | 4/16/2021 | $3,214.78 | Sales Commission |
| National Utility Service, Inc. dba NUS Consulting Group (NSC) | | One Maynard Drive | | Park Ridge | NJ | 07656 | | 2/19/2021 | $3,563.23 | Sales Commission |
| National Utility Service, Inc. dba NUS Consulting Group (NSC) | | One Maynard Drive | | Park Ridge | NJ | 07656 | | 3/19/2021 | $3,449.13 | Sales Commission |
| National Utility Service, Inc. dba NUS Consulting Group (NSC) | | One Maynard Drive | | Park Ridge | NJ | 07656 | | 4/16/2021 | $3,542.83 | Sales Commission |
| New York State Energy Research and Development | | 17 Columbia Circle | | Albany | NY | 12203 | | 1/29/2021 | $91,660.80 | Provider Renewable Energy Credits |
| New York State Energy Research and Development | | 17 Columbia Circle | | Albany | NY | 12203 | | 3/5/2021 | $81,385.92 | Provider Renewable Energy Credits |
| New York State Energy Research and Development | | 17 Columbia Circle | | Albany | NY | 12203 | | 3/31/2021 | $64,486.40 | Provider Renewable Energy Credits |
| North American Energy Services LLC(NAES) | | 4 Green Hill Lane | | Spring Valley | NY | 10977 | | 2/5/2021 | $22,131.48 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 1/22/2021 | $104,400.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 1/29/2021 | $130,684.18 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 2/5/2021 | $136,941.47 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 2/12/2021 | $175,654.32 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 2/19/2021 | $195,763.35 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 2/26/2021 | $33,940.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 3/5/2021 | $55,320.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 3/12/2021 | $112,280.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 3/19/2021 | $205,619.85 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 3/26/2021 | $167,150.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 4/1/2021 | $114,140.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 4/9/2021 | $185,800.00 | Sales Commission |
| North American Venture Capital LLC | | 12225 Greenville Ave | | Dallas | TX | 75243 | | 4/16/2021 | $114,347.86 | Sales Commission |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 1/22/2021 | $288,516.86 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 1/29/2021 | $222,303.95 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 2/5/2021 | $260,844.33 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 2/5/2021 | $74.82 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 2/12/2021 | $352,575.12 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 2/19/2021 | $265,164.00 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 3/19/2021 | $255,130.57 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 3/26/2021 | $292,075.83 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 3/31/2021 | $421,250.98 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 4/9/2021 | $325,556.47 | Transmission and Distribution Service Provider |
| Oncor | Attn: Bill Moorse | 1616 Woodall Rodgers Fwy 7A-02 | | Dallas | TX | 75202 | | 4/16/2021 | $318,851.55 | Transmission and Distribution Service Provider |
| PES Brokers, Inc. (PEB) | | 2822 Garcitas Creek | | Richmond | TX | 77469 | | 2/19/2021 | $1,430.17 | Sales Commission |
| PES Brokers, Inc. (PEB) | | 2822 Garcitas Creek | | Richmond | TX | 77469 | | 2/26/2021 | $5,520.75 | Sales Commission |
| PES Brokers, Inc. (PEB) | | 2822 Garcitas Creek | | Richmond | TX | 77469 | | 3/19/2021 | $6,888.55 | Sales Commission |
| PES Brokers, Inc. (PEB) | | 2822 Garcitas Creek | | Richmond | TX | 77469 | | 4/16/2021 | $5,127.37 | Sales Commission |
| Premier Energy Group, LLC (PRM) | | 1275 Bound Brook Rd, Suite 6 | | Middlesex | NJ | 08846 | | 1/22/2021 | $17,183.38 | Sales Commission |
| Premier Energy Group, LLC (PRM) | | 1275 Bound Brook Rd, Suite 6 | | Middlesex | NJ | 08846 | | 1/29/2021 | $13,646.71 | Sales Commission |
| Premier Energy Group, LLC (PRM) | | 1275 Bound Brook Rd, Suite 6 | | Middlesex | NJ | 08846 | | 2/5/2021 | $5,480.17 | Sales Commission |
| Premier Energy Group, LLC (PRM) | | 1275 Bound Brook Rd, Suite 6 | | Middlesex | NJ | 08846 | | 2/12/2021 | $4,490.92 | Sales Commission |
| Premier Energy Group, LLC (PRM) | | 1275 Bound Brook Rd, Suite 6 | | Middlesex | NJ | 08846 | | 2/19/2021 | $6,123.62 | Sales Commission |
| Premiere Marketing (PMK) | | 695 Route 46 West, Ste. 408 | | Fairfield | NJ | 07004 | | 1/22/2021 | $302.00 | Sales Commission |
| Premiere Marketing (PMK) | | 695 Route 46 West, Ste. 408 | | Fairfield | NJ | 07004 | | 2/12/2021 | $2,536.04 | Sales Commission |
| Premiere Marketing (PMK) | | 695 Route 46 West, Ste. 408 | | Fairfield | NJ | 07004 | | 2/19/2021 | $1,588.81 | Sales Commission |
| Premiere Marketing (PMK) | | 695 Route 46 West, Ste. 408 | | Fairfield | NJ | 07004 | | 3/19/2021 | $5,244.02 | Sales Commission |
| Premiere Marketing (PMK) | | 695 Route 46 West, Ste. 408 | | Fairfield | NJ | 07004 | | 4/16/2021 | $9,195.77 | Sales Commission |
| Priority Power Management, LLC (PPM) | | 5012 Portico Way | | Midland | TX | 79707 | | 2/19/2021 | $3,492.93 | Sales Commission |
| Priority Power Management, LLC (PPM) | | 5012 Portico Way | | Midland | TX | 79707 | | 3/19/2021 | $3,041.72 | Sales Commission |
| Priority Power Management, LLC (PPM) | | 5012 Portico Way | | Midland | TX | 79707 | | 4/16/2021 | $4,256.76 | Sales Commission |
| Quest Energy Solutions (QES) | | 122 South Ludlow Street | | Worcester | MA | 01603 | | 2/19/2021 | $5,172.97 | Sales Commission |
| Quest Energy Solutions (QES) | | 122 South Ludlow Street | | Worcester | MA | 01603 | | 3/19/2021 | $5,677.88 | Sales Commission |
| Quest Energy Solutions (QES) | | 122 South Ludlow Street | | Worcester | MA | 01603 | | 4/16/2021 | $5,134.26 | Sales Commission |
| R2 Unified Technologies LLC | | 980 N Federal Hwy | | Boca Raton | FL | 33432 | | 1/29/2021 | $7,182.50 | Service Provider |
| R2 Unified Technologies LLC | | 980 N Federal Hwy | | Boca Raton | FL | 33432 | | 2/5/2021 | $7,980.00 | Service Provider |
| R2 Unified Technologies LLC | | 980 N Federal Hwy | | Boca Raton | FL | 33432 | | 3/26/2021 | $8,977.50 | Service Provider |
| Retail Choice Operations | | 4 Irving Place | | New York | NY | 1003 | | 1/21/2021 | -$1,401.94 | Utility - Customer Refund |
| Retail Choice Operations | | 4 Irving Place | | New York | NY | 1003 | | 3/26/2021 | $22,990.05 | Utility - Customer Refund |
| Rhode Island Division of Taxation | | State of Rhode Island | | Providence | RI | 02908-5802 | | 1/22/2021 | $10.00 | Tax Authority |
| Rhode Island Division of Taxation | | State of Rhode Island | | Providence | RI | 02908-5802 | | 2/12/2021 | $23,990.32 | Tax Authority |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | Nazareth | PA | 18064 | | 2/19/2021 | $3,349.99 | Sales Commission |
| Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | Nazareth | PA | 18064 | | 3/19/2021 | $6,173.76 | Sales Commission |
| Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | Nazareth | PA | 18064 | | 4/1/2021 | $9,249.61 | Sales Commission |
| Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | Nazareth | PA | 18064 | | 4/9/2021 | $15,358.33 | Sales Commission |
| Richard Morea (ECG) DBA Energy Group Corporation | | 345 Clearview Ave. | | Nazareth | PA | 18064 | | 4/16/2021 | $2,773.52 | Sales Commission |
| Richards Energy Group (RIC) | | 781 South Chiques Road | | Manheim | PA | 17545 | | 2/19/2021 | $3,196.63 | Sales Commission |
| Richards Energy Group (RIC) | | 781 South Chiques Road | | Manheim | PA | 17545 | | 3/19/2021 | $3,429.20 | Sales Commission |
| Richards Energy Group (RIC) | | 781 South Chiques Road | | Manheim | PA | 17545 | | 4/16/2021 | $3,411.58 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 1/29/2021 | $2,110.91 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 2/5/2021 | $1,339.85 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 2/19/2021 | $1,598.25 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 3/12/2021 | $900.41 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 3/19/2021 | $2,717.20 | Sales Commission |
| Savon Energy LLC (API) | | 2203 Pine Drive | | Tarpon Springs | FL | 34689 | | 4/16/2021 | $546.29 | Sales Commission |
| Single Source Energy Solutions, Inc. (SSE) | | 77 Accord Park Drive Ste. D7 | | Norwell | MA | 02061 | | 2/19/2021 | $4,850.45 | Sales Commission |
| Single Source Energy Solutions, Inc. (SSE) | | 77 Accord Park Drive Ste. D7 | | Norwell | MA | 02061 | | 3/19/2021 | $4,739.87 | Sales Commission |
| Single Source Energy Solutions, Inc. (SSE) | | 77 Accord Park Drive Ste. D7 | | Norwell | MA | 02061 | | 4/16/2021 | $3,927.40 | Sales Commission |
| Skyview Ventures | | 114 S Pearl St Ste 2C | | Port Chester | NY | 10573 | | 3/19/2021 | $342,417.00 | Provider Renewable Energy Credits |
| Sol Systems LLC | | 1380 Monroe Street NW #120 | | Washington | DC | 20010 | | 3/12/2021 | $9,595.00 | Provider Renewable Energy Credits |
| Sol Systems LLC | | 1380 Monroe Street NW #120 | | Washington | DC | 20010 | | 3/31/2021 | $61,239.00 | Provider Renewable Energy Credits |
| Sprague Energy Solutions Inc (GMG/MTE/SBE) | | 185 International Dr | | Portsmouth | NH | 03801 | | 2/19/2021 | $21,082.98 | Sales Commission |
| Sprague Energy Solutions Inc (GMG/MTE/SBE) | | 185 International Dr | | Portsmouth | NH | 03801 | | 3/19/2021 | $21,145.03 | Sales Commission |
| Sprague Energy Solutions Inc (GMG/MTE/SBE) | | 185 International Dr | | Portsmouth | NH | 03801 | | 4/16/2021 | $21,255.26 | Sales Commission |
| Stanwich Energy Advisors LLC | | 2 Greenwich Office Park, Suite 275 | | Greenwich | CT | 06831 | | 2/19/2021 | $8,653.01 | Sales Commission |
| Stanwich Energy Advisors LLC | | 2 Greenwich Office Park, Suite 275 | | Greenwich | CT | 06831 | | 3/19/2021 | $7,903.30 | Sales Commission |
| Stanwich Energy Advisors LLC | | 2 Greenwich Office Park, Suite 275 | | Greenwich | CT | 06831 | | 4/16/2021 | $9,064.75 | Sales Commission |
| State of New Jersey Division of Revenue | ACH Depository Account | 33 W State St #5th | | Trenton | NJ | 08608 | | 2/19/2021 | $83,723.60 | Tax Authority |
| STX Services B.V. | | Vijzelstraat 79 | | Amsterdam | | 1017HG | Netherlands | 2/26/2021 | $21,300.00 | Provider Renewable Energy Credits |
| STX Services B.V. | | Vijzelstraat 79 | | Amsterdam | | 1017HG | Netherlands | 3/19/2021 | $110,556.62 | Provider Renewable Energy Credits |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 1/22/2021 | $120.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 1/29/2021 | $140.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 2/5/2021 | $300.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 2/12/2021 | $140.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 2/19/2021 | $140.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 2/26/2021 | $180.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 3/5/2021 | $9,787.30 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 3/19/2021 | $10,202.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 3/26/2021 | $1,729.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 4/1/2021 | $779.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 4/9/2021 | $276.00 | Sales Commission |
| Teleperformance Colombia SAS(TPF) | | AV CL 26 No 92-32 Torre A Piso 4 | | Bogota D.C. | | | Columbia | 4/16/2021 | $986.00 | Sales Commission |
| Tesla Energy Operations, Inc. | | 6800 Dumbarton Circle | | Freemont | CA | 94555 | | 3/19/2021 | $172,344.00 | Provider Renewable Energy Credits |
| Texas Comptroller | | PO Box 13528 | Capitol Station | Austin | TX | 78711 | | 1/29/2021 | $196,279.49 | Tax Authority |
| Texas Comptroller | | PO Box 13528 | Capitol Station | Austin | TX | 78711 | | 2/19/2021 | $168,806.10 | Tax Authority |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 1/22/2021 | $5,565.56 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 1/29/2021 | $6,433.24 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 2/5/2021 | $17,766.79 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 2/12/2021 | $17,270.39 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 2/19/2021 | $7,847.19 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 3/19/2021 | $10,874.44 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 3/26/2021 | $10,397.80 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 3/31/2021 | $798.75 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 4/9/2021 | $23,377.01 | Transmission and Distribution Service Provider |
| Texas New MEX Power | | 577 N Garden Ridge Blvd. | | Lewisville | TX | 75067 | | 4/16/2021 | $15,002.13 | Transmission and Distribution Service Provider |
| The Dayton Power and Light Company | | 1900 Dryden Road | | Dayton | OH | 45439 | | 4/9/2021 | $7,385.00 | Utility |
| The New York Department of Taxation & Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205 | | 1/22/2021 | $107,581.74 | Tax Authority |
| Titan Energy New England Inc. (TEN) | | 2317 Silas Deane Highway | | Rocky Hill | CT | 06067 | | 2/19/2021 | $54,937.95 | Sales Commission |
| Titan Energy New England Inc. (TEN) | | 2317 Silas Deane Highway | | Rocky Hill | CT | 06067 | | 3/19/2021 | $54,944.57 | Sales Commission |
| Titan Energy New England Inc. (TEN) | | 2317 Silas Deane Highway | | Rocky Hill | CT | 06067 | | 4/16/2021 | $57,864.00 | Sales Commission |
| Treasurer State of Connecticut | | 55 Elm Street | | Hartford | CT | 06106 | | 1/29/2021 | $62,526.00 | Tax Authority |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 1/22/2021 | $994.10 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 1/29/2021 | $2,049.39 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 2/5/2021 | $3,731.81 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 2/12/2021 | $5,455.42 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 2/19/2021 | $7,601.68 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 2/26/2021 | $2,080.56 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 3/5/2021 | $4,286.40 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 3/12/2021 | $2,290.27 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 3/19/2021 | $2,282.33 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 3/26/2021 | $100.31 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 4/1/2021 | $311.61 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 4/9/2021 | $1,220.46 | Sales Commission |
| Unified Energy Alliance LLC (AFF) | | 697 Mountain Rd. | | Orrtanna | PA | 17353 | | 4/16/2021 | $3,378.49 | Sales Commission |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Unified Energy Services, LLC (UFE) | | 2625 Greenbriar Dr. | | Houston | TX | 77098 | | 2/19/2021 | $2,652.69 | Sales Commission |
| Unified Energy Services, LLC (UFE) | | 2625 Greenbriar Dr. | | Houston | TX | 77098 | | 3/19/2021 | $2,427.91 | Sales Commission |
| Unified Energy Services, LLC (UFE) | | 2625 Greenbriar Dr. | | Houston | TX | 77098 | | 4/16/2021 | $2,098.94 | Sales Commission |
| Usource LLC (USO) | Attn: Shannon Dawson | 1 Liberty Ln E | Suite 220 | Hampton | NH | 03842 | | 2/19/2021 | $3,221.13 | Sales Commission |
| Usource LLC (USO) | Attn: Shannon Dawson | 1 Liberty Ln E | Suite 220 | Hampton | NH | 03842 | | 3/19/2021 | $9,307.56 | Sales Commission |
| Usource LLC (USO) | Attn: Shannon Dawson | 1 Liberty Ln E | Suite 220 | Hampton | NH | 03842 | | 4/16/2021 | $15,061.44 | Sales Commission |
| Utility Services Advisory Group | | 812 Pinellas St | | Clearwater | FL | 33756 | | 3/19/2021 | $11,371.71 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 2/5/2021 | $685.18 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 2/12/2021 | $974.65 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 2/19/2021 | $5,050.40 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 3/19/2021 | $3,278.89 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 3/26/2021 | $1,357.55 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 4/1/2021 | $2,648.70 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 4/9/2021 | $1,501.73 | Sales Commission |
| Wholesale Gas & Electric LLC (ABA) | | 265 Rt 36 Ste 208 | | W Long Beach | NJ | 07764 | | 4/16/2021 | $2,456.99 | Sales Commission |
| Windstreet Energy (WSE) | | 242 Route 156 | | Yardville | NJ | 08620 | | 3/26/2021 | $716.99 | Sales Commission |
| Windstreet Energy (WSE) | | 242 Route 156 | | Yardville | NJ | 08620 | | 4/1/2021 | $5,351.61 | Sales Commission |
| Windstreet Energy (WSE) | | 242 Route 156 | | Yardville | NJ | 08620 | | 4/9/2021 | $22,022.55 | Sales Commission |
| Windstreet Energy (WSE) | | 242 Route 156 | | Yardville | NJ | 08620 | | 4/16/2021 | $220.98 | Sales Commission |
| York Haven Power Company, LLC | | Locust Stree and Hydro Park | | York Haven | PA | 17370 | | 3/12/2021 | $46,500.00 | Provider Renewable Energy Credits |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 8/21/2020 | $104,166.67 | Interest on Mezzanine Loan |
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 9/24/2020 | $64,583.33 | Interest on Mezzanine Loan |
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 10/23/2020 | $62,500.00 | Interest on Mezzanine Loan |
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 11/23/2020 | $64,583.33 | Interest on Mezzanine Loan |
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 12/24/2020 | $62,500.00 | Interest on Mezzanine Loan |
| David Hernandez | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | CEO & Board of Members | 1/22/2021 | $64,583.33 | Interest on Mezzanine Loan |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 4/28/2020 | $320,957.26 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 5/1/2020 | $453,699.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 5/7/2020 | $89,010.85 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 5/8/2020 | $96,880.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 6/24/2020 | $487,505.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/3/2020 | $78,372.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/3/2020 | $49,259.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/6/2020 | $1,850,000.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/6/2020 | $753,340.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/6/2020 | $265,000.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/8/2020 | $474,273.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/10/2020 | $403,356.84 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/17/2020 | $263,577.23 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/22/2020 | $500,206.33 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/24/2020 | $110,100.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 7/31/2020 | $632,735.52 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/5/2020 | $487,774.50 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/6/2020 | $3,030.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/7/2020 | $304,476.52 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/14/2020 | $414,962.59 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/19/2020 | $445,900.34 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/21/2020 | $70,489.80 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/27/2020 | $231,838.27 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 8/28/2020 | $233,671.72 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/2/2020 | $435,843.07 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/4/2020 | $332,178.26 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/11/2020 | $462,485.79 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/16/2020 | $430,192.19 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/18/2020 | $172,037.63 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/24/2020 | $103,494.62 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/25/2020 | $216,554.69 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 9/30/2020 | $433,150.13 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/1/2020 | $396,960.19 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/8/2020 | $359,228.13 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/14/2020 | $448,578.65 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/16/2020 | $427,395.45 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/23/2020 | $73,303.26 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/28/2020 | $426,213.21 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 10/30/2020 | $425,692.06 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/6/2020 | $516,038.34 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/12/2020 | $416,727.45 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/13/2020 | $379,359.33 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/20/2020 | $146,178.70 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/25/2020 | $517,151.52 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 11/25/2020 | $483,899.66 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/4/2020 | $107,882.11 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/9/2020 | $391,344.62 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/11/2020 | $214,398.14 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/18/2020 | $133,274.14 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/23/2020 | $415,987.18 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/24/2020 | $569,248.71 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 12/31/2020 | $318,012.65 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/6/2021 | $440,286.23 | Intercompany Transfer |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/8/2021 | $101,043.08 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/15/2021 | $633,792.09 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/20/2021 | $425,540.31 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/22/2021 | $164,441.93 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 1/29/2021 | $548,568.59 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/3/2021 | $407,240.49 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/5/2021 | $188,747.19 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/12/2021 | $239,126.18 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/17/2021 | $413,910.37 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/19/2021 | $276,750.76 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/24/2021 | $863,546.47 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 2/26/2021 | $877,595.02 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/3/2021 | $627,550.34 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/5/2021 | $537,366.99 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/5/2021 | $303.52 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/12/2021 | $748,390.85 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/12/2021 | $786.80 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/18/2021 | $1,137,735.13 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/19/2021 | $398,923.52 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/26/2021 | $394,820.29 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/26/2021 | $52,554.00 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 3/31/2021 | $402,166.36 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 4/1/2021 | $330,590.36 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 4/9/2021 | $320,585.47 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 4/14/2021 | $401,840.04 | Intercompany Transfer |
| Liberty Power Corp., LLC | 2100 W Cypress Creek Rd, Suite 130 | Ft. Lauderdale | FL | 33309 | | Owner | 4/16/2021 | $988,673.90 | Intercompany Transfer |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 8/24/2020 | $104,166.67 | Interest on Mezzanine Loan |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 9/24/2020 | $64,583.33 | Interest on Mezzanine Loan |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 10/23/2020 | $62,500.00 | Interest on Mezzanine Loan |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 11/24/2020 | $64,583.33 | Interest on Mezzanine Loan |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 12/24/2020 | $62,500.00 | Interest on Mezzanine Loan |
| Martin Halpern | 1711 N. Fort Lauderdale Beach Blvd. | Ft. Lauderdale | FL | 33305 | | Board of Members | 1/22/2021 | $64,583.33 | Interest on Mezzanine Loan |

**Fill in this information to identify the case:**

Debtor name: Liberty Power Holdings, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number: 21-13797

☐ Check if this is an amended filing

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
06/22/2021

/s/ Victoria Medina Dusch

Victoria Medina Dusch

Signature of individual signing on behalf of debtor

Printed name

Chief Financial Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No

☐ Yes