# United States Bankruptcy Court
## Southern District of Florida

In re  **Liberty Power Holdings LLC**                     Case No.  **21-13797-BKC-SMG**
                                       Debtor(s)          Chapter   **11**

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[X]     The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   4. filed an amended schedule(s) and summary of schedules; and
   5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]     The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted)**. I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]     The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   2. filed an amended schedule(s) or other paper.

[ ]     The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]     None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [ ] does [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: 6/22/21

/s/ Paul J. Battista
Attorney for Debtor (or Debtor, if pro se)

Paul J. Battista 884162
Print Name & Florida Bar Number

/s/ Victoria M. Dusch
**Victoria M. Dusch**
Debtor

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Address

**305-349-2300 Fax: 305-349-2310**
Phone Number

123 Competitive Energy Solutions LLC (12
20 Washington Street
Cresskill, NJ 07626


ABB Enterprise Software Inc.
25499 Network Place
Chicago, IL 60673-1254


Affiliated Power Purchase International,
2013 Northwood Drive, Ste. 1
Salisbury, MD 21801


Akerman, LLP
PO Box 4906
Orlando, FL 32802


All American Marketing LLC (AAM)
2100 W. Cypress Creek Rd
Fort Lauderdale, FL 33309-1863


Altoros Systems
4900 Hopyard Rd. Suite 100
Pleasanton, CA 94588


Altre, LLC
1 Chatsworth Ave
Larchmont, NY 10538


Andrew R. Perrong
260 Chapman Rd.
Suite 201
Newark, DE 19702


Apollo Edison LLC
310 Nottingham Drive
Spring City, PA 19475


Applied Engineering Management Corporati
PO Box 1263
Camarillo, CA 93010


Aramark Refreshment Services
PO Box 21971
New York, NY 10087-1971

Arda Hovsepian dba ARA Consulting Group,
151 West Passaic Street
Rochelle Park,, NJ 07662


AssureSign, LLC
PO Box 162312
Altamonte Springs, FL 32716-2312


Automatic Data Processing, Inc.
3350 SW 148th Ave.
Miramar, FL 33027


Axsess Group
PO Box 535
Northborough, MA 01532


Baker & Hostetler
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036


Bekins South Florida
5300 North Powerline Road, Unit 100
Fort Lauderdale, FL 33309


Bevan, Mosca, Giuditta, P.C.
222 Mount Airy Rd Suite 200
Basking Ridge, NJ 07920


Bloomberg LP
PO Box 416604
Boston, MA 02241-6604


BLT Fish LLC
1905 Spruce St.
Philadelphia, PA 19103


BLT Steak LLC
1905 Spruce St.
Philadelphia, PA 19103


Bpo2B
107 Codsell Ave
Toronto, ON M3B 2R2

Brouse McDowell, A Legal Professional As
PO Box 75579
Cleveland, OH 44101-4755

Brown Rudnick LP
One Financial Center
Boston, MA 02111

Brunswick Companies
5309 Transportation Blvd
Cleveland, OH 44125

BSG TPV, LLC (same as VoiceLog)
7411 John Smith Dr Ste 1500
San Antonio, TX 78229-6034

Business Service Club LLC
117 Five Fields Rd
Madison, CT 06443

Career Track
PO Box 219468
Kansas City, MO 64121-9468

Central Maine Power Company
83 Edison Dr
Boston, MA 02284-7811

Chrislynn Energy Services, Inc.
3416 Babcock Blvd
Pittsburgh, PA 15237

Chubb & Son, Inc.
PO Box 382001
Pittsburgh, PA 15250-8001

Commonwealth of Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108

Compuquip Technologies
PO Box 30561
Tampa, FL 33630-3561

Connecticut Department of Energy and Env
Accounts Receivable
Hartford, CT 06106


Constangy, Brooks &Smith
230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303-1557


Consumer Energy Solutions (CES-NEW)
48 Clydesdale Drive
Burlington, NJ 08016


Converge IoT, Inc.
7551 Wiles Road
Coral Springs, FL 33067


Corporate Creations
801 US Highway 1
North Palm Beach, FL 33408


Cortina, Tagle, Isoard Y Cia
Bosque de los Ciruelos 180 Planta Princi
Ciudad de Mexico 11700


CreditRiskMonitor.com, Inc.
704 Executive Blvd. Ste. A
Valley Cottage, NY 10989


Customized Energy Solutions Ltd.
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102


D&B
PO Box 75434
Chicago, IL 60675-5434


Davis, Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA 02108


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

```
Department of Public Utilities
5th Floor
Boston, MA 02110


Duke Energy Ohio, Inc
550 South Tryon Street Mail Code DEC40C
Cahrlotte, NC 28202


eFax Corporate
PO Box 51873
Los Angeles, CA 90051-6173


El Mundo es Tuyo (ELM)
1712 Tiffany Ave
Mission, TX 78574


Element Holdings LLC DBA Xchange Energy
962 Pineville Road
New Hope, PA 18938


Ellison, Schneider Harris & Donlan LLP
2600 Capitol Ave  Ste 400
Sacramento, CA 95816


Enel X
One Marina Park Drive Suite 400
Boston, MA 02210


Energy For Less Inc.
140 Park Ln
Monsey, NY 10952


Energy GPS LLC
2512 SE 25th
Portland, OR 97202


ENGIE Impact
1313 N. Atlantic, #5000
Spokane, WA 99201


Equifax Information Svcs LLC
PO Box 71221
Charlotte, NC 28272-1221
```

Federal Express  
PO Box 94515  
Palatine, IL 60094-4515  

FIS Energy Systems, Inc  
PO Box 4535  
Carol Stream, IL 60197-4535  

Flexential South Florida Corp.  
PO Box 530619  
Atlanta, GA 30353-0619  

Francotyp Postalia, Inc. DBA FP Mailing  
140 N. MItchell Ct.  
Addison, IL 60101  

Freedom Logistics, LLC dba Freedom Energ  
5 Dartmouth Drive  
Auburn, NH 03032  

Genesys Telecommunications Laboratories,  
PO Box 201005  
Dallas, TX 75320-1005  

Genscape Inc  
PO Box 417749  
Boston, MA 02241-7749  

Gray & Company  
207 Union Wharf  
Boston, MA 02109  

GreatAmerica Leasing Corporation  
PO Box 660831  
Dallas, TX 75266-0831  

Greenberg Traurig  
18565 Jamboree Road  
Suite 500  
Irvine, CA 92612  

GridPoint, Inc.  
11911 Freedom Drive  
Reston, VA 20190

```
HCL Technologies Limited (HCL)
Plot No 3A
New Delhi
Sector 126, Noida
201303


Hogan Lovells
3 Embarcadero Center Suite 1500
San Francisco, CA 94111


Hotwire Communications, Ltd.
PO Box 57330
Philadelphia, PA 19111-7330


Hudson Group Corp dba Interactive Energy
6860 Dallas Parkway
Plano, TX 75024


Husch Blackwell
PO Box  790379
St. Louis, MO 63179-0379


ICE Data, L.P.
PO Box 935278
Atlanta, GA 31193-5278


Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601


Infinit-O Global, Limited
2207 China Insurance Group
Hong Kong
Hong Kong


Interactive Energy Group, LLC
6860 Dallas Parkway
Plano, TX 75024


Interfacing Technologies Corporation
1255 Robert-Bourassa Boulevard
Montreal
QC H3B 3B6
Canada
```

International Marketing Concepts Inc. (I
716 Blossom Court
Naperville, IL 60540

Iron Mountain
PO Box 27128
New York, NY 10087-7128

Jackson Walker
1401 McKinney Suite 1900
Houston, TX 77010

Janeshia Washington-Hughes
192 South St.
Suite 450
Boston, MA 02111

Johnson & Johnson Preferred Finance, Inc
PO Box 162667
Atlanta, GA 30321

JP Morgan Chase
21591 Network Place
Chicago, IL 60673-1215

Kaufman Rossin & Company
2699 S Bayshore Drive
Miami, FL 33133

Kforce Inc
PO Box 277997
Atlanta, GA 30384-7997

Kyle Downs DBA Commerical Technology Pow
3217 Leonidas St.
Houston, TX 77019

Law Offices of Gerard T Fox
1345 6th Avenue, 33rd Floor
New York, NY 10105

Level 3 Communications LLC (same as Qwes
1025 Eldorado Blvd
Broomfield, CO 80021

Levine Kellog Lehman Schneider + Grossma
201 South Biscayne Boulevard
22nd Floor
Miami, FL 33131


LexisNexis, a division of Reed Elsevier
PO Box 733106
Dallas, TX 75373-3106


Liberty Power Corp, LLC
2100 W. Cypress Creek Rd
Suite 130
Fort Lauderdale, FL 33309


LogMeIn USA, Inc
PO Box 50264
Los Angeles, CA 90074-0264


Manning Brothers Pest Control Inc.
944 W Prospect Rd
Oakland Park, FL 33309


Markit Valuations Ltd
4th Floor Ropemaker Pl
London EC2Y 9LY


Metropolitan Edison
PO BOX 3612
Akron, OH 44309-3612


Michael Allen Karp dba University City H
2100 W Cypress Creek Road
Fort Lauderdale, FL 33309


Microsoft Corporation
1950 N Stemmons Fwy
Dallas, TX 75207


Midwest Renewable Energy Tracking System
PO Box 856556
Minneapolis, MN 55485-6556


Mintz, Levin, Cohn, Ferris, Glovsky and
701 Pennsylvania Avenue
Washington, DC 20004

Multi Security Services LLC
14629 SW 104 St
Miami, FL 33196


National Auditing Services & Consulting
500 Purdy Hill Road
Monroe, CT 06468


National Refund & Utility Services, Inc.
505 Chestnut Street
Cedarhurst Street, NY 11516


National Utilities Refund dba National E
PO Box 332
Fogelsville, PA 18051


National Utility Service, Inc. dba NUS C
One Maynard Drive
Park Ridge, NJ 07656


Nebuware Solutions Inc.
9239 Chambers St
Tamarac, FL 33321


Nelson Premier Energy, LLC
2500 N Business 45
Corsicana, TX 75110


New Wave Power LLC
10497 Town & Country Way
Houston, TX 77024


New York State Electric & Gas
18 Link Dr
Kirkwood Industrial Park
Binghamton, NY 13902-5224


New York State Energy Research and Devel
17 Columbia Circle
Albany, NY 12203


Ntirety, Inc.
PO Box 208381
Dallas, TX 75320-8381

NYC Department of Finance
One Centre St.
22nd Floor
New York, NY 10007


Ocenture
6440 Southpoint Pkwy. Suite 300
Jacksonville, FL 32216


Office Depot
PO Box 633211
Cincinnati, OH 45263-3211


OPG Eagle Creek Holdings, LLC dba Cube Y
65 Madison Avenue
Morristown, NJ 07960


Palisade Company LLC
130 East Seneca Street
Suite 505
Ithaca, NY 14850


Paradise Plants Inc.
1569 Passion Vine Circle
Weston, FL 33326


Pennsylvania Power Company
341 White Pond Drive
Akron, OH 44320


Peregrine Solutions LLC
7938 Sterling Bridge Blvd S
Delray Beach, FL 33446


Podium
1650 W Digital Drive
Lehi, UT 84043


Possible Now, Inc.
4400 River Green Parkway
Duluth, GA 30096


Postal Center International, Inc. (PCI)
PO Box 31792
Tampa, FL 33631-3792

Postalogic LLC
2077 N. Powerline Road, Suite 2
Pompano Beach, FL 33069


Public Utility Commission of Texas
Congress Ave.
Austin, TX 78701


Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006


Quarles & Brady
300 N. LaSalle Street Suite 4000
Chicago, IL 60654


Quest Software
Four Polaris Way
Aliso Viejo, CA 92656


Qwest Broadband Services dba CenturyLink
PO Box 52187
Phoenix, AZ 52187


R2 Unified Technologies LLC
980 N. Federal Highway
Boca Raton, FL 33432


Red Collar Bandit, Inc (ECB)
377 Larchmont Way
Mountaintop, PA 18707


Regus Corporation
PO Box 842456
Dallas, TX 75284-2456


Retail Choice Operations
Attn: Salvatore Flagiello, Section Manag
4 Irving Place, 9th Floor SE
New York, NY 10003


Retail Power Partners of North America,
16192 Coastal Hwy
Lewis, DE 19958

Richard Morea (ECG) DBA Energy Group Cor
345 Clearview Ave.
Nazareth, PA 18064


Richards Energy Group, Inc.
781 South Chiques Road
Manheim, PA 17545


Robinson & Cole LLP
280 Trumbull St
Hartford, CT 06103-3597


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649


S&P GLobal Market Intelligence, Inc. fka
55 Water Street
New York, NY 10041


Sales Verfication Company LLC
8550 Ulmerton Rd
Largo, FL 33771


Sales Verification
13100 56th Court, Suite 707
Clearwater, FL 33760


Samuel Katz
4054 McKinney Ave.
Suite 310
Dallas, TX 75204


Satori Enterprises, LLC dba Satori Energ
300 S. Wacker Dr. Suite 800
Chicago, IL 60606


Scorebuddy Sentient Soutions Limited)
Guiness Enterprise Centre
Dublin
Ireland


Service Express, Inc
3854 Broadmoor Ave SE
Grand Rapids, MI 49512

Single Source Energy Solutions, Inc. (SS
77 Accord Park Drive Ste. D7
Norwell, MA 02061

SoftwareONE, Inc.
Dept Ch 10768
Palatine, IL 60055-0768

Solutions By Text, LLC
5001 Spring Valley Road
Dallas, TX 75244

Specops Software USA Inc
1500 Walnut Street
Philadelphia, PA 19102

Sprague Energy Solutions Inc (GMG/MTE/SB
185 International Dr
Portsmouth, NH 03801

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

Suncoast Marketing
4001 SW 47th Avenue, Suite 216
Davie, FL 33314

Sunlight Energy Group LLC
135 East 57th Street
New York, NY 10022

SW Consulting and IT Services Corp
6732 N Amenia Ave
Tampa, FL 33604

T-Mobile USA Inc.
PO Box 742596
Cincinnati, OH 45274-2596

Talent Wise dba Sterling Talent Solution
PO Box 102255
Passadena, CA 91189-2255

```
The Cleveland Electric Illuminating Comp
PO Box 3612
Akron, OH 44309-3612


The Energy Professionals Association (TE
1701 Nueces St
Austin, TX 78701


TIAA Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


TNMP
577 N Garden Ridge Blvd.
Lewisville, TX 75067


Topping Kessler & Company
4020 Sheridan St., Suite C
Hollywood, FL 33021


UKG Inc.
PO Box 930953
Atlanta, GA 31193-0953


Uptrending Growth Services  Inc
1255 Cleveland Street
Clearwater, FL 33755


URA, Inc (URA)
3602 Rosemont Ave.
Camp Hill, PA 17011


US Energy Link
90 Washington Valley Road
Bedminster, NJ 07921


US Post Office
3324 NE 34th ST
Ft.Lauderdale, FL 33308


Various Customers
Redacted
Redacted
```

```
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


VoiceLog LLC
7411 John Smith Dr. #510
San Antonio, TX 78229


Vorys, Sater, Seymour and Pease LLP
PO Box 73487
Cleveland, OH 44193


Whyte Millionaire Marketing, LLC
157 Church Street
19th Floor
New Haven, CT 06510


Workware LLC
411 Cleveland St. Suite 268
Clearwater, FL 33755


Zoho Corporation
4141 Hacienda Drive
Pleasanton, CA 94588-8549
```