

**ORDERED in the Southern District of Florida on July 1, 2021.**

_Scott M. Grossman_
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |
| Debtors. | |
| _____/ | |

### AGREED ORDER CONTINUING HEARING ON ASSIGNEE'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8002, AND REQUEST TO DEEM NOTICE OF APPEAL TIMELY FILED

THIS MATTER came before the Court for hearing on June 30, 2021 at 1:30 pm upon *Motion to Extend Time to File Notice of Appeal Pursuant to Bankruptcy Rule 8002, and Request to Deem Notice of Appeal Timely Filed* (the "Motion") (ECF No. 116) filed by Philip J. Von Kahle, as Assignee (the "Assignee") in the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC ("LPC") and the Responses filed by the Debtors and Boston Energy Trading and Marketing, LLC (ECF Nos. 175, 176) (the "Responses"). The Court, having been advised that the parties have agreed to the relief set forth below, and otherwise based on the record, it is:

**ORDERED**:

1. The hearing on the Motion and Responses is continued to July 28, 2021 at 2:30 p.m.

2. Furthermore, per agreement by the parties, the deadlines for all parties under Fed. R. Bankr. P. 8009 are ABATED for 30 days from the entry of this Order.

3. Although the Court will conduct the hearing in person, at the U.S. Courthouse, 299 E. Broward Blvd., Courtroom 308, Ft. Lauderdale, FL 33301, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

**Submitted by:**
Jeffrey P. Bast, Esq.
jbast@bastamron.com
Bast Amron LLP
1 SE 3rd Ave., Suite 1400
Miami, FL 33131
Tel: 305-379-7904
Fax: 305-379-7905

*Attorney Bast is directed to serve a copy of this Order on interested parties and file a certificate of service of same with the Court.*