**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | **Case No. 21-13797-SMG** |
| **LPT, LLC,** | **Case No. 21-15537-SMG** |
| **LIBERTY POWER MARYLAND, LLC,** | **Case No. 21-15539-SMG** |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | **Case No. 21-15540-SMG** |
| **Debtors.** _____ / | **(Jointly Administered under Case No. 21-13797-SMG)** |

## CERTIFICATE OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims and noticing agent in the above-captioned cases.

On August 6, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Debtors' *Ex-Parte* Motion to File Certain Exhibits to Certificate of Service Under Seal (Customer List)** (Docket No. 303)

- **Order Granting Debtors' *Ex-Parte* Motion to File Certain Exhibits to Certificate of Service Under Seal (Sales Channel List)** (Docket No. 304)

Dated: August 9, 2021

                                          */s/ Giovanna M. Luciano*
                                          Giovanna M. Luciano
                                          STRETTO
                                          410 Exchange, Suite 100
                                          Irvine, CA 92602
                                          Telephone: 855-635-4369
                                          Email: TeamLibertyPower@stretto.com

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2100 West Cypress Creek Road Associates LLC | c/o Hoffman Larin & Agnetti PA | Attn: Michael S. Hoffman | 909 N Miami Beach Blvd | Suite 201 | North Miami | FL | 33162 |
| AMEX TRS Co., Inc. | c/o Becket and Lee LLP | Attn: Shraddha Bharatia | PO Box 3001 | | Malvern | PA | 19355-0701 |
| BLT Steak LLC & BLT Fish LLC as Reps of Class Certified in Plaintiffs BLT Steak LLC & BLT Fish LLC v. Liberty Power Corp, LLC dba Liberty Power NY & Liberty Power Holdings LLC, Index No. 151293/2013, Supreme Court State of NY, County of NY, on Aug 12, 2020 | c/o Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, Esq. | 1905 Spruce St | | Philadelphia | PA | 19103 |
| Boston Energy Trading & Marketing LLC | c/o Eversheds Sutherland (US) LLP | Attn: David T. McIndoe, Esq. | 700 6th St NW | | Washington | DC | 20001 |
| Boston Energy Trading and Marketing LLC | c/o Berger Singerman LLP | Attn: Jordi Guso, Esq. | 1450 Brickell Ave | Suite 1900 | Miami | FL | 33131 |
| Broward County | c/o the Records, Taxes & Treasury Division | 115 S Andrews Ave | Suite A-100 | | Ft. Lauderdale | FL | 33301 |
| Broward County Revenue Collections | | 115 S. Andrews Ave | | | Ft. Lauderdale | FL | 33301 |
| Broward County Tax Collector | | 1800 NW 66 Avenue | | | Ft. Lauderdale | FL | 33313 |
| Calibrus Call Center Services, LLC | | 2005 W 14th Street | | | Tempe | AZ | 85281 |
| Commonwealth of Massachusetts | Massachusetts Office of the Attorney General | Attn: Timothy J. Reppucci, Jonathan F. Dinerstein, & Jacquelyn K. Bihrle | One Ashburton Place | 18th Floor | Boston | MA | 02108 |
| Connecticut Department of Revenue Services | | 450 Columbus Blvd | | | Hartford | CT | 06103 |
| Connecticut Office of the Attorney General | | 165 Capitol Ave | | | Hartford | CT | 06106 |
| Delaware Department of Justice | | Carvel State Building | 820 N French St | | Wilmington | DE | 19801 |
| Delaware Division of Revenue | Carvel State Building | 820 N. French St. | 8th Floor | | Wilmington | DE | 19801 |
| District of Columbia Office of the Attorney General | | 400 6th Street NW | | | Washington | DC | 20001 |
| Electric Reliability Council of Texas Inc. | c/o Munsch Hardt Kopf & Harr PC | Attn: Kevin M. Lippman & Deborah M. Perry | 500 N Akard St | Suite 3800 | Dallas | TX | 75201-6659 |
| Florida Department of Revenue | | PO Box 6668 | | | Tallahassee | FL | 32314 |
| Florida Office of Attorney General | | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 |
| Fort Lauderdale Business Tax Office | | 700 NW 19th Ave | | | Ft. Lauderdale | FL | 33311 |
| Illinois Department of Revenue | Willard Ice Building | 101 W Jefferson St | | | Springfield | IL | 62702 |
| Illinois Secretary of State | Chicago Main Office | 100 W Randolph St | | | Chicago | IL | 60601 |
| Indra Energy | c/o Porter Wright Morris & Arthur LLP | Attn: Michael P. Shuster, Esq. | 9132 Strada Place | Suite 301 | Naples | FL | 34108 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| ISO New England Inc. | c/o Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 |
| Liberty Power Corporation & Liberty Power Corp. LLC | c/o Meland Budwick PA | Attn: Michael S. Budwick, Esq. & Daniel N. Gonzalez, Esq. | 3200 SE Financial Center | 200 S Biscayne Blvd | Miami | FL | 33131 |
| Liberty Power Super Holdings LLC | | 2100 W. Cypress Creek Rd | Suite 130 | | Ft. Lauderdale | FL | 33309 |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Office of the Attorney General | | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| Massachusetts Department of Revenue | | 436 Dwight St | Suite 401 | | Springfield | MA | 01103 |
| Massachusetts Office of the Attorney General | Main Office – Boston | 1 Ashburton Place | 20th Floor | | Boston | MA | 02108 |
| Midcontinent Independent System Operator | c/o Barnes & Thornburg LLP | Attn: Connie A. Lahn & Molly N. Sigler | 2800 Capella Tower | 225 S Sixth St | Minneapolis | MN | 55402-4662 |
| Midcontinent Independent System Operator | c/o Barnes & Thornburg LLP | Attn: Robert C. Folland | 4540 PGA Blvd | Suite 208 | Palm Beach Gardens | FL | 33418 |
| New Jersey Division of Taxation | | 3 John Fitch Way | | | Trenton | NJ | 08695 |
| New Jersey Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St | | | Trenton | NJ | 08611 |
| New York Independent System Operator | | 10 Krey Blvd. | | | Rensselaer | NY | 12144 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224-0341 |
| New York State Department of Taxation and Finance | | Harriman Campus Road | | | Albany | NY | 12226 |
| North American Venture Capital LLC | | 12225 Greenville Ave | | | Dallas | TX | 75243 |
| Ohio Department of Taxation | | PO Box 2678 | | | Columbus | OH | 43216-2678 |
| Ohio Office of the Attorney General | | 30 E. Broad Street | 14th Floor | | Columbus | OH | 43215 |
| Pennsylvania Department of Revenue | | 1846 Brookwood St | | | Harrisburg | PA | 17104 |
| Pennsylvania Office of Attorney General | | Strawberry Square | | | Harrisburg | PA | 17120 |
| Philip J. von Kahle as Assignee for Liberty Power Corp., LLC | c/o Bast Amron LLP | Attn: Jeffrey P. Bast, Esq. & Dana R. Quick, Esq. | SunTrust International Center One SE Third Ave | Suite 1400 | Miami | FL | 33131 |
| PJM Interconnection LLC | c/o Schnader Harrison Segal & Lewis LLP | Attn: Alexandra A. Fahringer, Esq. | 1600 Market St | Suite 3600 | Philadelphia | PA | 19103 |
| Public Utility Commission of Texas | Attn: Jason B. Binford & Layla D. Milligan | Bankruptcy & Collections Division | PO Box 12548 | MC008 | Austin | TX | 78711-2548 |
| Rhode Island Division of Taxation | | 1 Capital Hill | | | Providence | RI | 02908 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| Samuel Katz & Lynne Rhodes, on their own behalf, and behalf of all others similarly situated | c/o Preston Law Offices | Attn: Ethan Preston | 4054 McKinney Ave | Suite 310 | Dallas | TX | 75204 |
| Small Business Admin. | | 409 3rd St, SW | | | Washington | DC | 20416-0005 |
| Southern District of Florida Attorneys Office (Miami) | | 99 NE 4th St | | | Miami | FL | 33128 |
| Southern District of Florida U.S. Trustee | Attn: J. Steven Wilkes | 51 SW 1st Ave | | | Miami | FL | 33130 |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Stainless & Nickel Alloy Piping Products | c/o Jones Walker LLP | Attn: Joseph E. Bain, Nicole M. Duarte, & Gabrielle A. Ramirez | 811 Main St | Suite 2900 | Houston | TX | 77002 |
| Stainless & Nickel Alloy Piping Products | c/o Jones Walker LLP | Attn: Stephen Drobny | Citi Center 201 S Biscayne Blvd | Suite 2600 | Miami | FL | 33131-4341 |
| Texas Office of the Attorney General | Attn: Abigail R. Ryan & Rachel R. Obaldo | Bankruptcy & Collections Division | PO Box 12548 | MC 008 | Austin | TX | 78711-2548 |
| Texas State Comptrollers Office Sales Tax | | 111 E 17th St | | | Austin | TX | 78701 |
| The Hanover Insurance Company | c/o Gerard M. Kouri, Jr. PA | Attn: Gerard M. Kouri, Jr., Esq. | 5311 King Arthur Ave | | Davie | FL | 33331 |
| Treasurer State of Connecticut | | 55 Elm Street | | | Hartford | CT | 06106 |
| UKG, Inc. | c/o Akerman LLP | Attn: David Brett Marks | 201 E Las Olas Blvd | Suite 1800 | Ft. Lauderdale | FL | 33301 |
| US Securities and Exchange Commission | Office of Reorganization | 950 E. Paces Ferry Rd. NE | Suite 900 | | Atlanta | GA | 30326 |

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| 2100 West Cypress Creek Road Associates LLC | c/o Hoffman Larin & Agnetti PA | Attn: Michael S. Hoffman | mshoffman@hlalaw.com |
| American Electric Power | Attn: Ohio Choice Operations | | trgutierrez@aep.com |
| BLT Steak LLC & BLT Fish LLC as Reps of Class Certified in Plaintiffs BLT Steak LLC & BLT Fish LLC v. Liberty Power Corp, LLC dba Liberty Power NY & Liberty Power Holdings LLC, Index No. 151293/2013, Supreme Court State of NY, County of NY, on Aug 12, 2020 | c/o Ciardi Ciardi & Astin | Attn: Albert A. Ciardi, Esq. | aciardi@ciardilaw.com |
| Boston Energy Trading & Marketing LLC | c/o Eversheds Sutherland (US) LLP | Attn: David T. McIndoe, Esq. | davidmcindoe@eversheds-sutherland.com |
| Boston Energy Trading and Marketing LLC | c/o Berger Singerman LLP | Attn: Jordi Guso, Esq. | jguso@bergersingerman.com |
| Broward County | c/o the Records, Taxes & Treasury Division | | swulfekuhle@broward.org<br>sandron@broward.org |
| CenterPoint Energy | | | steve.ross@centerpointenergy.com |
| Commonwealth of Massachusetts | Massachusetts Office of the Attorney General | Attn: Timothy J. Reppucci, Jonathan F. Dinerstein, & Jacquelyn K. Bihrle | timothy.reppucci@mass.gov<br>jonathan.dinerstein@mass.gov<br>jacquelyn.bihrle@mass.gov |
| CSQuared Energy Solutions (SQ2) | | | brooks@csquaredcompanies.com |
| District of Columbia Office of the Attorney General | | | oag@dc.gov |
| Eckert Seamans Cherin & Mellott LLC | | | czdebski@eckertseamans.com |
| Electric Reliability Council of Texas Inc. | c/o Munsch Hardt Kopf & Harr PC | Attn: Kevin M. Lippman & Deborah M. Perry | klippman@munsch.com<br>dperry@munsch.com |
| Energy Services Group Inc. | | | ar@energyservicesgroup.net |
| Gray & Company LLC | Attn: Stephen S. Gray | | ssg@grayandcompanyllc.com |
| Iapetus Holdings | Attn: Benita Land | | bfland@iapetusllc.com |
| Indra Energy | c/o Porter Wright Morris & Arthur LLP | Attn: Michael P. Shuster, Esq. | mshuster@porterwright.com<br>brosado@porterwright.com |
| ISO New England Inc. | | | billingdept@iso-ne.com |
| ISO New England Inc. | c/o Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Liberty Power Corp | | | vdusch@libertypowercorp.com<br>dhernandez@libertypowercorp.com<br>adaire@libertypowercorp.com<br>dviner@libertypowercorp.com<br>sgibelli@libertypowercorp.com |
| Liberty Power Corporation & Liberty Power Corp. LLC | c/o Meland Budwick PA | Attn: Michael S. Budwick, Esq. & Daniel N. Gonzalez, Esq. | mbudwick@melandbudwick.com<br>dgonzalez@melandbudwick.com |
| Liberty Power Holdings LLC | c/o Berkeley Research Group | Attn: Bob Butler & Michael Brown | bbutler@thinkbrg.com<br>mbrown@thinkbrg.com |
| Liberty Power Holdings LLC | c/o Genovese Joblove & Battista PA | Attn: Mariaelena Gayo-Guitian, Esq. | mguitian@gjb-law.com<br>vlambdin@gjb-law.com |
| Liberty Power Holdings LLC | c/o Genovese Joblove & Battista PA | Attn: Paul J. Battista, Esq. & Heather L. Harmon, Esq. | pbattista@gjb-law.com<br>hharmon@gjb-law.com<br>cscavone@gjb-law.com |
| Midcontinent Independent System Operator | c/o Barnes & Thornburg LLP | Attn: Connie A. Lahn & Molly N. Sigler | connie.lahn@btlaw.com<br>molly.sigler@btlaw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Midcontinent Independent System Operator | c/o Barnes & Thornburg LLP | Attn: Robert C. Folland | rob.folland@btlaw.com |
| Mintz | Attn: Breton Leone-Quick & Audrey C. Louison | | bleone-quick@mintz.com<br>alouison@mintz.com |
| North American Venture Capital LLC | | | jason.merritt@navcllc.com |
| ONCOR | Attn: Bill Moorse | | j.moorse@oncor.com |
| Philip J. von Kahle as Assignee for Liberty Power Corp., LLC | c/o Bast Amron LLP | Attn: Jeffrey P. Bast, Esq. & Dana R. Quick, Esq. | jbast@bastamron.com<br>dquick@bastamron.com |
| PJM Interconnection LLC | c/o Schnader Harrison Segal & Lewis LLP | Attn: Alexandra A. Fahringer, Esq. | afahringer@schnader.com |
| Public Utility Commission of Texas | Attn: Jason B. Binford & Layla D. Milligan | | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| Robinson & Cole LLP | Attn: Jean A. Corriveau & Joey Lee Miranda | | jcorriveau@rc.com<br>jmiranda@rc.com<br>rlacroix@rc.com |
| Samuel Katz & Lynne Rhodes, on their own behalf, and behalf of all others similarly situated | c/o Preston Law Offices | Attn: Ethan Preston | ep@eplaw.us |
| Sidley Austin LLP | Attn: David Hoffman, Esq. | | david.hoffman@sidley.com<br>rsherman@sidley.com |
| Southern District of Florida U.S. Trustee | Attn: J. Steven Wilkes | | steven.wilkes@usdoj.gov |
| Stainless & Nickel Alloy Piping Products | c/o Jones Walker LLP | Attn: Joseph E. Bain, Nicole M. Duarte, & Gabrielle A. Ramirez | gramirez@joneswalker.com<br>jbain@joneswalker.com<br>nduarte@joneswalker.com |
| Stainless & Nickel Alloy Piping Products | c/o Jones Walker LLP | Attn: Stephen Drobny | kvrana@joneswalker.com<br>sdrobny@joneswalker.com<br>stephen-drobny-0132@ecf.pacerpro.com<br>mvelapoldi@joneswalker.com |
| Texas Office of the Attorney General | Attn: Abigail R. Ryan & Rachel R. Obaldo | | abigail.ryan@oag.texas.gov<br>rachel.obaldo@oag.texas.gov |
| Texas-New Mexico Power | | | maria.distefano@tnmp.com |
| The Hanover Insurance Company | c/o Gerard M. Kouri, Jr. PA | Attn: Gerard M. Kouri, Jr., Esq. | gmkouripaecf@gmail.com<br>gmkouri@bellsouth.net |
| UKG, Inc. | c/o Akerman LLP | Attn: David Brett Marks | brett.marks@akerman.com<br>charlene.cerda@akerman.com |
| United TranzActions | Attn: Marty Halpern | | mhalpern@unitedtranzactions.com |