UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| | |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | |
| Debtors. | (Jointly administered 21-13797-SMG) |
| _____/ | |

## NOTICE OF (I) EXTENSION OF BID DEADLINE, (II) CHANGE OF DATE AND LOCATION OF AUCTION, AND (III) CONTINUANCE OF SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 18, 2021, Liberty Power Holdings, LLC (the "***Lead Debtor***") filed a Motion for entry of an order (the "***Bid Procedures Order***"),[1] among other things, (a) approving certain competitive bidding and sale procedures (the "***Bidding Procedures***") for the sale of substantially all of the assets (the "***Assets***") of the Lead Debtor and the other above captioned debtors (such other debtors the "***Subsidiary Debtors***" and together with the Lead Debtor, the "***Debtors***"); (b) scheduling dates to conduct an auction (the "***Auction***") and sale hearing (the "***Sale Hearing***") to consider the sale of the Assets, (c) approving the form and manner of notices; and (d) establishing procedures for the assumption and assignment of executory contracts and unexpired leases. The Motion additionally requested entry of an order (the "***Sale Order***") approving (i) the sale of the Assets free and clear of liens, claims, encumbrances and interests; (ii) the assumption and assignment of executory contracts and unexpired leases with the Debtors, and (iii) certain related relief.

2. On May 28, 2021, the United States Bankruptcy Court for the Southern District of Florida entered the Bid Procedures Order [ECF No. 156], which was supplemented by an Order, dated July 15, 2021 [ECF No. 264], to include the assets of the Subsidiary Debtors in the proposed sale. Pursuant to the Bid Procedures Order, the Bid Deadline for the submission of Qualified Bids was August 19, 2021 at 5:00 p.m. (prevailing Eastern Time), and the Auction for the Assets, if necessary, was to take place on August 25, 2021 at 10:00 a.m. (prevailing Eastern Time) in person at the offices of Genovese Joblove & Battista, P.A., 200 East Broward Blvd., Suite 1110, Fort Lauderdale, FL 33301, or, at Debtors' election, by video conference (Zoom) in virtual meeting room(s), or at such other time and place as the Debtors shall determine and notify the Qualified Bidders. In addition, the Sale Hearing was to be held before the Bankruptcy Court on August 31, 2021 at 9:30 a.m. (prevailing Eastern Time)**.**

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning set forth in the Bid Procedures Order.

3. Pursuant to the Bid Procedures Order, the Debtors, with the consent of their senior secured creditor, Boston Energy Trading and Marketing, LLC ("BETM"), have extended the Bid Deadline such that Qualified Bids must now be submitted no later than **August 30, 2021 at 2:00 p.m. (prevailing Eastern Time).**

4. In addition, pursuant to the Bid Procedures Order, the Debtors, with the consent of BETM, have continued the date of the Auction for the Assets, if necessary, to take place on **September 1, 2021 at 9:00 a.m**. **(prevailing Eastern Time)** in person at the offices of **Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131**, or, at Debtors' election, by video conference (Zoom) in virtual meeting room(s), or at such other time and place as the Debtors shall determine and notify the Qualified Bidders.

5. The Sale Hearing has been continued by separate Order of the Bankruptcy Court [ECF No. 320] and shall be held before the Bankruptcy Court on **September 10, 2021 at 1:30 p.m. (prevailing Eastern Time).**

6. This Notice and the Sale Hearing are subject to the fuller terms and conditions of the Bid Procedures Order, the Bidding Procedures and applicable Orders of the Bankruptcy Court, which shall control in the event of any conflict. The Debtors encourage all parties in interest to review such documents in their entirety. Copies of the Bidding Procedures and/or the Bid Procedures Order may be obtained by request in writing, by telephone, or via email from counsel to the Debtors: Genovese Joblove & Battista, P.A., 100 S.E. 2nd Street, 44th Floor, Miami, Florida 33131, Attn: Paul J. Battista, Esq.; Tel. (305) 349-2300; e-mail at pbattista@gjb-law.com. In addition, copies of the aforementioned pleadings may be found on the Pacer website, http://ecf.flsb.uscourts.gov.

Respectfully submitted on August 19, 2021.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:   /s/   *Paul J. Battista*
   Paul J. Battista, Esq.
   Florida Bar No. 884162
   pbattista@gjb-law.com
   Mariaelena Gayo-Guitian, Esq.
   Florida Bar No. 813818
   mguitian@gjb-law.com
   Heather L. Harmon, Esq.
   Florida Bar No. 013192
   hharmon@gjb-law.com

10571916-1