IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| **Debtors.** _____/ | **(Jointly Administered under Case No. 21-13797-SMG)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 4, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not listed herein, pursuant to USPS forwarding instructions:

- **Order Granting Debtors' *Ore Tenus* Motion to Continue Sale Hearing and to Extend all Related Objection Deadlines** (Docket No. 320)

- **Notice of (I) Extension of Bid Deadline, (II) Change of Date and Location of Auction, and (III) Continuance of Sale Hearing** (Docket No. 323)

Dated: October 8, 2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　  _/s/ Sabrina G. Tu_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Sabrina G. Tu
　　　　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 800.634.7734
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Sabrina.Tu@stretto.com