IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re LIBERTY POWER HOLDINGS, LLC, | No. 21-13797-SMG |
| _____Debtor._____/ | Chapter 11 |

**RESPONSE AND JOINDER TO MOTION FOR
<u>RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)</u>**

Plaintiffs Samuel Katz and Lynne Rhodes ("Plaintiffs") hereby submit their response and joinder to BLT Steak LLC and BLT Fish LLC's ("BLT") Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) ("Motion"). Plaintiffs have drawn a different conclusion than BLT as to the availability of relief under 11 U.S.C. § 362(d) under the current record.[1] Still, Plaintiffs join in BLT's Motion if the Court extends relief from the stay to Debtor's other creditors (such as Plaintiffs).

If the Court grants relief on BLT's Motion, the Court should also extend that same relief to any other creditors (including Plaintiffs) who seek to obtain discovery on their claims against non-debtors. (*Cf.* Motion, ¶15.) The automatic stay "is designed to protect all creditors and to treat them equally." *Farm Credit of Cent. Fla., ACA v. Polk*, 160 B.R. 870, 873 (M.D. Fla. 1993) (citation omitted). *See also In re Conejo Enters., Inc.*, 96 F.3d 346, 352 (9th Cir. 1996) (automatic stay "is designed to provide an orderly liquidation procedure under which all creditors are treated equally," same); *Carver v. Carver*, 954 F.2d 1573, 1576 (11th Cir. 1992) ("'purpose of the automatic stay is to protect creditors in a manner consistent with the bankruptcy goal of equal treatment,'" quoting *Hunt v. Bankers' Trust Co.*, 799 F.2d 1060, 1069 (5th Cir. 1986)).

---

[1] The Court previously denied Plaintiffs' motion for relief under 11 U.S.C. § 362(d) without prejudice. (*See* Order Denying Without Prejudice Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362(d), ECF No. 222.)

I hereby certify that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order May 21, 2021. (ECF No. 135.) *Cf.* Local Rule 9011-4(B)(2).

Dated: February 28, 2022            By:   s/Ethan Preston
                                                     Ethan Preston
                                                     ep@eplaw.us
                                                     **PRESTON LAW OFFICES**
                                                     4054 McKinney Avenue, Suite 310
                                                     Dallas, Texas 75204
                                                     Telephone: (972) 564-8340
                                                     Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the date below, by electronic transmission through the Court's CM/ECF system upon all parties listed on the CM/ECF Service List and who receives a Notice of Electronic Filing for this document.

Dated: February 28, 2022            By:   s/Ethan Preston
                                                     Ethan Preston
                                                     ep@eplaw.us
                                                     **PRESTON LAW OFFICES**
                                                     4054 McKinney Avenue, Suite 310
                                                     Dallas, Texas 75204
                                                     Telephone: (972) 564-8340
                                                     Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*