

**ORDERED in the Southern District of Florida on March 9, 2022.**

*Scott M. Grossman, Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| Debtors. | (Jointly administered 21-13797-SMG) |
| _____/ | |

**ORDER DENYING WITHOUT PREJUDICE (I) MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D) [ECF NO. 551] AND (II) ALL OTHER RELIEF REQUESTED IN CONNECTION THEREWITH**

**THIS MATTER** came before the Court on **March 2, 2022 at 2:00 p.m.** (the "Hearing")

upon (i) the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C §362(d)* (the "Stay

Relief Motion")[1] [ECF No. 551] filed by BLT Steak, LLC and BLT Fish, LLC, individually and as the appointed representatives of the class certified in *BLT Steak, LLC and BLT Fish, LLC v. Liberty Power Corp., LLC d/b/a Liberty Power New York and Liberty Power Holdings, LLC*, Index No. 151293/2013 (N.Y. Sup. Ct., N.Y. County) (collectively, the "Movants"), (ii) the *Debtors' Objection to Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)* (the "Objection") [ECF No. 570]; and (iii) the *Response and Joinder to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)* (the "Response") [ECF No. 571 & 572] filed by Samuel Katz and Lynne Rhodes.

The Court, having reviewed and considered the Stay Relief Motion, the Objection, and the Response, having heard argument of counsel to the parties in support of and against the relief requested in the Stay Relief Motion, and otherwise being fully advised in the premises, and upon the record of the Hearing and after due deliberation thereon, it is,

**ORDERED as follows:**

1. The Stay Relief Motion is **DENIED** without prejudice for the reasons set forth on the record at the Hearing.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted By:**
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
*Counsel for Debtors-in-Possession*
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300

---

[1] All capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Stay Relief Motion.

2

pbattista@gjb-law.com

**Copies to:**
Paul J. Pattista, Esq.
[Attorney Battista is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the court within 3 days]