IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LIBERTY POWER HOLDINGS, LLC,** | **Case No. 21-13797-SMG** |
| **LPT, LLC,** | **Case No. 21-15537-SMG** |
| **Debtor** | **April 8, 2022** |
| _____/ | **(Jointly Administered Case No. 21-13797-SMG)** |

## MOTION TO APPEAR PRO HAC VICE

I, Shawn R. O'Brien ("<u>Visiting Attorney</u>"), request that this court admit me *pro hac vice*, an attorney admitted to practice and currently in good standing in the United States District Courts for the Eastern District of Wisconsin and Southern District of Texas, and qualified to practice in this Court, who proposes to act as counsel for Lyria O'Brien and Shawn O'Brien ("<u>Client</u>") who are litigants related to a post-petition fraud case against the debtors in above-referenced case.

This Motion also serves as a request to waive the requirement of association with a local attorney in accordance with Local Rule 2090-1(C)(2). It is my current intention to appear for my Client only at any hearings related to my Client's request for administrative expenses so I believe there is "cause" to waive such requirement.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the above-referenced case on behalf of the Client.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached as **<u>Exhibit A</u>**.

746690912.1

**WHEREFORE**, upon the foregoing representations, the Visiting Attorney respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case on behalf of the Client, and for such other and further relief as may be just.

Dated:  April 8, 2022

> By: */s/ Shawn R. O'Brien*
> Shawn R. O'Brien
> 700 Louisiana Street
> Suite 3400
> Houston, TX  77002
> Tel:  (713) 238–2848
> Fax:  (713) 238-4602
> E-mail:  shawnrobertbrien@gmail.com
> Texas Bar No.  24007768