**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| Debtors. _____/ | (Jointly administered 21-13797-SMG) |

**DEBTORS'** *EXPEDITED* **SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN NON-CUSTOMER EXECUTORY CONTRACTS AND (II) SETTING BAR DATE TO FILE REJECTION DAMAGE CLAIMS**

**(Expedited Hearing Requested)**

Liberty Power Holdings, LLC ("Holdings"), Liberty Power District of Columbia, LLC ("Liberty District of Columbia"), LPT, LLC ("LPT") and Liberty Power Maryland, LLC ("Liberty Maryland")(collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion") for entry of an order (the "Order") pursuant to sections 105(a) and 365 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 6006-1 and 9013-1(a) of the Local Rules for the Southern District of Florida (the "Local Rules"): (i) authorizing the Debtors to reject those certain *non-customer* executory contracts as described on **Exhibit "A"** attached hereto; and (ii) setting a bar date for the filing of claims under 11 U.S.C.§§ 365(g) and/or 502(g) based upon the rejection of such *non-customer* executory contracts. In support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtors' bankruptcy cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are sections 105(a) and 365 of Bankruptcy Code, Bankruptcy Rule 6006 and Rules 6006-1 and 9013-1 of the Local Rules.

**RELEVANT BACKGROUND**

3. On April 20, 2021 (the "Holdings Petition Date"), Holdings filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the Bankruptcy Code. Since that time, Holdings has operated as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. On June 4, 2021 (the "Subsidiary Petition Date"), the Subsidiary Debtors each filed chapter 11 bankruptcy petitions, which bankruptcy cases were jointly administered with the chapter 11 case of Holdings, including to facilitate the sale of all or substantially all of the Debtors' assets, including without limitation, retail customer contracts, pursuant to Sections 363 and 365 of the Bankruptcy Code.

5. As of the date hereof, no creditors' committee has been appointed in these cases. In addition, no trustee or examiner has been appointed.

6. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of Bob Butler, Chief Restructuring Officer, in Support of the Chapter 11 Petition and First Day Motions* (the "First Day Declaration")[ECF No. 10] and the *Chapter 11 Case Management Summary* [ECF No. 15].

**SALE PROCESS**

7. On September 10, 2021 the Court entered the *Order (I) Approving Sale of the Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interest, (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Lease in Connection Therewith and (III) Granting Relief* ("Sale Order") [ECF NO. 385] approving, among other things, the sale of substantially all of the Debtors' assets to NRG Energy, Inc. ("NRG" or "Buyer").

8. On September 22, 2021, the Debtors and the Buyer closed on the sale of the Purchased Assets pursuant to the terms of the Asset Purchase Agreement and the Sale Order. In connection therewith, the Debtors and the Buyer have been diligently working to effect a transition and transfer of the customer contracts to the Buyer, including by providing all required notices to customers and regulatory agencies, and by complying with all applicable laws related thereto.

9. The Debtors have completed the transition process in Texas, and are continuing to work on such transition in the East. In addition, the Debtors continue to serve certain remaining customers in Texas that were not sold to the Buyer and were not the subject of a rejection or termination motion.

**REJECTION OF SELECTED NON-CUSTOMER EXECUTORY CONTRACTS**

10. Prior to the Petition Date, the Debtors were parties[1] to certain non-customer contracts for goods and services including, but not limited to, customer creditworthiness determination, customer account collections, software subscriptions and consulting services,

---

[1] Certain of the Non-Customer Contracts are in the name of Liberty Power Corporation ("LPC"), the Debtors' parent company, or simply in the name of "Liberty Power." The Debtors have historically paid certain obligations due under the generically named and LPC's Non-Customer Contracts and therefore, in an abundance of caution, they are included on Exhibit "A" and referenced accordingly. The Debtors reserve all rights with respect to whether or not any Non-Customer Contract is indeed a contract of the Debtors for purposes of rejection damages associated therewith.

among others (collectively, the "Non-Customer Contracts"). The Non-Customer Contracts are identified by **Exhibit "A"** attached hereto.

11.     The Debtors have determined, in the reasonable exercise of their business judgment, that the Non-Customer Contracts no longer serve any business purpose for the Debtors and are burdensome to the Debtors' estates.  As a result, the Debtors have concluded that the best course of action for the Debtors and their bankruptcy estates is to reject the Non-Customer Contracts.

### RELIEF REQUESTED AND BASIS THEREFOR

12.     By this Motion, the Debtors seek entry of an Order (i) authorizing the Debtors to reject the Non-Customer Contracts, (ii) waiving the requirements of Bankruptcy Rule 6006(f)(6), and (iii) setting a bar date for the assertion of claims under 11 U.S.C.§§ 365(g) and/or 502(g) based upon the rejection of such Non-Customer Contracts.

13.     The Debtors have determined that in light of the sale of substantially all of the Debtors' assets to the Buyer pursuant to the Stalking Horse Agreement, the Non-Customer Contracts provide no further benefit to the Debtors' estates and create unnecessary and burdensome expenses for the Debtors' estates.  The Debtors have marketed the Non-Customer Contracts for sale but have determined that no meaningful value would be realized by the Debtors if the Non-Customer Contracts were assumed and assigned to third parties.  In fact, the Debtors are not currently aware of any cost effective transaction with a third-party buyer for the sale of the Non-Customer Contracts.

14.     Accordingly, the Debtors assert that rejection of the Non-Customer Contracts is in the best interest of the Debtors and their estates.

15. In addition, the Debtors propose that customers under the Non-Customer Contracts have a period of 30 days after the date of an Order granting this Motion to file any claims for damages resulting from the rejection of their contracts hereunder.

16. The Debtors have conferred with their senior secured lender, Boston Energy Trading and Marketing, LLC ("<u>BETM</u>") concerning the relief requested herein and BETM has no objection.

17. Therefore, based on the above, the Debtors assert that the relief requested herein is in their best interests and in the best interests of their bankruptcy estates.

## **LEGAL AUTHORITY**

**A.  Rejection of the Non-Customer Contracts Constitutes a Sound Exercise of the Debtors' Business Judgment.**

18. Section 365(a) of the Bankruptcy Code allows a debtor, subject to approval of the bankruptcy court, to assume or reject any executory contract or unexpired lease. See *Stewart Title Guaranty Co. v. Old Republic National Title Insurance Co.*, 83 F.3d 735, 741 (5th Cir. 1996). "'This provision allows a [debtor] to relieve the bankruptcy estate of burdensome agreements which have not been completely performed.'" *Stewart Title*, 83 F.3d at 741 (quoting *In re Murexco Petroleum, Inc.*, 15 F.3d 60, 62 (5th Cir. 1994)). A debtor's decision to assume or reject an executory contract or unexpired lease is subject to the "business judgment" test. *In re Gardinier, Inc.*, 831 F.2d 974, 976 n.2 (11th Cir. 1987); *In re Chira*, 367 B.R. 888, 898 (S.D. Fla. 2007); *In re Prime Motors, Inc.*, 124 B.R. 378, 381 (Bankr. S.D. Fla. 1991). The sole inquiry is whether assumption or rejection will benefit this estate. *Id.*; see also *In re Hawaii Dimensions, Inc.*, 47 B.R. 425, 427 (D. Haw. 1985) ("[u]nder the business judgment test, a court should approve a debtor's proposed rejection if such rejection will benefit the estate").

19. In applying the "business judgment" test, courts show great deference to a debtor's decision to assume or reject an executory contract. See *Summit Land Co. v. Allen* (*In re Summit Land Co.*), 13 B.R. 310, 315 (Bankr. D. Utah 1981) (absent extraordinary circumstances, court approval of debtor's decision to assume or reject an executory contract "should be granted as a matter of course"). As long as the decision to assume or reject is a reasonable exercise of business judgment, courts should approve the assumption or rejection of an executory contract or unexpired lease. See, e.g., *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 523 (1984); *Group of Institutional Investors v. Chicago M. St. P. & P. R. R. Co.,* 318 U.S. 523 (1943).

20. The Debtors, in their sound business judgment, have determined that rejection of the Non-Customer Contracts is in the best interests of the Debtors' estates. As set forth above, the Non-Customer Contracts are no longer necessary for or beneficial to the Debtors' ongoing businesses, and they create unnecessary and burdensome expenses for the Debtors' estates. In addition, the Debtors have determined that no meaningful value would be realized by the Debtors if the Non-Customer Contracts were assumed and assigned to third parties. Accordingly, the Non-Customer Contracts should be rejected.

**B.     Bar Date Notice**

21. The Debtors' noticing and claims agent, Stretto, will serve a copy of the Order on this Motion to each counterparty under the Non-Customer Contracts. Stretto will include with the Order information as to the address of the claims agent for the filing of any proof of claim based on the proposed rejection of the Non-Customer Contracts (the "<u>Bar Date Notice</u>").

22. **The Debtors also propose that: ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE CLAIMS AGENT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM**

**PURSUANT TO BANKRUPTCY RULE 3002(C); OR (II) 30 DAYS AFTER THE DATE OF AN ORDER ON THIS MOTION APPROVING THE REJECTION OF THE NON-CUSTOMER CONTRACTS.**

### Reservation of Rights

23. Nothing contained herein is intended or should be construed as prejudicing any rights the Debtors may have to dispute or contest (i) whether any of the Non-Customer Contracts is actually an executory contract or unexpired lease that is subject to assumption or rejection under section 365 of the Bankruptcy Code, or (ii) the amount of, or basis for, any claims asserted against the Debtors arising in connection with the rejection of the Non-Customer Contract, or as an admission as to the validity or priority of any claim against the Debtors. Further, nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtors, a waiver of the Debtors' or any other party's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under Bankruptcy Code section 365 other than those Non-Customer Contracts that are subject to this Motion.

**WHEREFORE**, the Debtors respectfully request entry of an Order: (i) approving the rejection of the Non-Customer Contracts set forth on **Exhibit "A"** attached hereto; (ii) waiving the requirements of Bankruptcy Rule 6006(f)(6) as set forth herein; (iii) setting a bar date for the assertion of claims under 11 U.S.C. §§ 365(g) and/or 502(g) based upon the rejection of the Non-Customer Contracts for 30 days after the date of such Order; and (iv) granting such other relief as is just and proper.

Dated: April 11, 2022

        Respectfully Submitted,

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Attorneys for Debtors-in-Possession*
        100 Southeast Second Street, Suite 4400
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Facsimile: (305) 349-2310

        By:   /s/    *Paul J. Battista*
            Paul J. Battista, Esq.
            Florida Bar No. 884162
            pbattista@gjb-law.com
            Mariaelena Gayo-Guitian, Esq.
            Florida Bar No. 813818
            mguitian@gjb-law.com
            Heather L. Harmon
            Florida Bar No. 13192
            hharmon@gjb-law.com

**EXHIBIT "A"**

Liberty Power Holdings, LLC
Non-Customer Executory Contracts

|  | Counterparty | Debtor Counterparty | Description of Contract | Counterparty Address |
|---|---|---|---|---|
| 1.) | ABB Enterprise Software | Liberty Power Holdings, LLC | Licensed software and equipment | 1021 Main Campus Dr Raleigh, NC, 27606 |
| 2.) | Accept Software | Liberty Power Corporation, LLC | Licensed software and professional services | 3979 Freedom Circle Drive, Suite 600, Santa Clara, CA 95054 |
| 3.) | Achieve CEO Inc | Liberty Power Holdings, LLC | Business acquisition consulting services | 10800 Biscayne Blvd, Miami FL, 33161 |
| 4.) | Adapt2 | Liberty Power Corporation, LLC | Master service agreement for independent contractor | 9821 Katy Frewway, Suite 305, Houston, TX 77009 |
| 5.) | Administaff | Liberty Power Corporation, LLC | Human resources and administrative services | 19001 Crescent Springs Dr, Kingwood, TX 77339 |
| 6.) | Adorno & Yoss | Liberty Power Holdings, LLC | Law firm for volume collection matters | 1625 S. Congress Ave, Suite 300, Delray Beach, FL 33445 |
| 7.) | Affiliated Power Purchasers International | Liberty Power Corporation, LLC | Sponsorship agreement for research programs | 224 Phillip Morris Dr, Suite 402, Salisbury, MD 21804 |
| 8.) | AFJ Systems | Liberty Power Corporation, LLC | Collection and representation services | 17350 State Highway 249, Suite 220, Houston, TX 77064 |
| 9.) | Amerex | Liberty Power Holdings, LLC | Energy commodities products and financial derivatives broker | 1 Sugar Creek Blvd, Suite 700, Sugar Land, TX 77478 |
| 10.) | Ampion | Liberty Power Corporation, LLC | Customer acquisition services | 31 St. James Ave, Boston, MA 02116 |
| 11.) | Anchor Computer, Inc. | Liberty Power Holdings, LLC | Email data services | 1900 New Highway Farmingdale, NY 11735 |
| 12.) | Applied Metering Technologies | Liberty Power Holdings, LLC | Meter installation, maintenance, telephone communication services, and related meter services | 9244 Bermudez St, Pico Rivera, CA 90660 |
| 13.) | AssureSign | Liberty Power Corporation, LLC | Electronic signature services | 220 E Central Parkway, Suite 3000, Altamonte Springs, FL 32701 |
| 14.) | AT&T | Liberty Power Holdings, LLC | Telecommunications services | 1 AT&T Way, Bedminster, NJ 07921 |
| 15.) | Aurea Energy Solutions | Liberty Power Corporation, LLC | External hard drive storage | 401 Congress, Suite 2650, Austin, TX 78701 |
| 16.) | Baker Ripley | LPT, LLC | Comprehensive energy assistance program agreement | PO Box 271389, Houston, TX 77277 |
| 17.) | Bendixen | Liberty Power Corporation, LLC | Sales channel research services | 3250 Mary Street, Suite #403, Miami, FL 33133 |
| 18.) | Bentek | Liberty Power Corporation, LLC | Market analytics research services | 32045 Castle Cort, Suite 200, Evergreen, CO 80439 |
| 19.) | Brainshark Inc | Liberty Power Corporation, LLC | Professional services agreement | 130 Turner St, Bldg. 1, Suite 100, Waltham, MA 02453 |
| 20.) | Brazos Valley Community Action Program | LPT, LLC | Comprehensive energy assistance program agreement | 1733 Briarcrest Dr, Suite 105, Bryan, TX 77802 |
| 21.) | Cameo Solutions Inc | Liberty Power Corporation, LLC | Licenses proprietary software | 9990 International Blvd, Cincinnati, Ohio, 45246 |
| 22.) | Carmazzi Global Solutions | Liberty Power Corporation, LLC | Telephonic interpretation services | 65 Quinta Court, Suite G, Sacramento, CA 95823 |
| 23.) | Cass Information Systems | Liberty Power Corporation, LLC | Accounts payable and related analysis report and data processing services | 13001 Hollenberg Dr, St. Louis, Missouri 63044 |
| 24.) | Champion Solutions Group | Liberty Power Holdings, LLC | Software and equipment services | 10100 Reunion Place, Suite 500, San Antonio, TX 78216 |
| 25.) | Cloud Consulting Services | Liberty Power Corporation, LLC | Salesorce optimization consulting services | 1901 Brickell Ave, Suite B1413, Miami, FL 33129 |
| 26.) | Combined Community Action | LPT, LLC | Comprehensive energy assistance program agreement | 165 W Austin, Giddings, TX 78942 |

Liberty Power Holdings, LLC
Non-Customer Executory Contracts

|  | Counterparty | Debtor Counterparty | Description of Contract | Counterparty Address |
|---|---|---|---|---|
| 27.) | Communico | Liberty Power Corporation, LLC | Customer service training and consulting services | 19 Ludlow Rd, Suite 102, Westport, CT 06880 |
| 28.) | Cornerstone OnDemand | Liberty Power Corporation, LLC | Cloud subscription services | 1601 Cloverfield Blvd, Suite 600 South, Santa Monica, CA 90404 |
| 29.) | Correlate | Liberty Power Corporation, LLC | Market and sell energy management as a service | 3162 Ibis Lane, San Diego, CA 92103 |
| 30.) | CoStar Realty Information Inc. | Liberty Power Corporation, LLC | Commercial real estate information services | 1331 L Street, NW Washington, DC 20005 |
| 31.) | Creative Cash Flow Solutions | Liberty Power Holdings, LLC | Data processiong services | 221 Broadway, Ground Floor, Amityville, NY 11701 |
| 32.) | Credit Risk Monitor | Liberty Power Holdings, LLC | Proprietary internet-based news and financial analysis service | 704 Executive Blvd # A, Valley Cottage, NY 10989 |
| 33.) | Cypress Executive Associates | Liberty Power Corporation, LLC | Lease agreement | 2255 Glades Road, Suite 324A, Boca Raton, FL 33431 |
| 34.) | Dun & Bradstreet, Inc | Liberty Power Corporation, LLC | Commercial data and analytics | 5335 Gate Parkway, Jacksonville, FL 32256 |
| 35.) | DataBank Inc | Liberty Power Corporation, LLC | Customer order verification | 7666 E 61st St, Suite 240, Tulsa, OK 74133 |
| 36.) | Duke Energy Ohio | Liberty Power Holdings, LLC | Customer choice program | 139 E Fourth St, Cincinnati, OH 45202 |
| 37.) | EMC Corporation | Liberty Power Holdings, LLC | Software and equipment services | 176 South St, Hopkinton, MA 01748 |
| 38.) | Energy GPS | Liberty Power Holdings, LLC | License subscription agreement | 2512 SE 25TH Ave Ste 301 Portland, OR, 97202 |
| 39.) | Equifax Information Services | Liberty Power Holdings, LLC | Database services | P.O. Box 740123, Atlanta, GA 30374 |
| 40.) | ESAI Power LLC | Liberty Power Corporation, LLC | Market analysis reporting | 401 Edgewater Place, Suite 640, Wakefield, MA 01880 |
| 41.) | Everge Group | Liberty Power Holdings, LLC | Software consulting services | 4965 Preston Park Blvd # 700, Plano, TX 75093 |
| 42.) | Experian Marketing Solutions | Liberty Power Holdings, LLC | Market services and business reports | 475 Anton Blvd, Costa Mesa, CA 92626 |
| 43.) | Garcia & Company | Liberty Power Corporation, LLC | Financial and business consulting services | 1200 Brickell Ave, Suite 800, Miami, FL 33131 |
| 44.) | GlobalView | Liberty Power Corporation, LLC | License and data services | 100 South Wacker Dr, Suite 210, Chicago, IL 60606 |
| 45.) | GP Energy Management. LLC | Liberty Power Holdings, LLC | Software and license services | 131 Varick St, Suite 1008, New York, NY 10013 |
| 46.) | Greast Eastern Energy | Liberty Power Holdings, LLC | Consulting agreement for marketing and promotion | 1515 Sheepshead Bay Road, Brooklyn ,NY 11235 |
| 47.) | Greater East Texas Community Action Program | LPT, LLC | Comprehensive energy assistance program agreement | PO Box 631938, 114 W Hospital St, Nacogdoches, TX 75961 |
| 48.) | Greenberg, Grant & Richards, Inc | Liberty Power Holdings, LLC | Accounts receivable collections | 5858 Westheimer Rd, Suite 500, Houston, TX 77057 |
| 49.) | Gridpoint | Liberty Power Holdings, LLC | Energy reseller agreement | 11951 Freedom Dr, Suite 1366, Reston, VA 20190 |
| 50.) | HCL Technologies | Liberty Power Corporation, LLC | Web page development | 330 Potrero Ave, Sunnyvale, CA 94085 |
| 51.) | Hidalgo County | LPT, LLC | Comprehensive energy assistance program agreement | PO Box 204, Edinburg, TX 78540 |
| 52.) | Hill Country Community Action Association | LPT, LLC | Comprehensive energy assistance program agreement | 2905 W Wallace, PO Box 846, San Saba, TX 76877 |
| 53.) | Ideal Dialogue | Liberty Power Corporation, LLC | Professional services agreement | 17804 N US Highway 41, Lutz, FL 33549 |
| 54.) | Infogroup | Liberty Power Holdings, LLC | Data licensing, processing, and storage | 1020 E 1st St, Papillion, NE 68046 |
| 55.) | Interactive Media | Liberty Power Holdings, LLC | Digital media marketing and technology | 111 E Hargett St, Raleigh, NC 27601 |

Liberty Power Holdings, LLC
Non-Customer Executory Contracts

|  | Counterparty | Debtor Counterparty | Description of Contract | Counterparty Address |
|---|---|---|---|---|
| 56.) | InterfaceIT Operations Pty Ltd | Liberty Power Holdings, LLC | IT subscription services | 2200 Colorado Ave, Santa Monica, CA 90404 |
| 57.) | Ista North America | Liberty Power Holdings, LLC | Billing services | 1325 Northmeadow Pkwy, Suite 110, Roswell, GA 30076 |
| 58.) | IVG Energy | Liberty Power Holdings, LLC | Energy commodities products and financial derivatives broker | 20 E Greenway Plaza, Suite 400, Houston, TX 77046 |
| 59.) | KB Synergy | Liberty Power Corporation, LLC | Direct mail and email services | 5739 Kanan Road, Suite 344, Agoura Hills, CA 91301 |
| 60.) | Kema Inc | Liberty Power Corporation, LLC | Energy market research and strategic advice | 67 South Bedford St, Suite 201E, Burling, MA 01803 |
| 61.) | Kforce | Liberty Power Corporation, LLC | Consulting placement provider | 1001 East Palm Ave, Tampa, FL 33605 |
| 62.) | L1BRE LPC | Liberty Power Corporation, LLC | Customer support service agreement | 95 Merrick Way, Suite 300, Miami, FL 33134 |
| 63.) | LED Plus | Liberty Power Holdings, LLC | Mobile app licensing and equipment | 1 Metrotech Center North, 3rd Floor, Brooklyn, NY 11201 |
| 64.) | Level 3 Communications LLC | Liberty Power Corporation, LLC | IP transit services | 121 Champion Way, Canonsburg, PA 15317 |
| 65.) | Lexis Nexis, a Division of Ree Elsevier Inc | Liberty Power Corporation, LLC | Market analytics research services | 230 Park Ave #7, New York, NY 10017 |
| 66.) | Lockerman Studios | Liberty Power Corporation, LLC | Video and film design and production services | 4020 Butler St, Pittsburgh, PA 15201 |
| 67.) | Maintrax Consulting | Liberty Power Holdings, LLC | Speech analytics consulting services | PO Box 216, Sandia, MN 55073 |
| 68.) | Markit Totem | Liberty Power Corporation, LLC | Market valuation services | 4th Floor, Ropemaker Place, 25 Ropemaker St, London, EC2Y 9LY |
| 69.) | Microsoft | Liberty Power Corporation, LLC | Business and services agreement | 1 Microsoft Way, Redmond, WA 98052 |
| 70.) | Mpell Solutions | Liberty Power Holdings, LLC | Sales and marketing campaign | 3142 Tiger Run Ct, Suite 108, Carlsbad, CA 92010 |
| 71.) | Multi Security Services | Liberty Power Corporation, LLC | Software application development and maintenance | 14629 SW 104th St, Suite 436, Miami, FL 33186 |
| 72.) | New Energy Associates | Liberty Power Corporation, LLC | Software services | 400 Interstate North Pkwy, Suite 1500, Atlanta, GA 30339 |
| 73.) | New Harbor Double | Liberty Power Corporation, LLC | Financial advisory and investment banking services | 546 Fifth Ave, 23rd Floor, New York, NY 10036 |
| 74.) | Ntirety | Liberty Power Holdings, LLC | Remote database administration | 980 Washingston St, Suite 217, Dedham, MA 02026 |
| 75.) | Ocean County Cooperative Pricing Syst. | Liberty Power Holdings, LLC | Cooperative pricing system | 101 Hooper Ave, Toms River, NJ 08753 |
| 76.) | Olameter Corp | Liberty Power Holdings, LLC | MDMA services for interval meters | 2212 Arlington Downs Rd, Suite 102, Arlington, TX 76011 |
| 77.) | Open Access Technology International Inc | Liberty Power Corporation, LLC | IT services | 3660 Technology DriveMinneapolis, MN 55418 |
| 78.) | Opportunities for Williamson & Burnett Counties | Liberty Power Corporation, LLC | Comprehensive energy assistance program agreement | 604 High Tech Dr, Georgetown, TX 78626 |
| 79.) | Oracle | Liberty Power Corporation, LLC | Software and product services | 500 Oracle Parkway, Redwood Shores, CA 94065 |
| 80.) | Original Impressions | Liberty Power Corporation, LLC | Website design and SEO | 2965 WEST CORPORATE LAKES BOULEVARD, WESTON, FL 33331 |
| 81.) | Pariveda Solutions Inc | Liberty Power Holdings, LLC | Software and technology consulting | 24 Greenway Plaza, Suite 1700, Houston, TX 77046 |

Liberty Power Holdings, LLC
Non-Customer Executory Contracts

| | Counterparty | Debtor Counterparty | Description of Contract | Counterparty Address |
|---|---|---|---|---|
| 82.) | PCI | Liberty Power Holdings, LLC | Print and mail services | 3406 SW 26th Terrace, Fort Lauderdale, FL 33312 |
| 83.) | Peak 10 | Liberty Power Corporation, LLC | IT and data services | 5301 NW 33rd Ave, Fort Lauderdale, FL 33309 |
| 84.) | Peregrine Solutions LLC (Aime Leon) | Liberty Power Holdings, LLC | IT services | 7938 Stirling Bridge Blvd, Delray Beach, Florida, 33446 |
| 85.) | Perfect Commerce | Liberty Power Holdings, LLC | Telecommunications services | 1 Bayport Way Ste 120 Newport News, VA, 23606 |
| 86.) | Plantek | Liberty Power Holdings, LLC | IT services | 6030 Daybreak Circle, Suite A150-256, Clarksville, MD 21029 |
| 87.) | PLATTS - McGraw-Hill Companies, Inc. | Liberty Power Corporation, LLC | Energy commodity data and services | 2 Penn Plaza, New York, NY 10121 |
| 88.) | Possible Now | Liberty Power Corporation, LLC | intermodal ported telephone ID service | 4400 River Green Pkwy, Suite 100, Duluth, GA 30096 |
| 89.) | Premier Calls | Liberty Power Holdings, LLC | Customer care and retention support | 1350 Churchill Rd, West Palm Beach, FL 33406 |
| 90.) | Presidio Technology Capital | Liberty Power Corporation, LLC | License and software lease | 2 Sun Ct, Norcross, GA 30092 |
| 91.) | Protection Plus Solutions | Liberty Power Corporation, LLC | Consumer credit reporting services | 696 San Ramon Valley Blvd #409, Danville, CA 94526 |
| 92.) | Protiviti | Liberty Power Holdings, LLC | Financial advisory and consulting services | 1051 East Carry St, Suite 602, Richmond, VA 23219 |
| 93.) | Rocket Science, LLC | Liberty Power Corporation, LLC | Risk analysis consulting services | 75 Arlington Street, Boston, MA 02116 |
| 94.) | Rolling Plains Management Corporation | LPT, LLC | Comprehensive energy assistance program agreement | PO Box 490 Crowell, TX 79227 |
| 95.) | Salem Media Representatives | Liberty Power Corporation, LLC | Radio advertising agreement | 6400 N Beltine Rd, Suite 220, Irving, TX 75063 |
| 96.) | Saxon Business Systems | Liberty Power Corporation, LLC | Equipment lease | PO Box 4908, Miami Lakes, FL 33014 |
| 97.) | Solutions@MBAF, LLC | Liberty Power Corporation, LLC | Computer software solutions | 1001 Brickell Bay Dr, 16th Floor, Miami, FL 33131 |
| 98.) | Speedeon Data | Liberty Power Holdings, LLC | Landline phone data services | 5875 Landerbrook Dr, Suite 130, Cleveland, OH 44124 |
| 99.) | Suddath | Liberty Power Corporation, LLC | Warehouse receipt & storage contract | 5301 Polk Blvd #14, Houston, TX 77023 |
| 100.) | Sungard | Liberty Power Corporation, LLC | Software and implementation services | 680 East Swedesford Road Wayne, PA 19087 |
| 101.) | SW Consulting (Itivx) | Liberty Power Corporation, LLC | Technology development services | 521 Alafaya Woods Blvd, H, Oviedo, FL 32765 |
| 102.) | Talk2Rep | Liberty Power Holdings, LLC | Customer care and retention support | 8795 W McNab Rd, Suite 300, Tamarac, FL 33321 |
| 103.) | Technology Value Financial LLC | Liberty Power Corporation, LLC | Equipment lease | 1800 Paxton St, Harrisburg, PA 17104 |
| 104.) | Telcordia Technologies | Liberty Power Holdings, LLC | intermodal ported telephone ID service | 100 Somerset Corporate Center ,Bridgewater, NJ 08807 |
| 105.) | Texoma Council of Governments | LPT, LLC | Comprehensive energy assistance program agreement | 1117 Gallagher Dr, Sherman, TX 75090 |
| 106.) | The C&L Group | Liberty Power Corporation, LLC | IT consulting services | 380 Lexington Ave, New York, NY 10168 |
| 107.) | The Sales Verification Company | Liberty Power Corporation, LLC | Third party verification services | 13100 56th Court, Suite 707, Clearwater, FL 33760 |
| 108.) | Thorndike Landing LLC | Liberty Power Corporation, LLC | Business assessment and evaluation | 68 Thorndike St, Dunstable, MA 01827 |
| 109.) | TLV Consulting LLC | Liberty Power Corporation, LLC | Technology research and consulting | 4447 N Central Expressway, Suite 110, Dallas, TX 75205 |
| 110.) | TP Verification | Liberty Power Corporation, LLC | Third party verification services | 262 Capote CT E, Severna Park, MD 21146 |
| 111.) | TruMarx Data Partners, Inc. | Liberty Power Corporation, LLC | Electronic transaction services | 130 S Jefferson, Suite 101, Chicago, IL 60661 |

Liberty Power Holdings, LLC
Non-Customer Executory Contracts

| | Counterparty | Debtor Counterparty | Description of Contract | Counterparty Address |
|---|---|---|---|---|
| 112.) | Uptrending Growth Services, Inc. | Liberty Power Corporation, LLC | Third party verification services | 1255 Cleveland St, 4th Floor, Suite 401, Clearwater, FL 33755 |
| 113.) | Valassis Direct Mail | Liberty Power Corporation, LLC | Advertising services | 19975 Victor Parkway, Livonia, MI 48152 |
| 114.) | Viasyn Inc | Liberty Power Corporation, LLC | Scheduling and settlements services | 2680 Bishop Dr, Suite 270, San Ramon, CA 94583 |
| 115.) | VoiceLog | Liberty Power Corporation, LLC | Telephonic interpretation services | 7411 John Smith Dr, Suite 1500, San Antonio, TX 78229 |
| 116.) | West Texas Opportunities Inc | LPT, LLC | Comprehensive energy assistance program agreement | PO Box 1308, Lamesa, TX 79331 |
| 117.) | Wildfire Interactive Inv | Liberty Power Corporation, LLC | Social media services | 1600 Amphitheatre Pkwy, Mountain View, CA 94043 |
| 118.) | Wipfli | Liberty Power Corporation, LLC | Software license and hardware | 10000 W Innovation Dr, Suite 250, Milwaukee, WI 53226 |
| 119.) | Wisdomified Consulting | Liberty Power Holdings, LLC | Marketing consulting services | 4470 Banyan Trails Dr, Coconut Creek, FL 33073 |
| 120.) | ZoomInfo | Liberty Power Holdings, LLC | Subscription services agreements | 170 Tracer Ln, Walthan, MA 02451 |