UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| **Debtors.** _____/ | (Jointly administered 21-13797-SMG) |

### DEBTORS' *EXPEDITED* MOTION TO COMPEL COMMONWEALTH EDISON COMPANY TO COMPLY WITH SALE ORDER [ECF NO. 385] AND FACILITATE TRANSFER OF DEBTORS' LOW-INCOME CUSTOMER CONTRACTS TO BUYER

### (Expedited Hearing Requested on April 27, 2022)

Liberty Power Holdings, LLC ("Holdings"), Liberty Power District of Columbia, LLC ("Liberty District of Columbia"), LPT, LLC ("LPT") and Liberty Power Maryland, LLC ("Liberty Maryland")(collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion") for entry of an order compelling Commonwealth Edison Company ("ComEd") to comply with this Court's *Order (I) Approving Sale Of The Purchased Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, (II) Authorizing Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection Therewith And (III) Granting Related Relief* [ECF No. 385] (the "Sale Order") and facilitate the transfer of approximately 1,000 residential low-income customer contracts enrolled by the Debtors in the State of Illinois (collectively, the "Low-Income Customer Contracts")[1] to the Buyer pursuant to

---

[1] A schedule of the Low-Income Customer Contracts by contract number is attached hereto as Exhibit "A".

1

the Sale Order. In support of this Motion, the Debtors respectfully state as follows:

## Preliminary Statement

ComEd, a utility company having more than 4 million customers across northern Illinois, has refused to facilitate and accept the transfer of the Low-Income Customer Contracts by the Debtors to the Buyer in direct violation of the Sale Order. ComEd's refusal to process the transfer of the Low-Income Customer Contracts is based on its misinterpretation of the provisions of the Illinois' Home Energy Affordability and Transparency Act ("HEAT Act") and, more importantly, is in direct contrast to and violation of the clear mandates of this Court in the Sale Order and applicable bankruptcy law. In addition, ComEd's refusal to transfer such contracts,[2] in effect, places the burden on the Debtors' low-income customers to find a new supplier, at the customer's own time and expense, and essentially amounts to "slamming" by forcing these customers off a contract that they willingly entered into. The Debtors seek expedited relief to compel ComEd to facilitate the transfer of the Low-Income Customer Contracts to the Buyer because the Debtors are obligated, pending such transfer, to continue to service such customers and are not able to realize the value associated with the sale of the Low-Income Customer Contracts to the Buyer.

## Jurisdiction and Venue

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtors' bankruptcy cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief requested herein are sections 105(a), 363 and 365 of Bankruptcy Code.

## Relevant Background

---

[2] Importantly, Ameren, another large Illinois utility, facilitated the transfer of approximately 400 of the Debtors' customer contracts subject to the HEAT Act to the Buyer without issue.

3. On April 20, 2021 (the "Holdings Petition Date"), Holdings filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the Bankruptcy Code. Since that time, Holdings has operated as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. On June 4, 2021 (the "Subsidiary Petition Date"), the Subsidiary Debtors each filed chapter 11 bankruptcy petitions, which bankruptcy cases were jointly administered with the chapter 11 case of Holdings, including to facilitate the sale of all or substantially all of the Debtors' assets, including without limitation, retail customer contracts, pursuant to Sections 363 and 365 of the Bankruptcy Code.

5. As of the date hereof, no creditors' committee has been appointed in these cases. In addition, no trustee or examiner has been appointed.

6. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of Bob Butler, Chief Restructuring Officer, in Support of the Chapter 11 Petition and First Day Motions* (the "First Day Declaration")[ECF No. 10].

**Sales Process and Closing**

7. After the Debtors conducted a fulsome marketing and sale process of the Debtors' assets pursuant to several orders[3] of the Court [ECF Nos. 98, 156, 255, 264, 277, 282, 320, 323], on August 20, 2021, the Debtors filed their *Expedited Motion (I) to Approve Designation of Stalking Horse Bidder, (II) to Approve Asset Purchase Agreement and Related Bid Protections, (III) to Clarify/Modify Bidding Procedures, and (IV) for Related Relief* [ECF No. 324] (the "Stalking Horse Motion"),[4] which Stalking Horse Motion included a fully executed copy of that

---

[3] ComEd was served with a copy of the Notice of Auction and Sale Hearing [ECF No. 298].
[4] All capitalized terms used herein and not otherwise defined shall have the meanings ascribed them in the

certain Asset Purchase Agreement, dated August 20, 2021, between the Debtors and NRG Retail, LLC (the "Buyer"), which agreement was subsequently modified and filed with the Court on August 23, 2021 by that certain *Notice of Filing Modifications to Stalking Horse Agreement* [ECF No. 339] (the "Stalking Horse Agreement").  On August 26, 2021, the Court entered an Order granting the Stalking Horse Motion [ECF No. 349].

8. The Stalking Horse Agreement provides for the sale of a substantial portion of the Debtors' "book of business," namely all of the Debtors' residential customer contracts, including the Low-Income Customer Contracts, and a portion of the Debtors' commercial customer contracts as described more fully in the Stalking Horse Agreement (the "Purchased Assets").

9. On August 31, 2021, the Debtor selected the Buyer, NRG Retail LLC, as the Successful Bidder for the Purchased Assets as noted in that certain *Notice of (I) Cancellation Of Auction Scheduled For September 1, 2021 At 9:00 a.m., and (II) Designation Of Stalking Horse Bidder As The Purchaser* [ECF No. 352] (the "Notice of Successful Bidder").

10. On September 10, 2021, the Court conducted an evidentiary hearing (the "Sale Hearing") on the proposed sale of the Purchased Assets to the Buyer pursuant to the Debtors' *Expedited Motion For The Entry Of An Order (1) Approving Competitive Bidding Procedures For The Sale Of Substantially All Of The Debtor's Assets, (2) Scheduling Dates To Conduct Auction And Sale Hearing, (3) Approving The Form And Manner Of Notices, (4) Approving The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (5) Approving Assumption And Assignment Procedures For Executory Contracts, And (6) Granting Related Relief* [ECF No. 98].

11. On September 14, 2021, the Court entered its *Order (I) Approving Sale of the*

---

Stalking Horse Motion.

4

*Purchased As Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [ECF No. 385] (the "<u>Sale Order</u>").  As set forth in detail below, certain provisions of the Sale Order are applicable to ComEd and require ComEd to facilitate and not interfere with the transfer of the Low-Income Customer Contracts from the Debtors to the Buyer.

12. On September 22, 2021, the Debtors and the Buyer closed on the sale of the Purchased Assets pursuant to the terms of the Stalking Horse Agreement and the Sale Order.  In connection therewith, the Debtors and the Buyer have been working diligently to effect a transition and transfer of the Customer Contracts,[5] including the Low-Income Customer Contracts, to the Buyer, including by providing all required notices to customers, regulatory agencies and utilities, and by complying with all applicable laws related thereto.

### ComEd's Refusal to Transfer Low-Income Customer Contracts

13. The Debtors use the services of certain utilities, including ComEd, in various markets to provide transmission services for the delivery of electricity to their customers and to provide consolidated billing and other related services for the Debtors, including, among other things, sending utility bills to the Debtors' customers.

14. On December 17, 2021, the Debtors contacted ComEd to facilitate the transfer of the Low-Income Customer Contracts to the Buyer (via the Buyer's approved affiliate in Illinois, Direct Energy Energy Services, LLC ("<u>Direct Energy</u>"), as designee under the Stalking Horse Agreement).  In response, ComEd refused to process the transfer of the Low-Income Customer

---

[5] Pursuant to the Stalking Horse Agreement, until the transfer of the Customer Contracts is completed, the Debtors have been and will continue to provide electricity and all related services to their Customers whose contracts may be acquired by the Buyer in accordance with the terms of the Customer Contracts.

5

Contracts: (i) because the Buyer is not enrolled in a guaranteed rate program approved by the Illinois Commerce Commission ("ICC") for low-income customers; and (ii) based on an erroneous interpretation of the HEAT Act's prohibition on suppliers submitting "new enrollment" requests for customers currently receiving or having received public assistance in the last 12 months.[6]

**Relief Requested**

15. The Debtors respectfully request that this Court enter an Order compelling ComEd to comply with the Sale Order and facilitate the transfer of the Low-Income Customer Contracts to the Buyer because: (i) ComEd is bound by the Sale Order which prohibits ComEd from preventing the transfer of the Low-Income Customer Contracts to the Buyer; and (ii) ComEd's refusal to transfer the Low-Income Customer Contracts to the Buyer shifts the burden to low-income customers to find their own replacement supplier, in most cases at a higher cost to the customer.

**A.  The Sale Order Requires ComEd to Process the Transfer of the Low-Income Customer Contracts to the Buyer.**

16. The Assigned Contracts, including the Low-Income Customer Contracts, are an integral part of the Purchased Assets purchased by the Buyer, which in turn enhance the value of the Debtors' estates. Sale Order at ¶ V.

17. ComEd argues that the Buyer must be enrolled in a "guaranteed rate program" approved by the ICC in order to be a transferee of the Low-Income Customer Contracts. The

---

[6] The Debtors vehemently disagree with ComEd's interpretation of the HEAT Act. The HEAT Act addresses new "enrollments" not the assignment of customers under an existing contract with agreed upon terms and conditions. "Enrollment" is defined in Title 83, Part 412.10 of the Illinois Administrative Code as "the process by which a customer contracts with an RES [Retail Electricity Supplier] to provide the supply portion of electric service and the RES submits a valid direct access service request to the utility to effectuate that contract." The assignment of Low-Income Customer Contracts are not new "enrollments" subject of the HEAT Act, but rather a transfer under an existing contract from one supplier to another that does not require a "new enrollment." Since the Debtors previously submitted enrollment requests prior to the HEAT Act going into effect on January 1, 2020, the accounts associated with the Low-Income Customer Contracts should not be considered new enrollments for purposes of effectuating the assignment of the Low-Income Customer Contracts to Direct Energy.

Debtors are enrolled in such a program and the Low-Income Customer Contracts are subject to those additional terms. The Sale Order provides that "[t]he transfer of the Purchased Assets to the Buyer pursuant to the Asset Purchase Agreement does not require any consents other than specifically provided for in the Asset Purchase Agreement or as provided for herein." Sale Order at ¶ 13. In addition, Paragraph 20 of the Sale Order provides that "[t]he Buyer shall enjoy all of the Debtors' rights, benefits, and privileges under each such Assigned Contract as of the applicable date of assumption and assignment without the necessity to obtain any non-Debtor parties' written consent to the assumption or assignment thereof." Id. at ¶ 20.

18. As a result, ComEd's purported requirement that the Buyer have the independent consent of the ICC to be the transferee of the Low-Income Customer Contracts does not comport with the Sale Order.

19. Further, Paragraph 14 of the Sale Order provides:

This Sale Order is and shall be binding upon and govern the acts of **all entities** (including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, and federal, state, and local officials) who may be required by operation of law, the duties of their office, or contract to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any lease. **Each of the foregoing entities shall accept for filing any and all of the documents and instruments necessary and appropriate to** release, discharge, and terminate any of the Interests or to otherwise **consummate the Transaction contemplated by this Sale Order or the Asset Purchase Agreement**.

Sale Order at ¶ 14 (emphasis added). This provision is not limited to governmental entities and requires ComEd to accept the Debtors' request to transfer the Low-Income Customer Contracts to the Buyer.

20. Further, Paragraph 23 of the Sale Order provides, in pertinent part:

Effective as of the applicable Closing, and except as expressly set forth in the Asset Purchase Agreement with respect to Assumed Liabilities, all Persons are forever barred,

7

estopped, and permanently enjoined from asserting against the Buyer or any Buyer Party any Interest of any kind or nature whatsoever such Person had, has, or may have against or in the Debtors, their estates, officers, directors, managers, shareholders, or the Purchased Assets, including, without limitation, the following actions[…](vi) revoking, terminating, **failing, or refusing to transfer or renew any license, permit, or authorization to operate any of the Purchased Assets or conduct any of the businesses operated with the Purchased Assets in connection with the sale, in each case, as against the Buyer or any Buyer Party or any of its or their respective property or assets, including the Purchased Assets**.

<u>Sale Order</u> at ¶ 23 (emphasis added). ComEd's refusal to transfer the Low-Income Customer Contracts to the Buyer is in direct violation of Paragraph 23 of the Sale Order.

21. Paragraph 25 of the Sale Order provides:

Subject to the terms, conditions, and provisions of this Sale Order, **all Persons are hereby forever prohibited and barred from taking any action that would adversely affect or interfere (a) with the ability of the Debtors to sell and transfer the Purchased Assets to Buyer in accordance with the terms of the Asset Purchase Agreement and this Sale Order, and (b) with the ability of the Buyer to acquire, take possession of, use and operate the Purchased Assets in accordance with the terms of the Asset Purchase Agreement and this Sale Order**.

<u>Id.</u> at ¶ 25 (emphasis added). ComEd is in violation of both prongs of Paragraph 25.

22. Paragraph 36 of the Sale Order provides:

This Court retains jurisdiction, pursuant to its statutory powers under 28 U.S.C. § 157(b), to, among other things, (i) interpret, implement, and enforce the terms and provisions of this Sale Order, the Asset Purchase Agreement, and any amendments thereto and any waivers and consents given thereunder, (ii) **compel delivery of the Purchased Assets to the Buyer**, (iii) enforce the injunctions and limitations of liability set forth in this Sale Order, and (iv) enter any orders under sections 363 and 365 of the Bankruptcy Code with respect to the Assigned Contracts.

<u>Id.</u> at ¶ 36 (emphasis added).

23. Based on the foregoing, ComEd is clearly in violation of multiple portions of the Sale Order and this Court retained jurisdiction to compel ComEd to deliver (i.e., facilitate the transfer of) the Low-Income Customer Contracts to the Buyer.

    B.    <u>**ComEd's Position Shifts Administrative Burden to Low-Income Consumers**</u>

24. In addition to its violation of the Sale Order and ComEd's misinterpretation of the HEAT Act, ComEd's refusal to process the transfers of the Low-Income Customer Contracts shifts the burden to the low-income consumers to find a new supplier. Specifically, ComEd staff member Laura Kowalczyk stated in an e-mail dated December 17, 2021 that "in order for Direct Energy to enroll the customers on your list [the Low-Income Customer Contracts], they would have to participate in a Guaranteed Rate savings plan and submit to the ICC. They do not currently have one on file. If they choose not to, **then [Liberty Power] will need to drop the customers, so they can come back to ComEd supply or switch to a supplier that offers a Guaranteed Rate Savings plan that has been approved by the ICC**" [emphasis added].

25. From an administrative standpoint, ComEd's transfer of the Low-Income Customer Contracts to the Buyer is nothing more than a ministerial "name change" for ComEd from the Debtors to the Buyer. Importantly, Direct Energy will maintain the current rates and contract terms of such Low-Income Customer Contracts. A retail customer[7] does not need to take any steps to effectuate the transfer of their Low-Income Customer Contract under the Stalking Horse Agreement and Sale Order.

26. Instead, ComEd's stated position would require the Debtors to reject/terminate the Low-Income Customer Contracts, credit the Buyer with the purchase price for such contracts (approximately $150,000) and force the low-income customers to go back into the marketplace, at their own time and expense, to find a new supplier or be returned to the local utility, which would include ComEd. This is not in the spirit of the Sale Order or applicable bankruptcy law, and is clearly detrimental to the Debtors, these estates and their customers.

27. It is worth noting that Ameren, another large Illinois utility, facilitated the transfer

---

[7] Importantly, a good majority of the retail customers under the Low-Income Customer Contracts are long-term customers that started their services with the Debtors prior to the effective date of the HEAT Act.

9

of approximately 400 of the Debtors' customer low-income contracts subject to the HEAT Act to the Buyer without issue. This makes it clear that ComEd's purported issues with the transfer of the Low-Income Customer Contracts to the Buyer are of its own making. The Debtors do not know the reasons ComEd is taking the position it is taking.

## Conclusion

**WHEREFORE**, the Debtors respectfully request entry of an Order: (i) compelling ComEd to comply with the Sale Order and facilitate the transfer of the Low-Income Customer Contracts, set forth on **Exhibit "A"** attached hereto, to the Buyer in accordance with the Sale Order; and (ii) granting such other relief as is just and proper.

Dated: April 21, 2022

                Respectfully Submitted,

                **GENOVESE JOBLOVE & BATTISTA, P.A.**
                *Attorneys for Debtors-in-Possession*
                100 Southeast Second Street, Suite 4400
                Miami, Florida 33131
                Telephone: (305) 349-2300
                Facsimile: (305) 349-2310

                By:    /s/   *Paul J. Battista*
                        Paul J. Battista, Esq.
                        Florida Bar No. 884162
                        pbattista@gjb-law.com
                        Mariaelena Gayo-Guitian, Esq.
                        Florida Bar No. 813818
                        mguitian@gjb-law.com
                        Heather L. Harmon
                        Florida Bar No. 13192
                        hharmon@gjb-law.com

Exhibit A
Illinois CAP Accounts

| Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|
| 4562146038 | 8606822000 | 8347611061 | 0335024023 | 8751504004 |
| 3210190018 | 3070343013 | 6158394039 | 9616341031 | 2482302029 |
| 8257401002 | 5733758029 | 5638141004 | 5470676035 | 5390560027 |
| 5934431012 | 9173313006 | 5739296037 | 3324018030 | 8739593007 |
| 6730065215 | 8025034055 | 0094603004 | 5645660050 | 7749774004 |
| 5829424021 | 6153176013 | 3981840003 | 0744097032 | 5302593018 |
| 0241150158 | 6060387015 | 1543567023 | 7325487015 | 3301690123 |
| 5173255005 | 5173258024 | 2305801023 | 5486451035 | 4640566029 |
| 5824764066 | 4490453028 | 5976349019 | 6684389004 | 8585114001 |
| 8533360028 | 8935350046 | 5824698021 | 5901343034 | 1044238058 |
| 9356021085 | 6480170112 | 6494322008 | 4966669049 | 8680223034 |
| 7752677005 | 2387446033 | 5418402191 | 2387368016 | 4383414019 |
| 4166619007 | 4166227072 | 6423556045 | 7866117014 | 6671395007 |
| 0549762076 | 6587239045 | 7951038017 | 4067334001 | 6165823063 |
| 4554247026 | 1962415051 | 3413544129 | 7428671039 | 4388571037 |
| 1875223056 | 6271040054 | 7753733020 | 6062101013 | 6019019059 |
| 3579611085 | 6067800066 | 6321543075 | 4501669016 | 7058693009 |
| 8527552001 | 6912498069 | 5223808030 | 8952647011 | 7318619034 |
| 8281469009 | 8365049009 | 8365136034 | 7942076009 | 7267220036 |
| 9593426039 | 7259770125 | 9679552007 | 7581744002 | 7486496009 |
| 4556763023 | 1263046190 | 6434322091 | 4472544017 | 3716649118 |
| 1872259045 | 8414003015 | 0101047063 | 1983098112 | 8281692008 |
| 7418179000 | 4232107018 | 4220575024 | 7180002061 | 2468040022 |
| 3745397016 | 9423048005 | 9423209008 | 6434188071 | 9607194024 |
| 1963288003 | 5431581015 | 5562589098 | 4556551014 | 7774670028 |
| 4410206070 | 5258645005 | 5824760040 | 5172001003 | 1511087023 |
| 6913654016 | 7361722006 | 6486730032 | 4996383016 | 6517203017 |
| 4670234003 | 7590386054 | 7912238082 | 8438722017 | 0103488133 |
| 3384200009 | 6410030032 | 7590279018 | 7015436019 | 5322119036 |
| 7983331065 | 4988618064 | 1359079067 | 1949418063 | 9167238109 |
| 4220697089 | 4147066068 | 1807001146 | 1361685075 | 1275358043 |
| 5744612034 | 2803122207 | 6684010068 | 1537762110 | 8504008055 |
| 0192719010 | 0192436169 | 3796244019 | 6181565020 | 8958680056 |
| 5063189065 | 0687196023 | 1695789024 | 5312697050 | 5810171017 |
| 5396826097 | 5982184051 | 5644075020 | 6684003063 | 5474170105 |
| 5390637023 | 4487641069 | 7854565064 | 8998493019 | 2120797124 |
| 3878416144 | 9188834094 | 5828490049 | 0915070183 | 0163026168 |
| 5744727030 | 1529838016 | 5344624063 | 8958699019 | 1858031125 |
| 9840670045 | 4897565047 | 0521561080 | 2631659064 | 3376358014 |
| 6349279032 | 1291676046 | 6995219199 | 7843613040 | 8599780068 |
| 4379578019 | 8756530068 | 4640598003 | 9434525031 | 5175642006 |
| 2402743062 | 1446241042 | 6847082102 | 1639415152 | 2706028071 |

Exhibit A
Illinois CAP Accounts

| Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|
| 2454723018 | 7333627005 | 2445517020 | 3800649024 | 0521414059 |
| 5997518023 | 4986017041 | 2573263146 | 2795614025 | 7350486142 |
| 6600794103 | 7277084024 | 7478466079 | 4087322061 | 7277559017 |
| 7277558001 | 3329098047 | 4235457033 | 7495143002 | 8015189007 |
| 4623725015 | 5515295034 | 3583136022 | 7665637013 | 6684484077 |
| 1506003079 | 0173140102 | 6248036004 | 9121497004 | 8243008315 |
| 4052043020 | 7665558008 | 4235528037 | 0783412019 | 0297119138 |
| 8524615029 | 1607311152 | 2631680041 | 3148067219 | 5091384007 |
| 9283462009 | 3745321003 | 7653772007 | 8109657096 | 4841440144 |
| 1894235058 | 5931518003 | 1104208103 | 7951515037 | 3245629031 |
| 1725005060 | 7335657136 | 7096543071 | 2965326016 | 1951487014 |
| 1387736022 | 1293028020 | 8594085013 | 0376228018 | 6230510037 |
| 5011633010 | 2622673047 | 8782581086 | 6013181065 | 5475133053 |
| 6271163025 | 9207159009 | 8847095076 | 8847664026 | 1622309096 |
| 1981526033 | 0633139054 | 7751475070 | 4843254075 | 0281050066 |
| 8959734008 | 8235432003 | 7496136010 | 6993314011 | 0960378027 |
| 2463201034 | 7168164026 | 4659085215 | 4231642018 | 1530105028 |
| 5327649155 | 2472604052 | 3712067094 | 2044130192 | 7690018008 |
| 0684712025 | 6995528193 | 4921419001 | 7259692091 | 7259550141 |
| 7104654030 | 6990167065 | 1477586021 | 8015441002 | 6760153086 |
| 0633082327 | 3210237016 | 4578053017 | 4882146030 | 1774625081 |
| 8592347047 | 6684186094 | 2647691103 | 9855381000 | 1700801020 |
| 8496497000 | 2967391146 | 2888019085 | 9585687046 | 9350633027 |
| 3645822021 | 7493189019 | 3831500089 | 9043685060 | 0094257011 |
| 5254637025 | 6816532079 | 6494246094 | 3884194015 | 2979803106 |
| 2305755133 | 1835078059 | 1023293059 | 6662567013 | 3963100122 |
| 4922798163 | 4644327028 | 6062602042 | 5894741028 | 7751390045 |
| 4254619099 | 7074069263 | 4293078229 | 6265545011 | 9290683090 |
| 4915403024 | 4986774041 | 5002771016 | 7488179001 | 7753788061 |
| 2631666069 | 4797426150 | 4922133082 | 5172027034 | 5233553159 |
| 9271096031 | 2742264000 | 7696444057 | 3460591087 | 4050296130 |
| 2786196005 | 1791236015 | 2041260013 | 2253160077 | 9096720025 |
| 7248667028 | 9272316014 | 6323697012 | 0364534056 | 7401687079 |
| 4171309116 | 7017403063 | 2019582053 | 6676279053 | 3951174032 |
| 6639170108 | 6766369006 | 2952605008 | 5639175040 | 0633197136 |
| 9772591044 | 9670582027 | 2715324022 | 3639136096 | 4469101062 |
| 0689681052 | 3665590020 | 2056353034 | 1901257253 | 1987630036 |
| 1987612109 | 1987595112 | 6914369025 | 1194198038 | 5589479064 |
| 2398428023 | 4214682134 | 9445594113 | 2537212090 | 8847327019 |
| 8745023070 | 7501363067 | 0687148205 | 5403046127 | 2647518163 |
| 7109544011 | 3966541116 | 9370776096 | 0237133130 | 0885389113 |
| 6421276044 | 6743004084 | 6659826094 | 7690247054 | 9042403046 |

Exhibit A

Illinois CAP Accounts

| Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|
| 8449685016 | 9531370027 | 4235498034 | 1692365139 | 1774535082 |
| 2482301068 | 7259650137 | 2482492126 | 2992090009 | 0521025141 |
| 6941378110 | 9295719004 | 2990191067 | 4996479026 | 7331377066 |
| 6339420009 | 6181414064 | 6265382112 | 9631699136 | 7428237037 |
| 0108383035 | 7081083184 | 1125053126 | 8619224107 | 8084366074 |
| 6995530157 | 9290303104 | 8530085037 | 7672612044 | 6684385097 |
| 9295684131 | 9295675043 | 4085098106 | 5396796049 | 8501549004 |
| 4382249189 | 7084745056 | 9100561009 | 4472460007 | 5485702060 |
| 8025242020 | 6679816101 | 8005141059 | 8005123097 | 3049714000 |
| 4388798010 | 5089631055 | 2532047155 | 7354513051 | 9855498028 |
| 1858128123 | 7572204022 | 5170670037 | 6684323168 | 8019551063 |
| 1871790092 | 7266664123 | 3135577000 | 8163253038 | 8079547129 |
| 4220588012 | 9336114043 | 2034799036 | 1032028033 | 7908260138 |
| 1701632010 | 2204090006 | 1545004118 | 0519235066 | 5223243075 |
| 0687173100 | 0803017174 | 4317713076 | 2392774017 | 5728151009 |
| 4164082002 | 0939693062 | 3820745081 | 7079033076 | 7079013001 |
| 4067322001 | 0866158072 | 9105755181 | 4902162032 | 1791395046 |
| 9336009047 | 0295166120 | 0633477059 | 3326625097 | 6233244165 |
| 9025357072 | 9109236089 | 8012264003 | 4983143124 | 2204104050 |
| 8013417099 | 9578408008 | 9336227054 | 7478566074 | 6995595238 |
| 3698726174 | 6486504041 | 8165342047 | 7991558061 | 1023498081 |
| 0267618075 | 3882338064 | 1794766172 | 1942418243 | 6939786040 |
| 1529545070 | 1865433120 | 5660579103 | 4988600133 | 0633216047 |
| 5072140129 | 4988684095 | 5982086103 | 1529478056 | 1545644023 |
| 4915310006 | 6073773132 | 8025262086 | 1193037125 | 8282639185 |
| 6309640084 | 1651708138 | 1260131138 | 9780074132 | 5744331123 |
| 2112667108 | 3308717074 | 1733434244 | 1733446075 | 8533053073 |
| 1865386055 | 8274267068 | 3791412133 | 8100147044 | 2379055251 |
| 2379010154 | 1023134215 | 7913113128 | 1020522071 | 1375007276 |
| 4100029047 | 3460586077 | 8073702126 | 6744706130 | 2202427069 |
| 7159675089 | 8509560014 | 3645415268 | 9252064073 | 8346666286 |
| 0559157229 | 3118768061 | 1651067347 | 9622373129 | 9087259004 |
| 1399036108 | 1894451212 | 7934122056 | 7766251126 | 4130034216 |
| 7684700095 | 5238659021 | 5009460034 | 3579176045 | 4924234126 |
| 5307284014 | 3615421016 | 9168371032 | 8680766098 | 4986779055 |
| 2742253070 | 4898531045 | 5253379079 | 6337114188 | 0279060249 |
| 0525001254 | 7563445060 | 1944293066 | 2270087022 | 6584051030 |
| 1103430101 | 7182738144 | 1613241036 | 9025326086 | 1221143078 |
| 1809113041 | 5211123086 | 0643101339 | 1537694082 | 3126633102 |
| 3544411022 | 1048304099 | 1048022207 | 0087475116 | 6228634031 |
| 8336752275 | 7010062055 | 4556526066 | 5307427135 | 7781239117 |
| 1285547061 | 7094242115 | 3049640103 | 5655570063 | 4987065087 |

Exhibit A
Illinois CAP Accounts

| Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|
| 6065218024 | 3224757058 | 5849554093 | 6684158161 | 5223209037 |
| 0717092101 | 9874248084 | 6426334023 | 6603052166 | 6258052314 |
| 4141631070 | 9420514039 | 6982709068 | 7004684072 | 0194261062 |
| 9417354029 | 7348799018 | 4588656093 | 0768572041 | 1613115193 |
| 8906233072 | 5235102150 | 7254763166 | 4958132033 | 6228220028 |
| 0173148091 | 5070021087 | 8188333037 | 8428075047 | 3884250036 |
| 4436025075 | 7233462002 | 3800326017 | 4214727085 | 5475730052 |
| 7839191022 | 2463499034 | 8688617074 | 9031106036 | 2362257110 |
| 8016612103 | 8782589019 | 5982687048 | 4556030010 | 0056049079 |
| 6566185104 | 5643571149 | 0971111056 | 5799477067 | 8035625068 |
| 1286351176 | 5981417113 | 5892408048 | 8578739061 | 9355069161 |
| 5070646066 | 7168019071 | 4166522198 | 3906270043 | 9535588043 |
| 8698321021 | 5849532104 | 3721156157 | 9336804033 | 4803059112 |
| 6387007183 | 2821547168 | 6311497057 | 5554424051 | 8851321150 |
| 5083290078 | 1356096075 | 9420649082 | 5819504067 | 2456133147 |
| 0939754051 | 9336016079 | 4803226051 | 5835683063 | 7852750092 |
| 5815167022 | 2320047089 | 4539133129 | 2366408248 | 6900220060 |
| 9756386052 | 5901625068 | 4472709134 | 7008013051 | 3384122180 |
| 0185138096 | 7080404027 | 5638634059 | 1779716032 | 6564450064 |
| 4888474033 | 1275380107 | 6135759023 | 5479300014 | 7824182128 |
| 6153046109 | 7080529083 | 5985011064 | 6816578066 | 7473127193 |
| 1109128137 | 6995823040 | 4411005004 | 6439390071 | 7111425138 |
| 2361721175 | 5325738042 | 5664730059 | 9242394091 | 2907040020 |
| 0174070163 | 7831128116 | 6480593062 | 1361145129 | 1277772078 |
| 8163046097 | 8869023038 | 0547449123 | 8344477058 | 8355224090 |
| 2532694047 | 7499825069 | 6684365013 | 7655015032 | 4803177062 |
| 6741335086 | 7693663050 | 7679166161 | 5661506104 | 5643049151 |
| 6249392029 | 8500214128 | 4556431115 | 3643063159 | 4490383049 |
| 4480040091 | 7912773095 | 6470829171 | 4831524008 | 7320465055 |
| 3126264054 | 8427248037 | 8856470112 | 3640321092 | 4453143054 |
| 7840714139 | 3993150149 | 1047010123 | 8095634001 | 2026337120 |
| 1774574141 | 5976716056 | 7111304045 | 7613643107 | 7670096104 |
| 6494782040 | 7227359129 | 5744776042 | 8244182043 | 6427716001 |
| 2068121202 | 0717106244 | 8578618058 | 3583019053 | 5808777072 |
| 9336076066 | 5724448038 | 5808485104 | 2698389205 | 2117197030 |
| 7151599055 | 7486092092 | 5715151004 | 4455075022 | 4299808025 |
| 3577006040 | 2270043048 | 2911028041 | 2221048113 | 7027541132 |
| 7404390019 | 2271504068 | 7593282099 | 7850426039 | 8998298032 |
| 7781532015 | 1607239039 | 7697148081 | 6135617066 | 5631823110 |
| 7178355084 | 0634274141 | 9336010077 | 4623024102 | 4573721010 |
| 9168282076 | 8870597192 | 2112237146 | 8249574087 | 6494690047 |
| 4539006118 | 0173037244 | 6310221086 | 9168402041 | 1245160151 |

Exhibit A
Illinois CAP Accounts

| Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|
| 7485551001 | 6242235030 | 5824728042 | 6158041097 | 6065184041 |
| 8034718144 | 2202429152 | 6995215253 | 2951344266 | 3486440110 |
| 8438121038 | 5073048099 | 4797326217 | 9336003116 | 4635527056 |
| 5490470020 | 3583030052 | 9504434047 | 0712436078 | 1483149516 |
| 8617440050 | 3837136065 | 9756307060 | 6065698068 | 9588777083 |
| 8935460029 | 5055284051 | 8851206005 | 9192499003 | 7502624078 |
| 6564501208 | 3967248016 | 4387024048 | 7514470099 | 9607651033 |
| 6310218007 | 2208619105 | 8692401119 | 9121154111 | 5480773103 |
| 4803166149 | 9502168013 | 5974434088 | 5987741047 | 5317366121 |
| 5757314083 | 7693634059 | 7693621052 | 7867659119 | 1445571112 |
| 0768067161 | 1410115035 | 8443355028 | 1858015194 | 9348601079 |
| 8704404122 | 8779096050 | 3217346134 | 2163008224 | 7438762047 |
| 0357169450 | 0859595083 | 7102453044 | 5727059131 | 7992358065 |
| 0090006036 | 6674119090 | 7516417018 | 5799507042 | 7947636087 |
| 3742584017 | 7004002061 | 9189650074 | 1874060037 | 0362655098 |
| 9504455028 | 0367035158 | 3148374086 | 3148365121 | 0223612020 |
| 5171059050 | 8191379074 | 6674384104 | 0269425087 | 9525560015 |
| 0379728122 | 8337781074 | 8534680216 | 0243146689 | 0157050087 |
| 0055162171 | 4144726101 | 3118290031 | 6520319140 | 5749207015 |
| 6312469011 | 0199206089 | 8119438021 | 0031816083 | 4001570087 |
| 2700419069 | 7415433105 | 0868049183 | 8256016152 | 8113781032 |
| 3290698068 | 8836624132 | 0471225055 | 0789153135 | 5724372002 |
| 7761435140 | 9864288049 | 5631079194 | 3228019102 | 3795338174 |
| 7038000124 | 0535447084 | 9454757128 | 6321713086 | 7509173056 |
| 8923118083 | 1532777139 | 6912125132 | 8685154114 | 9684059166 |
| 5907158048 | 5643043211 | 8578272043 | 1851075165 | 8669096082 |
| 8199573109 | 5139802104 | 9168340082 | 1456280097 | 9858667098 |
| 1212776087 | 8160352034 | 1791775142 | 8160590034 | 8113485071 |
| 6739259142 | 8588584103 | 9252118076 | 5988164044 | 8087234275 |
| 6684006046 | 1987600136 | 7512161042 | 5043019320 | 7478294215 |
| 8272558066 | 5174594127 | 8604028120 | 5475578169 | 1067043226 |
| 8571204029 | 7751424108 | 9336315077 | 8184699052 | 7679162154 |
| 0636142062 | 1733142054 | | | |