

**ORDERED in the Southern District of Florida on May 12, 2022.**

Scott M. Grossman, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| LIBERTY POWER HOLDINGS, LLC, | Case No. 21-13797-SMG |
| LPT, LLC, | Case No. 21-15537-SMG |
| LIBERTY POWER MARYLAND, LLC, | Case No. 21-15539-SMG |
| LIBERTY POWER DISTRICT OF COLUMBIA, LLC, | Case No. 21-15540-SMG |
| Debtors. | (Jointly administered 21-13797-SMG) |

_____/

**ORDER CONTINUING HEARING ON DEBTORS' *EXPEDITED* MOTION TO COMPEL COMMONWEALTH EDISON COMPANY TO COMPLY WITH SALE ORDER [ECF NO. 385] AND FACILITATE TRANSFER OF DEBTORS' LOW- INCOME CUSTOMER CONTRACTS TO BUYER**

THIS CASE came before the Court on May 11, 2022 at 2:30 p.m. (the "Hearing") upon the *Debtors' Expedited Motion to Compel Commonwealth Edison Company to Comply with Sale Order [ECF No. 385] And Facilitate Transfer of Debtors' Low-Income Customer Contracts to Buyer* [ECF No. 630] (the "Motion"). For the reasons stated on the record, it is

ORDERED as follows:

1.       The Hearing on the Debtors' Motion is continued to **May 18, 2022 at 2:30 p.m.** before the Honorable Scott M. Grossman at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 308, Fort Lauderdale, FL 33301.

2.       Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

3.       All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

# # #

**Submitted by:**
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Debtors-in-Possession
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305-349-2300
pbattista@gjb-law.com

Copy to: Paul J. Battista, Esq.
(Attorney Battista is directed to serve a conformed copy of this Order on all parties in interest)