IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| **Debtors.** _____/ | (Jointly Administered under Case No. 21-13797-SMG) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Rejection or Termination of All Remaining Executory Customer Contracts in the State of Texas, (II) Authorizing and Directing the Orderly Transition of Such Customer Contracts to the "Provider of Last Resort" in Texas, and (III) Setting a Bar Date for the Filing of Claims Related Thereto** (Docket No. 716) with [Customized] Exhibit A

- **Notice of Hearing re: Expedited Motion to Reject Executory Contract in the State of Texas, (II) Authorizing and Directing the Orderly Transition of Such Customer Contracts to the "Provider of Last Resort" in Texas, and (III) Setting a Bar Date for the Filing of Claims Related Thereto Filed by Debtor Liberty Power Holdings, LLC (Battista, Paul) (716)** (Docket No. 717)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on seven (7) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **[Customized] Order Granting Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Rejection or Termination of All Remaining Executory Customer Contracts in the State of Texas, (II) Authorizing and Directing the Orderly Transition of Such Customer Contracts to the "Provider of Last Resort" in Texas, and (III) Setting a Bar Date for the Filing of Claims Related Thereto** (Docket No. 729)

Dated: July 22, 2022

/s/ *Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Monica.Arellano@stretto.com