**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          **Chapter 11 Cases**

**LIBERTY POWER HOLDINGS, LLC,**                **Case No. 21-13797-SMG**
**LPT, LLC,**                                                     **Case No. 21-15537-SMG**
**LIBERTY POWER MARYLAND, LLC,**             **Case No. 21-15539-SMG**
**LIBERTY POWER DISTRICT OF**                     **Case No. 21-15540-SMG**
**COLUMBIA, LLC,**

                                                                   **(Jointly administered 21-13797-SMG)**

_____/

**OBJECTION TO CLAIM OF**
**THE OFFICE OF THE ILLINOIS ATTORNEY GENERAL**
**(Proof of Claim No 99)**

**IMPORTANT NOTICE TO CLAIMANT:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

  **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

  **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

  **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

  **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:**

**United States Bankruptcy Court**
**United States Courthouse**
**299 E. Broward Blvd., Room 112**
**Ft. Lauderdale, FL 33301**

  **A copy of the written response must also be sent to:**

**Paul J. Battista, Esq.**
**Mariaelena Gayo-Guitian,Esq.**
**Genovese Joblove & Battista, P.A.**
**100 Southeast Second Street, 44th Floor**
**Miami, Florida 33131**
pbattista@gjb-law.com
mguitian@gjb-law.com

**LIBERTY POWER HOLDINGS, LLC** ("Holdings" or "Debtor"), one of the four above-captioned debtors in these chapter 11 cases, by and through its undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this objection ("Objection") to Proof of Claim No. 99 filed by the Office of the Illinois Attorney General ("Illinois AG") asserting an unsecured claim against Holdings in the amount of $154,382,184.00.  In support of the Objection the Debtor states as follows:

1.      On October 13, 2021, the Illinois AG filed Proof of Claim No. 99 asserting an unsecured claim against Holdings in the amount of $154,382,184.00 (the "Illinois Claim").   The Illinois Claim is based on the alleged violations of the Illinois Consumer Fraud and Deceptive Business Practices Act ("Consumer Fraud Act"), 815 ILCS §505/1 *et seq.*, and the Illinois Telephone Solicitations Act, 815 ILCS §413/1 *et seq.* ("Telephone Solicitations Act") asserted in that certain action styled *People of the State of Illinois v. Liberty Power Holdings*, in the Circuit Court of Cook County, Illinois County Department, Chancery Division (Case No. 2020-CH 1954) ("Illinois State Court Action").

2.      The Debtor objects to the Illinois Claim and the priority of the alleged civil penalty claim included therein.

3.      Based on the above, the Illinois Claim should be allowed as a general unsecured claim against Holdings in the amount of $77,191,092.00 ("Unsecured Claim") and a subordinated general unsecured claim in the amount of $77,191,092.00 ("Subordinated Unsecured Claim").

2

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order (i) sustaining the Objection; (ii) reclassifying and allowing the Illinois Claim as an allowed general Unsecured Claim against Holdings in the amount of $77,191,092.00 and a Subordinated Unsecured Claim in the amount of $77,191,092.00.

Dated this 6th day of September, 2022.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Debtor-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:  */s/     Mariaelena Gayo-Guitian*
　　　Paul J. Battista, Esq.
　　　Florida Bar No. 884162
　　　pbattista@gjb-law.com
　　　Mariaelena Gayo-Guitian, Esq.
　　　Florida Bar No. 813818
　　　mguitian@gjb-law.com
　　　Heather L. Harmon
　　　Florida Bar No. 13192
　　　hharmon@gjb-law.com