

**ORDERED in the Southern District of Florida on September 12, 2022.**

*[signature]*

Scott M. Grossman, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| LIBERTY POWER HOLDINGS, LLC, | Case No. 21-13797-SMG |
| LPT, LLC, | Case No. 21-15537-SMG |
| LIBERTY POWER MARYLAND, LLC, | Case No. 21-15539-SMG |
| LIBERTY POWER DISTRICT OF COLUMBIA, LLC, | Case No. 21-15540-SMG |
| Debtors. | (Jointly administered 21-13797-SMG) |
| _____/ | |

**ORDER GRANTING DEBTORS' FIFTH AND FINAL MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FOR AN EXTENSION OF THE EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANZATION AND <u>TO SOLICIT AND OBTAIN ACCEPTANCES THEREOF</u>**

**THIS MATTER** came before the Court for a hearing on **September 7, 2022 at 2:00 p.m.** upon *Debtors' Fifth and Final Motion Pursuant to Section 1121(d) of the Bankruptcy Code For An Extension of the Exclusive Period To File A Plan of Reorganization and To Solicit and Obtain Acceptances Thereof* ("<u>Motion</u>") [ECF No. 765], for an order, pursuant to 11 U.S.C. § 1121(d), extending by sixty-six (66) days the periods described in section 1121(b) and (c) of the

Bankrutpcy Code during which the Debtors have (i) the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") from August 15, 2022 to and including October 20, 2022; and (ii) the exclusive right to solicit acceptances of a plan (the "Exclusive Solicitation Period," and, together with the Exclusive Filing Period, the "Exclusive Periods") from October 12, 2022 to and including December 20, 2022 as more fully described in the Motion.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, its estate and its creditors and is an appropriate exercise of the Debtors' business judgment; and good and sufficient cause exists to grant the relief requested.   Accordingly, it is

**ORDERED as follows:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period for the Debtors to file a plan of reorganization is extended from August 15, 2022 to and including October 20, 2022;

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period for the Debtors to solicit acceptances of said plan is extended from October 12, 2022 to and including December 20, 2022.

4. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

###

3

Submitted by:
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Debtors-in-Possession
100 Southeast Second Street, Suite 4400
Miami, FL 33131
Telephone: (305) 349-2300
pbattista@gjb-law.com


(Attorney Battista is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court).