UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| LIBERTY POWER HOLDINGS, LLC, | Case No. 21-13797-SMG |
| LPT, LLC, | Case No. 21-15537-SMG |
| LIBERTY POWER MARYLAND, LLC, | Case No. 21-15539-SMG |
| LIBERTY POWER DISTRICT OF COLUMBIA, LLC, | Case No. 21-15540-SMG |
| Debtors. _____/ | (Jointly administered 21-13797-SMG) |

## MEDIATOR'S NOTICE OF SETTLEMENT

HARLEY E. RIEDEL, as a Mediator of certain disputes in these cases, hereby advises the Court that Liberty Power Holdings, LLC ("Holdings"), Liberty Power District Of Columbia, LLC ("Liberty DC"), LPT, LLC ("LPT") and Liberty Power Maryland, LLC ("Liberty MD") each a debtor and debtor-in-possession in the Chapter 11 Cases set forth above (collectively the "Debtors"); and David Hernandez, Martin Halpern, and Peter S. Kaufman, have fully and completely settled and resolved, subject to Court approval, the disputes between the Debtors and those parties as more fully set forth in settlement agreements and a Rule 9019 Motion to be filed with this Court,. The parties have agreed to toll any applicable statute of limitations through June 3, 2023 pending Court consideration of the Rule 9019 Motion and the implementation of the settlements if they are approved by the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing Mediator's Notice of

Settlement has been served via Electronic Mail Notice on this 8th day of April, 2023, to:

**Electronic Mail Notice List**

Paul J. Battista, Esq.
Venable, LLP
100 SE 2nd St Fl 44
Miami, FL 33131-2100
Email: pjbattista@venable.com

Jordi Gusso, Esquire
Berger Singerman LLP
1450 Brickell Ave Ste 1900
Miami, FL 33131-3453
jguso@bergersingerman.com

Chad Pugatch, Esquire
Lorium PLLC
101 NE 3rd Ave Ste 1800
Fort Lauderdale, FL 33301-1252
Email: cpugatch@loriumlaw.com

Rob N. Hyman, Esquire
Rob Hyman, P.A.
110 SE 6th St Ste 1700
Fort Lauderdale, FL 33301-5047
Email: rhyman@rhymanlaw.com

Sean O'Brien, Esquire
O'Brien, LLP
900 Third Avenue, 18th Floor
New York, New York   10022
Email: sobrien@obrienllp.com

                                                  /s/ Harley E. Riedel
                                         Harley E. Riedel (Florida Bar #1836298
                                         STICHTER, RIEDEL, BLAIN
                                         & POSTLER, P.A.
                                         110 East Madison Street - Suite 200
                                         Tampa, Florida 33602
                                         Mediator

4889-1838-1916, v. 3