UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| LIBERTY POWER HOLDINGS, LLC, *et al.*, | Case No.: 21-13797-SMG |
| | (Jointly Administered) |
| Debtors. _____/ | |

**PHILIP J. VON KAHLE AS ASSIGNEE OF
LIBERTY POWER CORPORATION'S *EX PARTE* MOTION
TO ALLOW ATTORNEY DANA QUICK TO APPEAR BY ZOOM AT
THE HEARING CURRENTLY SCHEDULED FOR MAY 24, 2023**

Philip J. von Kahle, in his capacity as the Assignee (the "Assignee") for the benefit of creditors of Liberty Power Corporation ("LPC"), by and through undersigned counsel, hereby files this *Ex Parte Motion to Allow Attorney Dana Quick to Appear by Zoom at the Hearing Currently Scheduled for May 24, 2023* (the "**Motion**"), to permit Dana Quick to appear remotely via Zoom at the hearing currently scheduled for May 24, 2023 at 1:30 p.m. (Prevailing Eastern Time) (as may be adjourned or continued, the "**Hearing**"). In support of the Motion, the Assignee respectfully represents as follows:

**I. BACKGROUND**

1. On April 20, 2021 (the "Petition Date"), Liberty Power Holdings, LLC (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the U.S. Code commencing the instant bankruptcy case.

2. On May 14, 2021, LPC executed an assignment of substantially all of its assets to the Assignee for the benefit of creditors, pursuant to Florida Statute, Chapter 727. On May 19, 2021, the Assignee commenced the case styled *In re the Assignment for the Benefit of Creditors*

of *Liberty Power Corp., LLC*, Case No. CACE-21-010056, pending in the Seventeenth Judicial Circuit, in and for Broward County, Florida (the "Assignment Case").

3. On April 10, 2023, the Debtor filed *Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Terms of a Settlement By and Between the Debtors and the D&O Parties* (ECF No. 871) (the "D&O Motion") and *Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Terms of a Settlement By and Among the Debtors, Boston Energy Trading and Marketing, LLC, and Peter S. Kaufman* (ECF No. 872) (the "Kaufman Motion," and together with the D&O Motion, the "Motions").

4. On April 24, 2023, the Court issued its *Notice of Hearing* (ECF No. 882), setting the Hearing on the Motion for May 24, 2023, at 1:30 p.m.

5. The Assignee intends to file an objection to the Motion and will do so timely under the Local Rules.

6. Pursuant to the Court's Requirements and Procedures for Remote Attendance at Hearings Before Judge Grossman, the Assignee now filing a motion to permit Ms. Quick to appear via Zoom at that Hearing.

## II.  REQUESTED RELIEF AND BASIS THEREFOR

7. Pursuant to Section I(d) of Your Honor's Requirements and Procedures for Remote Attendance at Hearings, an *ex parte* motion requesting leave to attend remotely for good cause must be filed not later than seven days before the hearing unless there are unforeseen circumstances.

8. The Assignee submits that this Motion is being filed no later than seven days before the Hearing and good cause exists to grant the Motion. Ms. Quick resides outside of the State of Florida and will be outside of the State of Florida on the day of the Hearing. Accordingly, the

Assignee moves, on an *ex parte* basis, for entry of an Order substantially in the form annexed hereto as **Exhibit A** authorizing Ms. Quick to appear at the Hearing via Zoom.

WHEREFORE, the Assignee respectfully requests entry of an Order in the form annexed hereto as **Exhibit A** (i) authorizing Ms. Quick to appear remotely via Zoom and (ii) granting such other and further relief as is just and proper.

Dated: May 17, 2023

    Respectfully submitted,

    BAST AMRON LLP
    *Counsel for Assignee, Philip J. von Kahle for the Benefit of Creditors of Liberty Power Corp., LLC*
    One Southeast Third Ave., Suite 2410
    Miami, Florida 33131
    Telephone: 305.379.7904
    Facsimile: 786.206.8740
    Email:  jbast@bastamron.com
    Email:  dquick@bastamron.com

    By: */s/      Dana R. Quick*
        Jeffrey P. Bast (FBN 996343)
        Dana R. Quick (FBN 074402)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of May, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

                                                        */s/ Dana R. Quick*
                                                          Dana R. Quick, Esq.

# EXHIBIT A

[PROPOSED ORDER]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LIBERTY POWER HOLDINGS, LLC, *et al.*,

    Debtors.

_____/

Chapter 11 Cases

Case No.: 21-13797-SMG

(Jointly Administered)

**ORDER GRANTING PHILIP J. VON KAHLE AS ASSIGNEE OF
LIBERTY POWER CORPORATION'S *EX PARTE* MOTION
TO ALLOW ATTORNEY DANA QUICK TO APPEAR BY ZOOM AT
THE HEARING CURRENTLY SCHEDULED FOR MAY 24, 2023**

**THIS MATTER** having come before the Court, without hearing, upon *Philip J. von Kahle as Assignee of Liberty Power Corporation's Ex Parte Motion to Allow Attorney Dana Quick to Appear by Zoom at the Hearing Currently Scheduled for May 24, 2023* [ECF No. ___] (the "Motion").[1]  The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

---

[1] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

      **ORDERED** that:

      1.      The Motion is **GRANTED**.

      2.      Dana Quick is permitted to appear remotely via Zoom at the Hearing currently scheduled for May 24, 2023, at 1:30 p.m. (Prevailing Eastern Time).

# # #

**Submitted by:**
Dana R. Quick, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: dquick@bastamron.com


**Copies to:**
Dana R. Quick, Esq.

      *Dana Quick shall serve a copy of this order on all parties in interest, and shall file a certificate of service thereof.*