UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:  Lead Case No. 21-13797-SMG

LIBERTY POWER HOLDINGS, LLC,  Chapter 11
et al.,

     Debtors.
_____/

## NOTICE OF WITHDRAWAL OF ECF NO. 896

Philip J. von Kahle, in his capacity as the Assignee (the "Assignee") for the benefit of creditors of Liberty Power Corporation ("LPC"), through the undersigned counsel, and based upon the agreement reflected in the *Notice of Filing Proposed Revised Clean and Redlined Settlement Orders* (ECF No. 899), hereby withdraws his *Limited Objection to Proposed Settlements by Philip J. von Kahle as Assignee of Liberty Power Corporation* (ECF No. 896) in the above-referenced bankruptcy proceeding.

Dated: May 24, 2023

          Respectfully submitted,

          BAST AMRON LLP
          *Counsel for Assignee, Philip J. von Kahle for the Benefit of Creditors of Liberty Power Corp., LLC*
          One Southeast Third Ave., Suite 2410
          Miami, Florida 33131
          Telephone: 305.379.7904
          Facsimile: 786.206.8740
          Email: jbast@bastamron.com
          Email: dquick@bastamron.com

          By: */s/ Dana R. Quick*
              Jeffrey P. Bast (FBN 996343)
              Dana R. Quick (FBN 074402)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

                                                     */s/ Dana R. Quick*
                                                      Dana R. Quick, Esq.