

**ORDERED in the Southern District of Florida on May 25, 2023.**

                                                           **Scott M. Grossman, Judge**
                                                          **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| | |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |
| _____/ | |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 9019 TO APPROVE THE TERMS OF A SETTLEMENT BY AND BETWEEN THE DEBTORS AND THE D&O PARTIES**

**THIS MATTER** came before the Court on May 24, 2023 1:30 p.m. (the "Hearing") upon the motion (the "Motion") [ECF No. 871] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an Order, pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9019, approving the terms of that certain Settlement Agreement, dated as of April 7, 2023,

1

attached to the Motion as <u>Exhibit B</u> (the "<u>Settlement Agreement</u>"),[1] by and between the Debtors and each of David Hernandez ("<u>Hernandez</u>") and Martin Halpern ("<u>Halpern</u>") (collectively referred to as "<u>D&O Parties</u>"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(a) and 1334; having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and having reviewed the Motion and heard the statements in support of the relief requested therein at the Hearing; and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein, it is

**ORDERED THAT:**

1. The Motion is **GRANTED** in its entirety.

2. The Settlement Agreement is approved pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9019(b) in its entirety.

3. Nothing expressed or implied in the Settlement Agreement shall, or shall be, construed to confer upon or give to any person or entity, including specifically the Pre-Petition Professionals, any rights, remedies or benefits under or by reason of the Settlement Agreement or the releases provided by the Debtor Releasing Parties therein.

4. Nothing in the Motion or this Order (nor in the Settlement Agreement) releases, enjoins, or shall be deemed to release or enjoin any claims of (a) Liberty Power Corp., LLC; or (b)

---

[1] All capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Settlement Agreement.

2

Philip J. von Kahle as Assignee for Liberty Power Corp., LLC; provided however that nothing in this provision constitutes an acknowledgement that such claims exist or restricts or releases any defense against same, and provided further that this provision shall not limit or affect the release being provided by the Debtors under the Settlement Agreement for any claims of the Debtors that exist and may be brought by, through or under the Debtors.

5. The Debtors are authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the Settlement Agreement.

6. This Court shall retain jurisdiction with respect to all matters, claims, rights, and obligations arising from or related to the implementation of this Order.

###

**Submitted By**:
Paul J. Battista, Esq.
Venable, LLP.
*Counsel for Debtors-in-Possession*
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
pjbattista@venable.com

**Copies to:**
Paul J. Battista, Esq. [Attorney Battista is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the court within 3 days]