UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |

_____/

**DEBTORS' FIRST OMNIBUS OBJECTION TO MISCLASSIFIED
ADMINISTRATIVE, PRIORITY AND/OR SECURED CLAIMS**

**LIBERTY POWER HOLDINGS, LLC** ("Holdings"), **LIBERTY POWER DISTRICT OF COLUMBIA, LLC** ("Liberty District of Columbia"), **LPT, LLC** ("LPT") and **LIBERTY POWER MARYLAND, LLC** ("Liberty Maryland")(collectively, the "Debtors"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this First Omnibus Objection ("Objection") to the Proofs of Claim (collectively, the "Claims") filed in these cases by the below-referenced claimants (collectively, the "Claimants").

| Claimant | Claim Number | Claim Amount and Type | Recommended Disposition |
|---|---|---|---|
| Manoj Kumar Tripathy<br>55 Farmbrook Ln<br>South Windsor, CT 06074-2886<br><br>kunni.t@gmail.com | 120 | $3,000 General Unsecured<br><br>$1,000 Priority Tax<br><br>$1,000 unspecified Priority | Reclassify and Allow as a General Unsecured Claim in the amount of $5,000 |
| Alvin Scott<br>1101 Mountain View St.<br>Red Oak, TX 75154<br><br>Mikal Watts, Esq.<br>Watts Guerra LLP | 70 | $26,000 General Unsecured<br><br>$30,000 Secured<br><br>$15,000 Domestic Support Obligation priority | Reclassify and Allow as a General Unsecured Claim in the amount of $71,000 |

| | | | |
|---|---|---|---|
| 5726 W Hausman Rd Ste 119 San Antonio, TX 78249 pwrgroup@wattsguerra.com | | | |
| Barbara Allan 259 Conty Road 243 Ganado, TX 77962  Mikal Watts, Esq. Watts Guerra LLP 5726 W Hausman Rd Ste 119 San Antonio, TX 78249 pwrgroup@wattsguerra.com | 75 | $227,000 General Unsecured  $9,000 Secured | Reclassify and Allow as a General Unsecured Claim in the amount of $236,000 |
| Patricia Wilburn 4013 Fitzhugh Avenue Fort Worth, TX 76105  Mikal Watts, Esq. Watts Guerra LLP 5726 W Hausman Rd Ste 119 San Antonio, TX 78249 pwrgroup@wattsguerra.com | 77 | $119,950 General Unsecured  $1,050 Secured | Reclassify and Allow as a General Unsecured Claim in the amount of $120,000 |

1. The filing of this Objection does not impair, and is without prejudice to, the Debtors' rights to further object to the Claims on any other grounds or to seek any further or additional relief available under the Bankruptcy Code or any other applicable law.

2. Each of the Claims was improperly filed as an administrative, priority and/or secured claim. By this Objection, the Debtors seek to reclassify the Claims as Class 7 General Unsecured Claims under the Debtors' Joint Plan of Liquidation [ECF No. 874/875] (the "Joint Plan"). The Claimants have no basis to assert an administrative, priority and/or secured claim and no basis is stated in any of the Claims.

WHEREFORE, the Debtors respectfully request that this Court enter an Order: (i) sustaining this Objection, (ii) reclassifying each of the Claims as a Class 7 General Unsecured Claim in the amount stated above.

**Dated this 25th day of May, 2023.**

        Respectfully Submitted,

        **VENABLE, LLP**
*Counsel for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:    /s/ *Mariaelena Gayo-Guitian*
        Paul J. Battista, Esq.
        Florida Bar No. 884162
        pjbattista@venable.com
        Mariaelena Gayo-Guitian, Esq.
        Florida Bar No. 813818
        mguitian@venable.com
        Heather L. Harmon, Esq.
        Florida Bar No. 13192
        hlharmon@venable.com