**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |

_____/

**DEBTORS' SECOND OMNIBUS OBJECTION TO PRIORITY AND ADMINISTRATIVE TAX CLAIMS PAID OR OTHERWISE SATISFIED IN FULL**

*PLEASE LOCATE YOUR NAME ON EXHIBIT "A"*
*EXHIBIT IS IN ALPHABETICAL ORDER BY STATE OR AGENCY*

**LIBERTY POWER HOLDINGS, LLC** ("Holdings"), **LIBERTY POWER DISTRICT OF COLUMBIA, LLC** ("Liberty District of Columbia"), **LPT, LLC** ("LPT") and **LIBERTY POWER MARYLAND, LLC** ("Liberty Maryland")(collectively, the "Debtors"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this Second Omnibus Objection ("Objection") to the Proofs of Claim set forth on the attached Exhibit "A" (collectively, the "Claims").

1. The filing of this Objection does not impair, and is without prejudice to, the Debtors' rights to further object to the Claims on any other grounds or to seek any further or additional relief available under the Bankruptcy Code or any other applicable law.

2. Each of the Claims was paid in full or otherwise satisfied prior to or during these Chapter 11 cases. The Debtors seek to strike and disallow the Claims in their entirety.

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order: (i) sustaining this Objection, (ii) striking and disallowing each of the Claims in its entirety.

**Dated this 25<u>th</u> day of May, 2023.**

                                              Respectfully Submitted,

                                              **VENABLE, LLP**
                                              *Counsel for Debtors-in-Possession*
                                              100 Southeast Second Street, Suite 4400
                                              Miami, Florida 33131
                                              Telephone: (305) 349-2300
                                              Facsimile: (305) 349-2310

                                              By:    /s/ *Heather L. Harmon*
                                                           Paul J. Battista, Esq.
                                                           Florida Bar No. 884162
                                                          pjbattista@venable.com
                                                          Mariaelena Gayo-Guitian, Esq.
                                                          Florida Bar No. 813818
                                                          mguitian@venable.com
                                                          Heather L. Harmon, Esq.
                                                          Florida Bar No. 13192
                                                          hlharmon@venable.com

Case 21-13797-SMG    Doc 905    Filed 05/25/23    Page 3 of 5

Liberty Power Holdings, LLC, et al.
Exhibit "A" to Debtors' Second Omnibus Objection to Claims

| Claim Number | Debtor | State or Agency | Creditor Name | Claim Type as Filed | Claim Amount as Filed | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|---|---|---|
| 92 | LPH | California | Franchise Tax Board<br>Attn: Anthony Franklin<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Priority Tax | $ 1,114.78 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 95 | LPH | Delaware | State of Delaware Division of Revenue<br>Attn: Christina Rojas<br>820 N. French St.<br>Wilmington, DE 19801<br><br>christina.rojas@delaware.gov | Priority Tax | $ 49,345.46 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 4 | LPDC | District of Columbia | District of Columbia - Government Office of Tax and Revenue<br>Attn: Angela Coleman<br>PO Box 37559<br>Washington DC 20013<br><br>angela.coleman@dc.gov<br><br>District of Columbia - Government Office of Tax and Revenue<br>Attn: Eugenia Williams<br>1101 4th Street SW<br>Washington DC 20024<br><br>eugenia.williams@dc.gov | Priority Tax | $ 7,903.34 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 100 | LPH | Illinois | Illinois Department of Revenue<br>Bankruptcy Unit<br>Attn: Patricia Knipfer<br>PO Box 19035<br>Springfield, IL 62794<br><br>REV.Bankruptcy@illinois.gov | GUC | Unliquidated | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 130 | LPH | IRS | Internal Revenue Service<br>Attn: Beatriz Alfaro<br>City View Plaza II - Insolvency<br>48 Carr 165, Suite #2000<br>Guaynabo, PR 00968-8000<br><br>beatriz.alfaro@irs.gov | Admin | $ 3,380.74 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 7 | LPH | IRS | Internal Revenue Service<br>Attn: Beatriz Alfaro<br>City View Plaza II - Insolvency<br>48 Carr 165, Suite #2000<br>Guaynabo, PR 00968-8000<br><br>beatriz.alfaro@irs.gov | Priority Tax | Unliquidated | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |

Liberty Power Holdings, LLC, et al.
Exhibit "A" to Debtors' Second Omnibus Objection to Claims

| Claim Number | Debtor | State or Agency | Creditor Name | Claim Type as Filed | Claim Amount as Filed | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|---|---|---|
| 3 | LPMD | Maryland | Comptroller of the Treasury<br>Attn:  Tria White<br>301 W Preston St., Room #409<br>Baltimore, MD 21201-2383<br><br>twhite2@marylandtaxes.gov | Priority Tax | $ 72,713.00 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 94 | LPH | Massachusetts | Massachusetts Department of Revenue<br>Bankruptcy Unit - Attn: Ciro Njinyah<br>PO Box 9564<br>Boston, MA 02114-9564<br><br>njinyahc@dor.state.ma.us | Priority Tax | $ 96,871.59 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 12 | LPH | New Jersey | New Jersey Division of Taxation<br>Attn:  Stephanie Harle<br>PO Box 245<br>Trenton, NJ 08695<br><br>Stephanie.Harle@treas.nj.gov | Priority Tax | $ - | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 132 | LPH | New Jersey | New Jersey Division of Taxation<br>Attn:  Stephanie Harle<br>PO Box 245<br>Trenton, NJ 08695<br><br>Stephanie.Harle@treas.nj.gov | Admin | $ 706.23 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 129 | LPH | New Jersey | New Jersey Division of Taxation<br>Attn:  Stephanie Harle<br>PO Box 245<br>Trenton, NJ 08695<br><br>Stephanie.Harle@treas.nj.gov | Priority Tax | $ - | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 122 | LPH | New York | State of New York Department of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Admin | $ - | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 133 | LPH | New York | State of New York Department of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Admin | $ 8,886.23 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |
| 96 | LPH | New York | State of New York Department of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Priority Tax | $ 318,949.14 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |

Liberty Power Holdings, LLC, et al.
Exhibit "A" to Debtors' Second Omnibus Objection to Claims

| Claim Number | Debtor | State or Agency | Creditor Name | Claim Type as Filed | Claim Amount as Filed | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|---|---|---|
| 13 | LPT | Texas | Texas Comptroller of Public Accounts<br>Attn: Lydia H Hewett<br>Bankruptcy & Collections, Div MC-008<br>PO Box 12548<br>Austin, TX 78711-2548<br><br>Texas Comptroller of Public Accounts<br>Attn: Courtney J. Hull, Esq.<br>Bankruptcy & Collections, Div MC-008<br>PO Box 12548<br>Austin, TX 78711-2548<br><br>Courtney.Hull@oag.texas.gov | Admin | $ 69,143.08 | This Claim has been paid in full or otherwise satisfied in full prior to or during these Chapter 11 Cases. | Strike and disallow in its entirety |