

**ORDERED in the Southern District of Florida on May 26, 2023.**

*Scott M. Grossman*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |
| _____/ | |

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION FOR ENTRY OF AN ORDER (A) SHORTENING NOTICE PERIOD FOR HEARING ON DEBTORS' OBJECTION TO CERTAIN ADMINISTRATIVE, PRIORITY AND SECURED CLAIMS AND (B) SCHEDULING EXPEDITED HEARING ON JUNE 15, 2023 AT 1:30 PM**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion For Entry Of An Order (A) Shortening Notice Period For Hearing On Debtors' Objection To Certain Administrative, Priority And Secured Claims And (B) Scheduling Expedited Hearing On June 15, 2023 At 1:30 p.m.* [ECF No. 906] (the "Motion"). The Court, having jurisdiction to consider the

Motion and the relief requested therein; finding that the Motion is a core proceeding and that venue is proper before this Court; and it appearing that no other or further notice need be provided; and this Court having determined that relief requested in the Motion is in the best interest of the Debtors' estates, creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**ORDERS as follows**:

1. The Motion is **GRANTED**.

2. The hearing on the Debtors' Objection to Claims [ECF Nos. 903, 904 & 905] shall be held on **June 15, 2023 at 1:30 p.m**. ("Hearing") EDT before the Honorable Scott M. Grossman, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Florida, U.S. Courthouse, 299 E. Broward Blvd., Courtroom 308, Ft. Lauderdale, FL 33301.

3. Any response to the Objection to Claims shall be filed not later than 4:30 p.m. on the second business day prior to the Hearing; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order

### #

**Submitted By**:
Heather L. Harmon, Esq
VENABLE, LLP
Counsel to Debtors-in-Possession
100 S.E. Second Street, 44th Floor
Miami, FL 33131
(305) 349-2300 (p)
hlharmon@venable.com