**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |

_____/

### DEBTORS' THIRD OMNIBUS OBJECTION TO DUPLICATE CLAIMS

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

**United States Bankruptcy Court**
**United States Courthouse**
**299 E. Broward Blvd, Room 112**
**Fort Lauderdale, FL 33301**

A copy of the written response must also be sent to:

**Heather L. Harmon, Esq.**
**VENABLE LLP**
**100 Southeast Second Street, 44th Floor**
**Miami, Florida 33131**

hlharmon@venable.com

**LIBERTY POWER HOLDINGS, LLC** ("Holdings"), **LIBERTY POWER DISTRICT OF COLUMBIA, LLC** ("Liberty District of Columbia"), **LPT, LLC** ("LPT") and **LIBERTY POWER MARYLAND, LLC** ("Liberty Maryland")(collectively, the "Debtors"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this Third Omnibus Objection ("Objection") to the Proofs of Claim (collectively, the "Claims") filed in these cases by the below-referenced claimants (collectively, the "Claimants").

| Claimant | Claim Number | Claim Amount and Type | Recommended Disposition |
|---|---|---|---|
| The Hanover Insurance Company<br>Joseph Brenstrom<br>5331 South Gray Street<br>Denver, CO 80123<br><br>jbrenstrom@hanover.com | 4<br><br>(Case No. 21-15537) | $70,200.32<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 5 in Case No. 21-15537 |
| The Hanover Insurance Company<br>Joseph Brenstrom<br>5331 South Gray Street<br>Denver, CO 80123<br><br>jbrenstrom@hanover.com | 5<br><br>(Case No. 21-15539) | $55,000<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 6 in Case No. 21-15539 |
| Altium Packaging<br>Attn: Mark Niswonger<br>2500 Windy Ridge Parkway<br>Suite 1400<br>Atlanta, GA 30339<br><br>Mark.niswonger@altiumpkg.com<br><br>David A. Wender, Esq.<br>Alston & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309<br><br>David.Wender@alston.com | 117<br><br>(Case No. 21-13797) | $315,019.45<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 119 in Case No. 21-13797 |

| | | | |
|---|---|---|---|
| GNHWPCA<br>260 East St.<br>New Haven, CT 06511<br><br>gzrelak@gnhwpca.com<br><br>Michael R. Enright, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br><br>menright@rc.com | 7<br><br>(Case No. 21-15540) | $876,136.11<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 121 in Case No. 21-13797 |
| GNHWPCA<br>260 East St.<br>New Haven, CT 06511<br><br>gzrelak@gnhwpca.com<br><br>Michael R. Enright, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br><br>menright@rc.com | 8<br><br>(Case No. 21-15539) | $876,136.11<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 121 in Case No. 21-13797 |
| GNHWPCA<br>260 East St.<br>New Haven, CT 06511<br><br>gzrelak@gnhwpca.com<br><br>Michael R. Enright, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br><br>menright@rc.com | 9<br><br>(Case No. 21-15537) | $876,136.11<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 121 in Case No. 21-13797 |
| Hebrew Home of Greater Washington, Inc.<br>Attn: Bruce Lederman<br>6125 Montrose Road<br>Rockville, MD 20852<br><br>lederman@ceslc.org | 6<br><br>(Case No. 21-15540) | $688,593<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 114 in Case No. 21-13797 |

| | | | |
|---|---|---|---|
| Hebrew Home of Greater Washington, Inc.<br>J. David Folds, Esq.<br>Baker Donelson<br>901 K Street NW, Suite 900<br>Washington, DC 20001<br><br>dfolds@bakerdonelson.com | | | |
| Hebrew Home of Greater Washington, Inc.<br>Attn: Bruce Lederman<br>6125 Montrose Road<br>Rockville, MD 20852<br><br>lederman@ceslc.org<br><br>Hebrew Home of Greater Washington, Inc.<br>J. David Folds, Esq.<br>Baker Donelson<br>901 K Street NW, Suite 900<br>Washington, DC 20001<br><br>dfolds@bakerdonelson.com | 7<br><br>(Case No. 21-15539) | $688,593<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 114 in Case No. 21-13797 |
| Hebrew Home of Greater Washington, Inc.<br>Attn: Bruce Lederman<br>6125 Montrose Road<br>Rockville, MD 20852<br><br>lederman@ceslc.org<br><br>Hebrew Home of Greater Washington, Inc.<br>J. David Folds, Esq.<br>Baker Donelson<br>901 K Street NW, Suite 900<br>Washington, DC 20001<br><br>dfolds@bakerdonelson.com | 8<br><br>(Case No. 21-15537) | $688,593<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 114 in Case No. 21-13797 |

| | | | |
|---|---|---|---|
| Syncreon Technology (USA) LLC<br>Attn: Brad Shires<br>2851 High Meadow Circle, Suite 250<br>Auburn Hills, MI 48326<br><br>Brad.shires@syncreon.com<br><br>Joshua Gadharf, Esq.<br>McDonald Hopkins<br>39533 Woodward Ave, Suite 318<br>Bloomfield Hills, MI 48304<br><br>jgadharf@mcdonaldhopkins.com | 10<br><br>(Case No. 21-15537) | Unliquidated<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 124 in Case No. 21-13797 |
| Syncreon Technology (USA) LLC<br>Attn: Brad Shires<br>2851 High Meadow Circle, Suite 250<br>Auburn Hills, MI 48326<br><br>Brad.shires@syncreon.com<br><br>Joshua Gadharf, Esq.<br>McDonald Hopkins<br>39533 Woodward Ave, Suite 318<br>Bloomfield Hills, MI 48304<br><br>jgadharf@mcdonaldhopkins.com | 8<br><br>(Case No. 21-15540) | Unliquidated<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 124 in Case No. 21-13797 |
| Syncreon Technology (USA) LLC<br>Attn: Brad Shires<br>2851 High Meadow Circle, Suite 250<br>Auburn Hills, MI 48326<br><br>Brad.shires@syncreon.com<br><br>Joshua Gadharf, Esq.<br>McDonald Hopkins<br>39533 Woodward Ave, Suite 318<br>Bloomfield Hills, MI 48304<br><br>jgadharf@mcdonaldhopkins.com | 9<br><br>(Case No. 21-15539) | Unliquidated<br><br>General Unsecured | Strike and disallow as duplicative of Claim No. 124 in Case No. 21-13797 |

5

1. The filing of this Objection does not impair, and is without prejudice to, the Debtors' rights to further object to the Claims on any other grounds or to seek any further or additional relief available under the Bankruptcy Code or any other applicable law.

2. Each of the Claims is duplicative of another claim filed in these Chapter 11 Cases, as indicated. By this Objection, the Debtors seek to strike and disallow the duplicative Claims.

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order: (i) sustaining this Objection, (ii) striking and disallowing each of the Claims as duplicative, and (iii) granting such other and further relief as is just and proper.

**Dated this 1st day of June, 2023.**

Respectfully Submitted,

**VENABLE, LLP**
*Counsel for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/ *Heather L. Harmon*
Paul J. Battista, Esq.
Florida Bar No. 884162
pjbattista@venable.com
Mariaelena Gayo-Guitian, Esq.
Florida Bar No. 813818
mguitian@venable.com
Heather L. Harmon, Esq.
Florida Bar No. 13192
hlharmon@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Objection was served via CM/ECF upon all interested parties registered to receive electronic notification on the attached service list and/or via U. S. Mail and email to Claimant and Claimant's counsel as listed above and below this on 1st day of June, 2023.

By:    /s/ *Heather L. Harmon*
        Heather L. Harmon

The Hanover Insurance Company
c/o Gerard M Kouri Jr Esq.
5311 King Arthur Ave
Davie, FL 33331

gmkouripaecf@gmail.com