**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | (Jointly administered 21-13797-SMG) |
| _____/ | |

**OBJECTION TO PROOF OF CLAIM FILED BY JENESHIA WASHINGTON-HUGHES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**
(Proof of Claim No. 47 in Case No. 21-13797)

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

United States Bankruptcy Court
United States Courthouse
299 E. Broward Blvd, Room 112
Fort Lauderdale, FL 33301

**A copy of the written response must also be sent to:**

Heather L. Harmon, Esq.
**VENABLE LLP**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
hlharmon@venable.com

**LIBERTY POWER HOLDINGS, LLC** ("Holdings" or "Debtor"), one of the four above-captioned debtors in these chapter 11 cases, by and through its undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this objection ("Objection") to Proof of Claim No. 47 filed in Case No. 21-13797 by Jeneshia Washington-Hughes ("Claimant") of behalf of herself and the class she seeks to represent consisting of individuals as sales employees in the Commonwealth of Massachusetts (collectively, the "Purported Class") asserting a general unsecured claim against Holdings in the amount of $3,913,210.08. In support of the Objection the Debtor states as follows:

1. Prior to the Petition Date, on June 12, 2018, Claimant filed a *Class Action Complaint and Demand For Jury Trial* (the "Complaint") in Suffolk County Massachusetts Superior Court against the Debtor, non-debtor Liberty Power Delaware, LLC and non-debtor Liberty Power Corp., LLC (collectively, the "Defendants") (Civil Action No.: 1884CV01898 BLS 2) (the "State Court Case").

2. In the State Court Case, Claimant alleged that the Defendants violated the Massachusetts Wage Act, M.G.L. c. 149, § 148, the Massachusetts Minimum Wage Law, M.G.L. c. 151, §§ 1-1B, the Massachusetts Independent Contractor Statute, M.G.L. c. 149, § 148B, and Massachusetts common law on behalf of a class of all sales employees who did not receive the wages to which they were entitled under Massachusetts Law. (collectively, "Massachusetts Law").

2

3. The Complaint alleges that Ms. Washington-Hughes, along with other Purported Class members, were each employed by various field sales channels, with whom Liberty Power Holdings, LLC contracted for the performance of door-to-door sales of electricity.

4. The Complaint further alleges that each of these workers were misclassified as independent contractors, and instead are employees of Liberty Power Holdings, LLC such that Holdings is liable for unpaid overtime allegedly owed to each of the workers.

5. On June 25, 2021, Claimant filed Proof of Claim No. 47 in Case No. 21-13797 asserting a general unsecured claim against Holdings in the amount of $3,913,210.08 (the "Claim"). The Claim also asserted an unliquidated portion for additional unspecified damages.

6. The State Court Case was stayed upon the Debtor's bankruptcy filing and remains stayed. The Court has not adjudicated liability against any Defendant.

7. The Debtor seeks an Order of this Court striking and disallowing the Claim on the grounds that each member of the purported class was hired by each of the individual field sales channels as independent contractors, and Holdings does not exercise the control necessary to meet the standard for a finding that Holdings is an employer and liable for any allegations of unpaid overtime.

8. As a result, the Claim is speculative, excessive, unsubstantiated and without merit.

9. The Debtor reserves all rights to amend or supplement this Objection on any grounds.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order: (i) sustaining the Objection; (ii) striking and disallowing the Claim; and (iii) granting the Debtor such other and further relief as is just and proper.

Dated this 1<u>st</u> day of June, 2023.	Respectfully Submitted,

**VENABLE, LLP**
*Counsel for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/ *Heather L. Harmon*
Paul J. Battista, Esq.
Florida Bar No. 884162
pjbattista@venable.com
Mariaelena Gayo-Guitian, Esq.
Florida Bar No. 813818
mguitian@venable.com
Heather L. Harmon, Esq.
Florida Bar No. 13192
hlharmon@venable.com

4

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of the foregoing Objection was served via CM/ECF upon all interested parties registered to receive electronic notification on the attached service list and/or via U. S. Mail and email to Claimant's counsel as listed below this on 1st day of June, 2023.

                                                By:   */s/ Heather L. Harmon*
                                                                   Heather L. Harmon, Esq.

Claimant's Counsel

Brook S. Lane, Esq.
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111

brook@fairworklaw.com

Hillary Schwab, Esq.
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111

hillary@fairworklaw.com