**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |
| _____/ | |

**OBJECTION TO PROOF OF CLAIM FILED BY BLT STEAK LLC**
**AND BLT FISH LLC, AS CLASS REPRESENTATIVES**
(Proof of Claim No. 17 in Case No. 21-13797)

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

United States Bankruptcy Court
United States Courthouse
299 E. Broward Blvd, Room 112
Fort Lauderdale, FL 33301

**A copy of the written response must also be sent to:**

Heather L. Harmon, Esq.
**VENABLE LLP**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
hlharmon@venable.com

**LIBERTY POWER HOLDINGS, LLC** ("Holdings" or "Debtor"), one of the four above-captioned debtors in these chapter 11 cases, by and through its undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this objection ("Objection") to Proof of Claim No. 17 filed in Case No. 21-13797 by BLT Steak LLC and BLT Fish LLC (collectively, "Claimant") of behalf of themselves and the class they seek to represent consisting of individuals as customers subject to a variable rate plan for the provision of electricity in New York State that provided that rates would be based on electricity market pricing (collectively, the "Purported Class") asserting a general unsecured claim against Holdings in the amount of $383,112,952 (the "Claim").  In support of the Objection the Debtor states as follows:

1. Prior to the Petition Date, on February 11, 2013, Claimant filed a *Class Action Complaint* in the case of *BLT Steak LLC and BLT Fish LLC v. Liberty Power Corp., LLC d/b/a Liberty Power New York and Liberty Power Holdings, LLC* (collectively, the "Defendants"), Index No. 151293/2013 (N.Y. Sup. Ct., N.Y. County) (the "State Court Case").  As of the Petition Date, in the State Court Case, the Court had not entered an order certifying the alleged class or appointing class counsel because the parties could not reach agreement on the language of the proposed order.

2. Claimant alleges that one or more of the Defendants provided electricity to Claimant and the Purported Class and were contractually obligated to charge a variable rate based on electricity market pricing.  Further, Claimant alleges that the Defendants breached those contracts by "charging exorbitant rates that were not tied to electricity market pricing." [ECF No. 551 at ¶ 2].

2

3. On June 24, 2021, Claimant filed Proof of Claim No. 17 in Case No. 21-13797 asserting a general unsecured claim against Holdings in the amount of $383,112,952. Claimant derives the amount of the Claim from an Expert Report dated December 20, 2019.

4. The State Court Case was stayed upon the Debtor's bankruptcy filing and remains stayed. As of the Petition Date, the State Court Case was in its initial stages of discovery and the Court had not adjudicated liability against any Defendant.

5. The Debtor seeks an Order of this Court striking and disallowing the Claim on the grounds that the Claim is speculative, excessive, unsubstantiated and without merit.

6. The Debtor reserves all rights to amend or supplement this Objection on any grounds.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order: (i) sustaining the Objection; (ii) striking and disallowing the Claim; and (iii) granting the Debtor such other and further relief as is just and proper.

**Dated this 1st day of June, 2023.**     Respectfully Submitted,

**VENABLE, LLP**
*Counsel for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:    /s/ *Heather L. Harmon*
       Paul J. Battista, Esq.
       Florida Bar No. 884162
       pjbattista@venable.com
       Mariaelena Gayo-Guitian, Esq.
       Florida Bar No. 813818
       mguitian@venable.com
       Heather L. Harmon, Esq.
       Florida Bar No. 13192
       hlharmon@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Objection was served via CM/ECF upon all interested parties registered to receive electronic notification on the attached service list and/or via U. S. Mail and email to Claimant's counsel as listed below this on 1st day of June, 2023.

By: _/s/ Heather L. Harmon_
Heather L. Harmon, Esq.

Claimant's Counsel

Albert A. Ciardi, III, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

aciardi@ciardilaw.com