**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | **(Jointly administered 21-13797-SMG)** |

_____/

**OBJECTION TO PROOF OF CLAIM FILED BY SAMUEL KATZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**
(Proof of Claim No. 44 in Case No. 21-13797)

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

   This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

   If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

   If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

   The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

United States Bankruptcy Court
United States Courthouse
299 E. Broward Blvd, Room 112
Fort Lauderdale, FL 33301

**A copy of the written response must also be sent to:**

Heather L. Harmon, Esq.
VENABLE LLP
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
hlharmon@venable.com

**LIBERTY POWER HOLDINGS, LLC** ("Holdings" or "Debtor"), one of the four above-captioned debtors in these chapter 11 cases, by and through its undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, files this objection ("Objection") to Proof of Claim No. 44 filed in Case No. 21-13797 by Samuel Katz ("Claimant"), individually and on behalf of all others similarly situated (collectively, the "Purported Class") asserting a general unsecured claim against Holdings in the amount of $549,299,500 (the "Claim"). In support of the Objection the Debtor states as follows:

1.  Prior to the Petition Date, on March 16, 2018, Claimant filed a *Class Action Complaint and Jury Demand* in the case styled *Katz, et al. v. Liberty Power Corp., LLC, et al.* pending in the United States District Court, District of Massachusetts (Case No. 1:18-cv-10506-AD) (the "District Court Action"). As of the Petition Date, in the District Court Action, the Court had not entered an order certifying the Purported Class or adjudicating Claimant's allegations against any Defendant.

2.  Claimant alleges that one or more of the Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

3.  On June 28, 2021, Claimant filed Proof of Claim No. 44 in Case No. 21-13797 asserting a general unsecured claim against Holdings in the amount of $545,299,500. Claimant derives the amount of the Claim from an estimated number of TCPA violations at $500 per violation.

4. The District Court Action was stayed upon the Debtor's bankruptcy filing and remains stayed. As of the Petition Date, the District Court Action was in its initial stages of discovery, the Purported Class had not been certified and the Court had not adjudicated liability against any Defendant.

5. The Debtor seeks an Order of this Court striking and disallowing the Claim on the grounds that the Claim is speculative, excessive, unsubstantiated and without merit.

6. The Debtor reserves all rights to amend or supplement this Objection on any grounds.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order: (i) sustaining the Objection; (ii) striking and disallowing the Claim; and (iii) granting the Debtor such other and further relief as is just and proper.

**Dated this 1st day of June, 2023.**          Respectfully Submitted,

                                        **VENABLE, LLP**
*Counsel for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:    /s/ *Heather L. Harmon*
       Paul J. Battista, Esq.
       Florida Bar No. 884162
       pjbattista@venable.com
       Mariaelena Gayo-Guitian, Esq.
       Florida Bar No. 813818
       mguitian@venable.com
       Heather L. Harmon, Esq.
       Florida Bar No. 13192
       hlharmon@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Objection was served via CM/ECF upon all interested parties registered to receive electronic notification on the attached service list and/or via U. S. Mail and email to Claimant's counsel as listed below this on 1st day of June, 2023.

By: /s/ *Heather L. Harmon*
Heather L. Harmon, Esq.

Claimant's Counsel

David C. Parisi, Esq.
Parisi & Havens LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111

dcparisi@parisihavens.com