**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                              Chapter 11 Cases

**LIBERTY POWER HOLDINGS, LLC,**          Case No. 21-13797-SMG
**LPT, LLC,**                              Case No. 21-15537-SMG
**LIBERTY POWER MARYLAND, LLC,**          Case No. 21-15539-SMG
**LIBERTY POWER DISTRICT OF**
**COLUMBIA, LLC,**                         Case No. 21-15540-SMG

    Debtors.                            (Jointly administered 21-13797-SMG)
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff           [ ] Defendant           [X] Debtor           [ ] Other

Date of Hearing/Trial:          **June 15, 2023 at 1:30 p.m.**

Type of Hearing/Trial:          **Hearing on Final Approval of Joint Disclosure Statement, Confirmation Hearing and Hearing on Fee Applications**

SUBMITTED BY:

          **VENABLE LLP**
          *Attorneys for Debtors-in-Possession*
          100 Southeast Second Street, Suite 4400
          Miami, Florida 33131
          Telephone: (305) 349-2300
          Facsimile: (305) 349-2310

          By:    /s/  *Paul J. Battista*
                  Paul J. Battista, Esq.
                  Florida Bar No. 884162
                  pjbattista@venable.com
                  Mariaelena Gayo-Guitian, Esq.
                  Florida Bar No. 813818
                  mgguitian@venable.com
                  Heather L. Harmon
                  Florida Bar No. 13192
                  hlharmon@venable.com

| Exhibit | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Joint Chapter 11 Plan of Liquidation Proposed by Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC **[ECF No. 875]** | | | |
| 2 | Joint Disclosure Statement for Chapter 11 Plan of Liquidation Proposed by Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC **[ECF No. 880]** | | | |
| 3 | Debtors' Expedited Motion to Modify Joint Plan of Liquidation Dated April 14, 2023 **[ECF No. 923]** | | | |
| 4 | Certificate of Proponents of Joint Plan on Acceptance of Joint Plan, Report on Amount to Be Deposited, Certificate of Amount Deposited and Payment of Fees **[ECF No. 924]** | | | |
| 5 | Declaration of Bob Butler, Chief Restructuring Officer, in Support of (A) Approval of the Adequacy of Debtors' Disclosure Statement on Final Basis, and (B) Confirmation of the Chapter 11 Plan of Liquidation Proposed by Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC **[ECF No. 925]** | | | |