# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| Debtors. | (Jointly administered 21-13797-SMG) |
| _____/ | |

**CERTIFICATE OF PROPONENTS OF JOINT PLAN ON ACCEPTANCE
OF JOINT PLAN, REPORT ON AMOUNT TO BE DEPOSITED, CERTIFICATE OF
AMOUNT DEPOSITED AND PAYMENT OF FEES**

**LIBERTY POWER HOLDINGS, LLC** ("Holdings"), **LPT, LLC** ("LPT"), **LIBERTY POWER MARYLAND, LLC** ("Liberty MD") and **LIBERTY POWER DISTRICT OF COLUMBIA, LLC** ("Liberty DC") (collectively, the "Debtors"), by and through undersigned counsel, hereby certify the following:

1. On April 14, 2023, the Debtors filed their *Joint Chapter 11 Plan of Liquidation Proposed By Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC* [ECF No. 875] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan"). On April 21, 2023, the Debtors filed their *Joint Disclosure Statement For Joint Chapter 11 Plan of Liquidation Proposed By Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC* [ECF No. 880] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement").

2. On April 27, 2023, the Court entered its *Order (A) Conditionally Approving Joint*

*Disclosure Statement; (B) Authorizing Solicitation Of Votes On Joint Plan Of Liquidation; (C) Approving Solicitation Procedures; (D) Approving Additional Notice Procedures; And (E) Scheduling A Combined Hearing On Approval Of The Joint Disclosure Statement And Hearing On Confirmation Of The Joint Plan Of Liquidation* (the "<u>Disclosure Statement Order</u>") [ECF No. 884].

3. Prior to the deadline set forth in the Disclosure Statement Order, on May 19, 2023, Boston Energy Trading and Marketing, LLC ("<u>BETM</u>") filed its *Ballot Accepting the Plan* [ECF No. 891]. BETM is the only member of the Class 4 Allowed Secured Claim of Boston Energy Trading and Marketing LLC (All Debtors) and Class 4 is the only impaired class entitled to vote on the Plan. Therefore, the Plan has been accepted by at least one class of impaired claims as required under Section 1129(a)(10) of the Bankruptcy Code.

4. Attached as **Exhibit "A"** is a ballot summary separated class and **Exhibit "B"** is a list of all ballots that are valid and were timely filed or deemed timely filed.

5. All other classes of Claims and Equity Interests are either unimpaired and deemed to have voted to accept the Plan under section 1126(f) of the Bankruptcy Code or will not receive or retain any property under the Plan on account of their Claims or Equity Interests and therefore are deemed to have rejected the Plan under section 1126(g) of the Bankruptcy Code. As a result, pursuant to the Disclosure Statement Order, the Debtors did not solicit any Class of Claims or Equity Interests other than BETM's Class 4 Allowed Claim.

6. **Exhibit "C"** is a Claims Register listing each of the filed and scheduled claims in the case and includes an amount that the Debtors believe are disputed with respect to each claim. The analysis on Exhibit "C" is for informational purposes only and should not be relied upon by any party with respect to any anticipated distributions under the Plan. The Debtors have filed

objections to claim, several of which remain pending. The Debtors reserve all rights with respect to amounts listed on Exhibit "C."

7. Attached hereto as **Exhibit "D"** is a list of disputed, contingent or unliquidated claims which are also included in Exhibit "C." The Debtors reserve all rights with respect to amounts listed on Exhibit "D."

8. The Distributions[1] to be made in Cash under the terms of the Plan shall be funded from the Available Cash on hand as of and generated after the Effective Date as set forth on the Liquidation Analysis attached as Exhibit "3" to the Disclosure Statement. Available Cash includes, without limitation, Cash in the Debtors' bank accounts, the Professional Fee Escrow, the retainers of Professionals, and proceeds from the prosecution and/or settlement of Causes of Action, including pursuant to the D&O Settlement Agreement and the Kaufman Settlement Agreement. Pursuant to the BETM Plan Settlement, and subject to the occurrence of the Effective Date, BETM has agreed to allow the Debtors to use the Available Cash to pay the Agreed Senior Claims pursuant to the terms of the Plan.

9. An updated Liquidation Analysis demonstrating proposed disbursements under the Plan, if confirmed, is attached hereto as **Exhibit "E."**

10. All fees required by 28 U.S.C. § 1930 have been paid or will be paid on the Effective Date, as appropriate, from the cash on hand.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Plan and Disclosure Statement.

Dated: June 9, 2023

                                            **VENABLE, LLP**
*Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:   /s/    *Paul J. Battista*
       Paul J. Battista, Esq.
       Fla Bar. No. 884162
       pjbattista@venable.com
       Mariaelena Gayo-Guitian, Esq.
       Florida Bar No. 813818
       mguitian@venable.com
       Heather L. Harmon, Esq.
       Fla. Bar No. 013192
       hlharmon@venable.com

In re Liberty Power Holdings, LLC, et .al.
Confirmation Report
Exhibit A

**CLASS 1** Allowed Other Priority Claims (All Debtors) - Unimpaired. Deemed to Accept Plan Pursuant to 11 U.S.C. §1126(f)

**CLASS 2** Secured Claim of Hanover Insurance Company (All Debtors) - Unimpaired. Deemed to Accept Plan Pursuant to 11 U.S.C. §1126(f)

**CLASS 3** Secured Claim of Eckert Seamans Cherin & Mellot (Holdings Only) - Unimpaired. Deemed to Accept Plan Pursuant to 11 U.S.C. §1126(f)

**CLASS 4** Secured Claim of Boston Energy Trading and Marketing LLC (All Debtors) - Impaired

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $ 15,707,362.40 | % of total = | 100.00% |
| Total Rejections in Dollar Amount | $ - | % of total = | 0.00% |
| Total Number of Acceptances Filed | 1 | % of total = | 100.00% |
| Total Number of Rejections Filed | 0 | % of total = | 0.00% |

**CLASS 5** Secured Claim of Shell Energy North America (US), L.P. (All Debtors) - Impaired. Deemed to Reject Plan Pursuant to 11 U.S.C. §1126(g)

**CLASS 6** Secured Claims of David Hernandez and Martin Halpern - Mezzanine Lenders (Insider Claims) (All Debtors) - Impaired. Deemed to Reject Plan Pursuant to 11 U.S.C. §1126(g)

**CLASS 7** General Unsecured Claims (All Debtors) - Impaired. Deemed to Reject Plan Pursuant to 11 U.S.C. §1126(g)

**CLASS 8** Subordinated Unsecured Claim of The Illinois Attorney General (Holdings Only) - Impaired. Deemed to Reject Plan Pursuant to 11 U.S.C. §1126(g)

**CLASS 9** Equity Interests (All Debtors) - Impaired. Deemed to Reject Plan Pursuant to 11 U.S.C. §1126(g)

In re Liberty Power Holdings, LLC, et al.
Confirmation Report
Exhibit B

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Summary of Ballots Received Accepting or Rejecting the Joint Plan** | | | | | | | | | | |
| | | | | **Number** | | **Did not vote** | **Amount** | | **Date Received** | **Ballot Accepted? If no, why?** |
| **Creditor Name** | **Docket No.** | **Amount** | **Class** | **Accept** | **Reject** | | **Accept** | **Reject** | | |
| Boston Energy Trading and Marketing LLC | 891 | $ 15,707,362.40 | 4 | x | | | $ 15,707,362.40 | $ - | 5/19/2023 | Yes |

Page 1 of 1

In re Liberty Power Holdings, LLC, et. al.
EXHIBIT "C" TO CONFIRMATION REPORT

| Allowed or Disputed | Claim Class | Claim Number | Debtor | Creditor Name | Current Claim Type | Current Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| ALLOWED | Administrative | ECF No. 810 | LPH | City of New York Department of Finance | Admin | $ 26,000.00 | |
| ALLOWED | Administrative | ECF No. 800 | LPH | Connecticut Public Utilities Regulatory Authority | Admin | $ 275,000.00 | |
| DISPUTED | Administrative | 130 | LPH | Internal Revenue Service | Admin | $ 3,380.74 | Objection to Claim Pending |
| CLAIM WITHDRAWN | Administrative | 45 | LPH | Lynne Rhodes, individually and on behalf of all others similarly situated | Admin | $ - | Claim Withdrawn |
| DISPUTED | Administrative | 128 | LPH | Lyria OBrien | Admin | Unliquidated | Objection to Claim Pending |
| DISPUTED | Administrative | 126 | LPH | Lyria OBrien and Shawn OBrien | Admin | Unliquidated | Objection to Claim Pending |
| ALLOWED | Administrative | ECF No. 751 | LPH | Massachusetts Department of Energy Resources | Admin | $ 475,000.00 | |
| DISPUTED | Administrative | 132 | LPH | New Jersey Division of Taxation | Admin | $ 706.23 | Objection to Claim Pending |
| ALLOWED | Administrative | ECF No. 450 | LPH | Postal Center International Inc. | Admin | $ 11,725.53 | |
| DISPUTED | Administrative | 122 | LPH | State of New York Department of Taxation & Finance | Admin | $ - | Objection to Claim Pending |
| DISPUTED | Administrative | 133 | LPH | State of New York Department of Taxation & Finance | Admin | $ 8,886.23 | Objection to Claim Pending |
| CLAIM WITHDRAWN | Administrative | 13 | LPT | Texas Comptroller of Public Accounts | Admin | $ 69,143.08 | Claim Withdrawn |
| CLAIM WITHDRAWN | Administrative | 6 | LPT | Texas Comptroller of Public Accounts | Admin | $ 218,987.40 | Claim Withdrawn |
| CLAIM WITHDRAWN | Priority Tax | 1 | LPH | Broward County | Priority Tax | $ - | Claim Withdrawn |
| CLAIM WITHDRAWN | Priority Tax | 2 | LPH | Broward County | Priority Tax | $ - | Claim Withdrawn |
| DISPUTED | Priority Tax | 3 | LPMD | Comptroller of the Treasury | Priority Tax | $ 72,713.00 | Objection to Claim Pending |
| ALLOWED | Priority Tax | 106 | LPH | Connecticut Public Utilities Regulatory Authority | Priority Tax | $ 425,000.00 | |
| DISPUTED | Priority Tax | 4 | LPDC | District of Columbia - Government Office of Tax and Revenue | Priority Tax | $ 7,903.34 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 92 | LPH | Franchise Tax Board | Priority Tax | $ 1,114.78 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 7 | LPH | Internal Revenue Service | Priority Tax | Unliquidated | Objection to Claim Pending |
| DISPUTED | Priority Tax | 120 | LPH | Manoj Kumar Tripathy | Priority Tax | $ 1,000.00 | Objection to Claim Pending |
| CLAIM WITHDRAWN | Priority Tax | 10 | LPH | Massachusetts Department of Revenue | Priority Tax | $ - | Claim Withdrawn |
| CLAIM WITHDRAWN | Priority Tax | 11 | LPH | Massachusetts Department of Revenue | Priority Tax | $ - | Claim Withdrawn |
| DISPUTED | Priority Tax | 94 | LPH | Massachusetts Department of Revenue | Priority Tax | $ 96,871.59 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 12 | LPH | New Jersey Division of Taxation | Priority Tax | $ - | Objection to Claim Pending |
| ALLOWED | Priority Tax | 97 | LPH | NYC Department of Finance | Priority Tax | $ 425,000.00 | |
| DISPUTED | Priority Tax | 95 | LPH | State of Delaware Division of Revenue | Priority Tax | $ 49,345.46 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 129 | LPH | State of New Jersey - Division of Taxation Bankruptcy Unit | Priority Tax | $ - | Objection to Claim Pending |
| DISPUTED | Priority Tax | 3 | LPH | State of New York Department of Taxation & Finance | Priority Tax | $ - | Objection to Claim Pending |
| DISPUTED | Priority Tax | 96 | LPH | State of New York Department of Taxation & Finance | Priority Tax | $ 318,949.14 | Objection to Claim Pending |
| CLAIM WITHDRAWN | Priority Tax | 7 | LPT | Texas Comptroller of Public Accounts | Priority Tax | $ 2,000.00 | Claim Withdrawn |
| DISPUTED | 1 | 70 | LPH | Alvin Scott | Priority - DSO | $ 15,000.00 | Objection to Claim Pending |
| DISPUTED | 1 | 4 | LPH | Jason Mendoza, individually, and on behalf of all similarly situated former employees | Priority Wage | Unliquidated | Objection to Claim Pending |
| DISPUTED | 1 | 120 | LPH | Manoj Kumar Tripathy | Unspecified Priority | $ 1,000.00 | Objection to Claim Pending |
| ALLOWED | 2 | 40 | LPH | The Hanover Insurance Company | Secured | $ 2,700,000.00 | |
| ALLOWED | 3 | 13 | LPH | Eckert Seamans Cherin & Mellott LLC | Secured | $ 13,442.87 | |
| ALLOWED | 4 | 3 | LPDC | Boston Energy Trading & Marketing LLC | Secured | $ 121,770,124.39 | |
| ALLOWED | 4 | 3 | LPT | Boston Energy Trading & Marketing LLC | Secured | $ 121,770,124.39 | |
| ALLOWED | 4 | 4 | LPMD | Boston Energy Trading & Marketing LLC | Secured | $ 121,770,124.39 | |
| ALLOWED | 4 | 55 | LPH | Boston Energy Trading & Marketing LLC | Secured | $ 121,770,124.39 | |
| ALLOWED | 5 | 2 | LPDC | Shell Energy North America (US), L.P. | Secured | $ 79,594,326.84 | |
| ALLOWED | 5 | 2 | LPMD | Shell Energy North America (US), L.P. | Secured | $ 79,594,326.84 | |
| ALLOWED | 5 | 2 | LPT | Shell Energy North America (US), L.P. | Secured | $ 79,594,326.84 | |
| ALLOWED | 5 | 50 | LPH | Shell Energy North America (US), L.P. | Secured | $ 79,594,326.84 | |
| WAIVED | 6 | 82 | LPH | David Hernandez | Secured | $ 5,179,166.67 | Waived Pursuant to ECF No. 901 |
| WAIVED | 6 | 63 | LPH | Martin Halpern | Secured | $ 5,179,166.67 | Waived Pursuant to ECF No. 901 |
| ALLOWED | 7 | Schedule F | LPH | Akerman, LLP | GUC | $ 7,743.00 | |
| ALLOWED | 7 | 64 | LPH | Alfredo Luyando | GUC | Unliquidated | |
| ALLOWED | 7 | 84 | LPH | All American Marketing, LLC | GUC | $ - | |
| ALLOWED | 7 | 54 | LPH | Alphonzo Drawhorn | GUC | Unliquidated | |
| DISPUTED | 7 | 117 | LPH | Altium Packaging | GUC | $ 315,019.45 | Objection to Claim Pending |
| ALLOWED | 7 | 119 | LPH | Altium Packaging | GUC | $ 315,019.45 | |
| ALLOWED | 7 | Schedule F | LPH | Altoros Systems | GUC | $ - | |
| DISPUTED | 7 | 70 | LPH | Alvin Scott | Secured | $ 30,000.00 | Objection to Claim Pending |
| ALLOWED | 7 | 70 | LPH | Alvin Scott | GUC | $ 26,000.00 | |
| ALLOWED | 7 | Schedule F | LPH | Amerex Brokers LLC (ARS) | GUC | $ - | |
| ALLOWED | 7 | 41 | LPH | AMEX TRS Co., Inc. | GUC | $ 11,175.89 | |
| ALLOWED | 7 | 91 | LPH | AMEX TRS Co., Inc. | GUC | $ 17,890.96 | |
| ALLOWED | 7 | Schedule F | LPH | Aramark Refreshment Services | GUC | $ 89.88 | |
| ALLOWED | 7 | 118 | LPH | Atlas Commodities II Retail Energy, LLC d/b/a Atlas Retail Energy | GUC | $ 39,723.00 | |
| ALLOWED | 7 | Schedule F | LPH | Baker & Hostetler | GUC | $ 4,737.43 | |
| DISPUTED | 7 | 75 | LPH | Barbara Allan | Secured | $ 9,000.00 | Objection to Claim Pending |
| ALLOWED | 7 | 75 | LPH | Barbara Allan | GUC | $ 227,000.00 | |
| ALLOWED | 7 | 49 | LPH | Bevan, Mosca & Giuditta, P.C. | GUC | $ 1,234.70 | |
| ALLOWED | 7 | 39 | LPH | BidUREnergy, Inc. | GUC | $ 10,337.80 | |
| DISPUTED | 7 | 17 | LPH | BLT Steak LLC and BLT Fish LLC, as Class Representatives | GUC | $ 383,112,952.00 | Objection to Claim Pending |
| ALLOWED | 7 | Schedule F | LPH | Bpo2B | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Brouse McDowell, A Legal Professional Association | GUC | $ 1,646.00 | |
| ALLOWED | 7 | 14 | LPH | Brown Rudnick LLP | GUC | $ 40,734.53 | |
| ALLOWED | 7 | Schedule F | LPH | Calibrus Call Center Services, LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Career Track | GUC | $ 199.00 | |
| ALLOWED | 7 | 59 | LPH | Carlos Garcia | GUC | Unliquidated | |
| ALLOWED | 7 | 29 | LPH | Carrietta Cook | GUC | Unliquidated | |
| ALLOWED | 7 | 11 | LPT | CenterPoint Energy | GUC | $ - | |
| ALLOWED | 7 | 12 | LPT | CenterPoint Energy Houston Electric | GUC | $ - | |
| ALLOWED | 7 | 90 | LPH | Christian Morales | GUC | $ - | |

In re Liberty Power Holdings, LLC, et. al.
EXHIBIT "C" TO CONFIRMATION REPORT

| Allowed or Disputed | Claim Class | Claim Number | Debtor | Creditor Name | Current Claim Type | Current Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| ALLOWED | 7 | Schedule F | LPH | Cinch Home Services, Inc. | GUC | $ - | |
| ALLOWED | 7 | 51 | LPH | Claude Spivey | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | CNP Houston Electric, LLC | GUC | $ 21,930.80 | |
| ALLOWED | 7 | 53 | LPH | Cody Castro | GUC | Unliquidated | |
| ALLOWED | 7 | 105 | LPH | Commonwealth of Massachusetts by and through Attorney General Maura Healey | GUC | $ 23,540,722.00 | |
| ALLOWED | 7 | 110 | LPH | Commonwealth of Pennsylvania - Public Utility Commission | GUC | $ 2,789,335.52 | |
| AMENDED | 7 | 6 | LPH | Commonwealth of Pennsylvania - Public Utility Commission | GUC | $ - | Amended by Claim No. 110 |
| AMENDED | 7 | 9 | LPH | Commonwealth of Pennsylvania - Public Utility Commission | GUC | $ - | Amended by Claim No. 110 |
| ALLOWED | 7 | Schedule F | LPH | Compuquip Technologies | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Constangy, Brooks & Smith, LLP | GUC | $ 7,656.88 | |
| ALLOWED | 7 | Schedule F | LPH | Converge IoT, Inc. | GUC | $ 8,827.50 | |
| ALLOWED | 7 | Schedule F | LPH | Corporate Creations | GUC | $ 1,529.81 | |
| ALLOWED | 7 | Schedule F | LPH | Cortina, Tagle, Isoard Y Cia | GUC | $ 3,016.00 | |
| ALLOWED | 7 | Schedule F | LPH | Customized Energy Solutions Ltd. | GUC | $ - | |
| ALLOWED | 7 | 69 | LPH | Daniel Robinson | GUC | $ 500.00 | |
| ALLOWED | 7 | 18 | LPH | Danielle Moore | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Davis, Malm & D'Agostine, P.C. | GUC | $ 1,104.00 | |
| ALLOWED | 7 | Schedule F | LPH | De Lage Landen Financial Services | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Delaware Public Service Commission | GUC | $ 25.00 | |
| ALLOWED | 7 | Schedule F | LPH | Delmarva Power | GUC | $ - | |
| ALLOWED | 7 | 37 | LPH | Denise Walker | GUC | Unliquidated | |
| ALLOWED | 7 | 36 | LPH | Diane Ibarra | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Duke Energy Ohio, Inc. | GUC | $ - | |
| ALLOWED | 7 | 13 | LPH | Eckert Seamans Cherin & Mellott LLC | GUC | $ 240,439.29 | |
| ALLOWED | 7 | 111 | LPH | Edward Bohnwagner | GUC | $ 499.99 | |
| ALLOWED | 7 | Schedule F | LPH | eFax Corporate | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Elavon Settlement/Recovery | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Ellison, Schneider Harris & Donlan LLP | GUC | $ 8,949.00 | |
| ALLOWED | 7 | Schedule F | LPH | Energy GPS LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Energy Services Group Inc. | GUC | $ - | |
| ALLOWED | 7 | 127 | LPH | Eppendorf Holding Inc. | GUC | $ 330,000.00 | |
| ALLOWED | 7 | Schedule F | LPH | Equifax Information Svcs LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Euler Hermes | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Eversource | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Evolution Markets | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Experian | GUC | $ - | |
| ALLOWED | 7 | 38 | LPH | Federal Insurance Company c/o Chubb | GUC | $ - | |
| ALLOWED | 7 | 109 | LPH | FedEx Corporate Services Inc. | GUC | $ 1,743.86 | |
| ALLOWED | 7 | 87 | LPH | Felicia Johnson | GUC | $ - | |
| ALLOWED | 7 | 73 | LPH | FIS Capital Markets US LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Flexential South Florida Corp. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Genesys Telecommunications Laboratories, Inc. | GUC | $ - | |
| ALLOWED | 7 | 121 | LPH | GNHWPCA | GUC | $ 876,136.11 | |
| DISPUTED | 7 | 7 | LPDC | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| DISPUTED | 7 | 8 | LPMD | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| DISPUTED | 7 | 9 | LPT | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| ALLOWED | 7 | 112 | LPH | Gorton's Inc | GUC | $ 703,765.85 | |
| ALLOWED | 7 | Schedule F | LPH | Greenberg Traurig, P.A. | GUC | $ 53,087.20 | |
| ALLOWED | 7 | Schedule F | LPH | GridPoint, Inc. | GUC | $ - | |
| ALLOWED | 7 | 114 | LPH | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | |
| DISPUTED | 7 | 6 | LPDC | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| DISPUTED | 7 | 7 | LPMD | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| DISPUTED | 7 | 8 | LPT | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| ALLOWED | 7 | 78 | LPH | Helen Evans | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Hogan Lovells | GUC | $ 258,431.65 | |
| ALLOWED | 7 | 5 | LPH | Husch Blackwell | GUC | $ 24,959.90 | |
| ALLOWED | 7 | Schedule F | LPH | I.C. Systems Inc. | GUC | $ 3,902.42 | |
| ALLOWED | 7 | Schedule F | LPH | ICE Data, L.P. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | iCheckGateway.com, LLC | GUC | $ - | |
| DISPUTED | 7 | 100 | LPH | Illinois Department of Revenue | GUC | Unliquidated | Objection to Claim Pending |
| ALLOWED | 7 | Schedule F | LPH | Infinit-O Global, Limited | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Iron Mountain | GUC | $ - | |
| ALLOWED | 7 | 43 | LPH | ISO New England Inc. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Jackson Walker L.L.P. | GUC | $ 13,747.50 | |
| ALLOWED | 7 | 79 | LPH | Jacqueline Brooks | GUC | $ - | |
| DISPUTED | 7 | 47 | LPH | Jeneshia Washington-Hughes, on behalf of herself and all others similarly situated | GUC | Unliquidated | Objection to Claim Pending |
| ALLOWED | 7 | 76 | LPH | Joan Mooney | GUC | $ 5,000.00 | |
| ALLOWED | 7 | 58 | LPH | Joenett B. Washington | GUC | $ 22,000.00 | |
| ALLOWED | 7 | Schedule F | LPH | JP Morgan Chase | GUC | $ - | |
| ALLOWED | 7 | 81 | LPH | Karmin Allison | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Kaufman Rossin & Company | GUC | $ 13,125.00 | |
| ALLOWED | 7 | 67 | LPH | Kayla Butler | GUC | Unliquidated | |
| ALLOWED | 7 | 66 | LPH | Kevin Hudson | GUC | Unliquidated | |
| ALLOWED | 7 | 125 | LPH | Kevin J. Cobb & Associates, Inc. d/b/a Quest Energy Solutions | GUC | $ 33,168.15 | |
| ALLOWED | 7 | Schedule F | LPH | Kforce Inc | GUC | $ - | |
| ALLOWED | 7 | 123 | LPH | Kizmet Energy Inc | GUC | $ 22,776.00 | |
| ALLOWED | 7 | 52 | LPH | Laquisha Brown | GUC | Unliquidated | |
| ALLOWED | 7 | 28 | LPH | Latonya Reynold Jackson | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Law Offices of Gerard T Fox | GUC | $ 1,260.00 | |
| ALLOWED | 7 | 16 | LPH | LegalPartners Group, LLC (dba Legalpeople) | GUC | $ 14,836.80 | |
| ALLOWED | 7 | 71 | LPH | Lelita Clerkley | GUC | $ 400.00 | |
| ALLOWED | 7 | Schedule F | LPH | Levine Kellog Lehman Schneider + Grossman | GUC | $ 8,390.94 | |
| ALLOWED | 7 | Schedule F | LPH | LexisNexis, a division of Reed Elsevier Inc. | GUC | $ - | |
| ALLOWED | 7 | 83 | LPH | Loretta Hallman | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Loyalty Solutions, LLC | GUC | $ - | |
| ALLOWED | 7 | 62 | LPH | Maegoine Nelson | GUC | $ - | |
| ALLOWED | 7 | 120 | LPH | Manoj Kumar Tripathy | GUC | $ 3,000.00 | |
| ALLOWED | 7 | Schedule F | LPH | Marketwise Consulting Services LLC | GUC | $ - | |
| ALLOWED | 7 | 89 | LPH | Martin Morales | GUC | $ - | |
| WAIVED | 7 | 103 | LPH | Massachusetts Department of Energy Resources | GUC | $ - | Waived Pursuant to ECF No. 751 |
| WAIVED | 7 | 101 | LPH | Massachusetts Department of Environmental Protection | GUC | $ - | Waived Pursuant to ECF No. 751 |
| WAIVED | 7 | 104 | LPH | Massachusetts Department of Environmental Protection | GUC | $ - | Waived Pursuant to ECF No. 751 |
| WAIVED | 7 | 98 | LPH | Massachusetts Department of Environmental Protection | GUC | $ - | Waived Pursuant to ECF No. 751 |

In re Liberty Power Holdings, LLC, et. al.
EXHIBIT "C" TO CONFIRMATION REPORT

| Allowed or Disputed | Claim Class | Claim Number | Debtor | Creditor Name | Current Claim Type | Current Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| ALLOWED | 7 | Schedule F | LPH | Metropolitan Edison Company | GUC | $ - | |
| ALLOWED | 7 | 35 | LPH | Michelle Owens | GUC | Unliquidated | |
| ALLOWED | 7 | 131 | LPH | Microsoft Corporation and Microsoft Licensing GP | GUC | $ 128,588.16 | |
| ALLOWED | 7 | Schedule F | LPH | Midwest Renewable Energy Tracking System | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | GUC | $ 23,704.65 | |
| ALLOWED | 7 | 88 | LPH | Modesta Morales | GUC | $ - | |
| ALLOWED | 7 | 25 | LPH | Monique Guinn | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | National Grid | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Nebuware Solutions Inc. | GUC | $ - | |
| ALLOWED | 7 | 57 | LPH | Nina Jackson | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Ntirety, Inc. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Ocenture | GUC | $ 263.06 | |
| ALLOWED | 7 | Schedule F | LPH | Office Depot | GUC | $ 116.82 | |
| ALLOWED | 7 | 99 | LPH | Office of the Illinois Attorney General | GUC | $ 77,191,092.00 | |
| ALLOWED | 7 | Schedule F | LPH | Ohio Edison Company | GUC | $ - | |
| ALLOWED | 7 | 15 | LPH | Ohio Power Company d/b/a American Electric Power | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Palisade Company LLC | GUC | $ - | |
| ALLOWED | 7 | 115 | LPH | Panda Restaurant Group, Inc. | GUC | $ 78,475.20 | |
| ALLOWED | 7 | Schedule F | LPH | Paradise Plants Inc. | GUC | $ - | |
| ALLOWED | 7 | 77 | LPH | Patricia Wilburn | GUC | $ 119,950.00 | |
| DISPUTED | 7 | 77 | LPH | Patricia Wilburn | Secured | $ 1,050.00 | Objection to Claim Pending |
| ALLOWED | 7 | Schedule F | LPH | Pennsylvania Electric Company | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Pennsylvania Power Company | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | PEPCO | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Peregrine Solutions LLC | GUC | $ - | |
| ALLOWED | 7 | 56 | LPH | Philip J. von Kahle, as Assignee for the benefit of creditors of Liberty Power Corp., LLC | GUC | $ 3,815,980.00 | |
| ALLOWED | 7 | Schedule F | LPH | Podium | GUC | $ - | |
| ALLOWED | 7 | 80 | LPH | Postal Center International Inc. | GUC | $ 58,055.85 | |
| ALLOWED | 7 | 19 | LPH | Priscilla Heath | GUC | Unliquidated | |
| ALLOWED | 7 | 86 | LPH | Pullman & Comley, LLC | GUC | $ 620.00 | |
| ALLOWED | 7 | 93 | LPH | Pullman & Comley, LLC | GUC | $ 620.00 | |
| ALLOWED | 7 | 113 | LPH | Purity Services Inc | GUC | $ 43,595.72 | |
| ALLOWED | 7 | Schedule F | LPH | Quarles & Brady LLP | GUC | $ 125,953.50 | |
| ALLOWED | 7 | Schedule F | LPH | Quest Software, Inc. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Qwest Broadband Services dba CenturyLink | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | R2 Unified Technologies LLC | GUC | $ - | |
| ALLOWED | 7 | 20 | LPH | Reginald Edwards | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Retail Energy Supply Association | GUC | $ - | |
| ALLOWED | 7 | 102 | LPH | Rhode Island Commerce Corporation as administrator of the RI Renewable Energy Fund | GUC | $ - | |
| ALLOWED | 7 | 8 | LPH | Robinson & Cole LLP | GUC | $ 46,360.89 | |
| ALLOWED | 7 | Schedule F | LPH | Rochester Gas & Electric | GUC | $ - | |
| ALLOWED | 7 | 74 | LPH | Ruben Torres | GUC | Unliquidated | |
| ALLOWED | 7 | 48 | LPH | Samantha Stokes | GUC | $ 1,000.00 | |
| DISPUTED | 7 | 44 | LPH | Samuel Katz, individually and on behalf of all others similarly situated | GUC | $ 545,299,500.00 | Objection to Claim Pending |
| ALLOWED | 7 | Schedule F | LPH | Scorebuddy Sentient Soutions Limited) | GUC | $ - | |
| ALLOWED | 7 | 116 | LPH | Sea Research Foundation, Inc. d/b/a Mystic Aquarium | GUC | $ 295,515.75 | |
| ALLOWED | 7 | 60 | LPH | Serita Simien | GUC | $ - | |
| ALLOWED | 7 | 32 | LPH | Shamika Glover | GUC | Unliquidated | |
| ALLOWED | 7 | 21 | LPH | Shannun Johnson | GUC | Unliquidated | |
| ALLOWED | 7 | 65 | LPH | Sharnet Butler | GUC | $ 8,500.00 | |
| ALLOWED | 7 | 42 | LPH | Sidley Austin LLP | GUC | $ 181,307.00 | |
| ALLOWED | 7 | Schedule F | LPH | SoftwareONE, Inc. | GUC | $ - | |
| ALLOWED | 7 | 107 | LPH | Sol Systems, LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Specops Software USA Inc | GUC | $ - | |
| CLAIM WITHDRAWN | 7 | 1 | LPDC | Stainless & Nickel Alloy Piping Products | GUC | $ - | Claim Withdrawn |
| CLAIM WITHDRAWN | 7 | 1 | LPMD | Stainless & Nickel Alloy Piping Products | GUC | $ - | Claim Withdrawn |
| CLAIM WITHDRAWN | 7 | 1 | LPT | Stainless & Nickel Alloy Piping Products | GUC | $ - | Claim Withdrawn |
| CLAIM WITHDRAWN | 7 | 46 | LPH | Stainless & Nickel Alloy Piping Products | GUC | $ - | Claim Withdrawn |
| ALLOWED | 7 | Schedule F | LPH | STARTEK, INC. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Stroz Friedberg, LLC | GUC | $ 2,143.80 | |
| ALLOWED | 7 | Schedule F | LPH | Suncoast Marketing Inc. | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | SW Consulting and IT Services Corp | GUC | $ - | |
| DISPUTED | 7 | 10 | LPT | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |
| ALLOWED | 7 | 124 | LPH | syncreon Technology (USA) LLC | GUC | Unliquidated | |
| DISPUTED | 7 | 8 | LPDC | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |
| DISPUTED | 7 | 9 | LPMD | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |
| ALLOWED | 7 | Schedule F | LPH | Talent Wise dba Sterling Talent Solutions | GUC | $ 1.93 | |
| ALLOWED | 7 | 108 | LPH | Ted Zablotsky | GUC | Blank | |
| ALLOWED | 7 | Schedule F | LPH | The Cleveland Electric Illuminating Company | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | The Dayton Power and Light Company | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | The Energy Professionals Association | GUC | $ 7,500.00 | |
| ALLOWED | 7 | 4 | LPT | The Hanover Insurance Company | GUC | $ - | |
| ALLOWED | 7 | 40 | LPH | The Hanover Insurance Company | GUC | $ 3,655,073.00 | |
| ALLOWED | 7 | 5 | LPMD | The Hanover Insurance Company | GUC | $ - | |
| ALLOWED | 7 | 5 | LPDC | The Hanover Insurance Company | GUC | $ 75,000.00 | |
| ALLOWED | 7 | 5 | LPT | The Hanover Insurance Company | GUC | $ 70,200.32 | |
| ALLOWED | 7 | 6 | LPMD | The Hanover Insurance Company | GUC | $ 55,000.00 | |
| ALLOWED | 7 | 22 | LPH | Theodorsa Lyles | GUC | Unliquidated | |
| ALLOWED | 7 | 31 | LPH | Thurrayya Goodwin | GUC | Unliquidated | |
| ALLOWED | 7 | 85 | LPH | Tiara Copeland | GUC | Unliquidated | |
| ALLOWED | 7 | 33 | LPH | Tiesha Huett | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Toledo Edison Company | GUC | $ - | |
| ALLOWED | 7 | 68 | LPH | Trivon Williams | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | UKG Inc. | GUC | $ 16,560.00 | |
| ALLOWED | 7 | Schedule F | LPH | Uptrending Growth Services Inc | GUC | $ 306.00 | |
| ALLOWED | 7 | Schedule F | LPH | US Post Office | GUC | $ 180.73 | |
| ALLOWED | 7 | Schedule F | LPH | Verizon Wireless | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Versant Power Customer Service Center | GUC | $ - | |
| ALLOWED | 7 | 23 | LPH | Victoria Aguirre | GUC | Unliquidated | |
| ALLOWED | 7 | 72 | LPH | Victoria Aguirre | GUC | $ 200.00 | |
| ALLOWED | 7 | Schedule F | LPH | VoiceLog LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Vorys, Sater, Seymour and Pease LLP | GUC | $ 1,640.00 | |
| ALLOWED | 7 | 26 | LPH | Wendy Wafford | GUC | $ - | |
| ALLOWED | 7 | 27 | LPH | Wendy Wafford | GUC | $ - | |
| ALLOWED | 7 | 34 | LPH | Wendy Wafford | GUC | Unliquidated | |
| ALLOWED | 7 | 30 | LPH | William Plant | GUC | Unliquidated | |

In re Liberty Power Holdings, LLC, et. al.
EXHIBIT "C" TO CONFIRMATION REPORT

| Allowed or Disputed | Claim Class | Claim Number | Debtor | Creditor Name | Current Claim Type | Current Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| ALLOWED | 7 | 61 | LPH | Wilton Lott | GUC | $ - | |
| ALLOWED | 7 | 24 | LPH | Winifred Davis | GUC | Unliquidated | |
| ALLOWED | 7 | Schedule F | LPH | Workware LLC | GUC | $ - | |
| ALLOWED | 7 | Schedule F | LPH | Zoho Corporation | GUC | $ - | |
| ALLOWED | 8 | 134 | LPH | Office of the Illinois Attorney General | UC - Subordinated | $ 77,191,092.00 | |

In re Liberty Power Holdings, LLC, et. al.
EXHIBIT "D" TO CONFIRMATION REPORT

| Allowed or Disputed | Claim Class | Claim Number | Debtor | Creditor Name | Current Claim Type | Current Claim Amount | Claim Status |
|---|---|---|---|---|---|---|---|
| DISPUTED | 7 | 117 | LPH | Altium Packaging | GUC | $ 315,019.45 | Objection to Claim Pending |
| DISPUTED | 7 | 70 | LPH | Alvin Scott | Secured | $ 30,000.00 | Objection to Claim Pending |
| DISPUTED | 1 | 70 | LPH | Alvin Scott | Priority - DSO | $ 15,000.00 | Objection to Claim Pending |
| DISPUTED | 7 | 75 | LPH | Barbara Allan | Secured | $ 9,000.00 | Objection to Claim Pending |
| DISPUTED | 7 | 17 | LPH | BLT Steak LLC and BLT Fish LLC, as Class Representatives | GUC | $ 383,112,952.00 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 3 | LPMD | Comptroller of the Treasury | Priority Tax | $ 72,713.00 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 4 | LPDC | District of Columbia - Government Office of Tax and Revenue | Priority Tax | $ 7,903.34 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 92 | LPH | Franchise Tax Board | Priority Tax | $ 1,114.78 | Objection to Claim Pending |
| DISPUTED | 7 | 7 | LPDC | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| DISPUTED | 7 | 8 | LPMD | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| DISPUTED | 7 | 9 | LPT | GNHWPCA | GUC | $ 876,136.11 | Objection to Claim Pending |
| DISPUTED | 7 | 6 | LPDC | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| DISPUTED | 7 | 7 | LPMD | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| DISPUTED | 7 | 8 | LPT | Hebrew Home of Greater Washington, Inc. | GUC | $ 688,593.00 | Objection to Claim Pending |
| DISPUTED | 7 | 100 | LPH | Illinois Department of Revenue | GUC | Unliquidated | Objection to Claim Pending |
| DISPUTED | Administrative | 130 | LPH | Internal Revenue Service | Admin | $ 3,380.74 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 7 | LPH | Internal Revenue Service | Priority Tax | Unliquidated | Objection to Claim Pending |
| DISPUTED | 1 | 4 | LPH | Jason Mendoza, individually, and on behalf of all similarly situated former employees | Priority Wage | Unliquidated | Objection to Claim Pending |
| DISPUTED | 7 | 47 | LPH | Jeneshia Washington-Hughes, on behalf of herself and all others similarly situated | GUC | Unliquidated | Objection to Claim Pending |
| DISPUTED | Administrative | 128 | LPH | Lyria OBrien | Admin | Unliquidated | Objection to Claim Pending |
| DISPUTED | Administrative | 126 | LPH | Lyria OBrien and Shawn OBrien | Admin | Unliquidated | Objection to Claim Pending |
| DISPUTED | Priority Tax | 120 | LPH | Manoj Kumar Tripathy | Priority Tax | $ 1,000.00 | Objection to Claim Pending |
| DISPUTED | 1 | 120 | LPH | Manoj Kumar Tripathy | Unspecified Priority | $ 1,000.00 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 94 | LPH | Massachusetts Department of Revenue | Priority Tax | $ 96,871.59 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 12 | LPH | New Jersey Division of Taxation | Priority Tax | $ - | Objection to Claim Pending |
| DISPUTED | Administrative | 132 | LPH | New Jersey Division of Taxation | Admin | $ 706.23 | Objection to Claim Pending |
| DISPUTED | 7 | 77 | LPH | Patricia Wilburn | Secured | $ 1,050.00 | Objection to Claim Pending |
| DISPUTED | 7 | 44 | LPH | Samuel Katz, individually and on behalf of all others similarly situated | GUC | $ 545,299,500.00 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 95 | LPH | State of Delaware Division of Revenue | Priority Tax | $ 49,345.46 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 129 | LPH | State of New Jersey - Division of Taxation Bankruptcy Unit | Priority Tax | $ - | Objection to Claim Pending |
| DISPUTED | Administrative | 122 | LPH | State of New York Department of Taxation & Finance | Admin | $ - | Objection to Claim Pending |
| DISPUTED | Administrative | 133 | LPH | State of New York Department of Taxation & Finance | Admin | $ 8,886.23 | Objection to Claim Pending |
| DISPUTED | Priority Tax | 3 | LPH | State of New York Department of Taxation & Finance | Priority Tax | $ - | Objection to Claim Pending |
| DISPUTED | Priority Tax | 96 | LPH | State of New York Department of Taxation & Finance | Priority Tax | $ 318,949.14 | Objection to Claim Pending |
| DISPUTED | 7 | 10 | LPT | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |
| DISPUTED | 7 | 8 | LPDC | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |
| DISPUTED | 7 | 9 | LPMD | syncreon Technology (USA) LLC | GUC | Unliquidated | Objection to Claim Pending |

**Liberty Power Holdings, LLC**
**Liquidation Analysis**
**As of June 30, 2023**

|  | Chapter 11 Plan of Confirmation | Percentage Recovery Chapter 11 | Notes |
|---|---:|---:|---|
| **ASSETS** |  |  |  |
| Estimated Cash on Hand | $ 1,183,025 |  | Note 1 |
| Accounts Receivable | - |  |  |
| Recovery from Litigation Claims | 475,000 |  | Note 2 |
| **Total Proceeds** | **1,658,025** |  |  |
| **ADMINISTRATIVE EXPENSES** |  |  |  |
| Operating Expenses | $ 9,217 | 100.0% | Note 3 |
| Pre-Confirmation Professional Fees (est.) | 518,869 | 100.0% | Note 4 |
| Post-Confirmation Professional Fees (est.) | 75,000 | 100.0% |  |
| United States Trustee's Fees (2Q 2023) (est.) | 10,000 | 100.0% |  |
| Mass. Dept of Energy [ECF No. 751] | 475,000 | 100.0% |  |
| State of Connecticut [ECF No. 800] | 275,000 | 100.0% |  |
| City of New York [ECF No. 810] | 26,000 | 100.0% |  |
| Postal Center International [ECF No. 450] | 11,726 | 100.0% |  |
| Outstanding Tax Related Claims | 12,972 | 100.0% |  |
| O'Brien Litigation | 125,000 | 100.0% | Note 5 |
| **Total Administrative Claims** | **1,538,784** |  |  |
| **SECURED CREDITORS** |  |  |  |
| Class 4 Allowed Secured Claim of Boston Energy & Trading | $ 119,242 | 84.8% | Note 6 |
| **Total Secured Claims** | **119,242** |  |  |
| **GENERAL UNSECURED CREDITORS** |  |  |  |
| Allowed General Unsecured Claims | $ 12,391,618 |  |  |
| Amount Available for General Unsecured Creditors | - | 0.0% |  |

**Liberty Power Holdings, LLC**
**Liquidation Analysis - Notes**

| | |
|---|---|
| **Global** | Analysis assumes Plan Confirmation occurs on June 30, 2023. |
| **Note 1** | Estimated Cash on Hand made up of Bank Cash ($655K), Professional Fee Escrow & Retainers ($531K), and Customer Deposit Accounts ($372K). |
| **Note 2** | Recovery from Litigation Claims represents settlement and release of pre-bankruptcy D&O parties. |
| **Note 3** | Operating Expenses of $9K relate to outstanding checks written to customers in relation to the TX Securitization Distribution Plan. |
| **Note 4** | Estimated Professional Fees accrued thru 6/30/23 that will not have been paid as of Plan Confirmation. |
| **Note 5** | O'Brien litigation claim asserting $125,000 that the Debtors are objecting to. Only the allowed claim amount (TBD) will be paid. |
| **Note 6** | Recovery based on $122M claim amount less all payments on pre- and post-petition amounts since filing. |