

**ORDERED in the Southern District of Florida on June 14, 2023.**

*Scott M. Grossman* (signature)

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| In re: | Chapter 11 Cases |
|---|---|
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| _____/ | **(Jointly administered 21-13797-SMG)** |

**AGREED ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM
FILED BY JASON MENDOZA ON BEHALF OF HIMSELF AND FORMER
EMPLOYEES OF THE DEBTOR FOR WARN ACT AND OTHER DAMAGES**

**(Claim No. 4 filed in Case No. 21-13797)**

THIS CAUSE having come before the Court upon Liberty Power Holdings, LLC's *Objection to Claim Filed by Jason Mendoza on Behalf of Himself and Former Employees of the Debtor for WARN Act and Other Damages* [ECF No. 903] ("Objection") with respect to Claim No. 4 (Case No. 21-13797) (the "Claim") filed as a priority wage claim in the amount of $1,000,000 by Jason Mendoza ("Claimant") on behalf of himself and former employees of the Debtor (collectively, the "Purported Class") for WARN Act and other damages. No class has been

certified in this matter. The Court, having been informed that the above-captioned Debtors (collectively, the "<u>Debtors</u>") and Claimant have agreed to the relief set forth herein, and finding that the relief is in the best interests of the Debtors, their estates and creditors, and being otherwise fully advised in the premises, it is:

**ORDERED** as follows:

1. The Objection is resolved as set forth herein.

2. Claim No. 4 filed in Case No. 21-13797 shall be allowed as a Class 1 Allowed Other Priority Claim[1] and, subject to confirmation of the Plan and the occurrence of the Effective Date, shall be an Agreed Senior Claim, in the amount of $15,500. The balance of Claim No. 4 is stricken and disallowed.

3. This Order shall constitute a full and final resolution of any and all of the disputes or potential disputes and claims by and between Claimant and the Debtors.

4. Claimant shall be bound by all provisions of the Plan, including, but not limited to, all exculpation and releases. However, for avoidance of doubt, nothing contained herein shall affect Claimant's or putative Class member's rights and claims in the proceeding entitled *In re Liberty Power Corp., LLC*, assignee, Case No. CACE-21-10056 (17th Judicial Circuit, Broward County, FL 2021).

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of the terms and provisions of this Order and

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Debtors' *Joint Chapter 11 Plan of Liquidation Proposed By Liberty Power Holdings, LLC, LPT, LLC, Liberty Power Maryland, LLC and Liberty Power District of Columbia, LLC* [ECF No. 875] (as may be amended, supplemented, or otherwise modified from time to time, the "<u>Plan</u>").

to adjudicate, if necessary, all disputes in connection herewith.

###

Submitted by:

Heather L. Harmon, Esq.
VENABLE LLP
Attorneys for Debtors-in-Possession
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hlharmon@venable.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]