# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| | |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF** | |
| **COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| | |
| Debtors. | (Jointly administered 21-13797-SMG) |
| _____/ | |

## NOTICE OF WITHDRAWAL OF NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIMS OF FRANCHISE TAX BOARD AND TEXAS COMPTROLLER OF PUBLIC ACCOUNTS [ECF NO. 935]

Liberty Power Holdings, LLC ("Holdings"), LPT, LLC ("LPT"), Liberty Power Maryland, LLC ("Liberty MD") and Liberty Power District Of Columbia, LLC ("Liberty DC") (collectively, the "Debtors"), by and through undersigned counsel hereby files this *Notice of Withdrawal of Notice of Withdrawal of Objection to Claims of Franchise Tax Board and Texas Comptroller of Public Accounts* [ECF No. 935].

**Dated: June 20, 2023.**

                                                    Respectfully Submitted,

                                                    **VENABLE LLP**
                                                    *Attorneys for Debtors-in-Possession*
                                                    100 Southeast Second Street, Suite 4400
                                                    Miami, Florida 33131
                                                    Telephone: (305) 349-2300
                                                    Facsimile: (305) 349-2310

                                        By:    /s/ *Heather L. Harmon*
                                                     Paul J. Battista, Esq.
                                                     Florida Bar No. 884162
                                                     pjbattista@venable.com

                                                Mariaelena Gayo-Guitian, Esq.  
                                                Florida Bar No. 813818  
                                                mguitian@venable.com  
                                                Heather L. Harmon  
                                                Florida Bar No. 13192  
                                                hlharmon@venable.com