

**ORDERED in the Southern District of Florida on June 20, 2023.**

*Scott M. Grossman*

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| _____/ | **(Jointly administered 21-13797-SMG)** |

**AGREED ORDER OVERRULING DEBTORS' SECOND OMNIBUS OBJECTION TO PRIORITY AND ADMINISTRATIVE TAX CLAIMS PAID OR OTHERWISE SATISFIED IN FULL AS TO THE FRANCHISE TAX BOARD AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

THIS CAUSE having come before the Court on June 15, 2023 at 1:30 p.m. upon the above-captioned Debtors' *Second Omnibus Objection to Priority and Administrative Tax Claims Paid or Otherwise Satisfied in Full* [ECF No. 905] ("Objection") with respect to the Claims of California's Franchise Tax Board and the Texas Comptroller of Public Accounts. The Court, noting the agreement of the parties, finding that adequate and proper notice of the Objection and the Order Scheduling Hearing [ECF No. 907] has been given and no further notice is necessary, and finding

that the relief is in the best interests of the Debtors, their estates and creditors, and being otherwise fully advised in the premises, it is:

**ORDERED** that the Debtors' Objection to Claim Number 92 filed in Case No. 21-13797 by California's Franchise Tax Board is overruled and the Claim shall be allowed as a Priority Tax Claim in the amount of $1,114.78.

**ORDERED** that the Debtors' Objection to Claim Number 13 filed in Case No. 21-15537 by the Texas Comptroller of Public Accounts is overruled as moot as the Claim has been withdrawn by Claimant.

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of the terms and provisions of this Order and to adjudicate, if necessary, all disputes in connection herewith.

###

Submitted by:

Heather L. Harmon, Esq.
VENABLE LLP
Attorneys for Debtors-in-Possession
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hlharmon@venable.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]