## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

### FORT LAUDERDALE DIVISION

| | |
|---|---|
| *In re*: | Chapter 11 Case |
| LIBERTY POWER HOLDINGS, LLC, | Case No. 21-13797-SMG |
| Debtor. | (Jointly administered 21-13797-SMG) |

### CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, hereby certify that on June 30, 2023, the foregoing Response to Debtors' Objection to Proof of Claim Filed by BLT Steak LLC and BLT Fish LLC, as Class Representatives, was served via CM/ECF upon all interested parties registered to receive electronic notifications at the email addresses designated by counsel for this purpose, and/or via U.S. mail, and e-mail to Debtor's counsel as listed below.

Heather L. Harmon, Esquire
VENABLE LLP
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
hlharmon@venable.com

*Counsel for Debtors-in-Possession*


I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023


*/s/ Albert A. Ciardi, III*
[Author]