UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **LIBERTY POWER HOLDINGS, LLC,** | Case No. 21-13797-SMG |
| **LPT, LLC,** | Case No. 21-15537-SMG |
| **LIBERTY POWER MARYLAND, LLC,** | Case No. 21-15539-SMG |
| **LIBERTY POWER DISTRICT OF COLUMBIA, LLC,** | Case No. 21-15540-SMG |
| Debtors. _____/ | (Jointly administered 21-13797-SMG) |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM OF SAMUEL KATZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Liberty Power Holdings, LLC ("Holdings"), LPT, LLC ("LPT"), Liberty Power Maryland, LLC ("Liberty MD") and Liberty Power District of Columbia, LLC ("Liberty DC") (collectively, the "Debtors"), by and through undersigned counsel, hereby withdraw their Objection to the claim of Samuel Katz, individually and on behalf of all others similarly situated (Claim No. 44 in Case No. 21-13797) [ECF No. 918] (the "Objection"). As a result, the Objection is no longer a contested matter and Claim No. 44 in Case No. 21-13797 will be allowed as a Class 7 General Unsecured Claim under the Debtors' confirmed *Joint Plan of Liquidation* [ECF Nos. 875, 945] in the amount of $549,299,500.

**Dated: August 29, 2023**

    Respectfully Submitted,

    **VENABLE LLP**
    *Attorneys for Debtors-in-Possession*
    100 Southeast Second Street, Suite 4400
    Miami, Florida 33131
    Telephone: (305) 349-2300
    Facsimile: (305) 349-2310

    By:   /s/ *Heather L. Harmon*
         Paul J. Battista, Esq.
         Florida Bar No. 884162
         pjbattista@venable.com
         Mariaelena Gayo-Guitian, Esq.
         Florida Bar No. 813818
         mguitian@venable.com
         Heather L. Harmon
         Florida Bar No. 13192
         hlharmon@venable.com